# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **11-314 M**
2) Defendant's Name: **Bidany** (Last)   **Gavriel** (First)   ___ (M.I.)
3) Age: ___
4) Title: ___   Section(s): ___
5) Citizen of: ___   Needs: ___ Interpreter
6) Arrest Warrant Issued: ___   Date and time of arrest: ___

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes  __No   Other District: ___
8) Name of Interpreter used today: **Meir Turner**   Language: **Hebrew**
9) Arraignment on complaint held: **✓** Yes __No   Date/Time: **3/28/11**
10) Detention Hearing Held: ___   Bail set at: **$250,000**   ROR Entered: ___   POD Entered: ___
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: ___
12) (a) Preliminary Hearing set for: ___ ; or waived: **✓**
    (b) Removal Hearing set for: ___ ; or waived: ___
    (c) Status Conference set for: ___
13) ASSISTANT U.S. ATTORNEY: **Darren LaVerne**
14) DEFENSE COUNSEL'S NAME: **Gaul Bienefeld**
    Address: ___
    Bar Code: ___   CJA: __ FDNY: __ RET: **✓**
    Telephone Number: ( )   MAG. JUDGE: **Marilyn Go**
15) LOG #: **(3:06 - 3:25)**
    2nd call **(4:06 - 4:22)**
16) **✓** Defendant was advised of bond conditions by the Court and signed the bond.
    **2** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    **1** Additional surety (ies) to co-sign bond by **4/1/11**

Other Comments/Rulings: ___

17) Complaint/Affidavit/Indictment unsealed: __Yes  __No

SO ORDERED ON THIS ___ DAY OF ___, 20__

UNITED STATES MAGISTRATE JUDGE