CP:WDS
F.#2011R00515

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GAVRIEL BIDANY,

           Defendant.

- - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 01 2011 ★
BROOKLYN OFFICE

M I S D E M E A N O R
I N F O R M A T I O N
CR 11 - 259
Cr. No. _____
(T. 18, U.S.C.,
§§ 113(a)(5) and 3551 et
seq.; T. 49, U.S.C.,
§ 46506(1))

J. ORENSTEIN, M.J.

THE UNITED STATES ATTORNEY CHARGES:

<u>ASSAULT</u>

    On or about March 27, 2011, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Delta Airlines Flight Number 269, which originated in Tel Aviv, Israel and was bound for John F. Kennedy International Airport in the Eastern District of New York, the defendant GAVRIEL BIDANY did knowingly and intentionally assault Jane Doe #1, an individual whose identity is known to the United States Attorney, by engaging in sexual contact with Jane Doe #1 without her permission.

    (Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 113(a)(5) and 3551 et seq.)

*[signature: Loretta E. Lynch]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2011R00063
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

GAVRIEL BIDANY,

Defendant.

## MISDEMEANOR INFORMATION

(T. 18, U.S.C., §§ 113(a)(5) and §§ 3551 et seq.;
T. 49, U.S.C. § 46506(1))

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____ *Clerk*

*Bail, $* _____

*David Sarratt, Assistant U.S. Attorney (718-254-6418)*