**DOCKET NUMBER:**   CR 11-0259

### CRIMINAL CAUSE FOR Arraignment and Status Conference

**Date Received By Docket Clerk:**_____   **Docket Clerk Initials:**_____

**BEFORE JUDGE: James Orenstein, USMJ**   **DATE:** **4/05/2011**   **TIME IN COURT 20 MINS**

**DEFENDANT'S NAME:  Gavriel Bidany** **DEFENDANT'S #:  1**
☒ Present   ❏ Not Present   ❏ Custody   ☒ Not Custody

**DEFENSE COUNSEL:  Saul Bienenfeld**
❏ Federal Defender   ❏ CJA   ☒ Retained

**A.U.S.A.:  David Sarratt**

**CASE MANAGER OR MAGISTRATE CLERICAL:  Alicia Guy**

**ESR: 2:09 – 2:26**

**INTERPRETER: Meir Turner LANGUAGE:  Hebrew**

☒ Arraignment                                             ❏ Revocation of Probation non contested
❏ Change of Plea Hearing (~*Util-Plea Entered*)   ❏ Revocation of Probation contested
❏ Initial Appearance                                     ❏ Revocation of Supervised Release evidentiary
❏ Status Conference                                      ❏ Revocation of Supervised Release non-
❏ Telephone Conference                                       evidentiary
❏ Voir Dire Begun   ❏ Voir Dire Held   ❏ Jury selection   ❏ Jury trial
❏ Jury Trial Death Penalty   ❏ Sentence enhancement Phase   ❏ Bench Trial Begun

**UTILITIES**
☒ ~Util-Plea Entered         ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
❏ ~Util-Exparte Matter       ❏ ~Util-Indictment Un Sealed      ❏ ~Util-Information Unsealed
❏ ~Util-Set/Reset Deadlines  ☒ ~Util-Set/Reset Deadlines/Hearings
❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
❏ ~Util-Terminate Parties
❏ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** ___   **Speedy Trial Stop Date:** ___   **CODE TYPE:**____

**Do these minutes contain ruling(s) on motion(s)?** ☒ YES   ❏ NO

**TEXT:**   (1) The defendant entered a plea of not guilty to the sole charge in the information. (2) The trial will begin on May 4, 2011, at 9:30 a.m.   (2) I denied the defendant's motion to allow him to return to Israel pending trial. However, upon the filing of a letter reflecting the consent of all sureties, I will modify the conditions of release to allow the defendant to travel to New Jersey.