**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES OF AMERICA,

           - against -

GAVRIEL BIDANY,
                    Defendant.
----------------------------------------------------------X

**ORDER**

11-CR-0259 (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

    As set forth on the record on April 13, 2011, the defendant is permitted to travel to Israel between April 14 and May 1, 2011. I respectfully direct any government official in possession of the defendant's passport to release the passport to the defendant for purposes of such travel. The defendant must surrender his passport to the Pre-Trial Services Agency immediately upon his return to the United States, and in no event later than May 1, 2011.

**SO ORDERED.**

Dated: Brooklyn, New York
       April 13, 2011

                                                              /s/ James Orenstein
                                                              JAMES ORENSTEIN
                                                              U.S. Magistrate Judge