

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

LK:WDS
F.#2011R00515

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 27, 2011

<u>By ECF</u>

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  <u>United States v. Gavriel Bidany
           Criminal Docket No. 11-259 (JO)</u>

Dear Judge Orenstein:

    I write to respectfully request an adjournment of the trial in the above-referenced matter, which is currently set to begin on May 4, 2011.  The victim in this case, who is an essential witness at trial, is a citizen of Israel and an Officer in the Israeli Army.  She has a substantial number of soldiers serving under her charge and is currently deployed in a front-line role that, because of the exigencies of her duties, will not permit her to attend the trial on May 4, 2011.

    The victim is currently in the process of working with her superiors to identify times in the near future that she will be able to return for the trial in this matter.  Accordingly, the government respectfully requests that the Court adjourn the current trial date and set a status conference in approximately 30 days in order to set a new trial date.

    In the event the Court grants this request, the government would not oppose an extension of the time the defendant is permitted to remain in Israel prior to the trial.  Nonetheless, I am advised by defense counsel that the defendant opposes this request.

Thank you for your consideration of this matter.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney

By:        /s/
    David Sarratt
    Assistant U.S. Attorney
    (718) 254-6418

Enclosures

cc:  Counsel
    Clerk of Court (JO)