Law Offices of Saul W. Bienenfeld P.C.

26 Broadway
Twenty-First Floor
New York, New York 10004

Tel: (212) 363-7701
E. Fax: (718) 425-0442

April 27, 2011

BY ECF
Hon. James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Gavriel Bidany
                Criminal Docket No. 11-259 (JO)

Dear Judge Orenstein:

      Please note that I oppose the request to adjourn the trial of this matter both on Speedy Trial grounds as well as a practical matter. The defense will be presenting a character witness during the trial, this witness is an Israeli citizen as well, and the defense has already purchased a non refundable ticket for him to be present at the trial.

                                    Respectfully Submitted,

                                      /s/
                                Saul Bienenfeld

cc:    AUSA David Sarratt via ECF