

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WDS
F.#2011R00515

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 29, 2011

<u>By Electronic Mail</u>

Saul Bienenfeld, Esq.
26 Broadway
Twenty-first Floor
New York, NY  10004
E-mail: saul@sbienenfeld.com

    Re:  United States v. Gavriel Bidany
        <u>Criminal Docket No. 11-259 (JO)</u>

Dear Mr. Bienenfeld:

    Pursuant to your request under Rule 16 of the Federal Rules of Criminal Procedure and pursuant to Title 18, United States Code, Section 3500, please find enclosed with this letter discovery in the above-referenced matter, Bates labeled GB C Series 000001-08.  Please also consider this letter to be the government's request for reciprocal discovery.  These disclosures supplement the government's previous disclosures on April 1, 2011 (Bates labeled GB000001-21) and April 5, 2011 (Bates labeled B000000001-26).

    If you have any questions or further requests, please do not hesitate to contact me.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

    By:        /s/
        David Sarratt
        Assistant U.S. Attorney
        (718) 254-6418

Enclosures

cc:  Clerk of Court (JO)(w/o enclosures)