**DOCKET NUMBER**: <u>11- CR-259 (RER)</u>

CRIMINAL CAUSE FOR TRIAL

**Date Received By Docket Clerk**:_____    **Docket Clerk Initials**:_____

**BEFORE JUDGE**: <u>Ramon E. Reyes, Jr.</u>   **DATE:**<u>5/04/11</u>  **TIME IN COURT** : <u>9:30 a.m. - 5:15 p.m.</u>

**DEFENDANT'S NAME**: <u> Gavriel Bidany </u>        **DEFENDANTS #**_____<u>1</u>_____
      **X   Present**       ❏    Custody    **X  Not Custody**

**DEFENSE COUNSEL**: <u>Saul Bienenfeld </u>
    <u>**X**</u>    <u>**Present**</u>    ❏    Federal Defender    ❏    CJA    **X Retained**

**A.U.S.A.**:  <u>William Sarratt and Lisa Kramer</u>    **Special Agent**: <u>Janet Ambrisco and Derek Martinez </u>

**CASE MANAGER OR MAGISTRATE CLERICAL**: <u>Miriam Vertus</u>

**COURT REPORTER**: OR ESR OPERATOR    <u> Gene Rudolph </u>    **TAPE LOG**_____

**INTERPRETER**: <u>Meir Turner &  Ruth Kohn </u>   **LANGUAGE:**_____

| | | |
|---|---|---|
| ❏ Arraignment | | ❏ Revocation of Probation non contested |
| ❏ Change of Plea Hearing (~*Util-Plea Entered*) | | ❏ Revocation of Probation contested |
| ❏ In Chambers Conference | | ❏ Sentencing non-evidentiary |
| ❏ Pre Trial Conference | | ❏ Sentencing Contested |
| ❏ Initial Appearance | | ❏ Revocation of Supervised Release evidentiary |
| ❏ Status Conference | | ❏ Revocation of Supervised Release non-evidentiary |
| ❏ Telephone Conference | | |
| ❏ Voir Dire Begun | ❏ Voir Dire Held | ❏ Jury trial |
| ❏ Jury Trial Death Penalty | ❏ Sentence enhancement Phase | **X  Bench Trial Begun** |
| ❏ Bench Trial Held | ❏ Bench Trial Completed | ❏ Motion Hearing Non Evidentiary |

**TEXT**

    Bench Trial commence.  Opening statements.  Exhibits submitted into evidence. Witnesses testify. Government Rest. Defense's oral motion to dismiss the elements of the crime "sexual contact" is denied. Trial will resume on 5/5/2011 at 9:00 AM.