**DOCKET NUMBER**: <u>11- CR-259 (RER)</u>

## CRIMINAL CAUSE FOR TRIAL

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: <u>Ramon E. Reyes, Jr.</u>   **DATE:**<u>5/05/11</u>  **TIME IN COURT** : <u>9:00 a.m. - 10:50a.m.</u>

                       <u>2:00 p.m.- 2:30 p.m.</u>

**DEFENDANT'S NAME**:  <u>Gavriel Bidany</u>   **DEFENDANTS #**_____1_____
   **X  Present**   ❏ Custody   **X  Not Custody**

**DEFENSE COUNSEL**: <u>Saul Bienenfeld</u>
   <u>**X**</u> <u>**Present**</u> ❏ Federal Defender ❏ CJA **X Retained**

**A.U.S.A.**:  <u>William Sarratt and Lisa Kramer</u>   **Special Agents**: <u>Janet Ambrisco and Derek Martinez</u>

**PRETRIAL OFFICER: Michael Ilaria**

**CASE MANAGER OR MAGISTRATE CLERICAL**: <u>Miriam Vertus</u>

**COURT REPORTER**: OR ESR OPERATOR    <u>Gene Rudolph</u>

**INTERPRETER**: <u>Meir Turner &  Ruth Kohn</u>   **LANGUAGE:**_____

| | | | |
|---|---|---|---|
| ❏ | Arraignment | ❏ | Revocation of Probation non contested |
| ❏ | Change of Plea Hearing (~*Util-Plea Entered*) | ❏ | Revocation of Probation contested |
| ❏ | In Chambers Conference | ❏ | Sentencing non-evidentiary |
| ❏ | Pre Trial Conference | ❏ | Sentencing Contested |
| ❏ | Initial Appearance | ❏ | Revocation of Supervised Release evidentiary |
| ❏ | Status Conference | ❏ | Revocation of Supervised Release non-evidentiary |
| ❏ | Telephone Conference | | |
| ❏ | Voir Dire Begun   ❏ Voir Dire Held | ❏ | Jury trial |
| ❏ | Jury Trial Death Penalty   ❏ Sentence enhancement Phase | ❏ | Bench Trial Begun |
| ❏ | Bench Trial Held   ❏ Bench Trial Completed | ❏ | Motion Hearing Non Evidentiary |

**TEXT**

  Bench Trial Completed. Witness testify. Plaintiff rest. Closings statements heard.  A guilty decision has been  rendered as to Gavriel Bidany on the charges of assault in violation of 18 U.S.C § 133(a)(5) and  49 U.S.C. § 46506(1). Post-trial submissions scheduled set: Government's letter due by 5/9/11; Response due by 5/10/11. Sentencing set for 5/12/11 at 11:00 a.m. before Judge Reyes.  Defendant Gavriel Bidany remains out on bond and reminded of his bond conditions.