AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____New York_____

USA

V.

Gavriel Bidany

**EXHIBIT AND WITNESS LIST**

Case Number: 11-CR-00259 (RER)

| PRESIDING JUDGE<br>Ramon E. Reyes, Jr. | PLAINTIFF'S ATTORNEY<br>William Sarratt | DEFENDANT'S ATTORNEY<br>Saul Bienenfeld |
|---|---|---|
| TRIAL DATE (S)<br>May 4, 2011 | COURT REPORTER<br>Gene Rudolph | COURTROOM DEPUTY<br>Miriam Vertus |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/4/2011 |  |  | Ms. Bat-El Lechtman Victim Testify |
| 1 |  | 5/4/2011 | yes | yes | Delta 747-400 Plane Seating Chart (3 pages) |
|  |  | 5/4/2011 | no | yes | Port Authority Police of NY & NJ Statement of Incident Report dated 3/27/11 |
|  | A | 5/4/2011 | yes | no | Light Red Cotton blanket purchase on E-bay by defense's counsel |
|  | B | 5/4/2011 | yes | yes | Dark Red (Ruby Red) cotton blanket purchased on E-bay by defense's counsel |
|  |  |  |  |  | Ms. Christine Ferro Witness Testify (Flight attendant for Delta Airlines) |
|  |  |  |  |  | Mr. Aviel Silber Witness Testify (Flight attendant for Delta Airlines) |
|  |  |  |  |  | Gavriel Bidany Defendant Testify |
| 2 |  | 5/4/2011 | yes |  | Letter dated 3/29/2011 from the FBI a transcription of Mr. Bidany's statement of 3/27/11 incident |
|  |  | 5/4/2011 |  |  | Sigalit Dar |
|  |  | 5/4/2011 |  |  | Erez Yechiel |
|  |  | 5/5/2011 | yes | yes | Letter dated 3/30/2011 from FBI, a trsnscription of Mr. Bidany's statement of 3/27/11 incident |
|  |  | 5/5/2011 |  |  | Derek Martinez, Special Agent Testify |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages