LAW OFFICES OF SAUL W. BIENENFELD P.C.

26 BROADWAY
TWENTY-FIRST FLOOR
NEW YORK, NEW YORK 10004

TEL: (212) 363-7701
E. FAX: (718) 425-0442

May 9, 2011

BY ECF
Magistrate Judge Ramon E. Reyes, Jr.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Gavriel Bidany
Criminal Docket No. 11-259 (RER)

Dear Judge Reyes:

Request is hereby made to change the bond conditions of the above named defendant for one day to allow him to travel to Pennsylvania. Rabbi Bidany was notified this past Friday that the wife of a very good friend of his died in a car crash. He wishes to travel to this friends house and "sit shiva" with him for a short period of time either tomorrow or Wednesday. He wishes to console his friend in his time of grief and I request that you allow him to travel to Pennsylvania for this purpose.

I have spoken with both Pre Trial Services as well as AUSA David Sarratt and both have no objections. The address where he wishes to travel to is:
3048 West Congress St
Allentown, PA 18104
The trip can be done during the day and he would be back before his curfew. If Your Honor agrees I will inform Pre Trial Services of the start time and end time of this trip.

I have also spoken to all the sureties and I have informed them of the greater risk a request like this may have on the bond and all four sureties have told me that they are in agreement with the request and would not oppose such a request.

Therefore I hereby seek an Order allowing the Defendant to travel to Allentown Pa. during the day either tomorrow or Wednesday.

Respectfully Submitted,

Saul Bienenfeld

cc: AUSA David Sarratt via ECF
Pre Trial Services Officer Michael Ilaria via fax 718-613-2488