## CRIMINAL CAUSE FOR SENTENCING

BEFORE: Mag Joan M. Azrack    DATE: 01/30/06    TIME: 1:00 pm

DOCKET NUMBER: CR-04-489(JMA)    DEFT. NUMBER: USM# 70926-053

DEFENDANT: Yochanan Cohen
✓ Present ___ Not Present ___ In Custody ✓ On Bail

ATTORNEY FOR DEFT.: Alan Lewis + Stuart Slotnick, Buchanan Ingersoll
___ C.J.A. ✓ Retained ___ Legal Aid/PD

ASST. U.S. ATTORNEY: Shannon Jones

COURTROOM DEPUTY: Samantha V. Ettari    INTERPRETER: ___
Ext. 2534

COURT REPORTER/ESR OPERATOR: Diamond, Marsha

TAPE NUMBER: ___

SENTENCE: Five year probation, with the special condition of 500 hours of community service to be determined by Judge Azrack and the probation department.

DEFT. SENTENCED ON COUNTS: One

OPEN COUNTS DISMISSED: ___ On Govt's Motion, ___ On Ct's Mot.

FINE: $5,000 + $346 restitution    SPECIAL ASSESSMENT: $10.00

SPECIAL CONDITIONS OF SUPERVISION: Mental health treatment program

IS SENTENCE STAYED? ___ Yes   STAYED UNTIL: ___
✓ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]