Monday, May 9, 2011 12:31 PM

**Subject: Rabbi Gavriel Bidany**
**Date:** Monday, May 9, 2011 12:27 PM
**From:** נטלי נתנאלה רצאבי <natalie.ivgi@gmail.com>
**To:** Saul Bienenfeld <saul@sbienenfeld.com>

Dear Magistrate Reyes;
My name is Michal Bidany. I am the wife of Rabbi Gavriel Bidany and we have been married for 24 years now. We have, thanks to G-d, been blessed with a fulfilling marriage and are each other's best friend. Our eleven wonderful children are a testimony to the love and warmth of our home environment.
Your Honor, if I was to tell you that my husband is a special human being with a golden heart you might view my opinion as one coming from a biased person. Gavriel, however, has always been held in high esteem by our entire community and beyond. His long-standing reputation as an honorable, decent, caring and exceptionally generous man speaks for itself.
As he will stand before you for sentencing, please keep in mind that Gavriel is and has always been a model husband, father, son, friend and neighbor and would never knowingly or consciously hurt another human being. In fact, he has always considered himself as having been placed here on earth with a mission to help others and, indeed, has been the pillar of our community. I can assure you that whatever transpired to have brought him to the present circumstance is inconsistent with his code of behavior, which has always been an ethical one.
We live a modest lifestyle in humble surroundings. Our children's clothes are hand-me-downs and our furniture is second-hand, but material comfort is not something we ever strived for. It is not unusual for us to find that Gavriel has distributed almost all of his meager earnings to other needy families so that he is left without enough shekels to put gas in our old car. But still there is light and laughter in our home, which more than compensates for this shortage.
I cannot imagine how I or our children would function without my husband whom I love dearly and who has always been my rock. Every time he must leave for a few days, the light gets a little dimmer and the children's laughter is subdued, but we are comforted in knowing that he will soon return. And many times he surprises us and comes back early because he can sense how much we need him and miss him.
The last several weeks have been particularly hard on us all. I beg Your Honor for leniency in deciding my husband's sentence for his faux pas and to consider the impact it will have on the many who will be affected by your decision, especially so his nearest and dearest.
With gratitude for your compassion, I remain

Very truly yours,

Mrs. Michal Bidany
Israel

Honorable Judge,

Every waking moment, I think and can not digest. In a blink of an eye, life changes. Suddenly, you worry about Dad. When will he be back???

We need our father back to our country, to our home, to our family. Every minute and every second we miss him.

My father is a wonderful father. One I would wish to anyone. He has a warm loving heart- Simply great Dad that will do anything and everything for us. Takes care that we would not miss anything.

He is our role model for education, and values, consult, direction, answer, and every question in life. There is someone to ask.

And all with endless love.My whole life is my Dad. If he is missing, it is hard to imagine. We need him. We are a family with many children. The house is unable to function without my father.

We must have him back. We love him, and worry about him, and are very attached to him. The whole family needs him. My Mom needs him the most. She can't live without him. He is the compass, and substance of the house.

The little children ask all the time " where is daddy?" We miss him horribly and need him.
When when will my daddy be back?

Every time he goes, we wait for the moment he will return and speak to him on the phone.  Even if its only to hear his voice, to feel it. Or to consult with him in important things that require Daddy only.

We all love him. Consult with him. Including my grandparents ( who are old) need him very much, and he takes care of them.

Takes them to treatments and all their needs. How will we get along without him???

Its not like the last few times, where we knew when he was coming back.
Now its all unclear. And when we do not know when he's not coming back, its even harder.

Please have pity on us. And send us back our beloved Daddy.

I am begging you your honor, I have reached an age (22) where I need to find a groom and start a family. And without my father it is very difficult.

This could harm my match making process- starting a home. My whole future depends on it.

Please have pity on me your honor.


Eden Badani

Honorable Judge,

I can't believe it. I feel a bad strong feeling when my father is gone and is not next to us right now and we do not know what will happen to him.

It has been a month that I do not sleep well at night, this thing hurts me in my daily activities especially today when my mother needs help that we cannot provide.

When I see my father in front of me, I see a strong man who functions in any situation responsibly in the best way possible.

If its home supporting my mother and supporting all of my brothers. If it is for his parents even though he has the burden of a family with many children.

He always finds the time to go and help them any way possible. If it is for his brothers, whomever needs any help and support, anyone knows that my father is willing to supply a helping hand and a shoulder to lean on 24 hours a day. Also the closest friends knows that.

And this can be seen through the many friends he has. I am positive that if this has taken place in Israel, you would've seen all his friends and families knocking on the door.

My father, my loved ones, what about him?

I worry about him very much. I love him with all my heart, I appreciate him- there is no-one like my father. He is literary loved by all. He takes care of everyone.

