# CRIMINAL CAUSE FOR SENTENCING

BEFORE: MAGISTRATE JUDGE REYES   DATE: 5/12/2011   TIME: 11:20 a.m - 12:02 p.m.

DOCKET #: 11-cr-00259

DEFENDANT NAME: _____Gavriel Bidany_____

    __X__ present _____ not present    _____ custody __X__ bail

DEFENSE COUNSEL: _____Saul Bienenfeld_____

    __X__ present _____ not present    _____ CJA __X__ RET _____ LAS

AUSA: __William Sarratt and Lisa Kramer__   Probation Officer: Patricia Sullivan

Pretrial Officer: Louis Calvi

INTERPRETER: __Ruth Kohn__ LANGUAGE: __Hebrew__

Court Reporter Victoria Torres Butler

__X__ CASE CALLED   DEFENDANT SENTENCED TO: **60 days imprisonment**

    __$10.00__ SPECIAL ASSESSMENT
    ____0____ FINE

OTHER:

The Government must submit a certified translated copy of Ms. Lechtman's victim statement due by 5/16/11. The Court reserves the decision on restitution payment. The Government's letter on whether violation of 18 U.S.C. § 113(a)(5) constitutes a crime of violence due by 5/16/11; Ms. Lechtman's letter request for reimbursement of expenses and proof accrued for participation in this case due by 5/20/11; Defendant's response to the letters submitted by the Government and Ms. Lechtman due by 5/27/11. A Restitution Hearing set for June 1, 2011 at 11:00 a.m. Documents received by the Court: Government Exhibit #1 Ms. Lechtman's victim statement, Defendant's Exhibit # 1 Letter not dated from R. B. Stanger, and Defendant's Exhibit # 27-4 letters written in Hebrew from Mr. Bidany's family.