30 Meadow Road

Scarsdale, NY 10583

Magistrate Judge Ramon E. Reyes, Jr.

United States Magistrate Judge

225 Cadman Plaza East

Brooklyn, New York 11201



Re: Gavriel Bidany

Dear Magistrate Reyes:

I would ask your honor to show Rabbi Bidany leniency at the time of sentencing. I have no knowledge regarding the events or trial that led to his recent conviction. What I do know is that the Rabbi is a very special man who took the time and attention to help me through one of the most difficult periods in my life.

I am a member of the Young Israel of Scarsdale synagogue in Scarsdale, NY. Periodically, the Rabbi visits our community as well as neighboring communities. During his visits, he is extremely busy meeting with and helping people in need. On short notice, I requested that Rabbi Bidani meet with me to discuss a very painful personal situation where I was devastated because a woman I was dating ended our relationship, citing health reasons. His kind and insightful perspective and advice made an enormous contribution to my emotional recovery from an extremely painful situation. He gave me more time than I was scheduled to use and listened so carefully to my story. Before and after my meeting with him, I saw others coming and going from his meeting place whose faces showed that they had similarly significant issues to discuss with the Rabbi. All seemed to come away much comforted by his wise advice.

I am eternally thankful for the love and support the Rabbi has shown me. He gives so much of his time to others that it pains me to think of being separated from his wife and 11 children beyond what his work requires. It also pains me to think of those who will not be able to consult with the Rabbi if he is required to spend time in prison.



I ask that you think very carefully before imposing a prison sentence in this particular case. Rabbi Bidany has so much more to contribute to the world.

Thank you for your consideration of these thoughts.

Sincerely,

Richard B. Stanger

בר םולש,

ויתואצותו טפשמה ךלהמש הנימאמ ינאו רחאמ םילימב תוברהל ינוצרב ןיא הז בלשב עוריאה לע תישיאה יתעד תא עיבהל ךרוצ השח ינא תאז לכב ךא ,םמצע דעב םירבדמ ידמ בר ןמז םכמ לוזגל אל לדתשא .יתיווחש.

ןהב תוליהקה ברקב ךרעומ םדא אוה ינדיב רמש תעדל יתחכונ םינורחאה םימיה ךלהמב לש םימלש םייח יח םא םג ,תאז תורמל ךא ,וישנאמ הכימתו ןומא לבקמו ליעפ אוה אלל תינימ הפיקת -ןושארה .עציבש םיאטחה לע םולשת םיווהמ םניא םה ,םיבוט םישעמ תוירחאהו המשאה תחיקל יא -ינשהו ,המכסה.

הממ האצותכ .תורחאמ תועורג תואיגש יש ךא ,רחא וא הז בלשב תוגשל לולע םדא לכ תא -רתויב הכזה תישונאה הנוכתה תא תטלחומו הרורב הרוצב יתדביא ,יל הרקש תא תכנחמ ינא םויה ,ילש ישיאה בחרמל רודחל שיאל תתל אל תעדוי ינא םויה .תומימתה רתוי יל הרקי אל הזכ רבד .ייתובנ תא ךנחא םג ךכו םייביטרסאו םיינדשח תויהל יליח ,שיאב ןומא יל היהי אלו ,שיאב חטבא אל םג ,המישנ התואכ לבא ,רתוי חפב לופא אל ינא .תרתונ ,הווכנש ימ .תרחא ךרד םושב הז תא דומלל רשפא יא .בישהל ןיא ינממ חקלש תא ול תקלצ ,ןהיא דימת היהת םש.

ינא םגש םיהולא ותוא םשב רבדמה םדאמ ךא ,רחא וא הז בלשב תוגשל לולע םדא לכ רתויל יתיפיצ רתויב םישודקה םיכרעה םשבו ,וב הנימאמ.

םע םישנא םיגהונ ךכ .שנועה תא וילע לבקלו ,ותועטב תודוהל ,ץימא תויהל ונממ יתיפיצ םיפיטמ םה םהילע םיכרעב םינימאמש חור ישנא םילעופ ךכ ,םיכרעו דובכ.

