# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

Eastern District of New York

USA
vs
Gavriel Bidany

Docket Number: 11-259 (RER)
Mag. Reyes (District Court Judge)
Mag.

Notice is hereby given that Gavriel Bidany appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ]; _____ (specify)

entered in this action on May 12, 2011 (date).

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [✓].

Date: May 12, 2011
TO: DAVID SARRATT

Counsel for Appellant: Saul Bienenfeld
Address: 26 Broadway, 21st Floor, NYC NY 10004
Telephone Number: 212 363 7701

ADD ADDITIONAL PAGE IF NECESSARY

### (TO BE COMPLETED BY ATTORNEY)

▶ **QUESTIONNAIRE**

[ ] I am ordering a transcript
[✓] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[✓] U.S. Attorney has placed order
[ ] Other. Attach explanation

### TRANSCRIPT INFORMATION — FORM B

▶ **TRANSCRIPT ORDER**

Prepare transcript of
[ ] Pre-trial proceedings
[ ] Trial
[ ] Sentence
[ ] Post-trial proceedings

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).
Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))   ▶ Method of payment [✓] Funds [ ] CJA Form 24

ATTORNEY'S signature: [signed]
DATE: 5/12/11

▶ **COURT REPORTER ACKNOWLEDGEMENT**

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____   Signature _____ (Court Reporter)

**COPY 1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002

```
&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653029041
Cashier ID: ajackson
Transaction Date: 05/12/2011
Payer Name: SAUL W. BIENENFELD
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SAUL W. BIENENFELD
 Case/Party: D-NYE-1-11-CR-000259-001
 Amount:       $455.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```