DAD COME BACK. WE NEED YOU!!!

Especially since I came of age. Today I am 21 and I need to start my own family. I can't wait for that moment. And without my dad, it is impossible.

It would hurt my match making possibilities. Please Your Honor. Send my father back home as soon as possible.

Avishar Badani

Honorable Judge,

For me my father is the main character in the family. He is my father, my spine. I consult with him with every question.

He guides my way through life. And now he is not with me. I miss him very much!!!

Every time my father flies abroad, I anxiously wait for him, and want him to come back home already.

Usually, he goes for a short while, just a few days. And now, when we do not know when he'll be back home, everyday seems like eternity. We have to have him back home.

We can not be without him. Please I am begging of you. I need my father next to me. I love him and miss him immensely.

I am one of the oldest brothers at home. And we try to help and support my mother at home, and with the other children. But it is almost impossibly.

We feel his absence every moment. Please send us back our father. I beg of you your honor.

Have pity on me. I have reached the age of 21, and need to find a bride, get married and start a family. When my father is not wit me, it is going to be very hard, and would hurt my match making.

I would like to get married properly with my father at my side please.

Ariel Badani

Honorable court,

Re:Rabbi Gabriel Badani

We herby declare that Rabbi Gabriel is a "continuing son" in farm 30 in moshav(agricultural settlement) Achiezer.

This fact obligates him more than all of his brothers to take care of his parents. The parent's condition is very difficult.

The mother is 100% disabled. The father has prostate cancer. And he is being treated by very harsh medications.

Rabbi Gabriel also helps people in his community, in issues like domestic disputes. And he collect and disperse food items for needy families.

That is why we the council of Moshav Achiezer is asking the honorable court to be lenient and to release him home as soon as possible.

Respectfully,

The council Moshav Achiezer



Rabbi Jonathan Morgenstern

Young Israel of Scarsdale · 1313 Weaver Street · Scarsdale, New York 10583 · (914) 636-8686 · Fax (914) 636-1209 · www.yisny.org

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

I am writing this letter on behalf of my friend, Rabbi Gavrial Bidany who will be sentenced before you on May 12, 2011. I have known Rabbi Bidany for over 3 years, he has served as a guide and trusted confidant of mine for all of that time. Rabbi Bidany is a man with an unparalleled capacity to give and to help others in the most sensitive and respectful way possible. I can personally attest to the fact that he has helped countless people with personal issues, marital difficulties, and life predicaments. I have been one of those privileged with his help in my own and my family's life and I am eternally grateful for it.

In all of my time knowing him and witnessing his interactions with people, he always acts with the greatest degree of modesty and respect possible, to both men and women. His gentle and affable demeanor is perhaps his greatest quality and this is well-known to all who cross paths with him. No one appreciates him more than his adoring family, his wife and his eleven children. I have personally seen him with his family in Israel. He is a wonderful father and a gracious husband; just watching his demeanor as he related to his family was a true learning experience for me as to what it means to be so committed to one's family.

I know Rabbi Bidany needs to be held accountable for his actions. I just ask that you forgo any type of incarceration. No one could possibly benefit from sending this kind, loving individual to prison for any amount of time and it would be devastating financially and emotionally on his family. I can assure you that from this day forward Rabbi Bidany will lead a law abiding life and continue to be a productive member of our society. Please allow him to return to his homeland and consider his actions, the shame that he will experience there is worse than any prison sentence that he can receive.

I thank you, in advance, for taking the time to consider my personal thoughts and feelings.

Sincerely,

Rabbi Jonathan Morgenstern



*Rachel Weiss*

email rachelw32@verizon.net

32 Mariner Way
845.362.2095

May 6, 2011

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

My name is Rachel Weiss. I am a wife, mother and grandmother and reside with my husband in beautiful Rockland County of the great state of New York.

For the past several years, I along with the extended members of my family have enjoyed the privilege of acquaintanceship with Rabbi Gavriel Bidany who will find himself facing sentencing before you on May 12, 2011.

Those of us who know Rabbi Gavriel Bidany have spent the last several weeks in a state of disquietude and dismay; his pain is our pain, though it is difficult to fathom the humiliation and suffering he has been enduring.

Please understand, Your Honor, that in no way do I seek to defend the title of "Rabbi"; we all know that titles are meaningless. (The fact that Rabbi Bidany has earned that title is an aside.) A person of Your Honor's stature is surely aware that it is not the "title" but one's character and essence that make the man.

R. Bidany is not only a beloved figurehead in his own community where he lives with his beautiful wife (whom he clearly treasures) along with their many wonderful children in a small unobtrusive enclave in Israel, but is also revered by all of those who've come to know him over the years.

I suspect his sterling character and impeccable integrity up to this point in time have had much to do with the adulation he has garnered, though the fact that he selflessly devotes his life to ease the pain and burdens of others is certainly a big part of it.