םיאור םירחא הברה ךכ לכש םדאהש .הדיחיה ינאשו ימעפ דח היה הז עוראש הווקת ילוכ יתדמלש יפכ ךא ,אל ותו הדיעמב רבודמשו ,ילש תומימתה תא קר לציג ינחור גיהנמ וב ירשב לע: "ןיא לכתסהל קנקנב".

התוא הדהאל יואר וניא אוהש חיכוה קר ינדיב רמ הנימא יתלבהו תינדחפה ותולהנתהב וילעש ןימאמ ינמכ ,טפושה דובכ םגש הווקמ ינאו ,אשונ אוה ותוא ראותלו לבקמ אוה שנועה תרמוח אולמ תא גופסל.

הדותב

ןמטכל לא-תב

DEFENDANT'S EXHIBIT
CASE NO. 11-CR-259
EXHIBIT NO. 07-4
5/11/11

לכבוד השופט - פליק!

אני לא מאמין, אני מרגיש ממש מחושבה קשה ולא טובה ואיני מבין שאבא שלי חסר

כרגע, ואין אני יודעים מה יהיה איתו?

כבר חודש ימים שאני לא ישן טוב בלילות. הדבר הזה פוגע בתפקוד במהלך

היום, במיוחד היום בימינו צריכה כל עזרה קשה לי לתת אותה.

כאשר אני רואה לנגד עיני את אבי אני רואה אדם חזק שמתפקד

בכל מצב בצורה אחראית ובצורה הכי טובה, אם זה בדיבור בתמיכה לאימי

ובתמיכה לכל אחי, אם זה להורים שלו, שמירה על המשפחה שמרובת ילדים

הוא מוכן את הזמן לכל אחד ולסייע להם בכל מה שאפשר,

ואם זה לאחים שלו מי שצריך עזרה ותמיכה יודע שאצל אבא שלי תמיד

הוא ימצא אוזן קשבת 24 שעות ביממה, גם החברים הקרובים יודעים זאת

וניתן לראות את זה במעגל החברים הרבים שיש לו.

אני בטוח שאם זה היה דאגה הייתם רואים את כולם מתפקדים

על דלתות בית המשפט.

אבא שלי - האהוב שלי, מה איתו? אני דואג לו מאוד. אני אוהב אותו

בכל ליבי, מעריך אותו - אין כמו אבא שלי, דמות אהובה על כולם

במלוא מובן המילה, לכולם הוא דואג,

אבא תחזור מהר - צריכים לך!!!

במיוחד כשהגעתי לפרקי (אני בן 21 וחצי) ואני צריך להקים בית - אני מחכה בכליון עיניים לרגע הזה ובלי אבא זה בלתי אפשרי ~>

כל פעם שהוא נוסע - אנו מחכים לרגע שיחזור ומדברים איתו כל פעם בטלפון - אם זה רק לשמוע את קולו, לחוש אותו, או להתייעץ עימו בדברים חשובים שצריכים שיקולים רק את אבא.

כולם אוהבים אותו - מתייעצים איתו, גם סבא וסבתא שלי מבוגרים - צריכים לו ביותר - הוא זה שדואג להם - לוקח אותם לטיפולים ודואג לכל צרכיהם

איך נסתדר בלעדיו ???

זה לא כמו בפעמים הקודמות שידענו מתי הוא חוזר, עכשיו הכל לא ברור - וכשלא יודעים מתי הוא יחזור זה עוד יותר קשה, אנא רחם עלינו ותחזיר לנו את אבא האהוב שלנו.

אנא ממך כבוד השופט אני הגעתי לגיל [illegible] שאני צריכה למצוא חתן ולהקים בית וכשאבא שלי לא איתי - זה קשה מאוד מאוד בעניין הזה וזה יכול הרבה לפגוע בשידוך שלי - ולהקים בית. כל העתיד שלי תלוי בזה. אנא רחם עלי כבוד השופט.