Your Honor, I have met with Rav Gavriel, as he is affectionately called, both in my home and in his, overseas. He has also frequented my married children's homes here in New York on several occasions, where many have visited to receive his astute counsel, spiritual guidance and blessings.

1

Rav Gavriel's altruism extends beyond the scope of concern for one's fellow man; I've seen him shuttle tirelessly between his home in Israel and here where families eagerly seek his advice. I've personally seen him refusing to charge or set a fee (for his counseling service), with the reasoning that many hapless individuals cannot afford to pay him and that it is, after all, God who sees to his needs. Rav Gavriel moreover allots as much time for a visit as a person needs, even if the hour is late and the amount of people still waiting to see him would mean retiring for the night at an ungodly hour.

Your Honor, I lost my youngest sister to cancer several years ago. Her youngest child, a boy, was seven at the time. When he was a teenager he went to study at a Torah academy in Israel, where he heard of Rav Gavriel and went to see him. I was there at the time and saw the glow on the child's face when he emerged from his meeting with R. Bidany – who had instantly honed in on the sadness in this child's heart and treated him like one of his own. In addition to encouraging my nephew to do well in his studies, to stay motivated and keep away from the "partying" kind, he also asked the boy to stay in touch with him and to keep him abreast of his overall progress. All this, Sir, with no expectation of money in return, from a youngster he'd never before seen or known — simply out of genuine concern and the goodness of his heart.

Your Honor, I've seen the adoration on Rav Gavriel's beautiful children's faces as they run to embrace the father they look up to. In fact, many a time when he is here he cuts his preplanned visit short and takes a standby flight back home to rejoin his family.

I humbly suggest that the amount of people, myself included, who have benefitted from R. Bidany's insightfulness and compassion are too numerous to count. This past January when I happened to be in Israel for a family occasion, the rabbi's father had suddenly taken ill and was to spend several days in the hospital for grueling testing. Though Rav Gavriel had planned on taking us to some holy landmarks, he bowed out in deference to his father — explaining that he'd be spending round the clock time at his father's hospital bedside. And that he did.

Sir, some might say that the care Rabbi Gavriel Bidany confers upon his elderly parents is reason enough for Your Honor to consider leniency upon sentencing him. Then again, others might argue that his role as caring husband and father to eleven children should be a basis for lenient sentencing.

In view of Rabbi Gavriel Bidany's heretofore spotless reputation, not to mention his incredible acts of charity and kindliness toward members of his own family as well as others both here and abroad, I respectfully submit that Your Honor forgo incarceration of any type; goodness knows the man has already suffered devastating humiliation which will continue to haunt him wherever he goes and will not soon dissipate.

May God grant Your Honor the wisdom of Solomon, and may truth and justice prevail in every courtroom of our great country.

Sincerely yours,
Rachel Weiss

2

65 Valley Road
New Rochelle, New York 10804
914-629-1118

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York, 11201

May 9, 2011

Re: Gavriel Bidany

Dear Magistrate Reyes,

I am sharing with you this simple story, a recollection of mine, which will provide a glimpse into Rabbi Bidany's life and character.

In the summer of 2008, my husband and I and our four children were on vacation in Jerusalem. We were invited to be guests at Rabbi Gavriel Bidany's house on a Saturday night in August. He lives in a neighborhood not far from Ben Gurion Airport, about a twenty minute drive from Jerusalem.

Sabbath ended at around 8:30 P.M. After packing up and getting ourselves together, we left our hotel. There was heavy traffic leaving Jerusalem due to a suspicious object left near the central bus terminal. We called Rabbi Gavriel to tell him because it was getting late and we did not want to impose at such a late hour. He told us not to worry, that there were people coming in and out to see him throughout the evening. Then, of course, as we got closer, we got lost. Rabbi Gavriel tried to direct us by phone but we couldn't figure anything out. He finally sent his brother out to the location we described and we followed him to the house. When we arrived it was already midnight! We were the only visitors by then. Yet, Rabbi Gavriel and his wife welcomed us like it was tea time, as if midnight were the most natural time to show up. Even the Rabbi's elderly mother was sitting at the entrance to the house, smiling. We were told that she enjoyed observing the comings and goings of the household.

The Rabbi's house is a modest, one story dwelling. Even though the household consisted of 11 children, it was neat and tidy. This was probably due to two factors; One- Caring for 11 children usually does not leave room for many material posessions to clutter up a home and Two - In Israel, even today, children are very helpful in the house.