רעות זבני

לכבוד השופט שלום!

כל רגע ורגע אני חושבת, ולא מעכלת

בין רגע והחיים השתנו, לפתע חוששים לאבא - מתי הוא יחזור???
אנו צריכים את אבא שלי, שיחזור לארץ, לבית, למשפחה - כל רגע
וכל שניה הוא חסר,
אבא שלי הוא אבא - מדהים, שהייתי מאחלת לכל אחד, יש לו לב חם
ואוהב - אבא פשוט טוב, שעושה בשבילנו הכל בכל מכל כל.
דואג לנו שלא יחסר לנו שום דבר, הוא הדמות בשבילנו לחינוך וערכים
מייעץ, מדריך ומכוון כל שאלה בחיים - יש את מי לשאול, והכל באהבה אין לי
כל החיים שלי - צד אבא שלי, אך הוא חסר - פשוט קשה לתאר - אנו צריכים
אותו, אנו משפחה מרובת ילדים - והבית פשוט לא יכול להמשיך לתפקד בלי
אבא שלי, אנו מופרדים שהוא יחזור - כולנו אוהבים אותו, דואגים לו וקשורים
אליו ביותר, כל המשפחה זקוקים לו - אמא שלי זקוקה לו ביותר - הוא לא יכולה
בלעדיו הוא המכוון של הבית - הוא עיקר הבית!
הילדים הקטנים כל הזמן שואלים - היכן אבא? הם נורא מתגעגעים וזקוקים לו
ביותר. מתי? מתי אבא יחזור???

בס"ד

לכבוד השופט שלום!

בשבילי אבא זה הנשמה המשפחה - הוא האבא שלי, הלב שלי,
בכל מקום ומקום - אני מרגיש איתו.

הוא מורה את דרכי בחיים ועכשיו, הוא לא איתי - הוא חסר לי מאוד!

כל פעם שאבא שלי טס לחו"ל אני מחכה לו בקוצר רוח ומאוד רוצה
שהוא כבר יחזור הביתה, הכל הנסיעה שלו נמשכה - רק כמה ימים ועכשיו
כשלא יודעים מתי הוא יחזור - כל יום נראה נצח - אני מחכים אותו כאן
בבית, ולא יכולים לעזור.

אני מבקשת אני צריך את אבא שלי לידי - אוהב אותו מעריך אותו
מאוד וצריך לו יותר.

אני דין הבנים הבוגרים בבית ואני משתדלים לעזור ולתמוך באימי בתפקיד
הבית ועם הילדים, אבל זה פשוט כמעט בלתי אפשרי, כמה אבא שלי
חסר - כל רגע ורגע אני מרגישים זאת, בבקשה תחזיר לנו את אבא שלנו.
אני מבקש כבוד השופט - רחם עלי הצעיר לגיל [illegible] וחצי שאני צריך למצוא כלה
ולהתחתן - להקים בית ושאבא שלי לא איתי יהיה לי קשה למצוא
זה יכול הרבה לפגוע בשידוכים שלי. אני רוצה להתחתן כמו שצריך
כשאבי לצידי. בבקשה.

אריאל דבן

לכבוד בית המשפט

הנדון: הרב גבריאל בידני

הננו להצהיר בזאת כי הרב גבריאל הינו בן ממשיך במשק טב במושב אחיעזר דבר שמחייב אותו יותר מכל אחד לטפל בהורים,

מצבם של ההורים קשה מאוד האמא במצב סיעודי של 100%, האבא חולה בסרטן בערמונית ומטופל בתרופות קשות,

כמו כן הרב גבריאל עוזר לאנשים בקהילה בנושאים של שלום בית וכן חלוקת מצרכים למשפחות נזקקות, *

לכן אנו ועד מושב אחיעזר מבקשים מכבוד בית המשפט להקל בעונשו ולשחררו בהקדם הביתה,

בברכה
ועד מושב
אחיעזר