The living room coffee tables were laden with fresh cakes, pastries, fruit, soft drinks and water. Many of the baked goods were home made by Rabbi and Mrs. Bidany's eldest daughter and the Rabbi was proud to mention that to us. The Rabbi's wife is a petite, quiet woman, yet her warmth is apparent in her smile and choice kind words. After conversing with her for a short while, she recommended a book that she thought would be perfect for me and asked her husband to bring it. She presented the book to me as a gift. It was written by the daughter in-law of the former Sephardic Chief Rabbi of Israel. In the weeks that followed, I had come to acknowledge that it was indeed a

book that suited me very well. I was surprised at how quickly Mrs. Bidany tuned in to my personality.

The older Bidany sons and daughters were still up and about, very polite, coming in and out of the house. The ones closest in age to our elder daughter and son (then, about 17 and 14 years old), took them to show them around and hang out. They were very friendly and welcoming. Our two younger girls sat with us.

We did not see the youngest few children and assumed that they were all asleep. But then, one by one, these little pajama-clad children with big curious eyes came shuffling out into the living room to see the strangers with the American accents. Some children sat on chairs, one young daughter sat in her father's lap, and the littlest, who was about two years old, nestled herself in her mother's arms. After a few minutes, it was decided that the children should go back to bed. So, Rabbi Gavriel stood up and said, "Watch how easily they go back to bed!" He held his arms out like a conductor and said, "Children! I am going to count to ten. One, two, three. Seven, eight, nine AND -" They all shouted , "TEN!". Then they squealed and laughed and ran to their rooms. Within five minutes, these same wide-eyed, pajama-clad children were back in their same places in the living room trying to be part of the action, again. The Rabbi stood up and with his arms out again like a conductor, (and a smile like a cheerleader) said, "One, two, three, seven, eight, nine - " They all yelled "TEN", and ran back giggling to their rooms. I think that they were tired out after that and fell asleep.

Upon our departure, Rabbi Gavriel accompanied his brother who drove in front of us and led us to a place from where we could find our way back easily. The impression that my family and I got from that night, was that of a happy, lively home with an open door policy.

Judge Reyes, I do not know what the Rabbi's family would do without him. They truly depend on him for everything. They are a poor family, already heavily burdened by the recent travel and legal expenses. The people who are close with Rabbi Bidany and who support him, (including my husband and myself) have taken money from their own pockets to help offset some of the costs. I do not think the community can keep on sustaining the family if he is not allowed to return home immediately. The community certainly cannot withstand a heavy fine. And what source of income can the family expect if the person who is their means of finances is sitting in prison, not working?

In truth, Rabbi Bidany was punished already from the time of the accusation that went public right away. His reputation is besmirched. How can he ever undo that?

If Rabbi Bidany were a threat to society, or if a period of incarceration would teach him a valuable lesson he has not already learned, then, Your Honor, there would be nothing for anyone to request of you. But, I cannot believe either to be the case. I do not believe that he will again be anywhere without a chaperone ( and, truthfully, since my acquaintance with him, I have never seen him without one). As for any benefit to spending time in prison, I believe that Rabbi Gavriel Bidany has already learned a painful lesson and will likely suffer from this experience the rest of his life - as will his wife and children who are the collateral damage of this case.

As a moral and intelligent society, we know that one should not judge children by their parents' actions. However, we also know that human nature and society are not that noble. When we recognize a person's last name we associate it with his or her mother or father, for good or for bad.

What will happen, from now on, when one hears the name "Bidany"? When one of his children applies for a job, let's say, as a teacher, and the prospective school master or board hears the family name or does a background check - will someone say "Isn't the father the one who was convicted of...?" If his son or daughter is presented as a potential life partner (husband, wife, etc.), how will the other family react? Will they see the person for who he or she is or shun the match?

I am already envisioning the children getting "Tsk, tsk" looks, or at best, looks of pity at their plight. His wife? What are the neighbors thinking?

Judge Reyes, please be lenient when you sentence Rabbi Bidany. Please give the neighbors a reason to rally around the family and give them encouragement to move forward. Let Rabbi Bidany's family have hope that they can work through this most uncomfortable situation that they did not ask for.

I truly appreciate the time you have taken to read this letter.

Sincerely,

Karen Raskas

Dahlia Nordlicht
245 Trenor Drive
New Rochelle, New York 10804


May 5, 2011


Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201


Re: Gavriel Bidany


Dear Magistrate Reyes:

I am writing this letter on behalf of my friend, Gavriel Bidany, who will be sentenced before you on May 12, 2011.

I met Rabbi Gavriel in 2008 when a friend of mine introduced me to him. I have seen that the Rabbi is kind and does a tremendous amount of charity work in Israel, especially by helping to feed many hungry families throughout the year. Before certain holidays, the Rabbi has been known to collect and distribute food to thousands of people who cannot afford to purchase food.

I am writing this letter to ask your honor to show Rabbi Bidany leniency at the time of sentencing and to allow him to return to his homeland. The Rabbi and his family have suffered tremendously for his convicted offense, both emotionally and financially. I truly believe that Gavriel Bidani will be law abiding and will continue to do great charity work to benefit society.

Thank you for taking the time to consider my thoughts.


Sincerely,


Dahlia Nordlicht

### PETER GROSZ
### 97 BRICH LANE
### WOODSBURGH, NY 11598

May 6, 2011

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Rabbi Gavriel Bidany**

Dear Magistrate Reyes:

This letter is written in support on behalf of my Rabbi and Mentor, Rabbi Gavriel Bidany, who will be sentenced before you on May 12, 2011.

The purpose of this letter is to demonstrate who Rabbi Bidany is, what he has meant to numerous people in many communities, as well as how the Rabbi has touched me. As Gavriel is one of the L-rd's Arch-Angels, so has Rabbi Bidany been nothing short of an Angel to me and my family.

I have personally suffered immensely from the economic downturn from the past two years. My business, once successful, has imploded. My home is in foreclosure, my finances are a huge mess, seemingly with no end in sight. Although I am nearly penniless, as are thousands of our fellow Americans, my saving grace is my Mentor, Rabbi Bidany. His amazing insight, counsel, prayers, and support have not only made me a far better person, but also have navigated me to seeing the light at the end of the tunnel. My fortune, as opposed to our other tormented neighbors, is that I have Rabbi

Bidany at my side. The Rabbi is the epitome of Holiness, decency, and compassion. Without his analysis and counsel, I would truly be lost, with no hope or future.

May I also relate to you an episode that occurred two months ago. On a totally quiet Sunday morning, around 9:00 AM, my 85 year-old Mother left her residence to shop. Not a soul was on her deserted street. After crossing the intersection, seemingly from nowhere (perhaps the sky ?), a car lost control, ran up on the curb, through a garden, finally coming to a stop by ramming into a street lamp at the corner. My Mother called me hysterically, telling me that G-d literally spared her life, that by all accounts, this runaway car missed her by mere inches, and should have severely injured or killed her. I immediately recalled the prayers and blessings that Rabbi Bidany bestowed upon my Mother. I am totally convinced, if not for the Rabbi's interceding with Our Heavenly Father on her behalf, she would no longer be here. When I related this to the Rabbi, he gave me a small grin and bestowed an additional blessing for a healthy and long life for my Mother.

To say that I am eternally grateful to the Rabbi is a huge understatement. I truly do not know where I would be today, given my situation, without his love and support.

I ask and beseech, Your Honor, to demonstrate leniency when you consider your sentencing. Besides his wife and eleven children, countless other individuals in many cities count on him to be immersed in our lives. He is truly an Angel from Heaven, and is intertwined in our daily existence. While these charges are inconceivable to me, I humbly request that you take into account the way he touches thousands of lives, and grant the same compassion to him as the love he shows us.

Respectfully,

Peter Grosz

Cheryl Greene

101 West 90 Street  14J

New York, NY 10024

Magistrate Judge Ramon E. Reyes, Jr.

United States Magistrate Judge

225 Cadman Plaza East

Brooklyn, New York 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

I am writing this letter on behalf of my Rabbi and friend, Gavrial Bidany who will be sentenced before you on May 12, 2011. I would ask your honor to show Rabbi Bidany leniency at the time of his sentencing.

I have personally known Rabbi Bidany for four years. In my darkest of times he has been a continuous source of strength and comfort. I am eternally thankful for the support the Rabbi has shown me.

Thank you for taking the time to consider my thoughts.

Sincerely

Cheryl Greene

**Brooke Rubinstein**
**1482 Ocean Pkwy**
**Brooklyn, NY 11230**

May 8, 2011

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201


Re: Gavriel Bidany


Dear Magistrate Reyes:

I am writing this letter on behalf of my Rabbi, Gavriel Bidany, who is facing sentencing before you on May 12, 2011.

My husband and I have been hosting the rabbi in our home for a night or two every couple of months for the past two years, where he has met with people in need of guidance/advice. I have personally witnessed an impressive amount of individuals who have come in looking burdened yet left (after a consultation with R. Bidany) in a state of obvious relief and, often, joy.

Two specific incidents stand out in my mind, where R. Bidani was able to be of help. Both involved singles looking to be married but unable to find their way clear for one reason or another. One young lady became engaged to someone the rabbi had encouraged her to meet with, and the other severed a relationship with someone the rabbi had suggested would be unsuitable for her in the long run. Both are elated with their decisions and remain grateful for the rabbi's counsel, which enabled them to get on with their lives in a confident manner.

My husband and I had the opportunity to visit R. Bidany in his home in Israel where we met with his wonderful wife and lovely children. They are extraordinary people who have built up their community and make themselves available to anyone in need 24/7. Mrs. Bidany is a strong and selfless woman and devotes herself – despite being a mom to 11 children – to being her husband's partner in his noble work. However, her role would be overwhelming if she didn't have him at her side for an extended period of time, and their children would be devastated by their father's absence.

Your Honor, this family has already suffered much hardship in the last several weeks, and in my humble opinion any type of incarceration would serve no useful purpose other than to wreak emotional and financial havoc upon them. Allowed to return to his homeland, Rabbi Bidany will surely lead a law-abiding life and continue to be a productive member of society.

Thank you for taking the time to read my letter and consider my perspective.

Sincerely,

Brooke Rubinstein

May 5, 2011

Dear Honor

I am writing this letter to give you better insight into the character of Gavriel Bidany.

I'm an American residing in Israel for the last 17 years. As an activist in the American Orthodox community in Israel I've come to know Rabbi Bidany extremely well. He has a heart of gold and literally has given the shirt off his back to help others - even people he doesn't know.

One specific incident comes to mind that I feel Your Honor ought to know. About a year ago I was involved in an extremely sensitive incident that centered around a certain 34 year old girl that needed much help & support. She was an attractive smart girl that was then in a delicate emotional state & surely can be considered a "perfect candidate" for any pervert to seize the opportunity to take advantage of her weakness. (This actually had been done once by someone, which was part of the cause of her situation). I felt that Rabbi Bidany can be very influential on her and asked him to please meet her. Of course he readily agreed and a meeting was scheduled. Besides the fact that he gave her many many hours of his time, totally free of charge, and did an amazing job on supporting her, I can't stress enough the precautions he took upon himself to keep the proper distance that would seem appropriate for a Rabbi. It struck me then the art of on the one hand, engulfing her with unlimited fatherly love, while keeping the proper distance (he wouldn't stare at her, wouldn't take her phone number "she's welcome to call me at any time, 24 hrs a day, but I don't ever initiate calling a woman" etc etc), and seeing to it that she don't become dependent upon him

I also have seen him at home with his wife and children. He's an unbelievable father/husband who's love & care for his family literally knows no bounds. He's attached to each of his 11 children as if he were an only child. Its obvious that him being away from home for extended period of time will be detrimental to them.

I ask that you forgo any type of incarceration. No one could possibly benefit from sending this kind loving individual to prison for any amount of time and it would be devastating financially and emotionally on his family and many other people. He is an invaluable asset to his community & to all of mankind. Please allow him to return to his homeland and consider his actions, the shame that he will experience there is worse than any prison this country has.

Thank you for taking the time to consider my thoughts.

Shmuel Puretz
Jerusalem

May 5, 2011

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

I am writing this letter to give you better insight into the character of Gavriel Bidany.

Rav Gavriel Bidany has helped me in many cases and even guided me into finding my fiancé.

I was going through many troubled times, and when seeking advice from Rav Gavriel he told me things that no one could ever know. It's hard to believe and understand such a powerful man, but trust me when I tell you this man is special.

After seeking the Rabbi help, over a period of time my anxiety level decreased and I was a much happier woman.

I have many stories to tell you about the Rabbi, but the one that sticks out the most, is the one of how I met my fiancé.

I was in a very bad relationship before I met my fiancé, and the rabbi never told me to leave that relationship, because a part of me thinks that he knew I wouldn't stay in such a relationship. Neverthe less my anxiety level was very high. He always reassured me the good, and I believed and trusted him. I Always felt that his words were just so safe and comforting. Anyways, I finally ended that relationship and started feeling much better. One night while I was out with my girlfriends, I stepped off for a moment and while I was away one friend mentioned to the other that they thought they had the perfect guy for me. When I came back my friend started questioning me what type of guy I'm looking for, and what I said to her sounded like the guy they just mentioned. However, I didn't put that much thought into it.

The next day, I knew the Rabbi was in town, and just felt like I needed to seek his guidance. I went to see him, and when I walked into the house, he looked at me and in all seriousness he told me a match was just mentioned to me, and that I should go out with the prospective suitor! He even mentioned the girl that suggested the match. This is not a joke; our first date was the major blizzard right after Christmas, and now we are engaged to be married in June. I've never been happier!

I am eternally thankful for the love and support the Rabbi has shown me.

I know people need to be held accountable for their actions. However, I just ask that you forgo any type of incarceration, as no one could possibly benefit from sending this kind loving individual to prison for any amount of time and it would be devastating to his family Please allow him to return to his homeland and consider his action as the shame that he will experience there is far worse than any prison this country has.

Thank you for taking the time to consider my thoughts.

Sincerely

Devorie Weiss

May 9, 2011

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

We are writing this letter on behalf of our Rabbi, Gavrial Bidany who will be sentenced before you on May 12, 2011.  I would ask your honor to show Rabbi Bidany leniency at the time of sentencing.

Rabbi Bidany has taken many hours out of his busy schedule over the past year to council us and to provide advice as we navigate our business through challenging times.  In addition Rabbi Bidany spent much time and effort providing religious council to Elliot while he was healing from a medical condition.

Rabbi Bidany always takes our calls at all hours of the night and has assisted selflessly and out of his love for mankind.  We are eternally thankful for the love and support the Rabbi has shown us.

We know that Rabbi Bidany needs to be held accountable for his actions.  We just ask that you forgo any type of incarceration.  No one could possibly benefit from sending this kind loving individual to prison for any amount of time and it would be devastating financially and emotionally on his family.  There is no doubt that Rabbi Bidany's wife and 11 children have a great need for him to be home with them.

We can assure you that from this day forward Rabbi Bidany will lead a law abiding life and continue to be a productive member of our society.  Please allow him to return to his homeland and consider his actions, the shame that he will experience there is worse than any prison this country has.

Thank you for taking the time to consider our thoughts.

Sincerely,

Elliot, Michael and Daniel Gibber

May 8, 2011

Mira & Phil Konigsberg
1 Marbridge Road
Lawrence, NY 11559

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

I am writing this letter on behalf of our mentor Rabbi Gavriel Bidany who will be
sentenced before you on May 12, 2011.

For the past year, Rabbi Bidany, has shown compassion and understanding to my
husband, myself and especially my daughter. We are grateful for the support he has
shown us.

I am asking your honor to show Rabbi Bidany leniency at the time of sentencing. He has
a wife and 11 children who need him at home.

Respectfully,

Mira and Phil Konigsberg

May 6, 2011

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

I am writing this letter to give you better insight into the character of my friend, and
mentor, Rabbi Gavrial Bidany who will be sentenced before you on May 12, 2011.
I would ask your honor to show Rabbi Bidany leniency at the time of sentencing.

Over the last few years Rabbi Bidany has been a source of strength, compassion,
and wisdom for me. I first met Rabbi Bidany at the home of my husband's parents
where he was staying in order to meet with people in the community who wanted to
speak with him. People came from all over the tri-state area to meet with him. If
someone was too sick to travel, he would try to go to their house. Every person that I
introduced to Rav Bidany was impressed and grateful for the introduction.

Rav Bidany has served as a role model for myself, my family, and my friends with
his good deeds, simple living, generosity, and faith. His serenity and sincerity are
inspirational and I strive to emulate him.

Even with the time difference between the US and Israel, Rav Bidany has always
been available for phone calls when I needed his assistance. I have come crying to
him, or called him while crying at least a dozen times and he always listened silently
and respectfully before offering sage words of wisdom and advice. Each and every
time I felt better, stronger, and more emotionally centered after our conversations.
He never once made me feel like my concerns were trivial, never once made me feel
like I was bothering him, and never once asked me for anything in return. In fact,
he was constantly asking me what else he could do for me.

He has helped me with issues regarding my marriage, my children, my parents, and
my students. He always treats me with respect, and honesty. Occasionally I use my
mother-in-law as an interpreter and if the issue is regarding my husband, he would
ask if we were both comfortable to continue the discussion – he did not want to
upset her while we were discussing her son. He always cares about people's comfort.

I am eternally thankful for the love, support, and kindness the Rabbi has shown me.

While I know Rabbi Bidany needs to be held accountable for his actions, I just beg
of you that you forgo any type of incarceration. I have read the articles on line, and
the comments that people have posted. This incident has turned into a racial issue
where people are commenting about "all Orthodox rabbi's" and not on this one

particular individual. To illustrate his uniquely positive attributes, I do not travel to see, nor do I call any other Rabbi that lives in my community or the community I grew up in. I only call him – because he is special. My concern, as a public school teacher in the Bronx, is that he will be subjected to all sorts of racial problems behind bars. I personally continue to see swastika graffiti on the desks in my school and I worry about his safety. No benefit can be derived from sending this kind and loving individual to prison for any amount of time. From this day forward Rabbi Bidany will lead a law abiding life and continue to be a productive and helpful member of our society. Please allow him to return to his homeland and consider his actions, the shame that he will experience there is worse than any prison this country has.

Thank you for taking the time to consider my thoughts.

Sincerely,

Sheri Krausz

33 Overlook Rd.
White Plains, NY 10605

646-942-7052

May 10, 2011

Magistrate Judge Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gavriel Bidany

Dear Magistrate Reyes:

I am writing this letter on behalf of a trusted friend and advisor, Rabbi Gavrial
Bidany who will be sentenced before you on May 12, 2011.

I hope that I can give you insight into the character of Rabbi Bidany.

Rabbi Bidany and I met around four years ago when, as a newly divorced mother, I
was having issues with my teenage daughter. It was his first trip to the U.S. He was
extremely careful in his pastoral practices to meet with us in a room with a door
open. He averted his eyes from both of us. He adhered to Jewish observant
strictures of modesty and propriety at all times, with both myself and my daughter.
He advised my daughter to respect and call her father, and she subsequently re-
established that relationship – a wonderful thing for both of them. When I
consulted with him a few years later, after I lost my job, he offered me charity (I did
not accept it). I took his advice and found new employment. He met with me and
helped me find the man I have subsequently married.

I have consulted Rabbi Bidany many times, both here and in Israel, with and
without my daughter, over the past four years, whenever I have had a question
about morality and faith or when I come to a fork in the road and I don't know
where to go or what to do. He has consistently guided me to the right path – and, in
the process, has inspired me to become a better person. He has been a wonderful
example of utter and complete belief in G-d and in G-d's intervention in every
aspect of our daily existence. Last year, my husband and I had the privilege of
visiting his wife and family – a large, beautiful family, each of whom reflects
goodness and upstanding values for a celebration around the holiday of Sukkot.
Although it was clear that they didn't have much to share, they brought out food
and shared with us joyously.

Please, your Honor, understand the kind and gentle nature of this man and do not
send him to jail. His wife and eleven children need him. We all do. And I know
that Rabbi Bidany will pay back his debt to society and to anyone he has ever
wronged. That is the kind of man he is. He is honorable and decent.

Please allow him to return to his homeland and reunite with his family. I know that as a spiritually sensitive man, he will return with lessons far greater than any you can try to exact from him.

Thank you for taking the time to consider my thoughts. I am willing to answer any questions you might have about Rabbi Bidany.

Sincerely,

*Mrs. Judy Segaloff*

Judith Segaloff
914-589-4990

10820 Rustic Drive -- POB 559
Lakeland, MI
48143

### SIGALIT DAR

### 30 HAETROG STREET

### MOSHAV AHIEZER, ISRAEL 71905

May 7, 2011

Magistrate Judge Ramon E. Reyes, Jr.

United States Magistrate Judge

225 Cadman Plaza East

Brooklyn, NY 11201

Re: **Rabbi Gavriel Bidany**

Dear Magistrate Reyes:

As Rabbi Gavriel Bidany's first cousin, and someone that knows him all my life and knows all the good things that he does for people he knows and even people that he doesn't know, always willing to help no matter what and no matter if it is night or day, they know they can always count on him.

Because of this situation that he has been going thru, as a very well-known Rabbi, he has already suffered damage to his reputation, embarrassment and humiliation from all the media, and by being held in jail for two days, that he never even know how it looks like before, and the time that he was house arrested, he served his punishment for the case that he was found guilty.

I ask with all my heart, that your honor will consider it, as time served and set him free, if not for Rabbi Gavriel Bidany's sake, at least for his family's sake and for all the people that rely on him and are waiting for him to be available again to guide them and help them with all their needs.

Respectfully,

Sigalit Dar





DEPARTMENT OF THE ARMY
**UNITED STATES MILITARY ACADEMY**
West Point, New York 10996-1794

REPLY TO
ATTENTION OF

May 5, 2011

Department of Law

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: GAVRIEL BIDANY

Dear Judge Reyes:

I am writing this letter on behalf of Rabbi Gavriel Bidany and request you show him leniency at sentencing on May 12, 2011. I am a former military prosecutor who has had the unfortunate opportunity to prosecute many sex offenders in a variety of cases including, but not limited to: rape, carnal knowledge (statutory rape), adultery, indecent assault, and possession of child pornography. Although I fully understand that Rabbi Bidany needs to be held accountable for his actions, I ask that you do not sentence him to incarceration.

Rabbi Bidany does not share the characteristics of most individuals who are convicted of such offenses. He is a kind, good-hearted person who sacrifices an incredible amount of time and effort to go out of his way to help people in need. I know my family and I are eternally grateful for the advice, guidance, and support he has provided us. On one specific occasion, despite the fact that he was short on time because of an upcoming international flight, Rabbi Bidany travelled out of his way from Long Island to Westchester (while enroute to New Jersey), simply to help my wife, Michele, and I with a particularly difficult situation.

On top of his own character, Rabbi Bidany has a wife and 11 children. They need him, both for financial and emotional reasons. A sentence which includes confinement would be overwhelming for them. Additionally, the disgrace and humiliation he will experience at home as a result of this conviction will be a far worse deterrence than any sentence to confinement. I am certain Rabbi Bidany will continue to help people throughout the world and will obey the law from this day forward, no matter what the sentence.

Thank you in advance for considering this request. Please feel free to contact me if you have any questions at (845) 938-5549 or via e-mail at jonathan.m.gross@us.army.mil.

Sincerely,

Jonathan M. Gross
Captain, U.S. Army
Assistant Professor of Law