1

1                 UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

2

3   - - - - - - - - - - - -   X

4   UNITED STATES OF AMERICA,   :   11 CR 259

5                                :

6

7      -against-          :
                           United States Courthouse
                           Brooklyn, New York

8   GAVRIEL BIDANY,          :

9                           May 4, 2011
           Defendant.   :   9:30 o'clock a.m.

10  - - - - - - - - - - - -   X

11

12              TRANSCRIPT OF TRIAL
           BEFORE THE HONORABLE RAMON E. REYES, JR.

13           UNITED STATES MAGISTRATE JUDGE

14  APPEARANCES:

15  For the Government:       LORETTA E. LYNCH
                        United States Attorney

16                      BY: DAVID SARRATT
                         LISA KRAMER

17                      Assistant United States Attorneys
                      271 Cadman Plaza East

18                      Brooklyn, New York

19

20  For the Defendant:        SAUL BIENENFELD, ESQ.
                      26 Broadway
                      New York, NY 10004

21

22  Court Reporter:           Gene Rudolph
                      225 Cadman Plaza East

23                      Brooklyn, New York
                      (718) 613-2538

24

25  Proceedings recorded by mechanical stenography, transcript
    produced by computer-aided transcription.

GR     OCR     CM     CRR     CSR

2

1          THE CLERK:  Criminal cause for trial, docket number

2    2011 CR 259, USA versus Bidany.

3          Counsel for the government, please state your name

4    for the record.

5          MR. SARRATT:  David Sarratt and Lisa Kramer on

6    behalf of the United States.  With us at the government's

7    table is Special Agent Janet Ambrisco of the FBI.

8          Good morning, Your Honor.

9          THE COURT:  Good morning.

10          MS. KRAMER:  Good morning.

11          THE CLERK:  Counsel for the defendant.

12          MR. BIENENFELD:  Saul Bienenfeld, 26 Broadway, New

13    York City, for Gavriel Bidany.

14          Good morning, Your Honor.

15          THE COURT:  Good morning.

16          Please be seated, everyone.

17          MR. TURNER:  Hebrew interpreters for the Court,

18    Meir, M E I R, Turner, T U R N ER.

19          MS. KOHN:  And Ruth Kohn, R U T H, K O H N.

20          THE COURT:  Good morning, everyone.

21          Okay.  Mr. Sarratt, take it away.

22          MR. SARRATT:  Thank you, Your Honor.

23          Your Honor, I don't believe there are any

24    preliminary matters for us to take up.  So with the Court's

25    permission I will proceed with a brief opening statement.

1          THE COURT:  Mr. Bienenfeld, do you agree?

2          MR. BIENENFELD:  I just have one request.  I did ask

3     the US Attorney about it before.

4          I have two character witnesses.  I was wondering if

5     they could remain in the courtroom during the testimony.

6     Mr. Sarratt told me no.  I figured I would bring it to the

7     Court's attention.  They are just going to testify as to his

8     character, no facts in the case.

9          THE COURT:  Let's make it as clean as possible.

10         Miriam, why don't you escort the witnesses to the

11    jury room.

12         MR. BIENENFELD:  I actually just told them wait in

13    the hallway.

14         THE COURT:  That's fine.

15         I know we are dong Naturalization out there.  It is

16    pretty busy.  If they are comfortable, it is fine.

17         MR. BIENENFELD:  The second women is a little late.

18    I told people in the audience if she walks in to tell her to

19    walk out.

20         THE COURT:  That's good.

21         MR. SARRATT:  May I proceed, Your Honor?

22         THE COURT:  Please.

23         MR. SARRATT:  Your Honor, may it please the Court,

24    this is a case about a brazen assault of a young woman aboard

25    an aircraft.  The evidence will show that on March 27, 2011,

1  the victim Bat-El Lechtman boarded Delta Airlines flight

2  number 269 in Tel Aviv, Israel, bound for JFK Airport here in

3  New York.

4           Your Honor will learn that Ms. Lechtman is an

5  officer in the Israeli military.  She has been in the military

6  approximately five years.  She commands approximately 15 other

7  soldiers.

8           The evidence will show that Ms. Lechtman was

9  traveling from Israel to the United States with a few of her

10 colleagues who were coming to the United States as combat

11 veterans.  They were brought here by an organization called

12 Israel Bonds which issues bonds on behalf of the State of

13 Israel, to speak to potential investors about their work in

14 the Israeli military.

15          The group was not seated together and Ms. Lechtman

16 took her assigned seat, 52-B, near the rear of the 747

17 aircraft.  This was a middle seat in a group of three seats,

18 to the right of the aisle, as you head toward the back of the

19 plane.  We'll have a diagram that we will use to show Your

20 Honor exactly where we are talking about.

21          Seated next to her in the aisle seat was the

22 defendant Gavriel Bidany.  During the flight you will learn

23 that Ms. Lechtman went to sleep, as did many of the other

24 passengers around her.  She awoke to feel the defendant's hand

25 between her legs, massaging her groin area.  She came to and

Case 1:11-cr-00259-ARR   Document 39   Filed 06/27/11   Page 5 of 217 PageID #: 141

1  awoke with a start, jumping up from under the blanket she had

2  been using to cover her head as she slept with her head on the

3  tray table in front of her.

4        Speechless, she looked at the defendant seated next

5  to her.  She was shocked.

6        You will hear, Your Honor, that the defendant

7  quickly jerked his hand back and pretended to go back to

8  sleep.  Ms. Lechtman covered herself again with her blanket

9  and tried to see if the defendant would make another move.

10  She wanted to catch him red-handed.

11        Your Honor, it was only a few seconds later that the

12  defendant again reached his hands out from under his blanket

13  and this time began grabbing and massaging Ms. Lechtman's

14  breasts.  As he did, Ms. Lechtman looked out from under her

15  blanket and there she saw the defendant leering at her, eyes

16  wide open, from under his blanket, watching what he was doing.

17        Ms. Lechtman shot up and asked the defendant, what

18  are you doing.  You have been touching me.

19        The defendant immediately responded that it was a

20  mistake and that he was asleep.

21        Ms. Lechtman left her seat and went immediately to

22  tell the flight crew what had happened.

23        You will hear from the first flight attendant that

24  she found, Christine Ferro, who will tell you that when

25  Ms. Lechtman came to her, Ms. Lechtman was visibly shaken, in

1    shock, very disturbed and very upset.

2           You will also hear from another flight attendant,

3    Aviel Silber, who was a Hebrew speaking flight attendant on

4    board the aircraft and who came to the back of the aircraft to

5    inform the defendant that the police would be meeting the

6    aircraft when it landed.

7           He will tell you that during two conversations with

8    the defendant, the defendant did not categorically deny that

9    he had touched Ms. Lechtman but rather said that maybe he had

10   touched her during his sleep.

11          During the second conversation the defendant asked

12   if he could speak to the victim so that he could try to sort

13   this out and so that he could apologize.

14          We submit, Your Honor, that when you have heard all

15   of the evidence in the case, you will be left with no doubt

16   that what Ms. Lechtman says is true.  The defendant knowingly

17   and intentionally assaulted her on that flight from Tel Aviv.

18   He should be held accountable for his actions.

19          Thank you, Your Honor.

20          MR. BIENENFELD:  Good morning.

21          THE COURT:  Good morning.

22          MR. BIENENFELD:  On behalf of my client, Gavriel

23   Bidany, let me first state our thanks to Your Honor for taking

24   the time to adjudicate this matter.  My name is Saul

25   Bienenfeld.  It is an honor and privilege to represent

1    Rabbi Bidany in this matter.

2          The evidence will show that this matter is not as

3    clear-cut as the government would have you believe.  Certain

4    items are not in dispute.  The fact that Bat-El Lechtman sat

5    next to Rabbi Bidany on a very crowded Delta flight from

6    Israel to New York.  The fact that both she and the rabbi fell

7    asleep during this flight, and the fact that at some point

8    during the flight Bat-El Lechtman began to scream and exited

9    the row that she was sitting in to talk to a flight attendant.

10          The evidence will show that this night, a night

11    flight, sometimes referred as the Red Eye, leaves Tel Aviv

12    very late at night and flies throughout the night to land in

13    New York very early in the morning.  Most of the passengers

14    take this flight because they know that they will be able to

15    get a full night's sleep and hopefully awaken refreshed and to

16    take on the Big Apple in the morning.

17          The evidence will show that the lighting in the

18    cabin is very dark during the flight so that people can sleep.

19    The evidence will show that Rabbi Bidany in an effort to fall

20    asleep, as well as in an effort not to come into any physical

21    contact with the passenger seated next to him, placed a

22    blanket over his head and body.  The evidence will show that

23    this blanket was still in place when Bat-El Lechtman began to

24    scream and insist on exiting the row.

25          The evidence will show that Rabbi Bidany has

GR      OCR      CM      CRR      CSR

1   maintained his innocence throughout these proceedings and has

2   stated that he never touched the woman sitting next to him

3   knowingly.

4           The evidence will show that Rabbi Bidany is an

5   extremely well respected person in his community, as well as

6   in the New York area.  He lives in Israel in a small

7   communicate with his wife and eleven children.  He is held in

8   high esteem by all those who come to know him.  He spends his

9   time learning in yeshiva in Israel or volunteering in a soup

10  kitchen feeding the needy.

11          In New York, he spends his time selflessly devoting

12  his energies to ease the pain and burden of others by

13  counselling individuals who seek his guidance and help,

14  whether in matters of marriage counseling, parenting advice,

15  business advice and spiritual guidance.

16          At the conclusion of all the relevant testimony, and

17  after review of all the physical evidence, I submit to you

18  that you will have no choice but to decide that the government

19  has not met their burden and that Rabbi Bidany did not

20  intentionally, recklessly or knowingly touch Bat-El Lechtman

21  and you will find him not guilty.

22          Thank you, Your Honor.

23          MR. SARRATT:  With Your Honor's permission, given

24  the absence of a jury, I will use the closer podium for most

25  of my questioning.

1          THE COURT:  That's fine.

2          MR. SARRATT:  When I need to use the Elmo, I will go

3    back to the rear podium.

4          THE COURT:  That's fine.

5          MR. SARRATT:  Thank you, Your Honor.

6          At this time the government calls Bat-El Lechtman.

7          THE COURT:  Ms. Lechtman, please raise your right

8    hand.

9          (The witness is duly sworn-affirmed by the Court.)

10         THE COURT:  Please be seated.

11         Please state your name.

12         THE WITNESS:  My name is Bat-El Lechtman, B A T E L,

13   L E C H T M A N.

14   DIRECT EXAMINATION

15   BY MR. SARRATT:

16   Q    Good morning, Ms. Lechtman.

17   A    Good morning.

18   Q    Where do you live?

19   A    I live in Israel in a town called Pardes Hana.

20   Q    Ms. Lechtman, where were you born?

21   A    I was born in Israel.

22   Q    I will add one note.  I believe at the court reporter's

23   request, we are not using the microphone.  So you don't need

24   to speak into the microphone because it is not on.

25   A    I'm sorry.

Lechtman-direct-Sarratt                    10

1    Q    If you can keep your voice up so that everyone in the
2    courtroom can hear.
3    A    Okay.
4    Q    That will be great.
5         Ms. Lechtman, have you lived in Israel your whole
6    life?
7    A    Yes.
8    Q    How old are you, if you don't mind my asking?
9    A    I'm 23.
10   Q    Is English your first language?
11   A    No.
12   Q    How did you learn English?
13   A    We learn it in school, but mostly from movies, TV.
14   Q    What is your first language?
15   A    My first language is Hebrew.
16   Q    If there is anything that you don't understand, or if you
17   are not sure of the right word for something, please just let
18   me know.  We do have two Hebrew interpreters on hand here
19   today so if there is anything with which you need assistance,
20   please just ask.
21   A    Okay.
22   Q    But are you comfortable going forward with your testimony
23   in English?
24   A    Yes, I am.
25   Q    Ms. Lechtman, do you have a job?

1   A   Yes.

2   Q   What's your job?

3   A   I'm in the Israeli military.

4   Q   How long have you been in the military?

5   A   I just -- five years and one month.

6   Q   In Israel, you are required to serve in the military, is

7   that right?

8   A   Yes.

9   Q   How long?

10  A   Girls have to serve for two years.

11  Q   So you decided to stay for an additional time, is that

12  right?

13  A   Yes.

14  Q   Are you a commander in the military?

15  A   Yes.  I'm a commander of two departments in the combat

16  duty.

17  Q   Do you have any other soldiers who serve under you?

18  A   Yes; I have 15 soldiers.

19  Q   I believe you mentioned a minute ago, have you served in

20  combat?

21  A   Combat areas, yes.

22  Q   Ms. Lechtman, when was the first time that you ever came

23  to the United States?

24  A   It was March 27th, this year.

25  Q   Is that your first international travel or had you taken

1   a flight like that before?

2   A    I went to Canada in 2005.

3   Q    In your trip in March 2011, why were you coming to the

4   United States?

5   A    I came as a speaker for the Israeli bonds organization.

6   Q    Can you tell the Court a little bit of what your

7   understanding is of what that organization does?

8   A    It's an organization that encourages people to invest in

9   Israel by investing money.

10  Q    What were your -- what was your role while you were here?

11  A    I was there not connected to the bonds, just telling my

12  story as an Israeli soldier and commander and citizen, just

13  being a speaker in the event.

14  Q    You went to the event and gave speeches?

15  A    Yes, events, schools -- I have been to schools, community

16  events, dinners.

17  Q    You gave a speech about what you do?

18  A    Yes.

19  Q    Were you traveling by yourself or as part of a group?

20  A    We were four officers from Israel sent to four different

21  cities.  But I was alone in my -- when I was traveling.

22  Q    So by that do you mean that you weren't seated next to

23  any other officers who were coming with you?

24  A    On the plane, there were two other officers who came with

25  me.  But we weren't sitting next to one another.

1   Q    Okay.  I want to direct your attention now to the flight

2   that you just mentioned, the flight that you took from Israel

3   to the United States for the trip in March 2011.

4        The date of the flight, I believe you said, was

5   March 27th or so?

6   A    Yes.

7   Q    Where was that flight leaving from?

8   A    It was from Ben Gurion Airport, Tel Aviv.

9   Q    Where was the destination of that flight?

10  A    JFK Airport.

11  Q    Here in New York?

12  A    Yes.

13  Q    What airline?

14  A    Delta.

15  Q    What time of day did the flight leave?

16  A    It was midnight, midnight 15, I think.

17  Q    What time of day does that flight arrive in New York?

18  A    At 4:30.

19  Q    The next morning?

20  A    Yes.

21  Q    So early in the morning, the following day?

22  A    Yes.

23  Q    Do you remember what kind of plane it was?

24  A    Yes; it was a 747.

25  Q    Do you recall where you were seated on the flight?

Lechtman-direct-Sarratt                    14

1    A    Yes; I was sitting in 52-B.

2    Q    Was that a window seat, a middle seat or an aisle seat?

3    A    It's a middle seat.

4    Q    At this point I want to show you a set of diagrams that

5    are marked as Government Exhibit 1.  I believe I will be able

6    to put them up on the screen that's next to you so you can see

7    them.

8              This is a three-page document that's marked as

9    Government Exhibit 1.

10             First I just want to ask if you are able to see this

11   document?

12   A    Yes.

13   Q    I will now turn to the second page.

14             Are you able to see that document?

15   A    Yes.

16   Q    Now I will turn to the third page, which is simply a

17   larger version of the section of what I showed you before.

18             Are you able to see this part?

19   A    Yes.

20   Q    I am now on the third page of the document but I want to

21   ask you about the document as a whole.

22             Do you recognize this and does it appear to you to

23   be accurate, an accurate reflection of the seating

24   configuration the plane that night from Tel Aviv?

25   A    Yes, it is.

1          MR. SARRATT:  Your Honor, at this time we will move

2     to admit Government Exhibit 1.

3          THE COURT:  Any objection?

4          MR. BIENENFELD:  No objection.

5          THE COURT:  Received.

6          (Marked.)

7     Q    Ms. Lechtman, do you see on this diagram now where your

8     seat was?

9     A    Yes.

10    Q    I believe you are able to touch it on the screen there

11    and it will show up so that the --

12    A    Here.

13    Q    -- the people in the courtroom can see.

14         Just touch your seat.

15         MR. SARRATT:  Your Honor, may the record reflect

16    that the witness has marked --

17    A    The middle one.

18         MR. SARRATT:  The middle seat in row 52, which is

19    marked on this diagram as seat 52-B.

20         THE COURT:  Let the record so reflect.

21    Q    Ms. Lechtman, you were seated in the middle seat.

22         Do you recall the people who were seated on other

23    side of you?

24    A    Yes.

25    Q    Were they already there when you got to your seat or did

Lechtman-direct-Sarratt                               16

1   you get there first?

2   A    The woman in the window seat to my left, she was an

3   Israeli woman.  She sat there when I came there.  She was

4   already there.

5             The seat next to me, the man next to me sat after

6   me, sat next to me afterwards, after I got there.

7   Q    So he came after you were already there?

8   A    Yes.

9   Q    The man who was seated next to you then in the aisle

10  seat, do you see that person in the courtroom today?

11  A    Yes.

12  Q    I would ask that you identify him by an article of

13  clothing that he is wearing.

14  A    I'm sorry.  I didn't understand.

15  Q    Can you say out loud where the defendant is and say

16  something that he is wearing, just so that the court

17  reporter --

18  A    It's the man with the beard on that table.

19            MR. SARRATT:  Your Honor, may the record reflect

20  that the witness has identified the defendant.

21            THE COURT:  There are two men with beards.  Is it

22  the man with the longer beard or --

23            THE WITNESS:  The longer beard.

24            THE COURT:  Let the record so reflect.

25            MR. SARRATT:  I apologize, Your Honor.  I didn't

1    even notice the man with the beard.  I apologize.

2    Q    Ms. Lechtman, as the flight got under way, what happened?

3    A    First they served us the food.  I got mine, my dinner

4    before he did.

5    Q    When you say he did, who are you referring to?

6    A    I am referring to this man.

7    Q    Okay.

8    A    And --

9    Q    Did you have any conversation with the defendant?

10   A    No.

11          Actually, I was -- because I noticed what he wears

12   and he -- he dresses up like someone who is conservative

13   Jewish, conservative Jewish, so I know they are not supposed

14   to talk and touch women, so I didn't want to start a

15   conversation.  I didn't want to offend him.

16          So I try not talking to him, except for once when he

17   got a dinner.  He got a little dirty.  I offered him a paper

18   towel and he took it from me.

19   Q    But you avoided conversation with him out of respect for

20   his religious beliefs?

21   A    Yes.

22          I was actually surprised for him to agree sitting

23   next to me in the first place because --

24          MR. BIENENFELD:  Objection.

25          THE COURT:  Sustained.

Lechtman-direct-Sarratt                      18

1   Q    What did you do after your meal?

2   A    After the meal, they showed a movie on the plane.

3   Q    What movie was it?

4   A    Narnia, the third part.

5   Q    Chronicles?

6   A    Yes.

7   Q    What happened after the movie was over?

8   A    After the movie was over, I noticed that this man was

9   asleep next to me.  The woman on my left also was asleep

10  already.

11  Q    What did you do?

12  A    I tried falling asleep as well.

13  Q    Did you have any luck?

14  A    Actually, no.

15         I couldn't find a good position to fall asleep in.

16  I covered my head with the blanket but I tried positions and I

17  couldn't fall asleep.

18  Q    Was there any reason --

19         THE INTERPRETER:  Your Honor, the interpreter would

20  ask the witness to speak up and also to move the microphone

21  away from her mouth.

22         THE COURT:  Okay.

23         THE INTERPRETER:  Thank you.

24         THE COURT:  Please read that back.

25         (Read.)

GR      OCR      CM      CRR      CSR

1   Q    Was there any reason that you felt that you were having

2   trouble falling asleep?

3   A    Yes.  I felt uncomfortable because his hand was on my

4   seat.

5   Q    When you say his hand, who are you talking about?

6   A    I am talking about him.  There is a name. I --

7   Q    The defendant?

8   A    Yes.

9   Q    When you say his hand was on your seat, are you referring

10  to the armrest or your actual seat?

11  A    My actual seat.

12  Q    So his hand was on the flat part of your seat?

13  A    Yes.

14  Q    The --

15  A    He was asleep and he was kind of -- you have two sides to

16  fall asleep on.  So he fell asleep on his left side, the one

17  closer to me, and his left hand was on my seat.

18  Q    Rather than leaning toward the aisle, the defendant was

19  leaning towards you?

20  A    Yes.

21  Q    His hand was on your chair?

22  A    Yes.

23  Q    What, if anything, did you do in response when you saw

24  his hand on your chair?

25  A    I looked at him and he appears to be sleeping, appeared

1  to be sleeping, so again out of respect for him I didn't want

2  him to wake up and I know he's close to touching me or

3  anything like that.  So I took my pillow, the one I got from

4  the plane, and put it between his hand and my side.

5  Q    And were you creating a buffer sort of?

6  A    Yes.

7  Q    At that point what did you do?

8  A    Well, I just kept the pillow there all the time.  When

9  his hand moved, I just kept it there to avoid contact.  And I

10  tried finding the right position, a comfortable position to

11  fall asleep in.

12  Q    Were you eventually able to fall asleep?

13  A    Well, I was -- you'd call it nodding I think, like fall

14  asleep and then always wake up no matter what I did.  Every

15  time I woke up, I had to fix his hand again because it was

16  heading more towards me and I have to -- several times I

17  actually tried pushing it with more aggression in order for

18  him to maybe wake up, notice what's happening, and turn to the

19  other side because I thought he'd be more offended than I am

20  and I was -- I can say I felt uncomfortable with his presence

21  because it's not nice when someone invades your space and I

22  could feel sometimes his leg was rubbing mine so eventually I

23  think I -- I succeeded falling asleep a little deeper but I

24  don't know for how long.

25  Q    When you did fall asleep, how were you positioned?

1   A     I opened the tray --

2   Q     The tray?

3   A     Yes, the tray.

4   Q     That folds down from the seat in front of you?

5   A     Yes.

6         I was just putting my hands like this and -- with

7   the blanket over my head.

8   Q     Okay.  Ms. Lechtman, what woke you up?

9   A     I actually woke up slowly that when -- when I woke up

10  fully I felt someone touching my groin.

11  Q     Who was touching your groin?

12  A     This man.

13  Q     Are you indicating the defendant?

14  A     Yes.

15  Q     When he had his hand on your groin, was his hand still or

16  was it moving?

17  A     It was moving.

18  Q     Can you describe, if you will, how he was moving his

19  hand?

20  A     He moved his fingers in circular movement.

21  Q     I just ask, it may be easier to demonstrate, would you be

22  willing to demonstrate for the Court how he was moving his

23  hand?

24  A     Yes.

25  Q     You can stand up if you need to.

1    A    I can show it on my hand.  Can I?

2    Q    Okay.  As long as Your Honor can see.

3    A    Okay.  It's something like this (indicating).

4    Q    Once you realized this was happening, what did you do?

5    A    I was startled by it because at the moment I wake -- I

6    woke up I -- I noticed that.  So I jumped in my seat and I

7    noticed he jumped also.  He took his hand away from me and

8    kind of putting himself in sleeping position.

9    Q    Did he pull his hand away slowly or quickly?

10   A    Quickly.

11        As soon as I jumped in my seat, he took his hand and

12   he covered his head with his blanket, closed his eyes

13   and -- -- and acted as if he were asleep.

14   Q    Did the defendant jump as well or did he appear to start

15   when you did?

16   A    Yes.

17   Q    When you observed him at this point, did he appear to you

18   to be asleep or awake?

19   A    He appeared to be awake.  He was trying to look as if he

20   were asleep, at least for my opinion.

21   Q    If you could explain --

22        MR. BIENENFELD:  Can you read that back?  I didn't

23   hear what she said.

24        THE COURT:  Please.

25        THE WITNESS:  I said --

Lechtman-direct-Sarratt                          23

1          THE COURT:  The court reporter will read it back.

2          (Record read.)

3   Q    If you can just describe how it was that he appeared

4   then?

5   A    Well, the best example I can make is I have a seven-year

6   old brother and when we tell him to go to bed and he's playing

7   with his toys and you go up and catch him, so this is the

8   exact thing he does, jumps really fast, organizes and closes

9   his eyes.  And you can see he's awake.

10  Q    It was clear to you that the defendant was pretending to

11  be asleep?

12  A    Yes.

13  Q    How was the defendant positioned at that point?

14  A    He was lying on the side, on his left side, with his head

15  kind of looking at me, heading towards me.

16  Q    He was still leaning toward his left, toward your seat?

17  A    Yes.

18  Q    Was he at this point using a blanket or not?

19  A    Yes, he was.

20  Q    What did you decide to do in that moment?

21  A    Well, it was obvious that he's pretending to be asleep.

22  So I wanted to catch him red-handed while I'm awake.  I also

23  wanted to see if it's a one-time thing or maybe it -- it

24  happens during the whole flight because I couldn't sleep

25  during the whole flight.  So I wondered why it was.  So I --

1        I came back to my first -- to a sitting position and

2   I covered my head with my blanket.  I was pretending to be

3   asleep and waiting to see if something happened.

4   Q    Ms. Lechtman, what did happen next?

5   A    A short time afterwards, his hand was on my breast, also

6   moving the same way it was before.

7   Q    Which hand?

8   A    His right hand.

9   Q    Was he moving his hand when he was touching you or was it

10  still?

11  A    He was moving his hand.

12  Q    He was using his right hand on your breasts?

13  A    Yes.

14  Q    Did you decide to look over at the defendant at this

15  point?

16  A    Well, basically, I took my blanket off and when I did it,

17  my head was -- I mean, I looked at him.

18  Q    Could you see whether his eyes were open or closed?

19  A    I could see his eyes were open.

20  Q    Could you clearly see that his eyes were open?

21  A    Yes.

22  Q    Could you tell where he was looking?

23  A    He was -- he was leaning to his left side, on his left

24  side, and his blanket was over his head and his -- he

25  had -- open between his head and his blanket so he could look

1  right to -- towards me.

2  Q    Was he looking at you?

3  A    Yes.

4        I was under the blanket but you could see his hand.

5  Q    What did you do at that point?

6  A    Well, at that point I took the blanket off my head.  At

7  that moment he jumped and tried acting as if he were asleep

8  again.

9  Q    Did you say anything to the defendant?

10 A    Yes.

11       I immediately said, what are you doing.  You're

12 touching me.  He said no, no, it's a mistake.  I'm asleep.

13 And I said it's not a mistake.  You're not asleep.

14 Q    I just want to be clear.

15       You said, what are you doing, you're touching me.

16 Then what did the defendant say?

17 A    Well, he tried to put the blanket above his head, cover

18 himself from me.  While he said -- while saying, no, no, it's

19 a mistake.  I'm asleep.

20       THE COURT:  Ms. Lechtman, when he touched your

21 breast, was his hand underneath your blanket or on top?

22       THE WITNESS:  Underneath my blanket.  Because it was

23 on my head, there was an opening on the side, open so he

24 could --

25       THE COURT:  Okay.

1   Q    Did the defendant ask you any questions at that point?

2   A    No.

3   Q    He just said, it's a mistake, I'm asleep?

4   A    Yes.

5        Then I told him, it's not a mistake.  You're not

6   sleeping.  You touched me and you have been doing it the whole

7   flight, and I told him to move because I want to tell the

8   flight attendant.

9   Q    And --

10       THE INTERPRETER:  I'm sorry.  The interpreter

11  didn't hear?

12       THE COURT:  Please read it back.

13       (Read.)

14  Q    Did you go tell the flight attendant?

15  A    Yes.

16  Q    Where was the flight attendant when you then encountered

17  that person?

18  A    You want me to show you here?

19  Q    Sure.  If you can.

20  A    I think it's this aisle.

21       MR. SARRATT:  Your Honor, may the record reflect

22  that the witness has made a mark on Government's Exhibit 1 and

23  that she has indicated the center galley, just in front of and

24  near row 51 of the aircraft.

25       THE COURT:  So noted.

1   Q    Ms. Lechtman, how were you feeling at that point?

2   A    Well, I was experiencing stress.  I was stressed because

3   I knew that I am not going to let it pass and I wasn't sure

4   what's going to happen with me because I'm an Israeli citizen

5   and I am on duty.  I have a schedule, people who are waiting

6   for me.  They are supposed to be responsible for me and I

7   don't know anything about the court system here or what's

8   going to happen.  So I was really stressed because I didn't

9   know what -- what would happen, how things turn up.  Turn out.

10          And also, I felt bad because of the -- you know,

11  what just happened.

12  Q    What do you mean "bad"?

13  A    Well, mostly you feel stupid, stupid and naive and you

14  feel deceived.

15  Q    Did you explain what had happened to the flight

16  attendant?

17  A    Yes.

18  Q    What did the flight attendant do at that point?

19  A    She asked me how -- she asked me to describe the way he

20  looks and I told her and she asked me where is he sitting.  So

21  I told her.  And she went, went over to his seat and then she

22  came back to me, telling me he was not in his seat.

23  Q    Were you able to observe where the defendant was at that

24  point?

25  A    Yes.

Lechtman-direct-Sarratt                    28

1          She took me to see if he's standing in the back of

2    the plane.

3    Q    Was he there?

4    A    Yes.

5    Q    Were you able to identify the defendant then for the

6    flight attendant?

7    A    Yes.  I pointed him.

8    Q    After you pointed him out, where did you go?

9    A    I took my -- my things from my seat and they put me on a

10   jump seat before.

11   Q    Where was that jump seat?

12   A    I don't know; somewhere in the middle of the plane.

13   Q    Farther up from where you were sitting?

14   A    Yes.

15        I actually went to one of the officers that flew

16   with me because I wanted to be with someone, so he sat next to

17   me on the jump seat.  And later on, they moved me to another

18   seat.

19   Q    Ms. Lechtman, did you see the defendant again while you

20   were on the plane?

21   A    No.

22        I saw him only when -- when we got off the plane.

23   Q    After the flight had landed?

24   A    Yes.

25   Q    Ms. Lechtman, has anything like this ever happened to you

1   before?

2   A    Not as -- how do you say?

3        (Hebrew spoken.)

4        THE INTERPRETER:  Not in absolute a manner.

5   A    Yes.  Not like that.  A lot of times in places, public

6   places, the -- men rub against women or stuff like that.  But

7   never so directly to nothing, to my parts.

8   Q    Have you ever made a complaint of this nature about

9   anyone ever?

10  A    No.

11  Q    After this happened, did you go on with your trip?

12  A    Yes.

13        After this happened and I gave my statement to the

14  security forces, I continued my trip.

15  Q    So you went on and gave your speeches?

16  A    Yes.

17  Q    Have you been in the United States ever since or did you

18  return to Israel?

19  A    Are you talking about -- I stayed for another -- another

20  extra day after the trip, but it was for this case, not -- not

21  for anything else.

22  Q    Why did you stay for a few extra days?

23  A    Because they told me the trial can happen in the week

24  after the -- the incident.

25  Q    You thought it was possible the trial might happen more

1  quickly?

2  A     Yes.

3  Q     But after that didn't happen, did you go back to Israel?

4  A     Yes.

5  Q     Did you consider then whether you might be able to press

6  charges in Israel?

7  A     Yes.

8        I tried putting a complaint in the Israeli police

9  but they told me it's not under their jurisdiction and I was

10 consulting lawyers from Israel about doing a citizen lawsuit

11 but they told me it's very complicated doing because I have to

12 prove a lot of things and I actually can't do it without a

13 conviction here.

14 Q     Do you intend to bring a civil suit against Mr. Bidany?

15 A     I can't tell you that yet.  I'm not sure.

16 Q     In order to come here then for trial, did you have to

17 seek permission from your commanding officers to be here

18 today?

19 A     Yes, of course.

20 Q     Are you using your vacation time?

21 A     Yes.

22 Q     Ms. Lechtman, why did you come back?

23 A     First, because I want -- I don't want this whole case to

24 go without --

25             MR. BIENENFELD:  I object to this, Your Honor.

1           THE COURT:  Overruled.

2    A    Should I continue?

3           THE COURT:  You can continue.

4    A    I came back first because I noticed I can't do a lot of

5    things in Israel because it's happened on the way here.  And I

6    want justice to be made.  That's all.

7           MR. SARRATT:  Thank you, Ms. Lechtman.

8    CROSS-EXAMINATION

9    BY MR. BIENENFELD:

10   Q    Good morning, Ms. Lechtman.

11          My name is Saul Bienenfeld.  I have the honor and

12   privilege of representing Rabbi Bidany in this trial.

13          We never met before, have we?

14   A    No.

15   Q    We never spoke before?

16   A    No.

17   Q    But you did have opportunities to speak with the FBI in

18   this case, correct?

19   A    That's correct.

20   Q    How many times did you meet with the FBI in this case?

21   A    Meet or talked?

22   Q    Let's start with meet.

23   A    This is my --

24          THE INTERPRETER:  May the interpreter request that

25   the witness speaks a little louder?

GR      OCR      CM      CRR      CSR

1          THE COURT:  Please keep your voice up, Ms. Lechtman.

2          THE WITNESS:   I'm trying.

3          I think three times.

4   Q    How many times have you spoken with FBI agents about this

5   case?

6   A    About what happened in the case?  Only at the three times

7   we've met.  But about things like if I am going -- if I am

8   going to go to the trial or not, and what's happening with the

9   case, it was on email mostly.

10         THE INTERPRETER:   What was the last word?

11         THE WITNESS:  Email.

12  Q    You have met with the Assistant U.S. Attorney on this

13  case before?

14  A    Yes.

15  Q    You had time to prepare with him?

16  A    Yes.

17  Q    You told the FBI certain events that took place on Delta

18  flight 269 on March 27, 2011, correct?

19  A    Yes.

20  Q    And when you told them you wanted to be truthful and

21  honest, correct?

22  A    Yes.

23  Q    You wanted to be careful about how you presented your

24  story to them, correct?

25  A    Yes.

Lechtman-cross-Bienenfeld                    33

1  Q    Did you have an occasion to write out a handwritten

2  statement of what occurred?

3  A    It wasn't with the FBI.  It was with police.  And yes,

4  but it was hard for me to write everything in English.  So --

5           THE INTERPRETER:  Interpreter missed.  I apologize.

6           THE COURT:  It was hard for me to write everything

7  in English.  So?

8           THE WITNESS:  So I kind of dictated the police

9  officer what -- and he wrote it down.

10 Q    So it's not your handwriting?

11 A    The name and the address, I think it's my handwriting.

12 But no.  The signature of course.  But not --

13 Q    Do you know what time you wrote out that statement?

14 A    It's somewhere between 4:30 and 6:00 am.

15 Q    If you saw a copy of that statement, would it refresh

16 your recollection?

17 A    I'm sorry?

18 Q    If you saw a copy of that statement, would it refresh

19 your recollection as to what time you wrote the statement?

20 A    Probably.  I mean, the time is written there?  I don't

21 know.

22           MR. BIENENFELD:  Your Honor, do I approach the

23 witness or do I put it on the Elmo?

24           THE COURT:  Why don't you put it on the Elmo?

25           MR. BIENENFELD:  Okay.

1   Q    Is this a copy of the statement that you wrote out?

2   A    Yes.

3   Q    You see where it says date of statement?

4   A    Yes.

5   Q    Is that in your handwriting?

6   A    Yes.

7   Q    And the day, is that in your handwriting?

8   A    Yes.

9   Q    And the time, that you started the statement, is that in

10  your handwriting?

11  A    Yes.

12  Q    What time did you start the statement?

13  A    The --

14            THE INTERPRETER: Stop or start?

15            MR. BIENENFELD:  Start.

16  A    5:30.  I mean, that's what's written.

17            THE INTERPRETER:  The interpreter apologizes.

18            THE COURT:  That's okay.  5:30, that's what's

19  written.

20  Q    Was that New York time or Israeli time?

21  A    New York time.

22  Q    That would be 5:30 am, correct?

23  A    Yes.

24  Q    Did you indicate on the statement what time the incident

25  occurred?

GR      OCR      CM      CRR      CSR

Lechtman-cross-Bienenfeld                    35

1          MR. SARRATT:  Objection, Your Honor.

2          I don't think the counsel has asked whether this

3    prior statement refreshes a current recollection of the

4    witness.  I don't see that it is appropriate for him to ask

5    her directly about what she indicated on the statement.

6          THE COURT:  Do you remember at what time the

7    incident occurred?

8          THE WITNESS:  No.  I can't tell what time it

9    happened.  Because I had no watch.  So I can't tell when it

10   happened.

11         I can tell, it's probably about two hours after we

12   took off because I had time to eat dinner and watch a movie

13   and I am not sure exactly when it happened.

14         THE COURT:  Continue, please.

15         MR. SARRATT:  Your Honor, if I may?

16         I believe perhaps the witness misunderstood your

17   question about --

18         MR. BIENENFELD:  Objection to this, Your Honor.

19         If you want a side bar, we'll have a side bar.  I

20   don't want him coaching the witness.

21         THE COURT:  Let him continue.

22   Q    The incident happened about two hours after it took off,

23   correct?

24   A    I can't say that for sure.

25   Q    Did you tell the FBI that it took about two hours after

1   it took off?

2   A     No.

3         I told them -- I told them I don't know.  I might

4   have told them probably.  But I was never sure about when did

5   it happen.

6   Q     Did you ever see a copy of the complaint in this case?

7   A     Actually, yes, yesterday.

8   Q     Did you tell the FBI agent that approximately one hour

9   into the flight that you observed the defendant place a

10  blanket over his head and appear to go to sleep?

11  A     It's in the middle of the -- of the whole scene.  I am

12  not -- I don't think I understand.

13  Q     You had an occasion to meet with this FBI agent over

14  here.  Her name is Janet -- Special Agent Janet Ambrisco,

15  correct?

16  A     Yes.

17  Q     You had an opportunity to tell her what happened,

18  correct?

19  A     Yes.

20  Q     You told her what time things happened, correct?

21  A     I don't remember for sure but probably.

22  Q     You knew that she was going to write out a complaint

23  based on what you told her, is that correct?

24  A     Yes.

25  Q     You wanted to be truthful when you told her these facts,

1  correct?

2  A    I was truthful.

3  Q    Did you tell her that approximately one and a half hours

4  into the flight, that the defendant placed his hand under your

5  blanket and on your groin?

6  A    I don't remember.

7           THE COURT:  Sustained.

8           That's not what it says.

9  Q    Did you tell that approximately one hour into the flight,

10 you observed the defendant place a blanket over his head and

11 appear to go to sleep?

12 A    I don't remember the time.  I remember what happened.

13 Q    I know you --

14 A    I don't remember me telling her it happened an hour after

15 the flight.  So I can't answer any question that starts with

16 one hour after the flight.

17           THE INTERPRETER:  Interpreter missed half of what

18 was said.

19           THE COURT:  Could you please turn on your

20 microphone?

21           THE WITNESS:  I can stand?

22           THE COURT:  Turn all the mikes on.

23           Can you each make sure your mikes are turned off.

24           You can turn your mike on.

25           All right.

1          Continue.

2          MR. BIENENFELD:  I believe the interpreter needed to

3    translate something.

4            THE INTERPRETER:  The interpreter missed the last

5    sentence.  If the court reporter would repeat it, the

6    interpreter would be grateful.

7          THE COURT:  Please read that back.

8          (Read.)

9    EXAMINATION CONTINUES

10   BY MR. BIENENFELD:

11   Q    If the FBI agent wrote that you told her that the

12   incident took place -- withdrawn.

13          So if the FBI agent wrote that you told her that an

14   hour into the flight you observed the defendant put a blanket

15   over his head, that would be incorrect?

16   A    I can't tell you for sure.  I don't remember what time

17   did I say to her.  I can't tell you if it's wrong or right.  I

18   can tell you I really can't tell.

19   Q    Well, if you didn't tell the FBI agent, did somebody else

20   tell the FBI agent when this happened?

21          MR. SARRATT:  I object.

22          THE COURT:  Sustained.

23   A    I was --

24   Q    After this incident took place, and after they reseated

25   you, how long did it take to land the plane?

Lechtman-cross-Bienenfeld                                39

1    A    I don't know.

2    Q    Can you describe how close the seats that you were in and

3    the defendant was in, how close they are together?

4    A    The only thing that sets the seats apart are the handles.

5    Q    Otherwise, they are pretty close together, correct?

6    A    Yes.

7    Q    You've never flown Delta before, correct?

8    A    That's right.

9    Q    When you went to Canada, did you fly El Al or Air Canada?

10   A    I think Air Canada.  I am not sure.

11   Q    This Delta flight was a full flight, is that correct?

12   A    Yes.

13   Q    Every seat was taken?

14   A    Yes.

15   Q    Did you have an occasion when you flew to Canada to

16   walk -- to walk around the aircraft?

17   A    Yes.

18   Q    Did you notice that people fall asleep on airplanes?

19   A    Yes.

20   Q    Do you know sometimes fall asleep on each other on an

21   airplane?

22   A    Yes.

23   Q    So there are times that a passenger might fall asleep on

24   the passenger next to them accidentally, is that correct?

25   A    Yes.

1   Q    Now, you indicated that Rabbi Bidany put a blanket over

2   himself, correct?

3   A    At the last -- yes.

4   Q    He was using a blanket, correct?

5   A    Yes.

6   Q    What parts of his body were covered with the blanket?

7   A    In which time do you refer?

8   Q    When you first got on the plane and you eventually you

9   said that you were sleeping, correct?

10          Before you fell asleep, was he asleep?

11  A    Yes.

12  Q    Did he have a blanket covering him?

13  A    Yes.

14  Q    What parts of his body were covered by the blanket?

15  A    I don't remember.

16  Q    Was his head covered?

17  A    I am not sure.

18  Q    Can you describe what the blanket looks like?

19  A    It's a red blanket, Delta blanket.  I am not sure

20  about -- it's not a big blanket.  It's a small one.

21  Q    Small blanket.

22          But could the blanket cover a person sitting down

23  from their head all the way down to below their knees?

24  A    It can cover me up, but I am not sure about him.

25          MR. BIENENFELD:  May I have a second?  I forgot

Lechtman-cross-Bienenfeld                    41

1   something.

2          Your Honor, I am going to ask that this be marked as

3   Defendant's Exhibit A for identification.

4          THE COURT:  Okay.

5          (Marked.)

6          MR. BIENENFELD:  May I show the witness, Your Honor?

7          THE COURT:  Sure.

8          Any objection to --

9          MR. SARRATT:  I just want to make clear for the

10  record, that these are not actual blankets from the flight

11  from Tel Aviv.  These are blankets that counsel has ordered

12  off of ebay.

13         MR. BIENENFELD:  That is correct, Your Honor.

14         THE COURT:  Do we know if they are the same,

15  similar?

16         THE WITNESS:  I can tell you.  I just fly Delta

17  yesterday.

18         THE COURT:  Please.

19         MR. SARRATT:  This is the first time I've seen them,

20  Your Honor, or heard about them.  I don't think at this point

21  there is any foundation for the fact that these blankets are

22  the same as the ones that were on the Tel Aviv flight that

23  night.

24         THE COURT:  Let him ask some questions and we will

25  see.

Lechtman-cross-Bienenfeld                            42

1    Q    I show you what has previously's been marked rather as

2    Defense Exhibit A.  I want to ask you if you recognize that?

3    A    No, I can't.

4    Q    Okay.

5    A    It's not the same blanket.

6    Q    What's different about this blanket than the Delta

7    blanket on your flight?

8    A    It -- I think it's made out of another fabric and it's

9    thicker.

10            THE COURT:  This one is thicker?

11            THE WITNESS:  Yes.

12            THE COURT:  Than the --

13            THE WITNESS:  And the color of the other blanket is

14    darker.

15            MR. BIENENFELD:  I will ask this be marked as

16    Defense Exhibit B then.

17            MR. SARRATT:  The same objection, Your Honor.

18            THE COURT:  The same ruling.

19            (Marked.)

20    Q    Do you recognize Defense Exhibit B?

21    A    Yes.

22    Q    What do you recognize that to be?

23    A    It's very similar to the blanket we had on the plane.

24            MR. BIENENFELD:  I move it into evidence as a

25    blanket similar to the blanket that they had on the plane,

GR      OCR      CM      CRR      CSR

1   Your Honor.  It is Exhibit B.

2            THE COURT:  Objection?

3            MR. SARRATT:  Your Honor, I think I do object.

4            It's not clear that it is the same blanket.  If it

5   is not, then I -- the item doesn't have any relevance.

6            THE COURT:  Ms. Lechtman, can you hold the blanket

7   up and look at it?

8            MR. BIENENFELD:  Your Honor, may I just take back

9   Exhibit A so we don't confuse them?

10           THE COURT:  Sure.

11           Does this appear to be the approximate size and

12   dimensions of the blanket that was used on the flight in

13   question?

14           THE WITNESS:  Yes.

15           THE COURT:  All right.  I am going to allow it.  I

16   will admit it into evidence.

17           That's Defendant's Exhibit B.

18           (Marked.)

19   EXAMINATION CONTINUES

20   BY  BIENENFELD:

21   Q    Was the defendant using a similar blanket to Defense

22   Exhibit B when he covered himself with a blanket?

23   A    Yes.

24   Q    When you were sleeping on this airplane, were you wearing

25   a seat belt?

1   A    Only when I had to.

2   Q    Only when the seat belt sign was on?

3   A    I think so.

4   Q    In your statement you said that we were sleeping next to

5   each other during the flight.  Correct?

6   A    Yes.

7   Q    How do you know that he was sleeping?

8   A    Because every time I woke up and jumped, you -- I looked

9   to my side, to both of  my sides, and his eyes were closed.

10  So that's how the man looks like when he's sleeping.

11  Q    Was he snoring at all?

12  A    No.

13  Q    But while you were sleeping, you wouldn't know whether

14  he's sleeping or awake, correct?

15  A    Of course.

16  Q    Did you also tell the FBI that he was sleeping for a good

17  portion of the flight?

18  A    What portion?

19          (Interpreter interprets.)

20  A    Relative to me, yes.

21  Q    How long were you sleeping before the incident occurred?

22  A    I can't tell.  I don't know.

23  Q    Were you in a deep sleep?

24  A    Deeper than before, but I am not sure how deep.

25  Q    Do you know if the defendant was in a deep sleep?

1   A    No.  I don't think he was asleep.

2   Q    If you say you don't know if he was asleep, why in your

3   statement did you write we were sleeping next to each other?

4   A    Probably --

5            MR. SARRATT:  Objection.

6            I think it's been clear that the defendant didn't

7   write this.  Excuse me.  I misspoke.  The witness didn't write

8   the statement.

9            THE COURT:  I will overrule the objection, but I

10  understand your point.

11  A    I am not sure.  I don't know.  We were sitting next to

12  each other.  I can't tell.  I can tell only if I was sleeping

13  or not.  I can't tell if anyone else were asleep and -- unless

14  I saw him with his eyes open.

15  Q    But you told the police officer who wrote your statement

16  we were sleeping next to each other, correct?

17  A    I don't know.  Probably if this is what he wrote.

18  Q    You wrote -- I'm sorry.

19           Withdrawn.

20           You said to this police officer who was writing down

21  your statement, and his hand was on my chair next to my leg,

22  correct?

23  A    Yes.

24  Q    And where on your chair was his hand?

25  A    Where on my chair?

1  Q    Yes.

2  A    On the seat.

3  Q    Was it his right hand or his left hand?

4  A    I believe it was his left hand.

5  Q    Did you ask him to move his hand?

6  A    No.

7  Q    Was he asleep at this time?

8  A    That's what I thought he was.

9  Q    What about his appearance led you to believe that he was

10 asleep?

11 A    He's wearing a black suit and a yarmulka.  He has a

12 beard, so from my knowledge, he's supposed to be conservative

13 and they are not supposed to touch women and talk to women and

14 make as less contact with women as possible.  So I didn't want

15 to wake someone like that up and it kind of sounds like I'm

16 accusing him of something.  So I didn't want to do that

17 because I thought it will insult him.

18 Q    Was his head covered with a blanket?

19 A    I don't know.  At that point I think not.  I think he was

20 sitting like this.  Okay.  And his hand was on my seat.  I

21 think he was covered up to his chest.  But I am not sure about

22 it, his head.

23 Q    But his eyes were definitely closed?

24 A    When I looked at him, yes.

25 Q    Was the armrest down?

GR      OCR      CM      CRR      CSR

1  A    No.

2  Q    The armrest was in the up position between the two seats?

3  A    No.  It was on the middle.  Like it is supposed to be.

4  Q    That's called armrest down.

5  A    Oh, okay.

6          THE INTERPRETER:  It's lower, it's in the middle.

7  Q    What position was your tray table at this point?

8  A    In which point?

9  Q    When you say, and his hand was on my chair next to my

10 leg.

11 A    It -- his hand was on my chair for a long time so at that

12 time I tried to find a lot of positions to sleep in.

13 Sometimes the tray opened, sometimes closed.

14 Q    What about his tray table?

15 A    It was closed.

16 Q    You fell asleep at certain times while this was going on?

17 A    Excuse me.  What?

18 Q    While his hand was on your chair, did you fall asleep?

19 A    This is the part where I nodded, when I -- I always woke

20 up.

21 Q    You did fall asleep at times while his hand was on your

22 chair?

23 A    Yes.

24 Q    While you were sleeping, how did you know his hand was on

25 your chair?

1    A    Because I wasn't sleeping deeply and every time I woke

2    up, his hand was still there and my pillow still separated

3    between my thigh and his hand.  So I assumed it was there all

4    the time.

5    Q    This is the pillow that Delta gives out, correct?

6    A    Yes.

7    Q    Only one pillow, correct?

8    A    Yes.

9         I had my own pillow so I could sleep on it.

10   Q    You say, so I placed -- you told the officer, so I placed

11   the pillow between us and I kept waking up from something.

12        Correct, you told that to a police officer?

13   A    Yes.

14   Q    Do you know now what you kept waking up from?

15   A    Yes.

16   Q    Did you know then what you kept waking up from?

17   A    No.

18        But every time I woke up, I was disturbed by his

19   hand.  I didn't want it to touch me.

20   Q    Did you tell him?

21   A    No.

22   Q    Did you tell a stewardess?

23   A    No; I thought he's doing this by mistake.

24   Q    Was it bothering you?

25   A    Yes, a lot.

1    Q    So it's bothering you a lot but you don't like get up to

2    go to the bathroom and maybe wake him up that way?

3    A    Yes.

4    Q    It is bothering you a lot but you don't wake him up and

5    say could you move your hand, please?

6    A    Yes.  I regret that now.

7            MR. BIENENFELD:  Objection, Your Honor.

8    Q    At first --

9            MR. SARRATT:  I --

10            THE COURT:  Overruled.

11    Q    At first I didn't think he was brushing up on me on

12    purpose, that's what you told the agent?

13    A    Yes.

14    Q    Or the police officer.

15            Did you ever ask him to stop brushing up against

16    you?

17    A    No.

18    Q    I then fell asleep.  You told the police officer you then

19    fell asleep, correct?

20    A    Yes.

21    Q    Obviously, you had to be awake before you fall asleep

22    again; is that correct?

23    A    That's right.

24    Q    How long were you awake before you fell asleep again?

25    A    I don't know.

1   Q    So when you fall asleep this time, how long are you

2   sleeping before you feel a hand on your groin?

3   A    I don't know.  I just know I fell asleep deeper than

4   before.

5   Q    You fell asleep?

6   A    Deeper than before.  I don't know time.

7   Q    Now you are in a deep sleep, is that correct?

8   A    Deeper; I am not sure how deep.

9   Q    Your body is covered with a blanket, correct?

10  A    Yes.

11  Q    Is your head covered with a blanket?

12  A    Yes.

13  Q    Are you on the tray table?

14  A    Yes.

15  Q    Can you demonstrate for the Court using the blanket and

16  using the podium as a tray table how you were positioned?

17  A    Yes.  Like this (indicating).

18  Q    If I may, indicating the blanket totally covering her

19  head and body with her head down on the podium, which is

20  supposed to be a tray table?

21           THE WITNESS:  Yes.  But not from the side.

22           THE COURT:  Sustained.

23           THE WITNESS: Excuse me.

24           But not from the side.

25           MR. SARRATT:  Your Honor, I'll just make a record of

1   the objection.  Your Honor has already sustained it.  The

2   blanket did not indicate that it was covering her whole body.

3           THE COURT:  So noted.

4   Q    The blanket was covering your head and upper body, is

5   that correct?

6   A    Yes.

7   Q    Did the blanket cover your lap as well?

8   A    Not covered, reached to it.

9   Q    Pardon?

10  A    It's not covering.  It's not like when it's -- lies upon

11  me.  Because it's kind of makes a tent so I am not sure what

12  covering.

13  Q    Can you open up the blanket all the way, please?

14           Is it folded in or is it open all the way?

15  A    Oh.  No.  It's open all the way.

16  Q    Okay.  When you have it over you, do you have it

17  lengthwise or long --

18  A    Long-wise.

19  Q    Long-wise.  Okay.

20           You had it over you long-wise covering your head?

21  A    Yes.

22  Q    How much of the blanket was past your head?

23  A    I don't know.  Enough to hold it with my back probably,

24  but I am not sure.

25  Q    So it's covering your head and it is covering part of

1   your lap, correct?

2   A     Lap is --

3              (Interpreter interprets.)

4   A     I think it was on the tray.  So I think not.  But I am

5   not sure.

6   Q     You then told the police officer, and woke up abruptly

7   from him grabbing my groin.

8              What position were you in before you felt this?

9   A     I don't know.  I was asleep.

10  Q     With your head down on the tray table?

11  A     Yes.

12  Q     With a blanket covering you?

13             MR. SARRATT:  Your Honor, the same objection, I

14  guess, to the extent the question assumes the blanket was

15  covering her whole body.

16             THE COURT:  I will overrule the objection.

17  Q     Now, what position was the defendant in at this point?

18  A     After I was startled and I jumped, he -- he was lying on

19  his side, on his left side, and covering his head with a

20  blanket.

21  Q     His whole head was covered with blanket?

22  A     Not at first.  He covered it after he jumped also.

23  Q     Do you know if he was wearing a seat belt?

24  A     No, I don't remember.  Probably not.

25  Q     But you don't know for sure whether he's wearing one or

1   not?

2   A    No.

3   Q    How long did he have -- withdrawn.

4         How long did you feel a hand on your groin before

5   you woke up?

6   A    I am not sure how long did it take me to fully awake up

7   and understand what's going on around me.  But I believe

8   several seconds.  It's not -- when you touch like this

9   (indicating).  It was there.

10  Q    Which hand was on your groin?

11  A    The groin, I am not sure.  But I -- okay.

12  Q    You don't know which hand of his was on your groin,

13  correct?

14  A    No.  I am not sure about that.  I can assume it's the

15  right hand but I am not sure.

16         MR. BIENENFELD:  Objection.

17  Q    Did you -- did you see his hand on your groin?

18  A    I can see him taking his hand away.

19  Q    But you never saw his hand on your groin, correct?

20  A    No.

21  Q    You told the police officer, so at that point I pretended

22  to be sleeping, correct?

23  A    Yes.

24  Q    So you were playacting, correct?

25  A    Yes.

1  Q    At this point you had some doubts whether he touched you

2  or not, correct?

3  A    No.

4  Q    You had doubts whether he touched you on purpose or not?

5  A    Yes.

6  Q    You weren't sure if he's sleeping or not, correct?

7  A    Well, I was -- it's not that I wasn't sure.  But I wanted

8  to -- I wanted to see if it's -- if it only happened once or

9  is it happening or will happen again.

10 Q    So you are fully awake at this time, correct?

11 A    Yes.

12 Q    What position are you in now?

13 A    I think I was sitting, just like that.

14 Q    You were sitting back?

15 A    Yes.

16 Q    Your head wasn't on the tray table at this point?

17 A    No.

18 Q    Were you covered by a blanket?

19 A    Yes.

20 Q    What part of your body was covered by the blanket?

21 A    The same thing, from the head.

22 Q    Your face was covered also, correct?

23 A    Yes.

24 Q    So you couldn't see anything, correct?

25 A    I couldn't -- I could see what's under the blanket.

1  Q    But you couldn't see the -- in front of the blanket,

2  correct?

3  A    That is correct.

4  Q    You can't see through these blanket?

5       They are not see-through, correct?

6  A    No.

7  Q    It's pretty dark on this plane, correct?

8  A    Yes.

9  Q    So before you tried to test him, did he have a blanket on

10 him?

11 A    Yes.

12 Q    Was his head covered with the blanket?

13 A    At the first time I am not sure.

14 Q    The second time, when you are testing him, was his head

15 covered with a blanket?

16 A    I don't know.

17 Q    Was it up to his neck?

18 A    When I took my blanket off, when I -- when I felt his

19 hand on my chest, then I saw him with a blanket over his head.

20 Q    What about his tray table, up or down?

21 A    I don't know.

22 Q    What about your tray table, up or down?

23 A    I don't remember.

24 Q    Then you told the officer, and he reached over to me

25 underneath my blanket and began to massage my breast.

Lechtman-cross-Bienenfeld                          56

1              You told him that?

2   A    Yes.

3   Q    How much time elapsed from the time you started to

4   pretend to be asleep when you felt that someone was massaging

5   your breasts?

6   A    A short time.  I am not sure.  Maybe a minute or

7   something like that.

8   Q    Did you tell Agent Ambrisco that it was several minutes

9   later?

10  A    I don't remember.  But it can be a minute or two.  I was

11  really stressed so I am not sure how much time did it take.

12  Q    About?

13  A    But I didn't have to wait long, if that's what you mean.

14  Q    Was it several minutes or several seconds?

15  A    I can't tell.  I don't know.

16  Q    Did you ever see his hand on your breast?

17  A    Yes.

18  Q    Was it his right hand or left hand?

19  A    It was his right hand.

20  Q    You are sitting back at this point?

21  A    Yes.

22  Q    You are sitting back at this point and you feel a hand

23  coming under your blanket, correct?

24  A    Yes.

25  Q    You do nothing at this point, correct?

1   A    Well, at the moment he touched my breast.

2   Q    I am asking at the moment -- you actually feel the

3   blanket being moved, correct, because you are fully awake?

4   A    It happened real fast.  I mean, it's not that -- it's not

5   that it took him a long time to put his hand under my blanket.

6   So --

7   Q    You are fully awake and you are expecting, maybe even

8   hoping, that he touches you, correct?

9   A    Yes.

10              MR. SARRATT:  Objection, Your Honor.

11              I don't think he can ask what she is hoping.

12              THE COURT:  Overruled.

13   Q    You are testing him, right?

14   A    Yes.

15   Q    You know that your blanket may move for his hand to go

16   there, correct?

17   A    Yes.

18   Q    You actually feel the blanket move, correct?

19   A    Probably I did.

20   Q    But you don't do anything at that point?

21   A    Yes.

22   Q    You feel his hand approaching you and you don't do

23   anything at that point?

24   A    Yes.

25   Q    You feel his hand on your breast; do you do anything

1   then?

2   A    Yes.

3   Q    What do you do?

4   A    I got up, I took the blanket off my head and told him

5   that he's touching me and I asked him what he's doing.

6   Q    As soon as he touches your breast, you do that, correct?

7   A    Yes.

8   Q    He is not massaging your breast, is that correct?

9   A    It was -- it wasn't a long massage, but it was a massage

10  grabbing.

11  Q    You told the police officer he massaged your breast,

12  correct?

13  A    Well, yes.  Because it -- massaging doesn't have to take

14  an hour.  When -- it just -- he touched me for a second, but

15  it was enough for him to move his head several -- hand several

16  times.

17  Q    He touched you for a split second, right?

18  A    Not a split second, no.

19  Q    How long did he touch you for?

20  A    I think two seconds.

21  Q    So you allowed a perfect stranger to touch you for two

22  seconds to test him?

23  A    It's not that I allowed that.  It's not exactly an easy

24  thing to grasp and handle immediately.  So I probably was in

25  some sort of shock for a second.  But then I did what I

Lechtman-cross-Bienenfeld                                    59

1   planned doing.

2   Q    Certainly, you didn't let anyone linger on your breasts,

3   correct?

4   A    Yes, that's right.

5   Q    Certainly, if you were awake and aware, you would never

6   let anyone massage your breasts, correct?

7   A    What did you mean by massaging?

8   Q    It's the word you used.

9   A    So what do you mean by that?  I know what I meant.

10  Q    What do you mean by massage?

11  A    I meant by the movement, the way you massage people, when

12  you do like this.  So this is what he had done to my breast.

13  He didn't do it for an hour.  He did it for a second or two.

14  But that's what he did.

15  Q    Is it a touch, is it a squeeze, is it a massage?

16  A    A squeeze.

17  Q    A squeeze?

18  A    But --

19  Q    But you said massage, correct?

20  A    Yes.

21  Q    But it is not massage, correct?

22           MR. SARRATT:  Your Honor, I think this has been

23  asked and answered.

24           THE COURT:  Sustained.

25  Q    You then say to the police officer, you looked up to see

GR      OCR      CM      CRR      CSR

Lechtman-cross-Bienenfeld                                    60

1    him looking at me from under his blanket, correct?

2    A    Yes.  When I took the blanket off my head, I could see

3    him.

4    Q    Was his head covered with a blanket at that point?

5    A    Yes.  The side part of his head.

6    Q    So his side of the head is covered with a blanket and you

7    are able to see that he was still looking at you?

8    A    Yes.  The front of his face was heading towards me.  So

9    the blanket is here, you can see from the side.

10   Q    What's the lighting conditions like at this time on the

11   plane?

12   A    I was able the see him clearly.  I am not sure about how

13   dark it was.

14   Q    You didn't have the overhead light on, did you?

15   A    I don't know.

16   Q    It's pretty dark on these planes, correct?

17   A    No.

18   Q    Then you say, then I erupted from my seat yelling at him,

19   correct?

20   A    I don't think I said that.  Because I wasn't yelling.

21   Q    Okay.  Would it refresh your recollection to look at the

22   statement that the officer wrote that you gave on March 27,

23   2011, at 5:30 in the morning?

24   A    No.  Because I --

25            MR. SARRATT:  Objection.

GR      OCR      CM      CRR      CSR

1          I don't think there has been any establishment that

2     she has a lack of recollection.  So there is no need to

3     refresh it.  She stated what happened.

4          THE COURT:  Do you remember what you told the

5     officer?

6          THE WITNESS:  Yes.

7          THE COURT:  That took your statement?

8          THE WITNESS:  Yes.

9          THE COURT:  Did you tell him that you erupted from

10    your seat yelling at him?

11         THE WITNESS:  No.  I told him that I took the

12    blanket off my head and I was not yelling but speaking, I can

13    say with attitude, with a firm attitude.  I mean, I wasn't

14    speaking -- I was not whispering or speaking softly or

15    anything.  I was -- but I was not shouting.  I was not

16    yelling.

17         THE COURT:  Okay.  Continue.

18    Q    Did you tell us before that the words that you told to

19    the police officer were transcribed on this piece of paper?

20    A    That I dictated?

21    Q    Yes.

22    A    Yes.

23         MR. SARRATT: Your Honor, I don't think there has

24    been any word -- any mention of transcription.

25         THE COURT:  That objection is sustained.

1           I think the testimony is that the statement was in

2    Ms. Lechtman's words dictated.

3           MR. SARRATT:   Thank you, Your Honor.

4    Q    Was the officer writing down what you were saying as you

5    were dictating it?

6    A    Well, I don't think it was word-by-word.  Because after

7    reading it later, I couldn't find my own words in everything.

8    But the -- the basic story is there.

9    Q    You read it before you signed it?

10   A    I don't -- I think briefly, but I don't think I read --

11   Q    You did sign it, correct?

12   A    Yes.

13   Q    You know that -- did they explain to you that if there is

14   something wrong in there that it's punishable by a Class A

15   misdemeanor, before you signed it?

16   A    No.  But there are words there that only afterwards I

17   understand that can be interpreted to other meanings.

18   Q    Did you read the words, I erupted from my seat yelling at

19   him before you signed it?

20   A    I don't remember that.

21   Q    Did you read the statement before you signed it?

22   A    I believe I did.

23   Q    Okay.  If the words I erupted from my seat yelling at him

24   are on the statement, that would not be correct?

25   A    It's a long article to -- for me to read in English.  So

1   I probably didn't understand it or something like that.  It's

2   not easy for me to take this document and just read it and

3   understand it the way I do literally.

4   Q    Did you know that they were going to use this document,

5   similar document, to prosecute somebody?

6   A    I assumed so, yes.

7   Q    Did you think it was important to get the facts straight?

8   A    Yes.

9   Q    When you read, then I erupted from my seat yelling at him

10  before you signed it, if you knew it wasn't correct, why did

11  you sign it?

12        MR. SARRATT:  Objection; asked  and answered.

13        THE COURT:  Overruled.

14  A    I don't remember the word yelling.  I thought -- I think

15  he probably misunderstood me.  I might have read it and

16  thought it was something else.

17  Q    You say in the statement, with him still pretending to be

18  sleeping, is that true?

19  A    When -- do you mean after -- after I got up?

20  Q    The statement reads, then I erupted from my seat yelling

21  at him with him still pretending to be sleeping.

22        We established that you didn't yell, correct?

23  A    Yes.

24  Q    Was he still pretending to be sleeping?

25  A    Pretending to be, yes.  He tried closing his eyes and

1  put -- tried covering his head with the blanket.

2  Q    Didn't you then say to him, what, you want me to believe

3  this is a mistake?

4  A    No.

5  Q    Did you say to him, you are telling me this is a mistake?

6  A    No.

7  Q    Did you say to him, you're telling me this is an

8  accident?

9  A    No.

10  Q    What did you say to him?

11  A    I told him, what are you doing, you're touching me.  And

12  he said no, no.  It's a mistake.  I'm sleeping, while he tries

13  covering his head with his blanket.  Then I took the blanket

14  off his head and I told him, you're not asleep.  It's not a

15  mistake.  You touched me.  You have been doing this the whole

16  flight and I am going to tell the flight attendant.  Now move.

17  That's all I said.

18  Q    When you took the blanket off his head, were his eyes

19  open or closed?

20  A    He tried closing them really hard like this.  He tried

21  not to open them.

22  Q    His eyes were closed when you took the blanket off his

23  head, correct?

24  A    Yes.

25  Q    You then saw him get up and go to the rear of the plane,

1    correct?

2    A    To the galley, to the flight attendant.

3    Q    No.  Him.

4    A    What about him?

5    Q    The man sitting next to you, he then got up to let you

6    out, correct?

7    A    No.  I went above him.

8    Q    You climbed over him?

9    A    Yes.

10   Q    When you went to go to the galley, what did he do?

11   A    I don't know.

12   Q    Okay.  In your statement did you say, he then got up and

13   moved to the rear of the plane?

14   A    Yes, you can assume that because when I told --

15   Q    I am asking you if you told --

16        MR. SARRATT:  Your Honor --

17   A    That's what happened.

18        MR. SARRATT:  I don't believe the witness was

19   finished with her answer.

20        MR. BIENENFELD:  I apologize, Your Honor.

21        THE COURT:  You can answer the question.  Continue

22   with what you were saying.

23   A    He had to use getting up and walking in order to get

24   there because two minutes afterwards when the flight attendant

25   told me do you recognize him, she told me he wasn't on his

1    seat and she took me to the back of the plane and he stood

2    there.  So he went there.

3    Q    But you do understand that's not how the statement read.

4    The statement reads he said no, no, it's a mistake.  He then

5    got up and moved to the rear of the plane.

6    A    So the man didn't write everything I said.

7    Q    But you had an opportunity to read this before signing

8    it, correct?

9    A    Yes.

10   Q    You didn't see any errors there?

11        MR. SARRATT:  Objection, Your Honor; asked and

12   answered.

13        She's explained exactly what the statement means.

14        THE COURT:  Sustained.

15        I got the point.

16   A    He left it there.

17        THE COURT:  No.

18        THE WITNESS:  Okay.

19   Q    Are there restrooms located in the back of the plane?

20   A    I don't know.

21   Q    You then had an opportunity to go to a stewardess and

22   tell her what happened, correct?

23   A    Yes.

24   Q    Do you know her name?

25   A    No.

1   Q      Have you seen her since that flight?

2   A      I have seen her outside today.

3   Q      Outside the courtroom today?

4   A      Yes.

5   Q      Did you see her yesterday?

6   A      I think she passed by me.  But I wasn't sure it was her.

7   Q      Have you spoken to her since the flight?

8   A      No.

9   Q      The --

10  A      I just said hi, and then they took me to the back of

11  the -- but we had no conversation.

12  Q      When you were on the plane, you told her that some guy

13  next to you was constantly waking you up, correct?

14  A      I told her he touched me.

15  Q      Did you tell her --

16  A      I'm sorry.  I can't remember exactly what I told her.  I

17  just -- I remember telling her he touched me and then I

18  remember her asking me what happened and I think I told her,

19  but I don't remember exactly what I said to her.

20  Q      You don't remember if you told her that he touched your

21  groin, correct?

22  A      I told her that.  She asked me where and I told her.

23  Q      What did you tell her?

24  A      I told her in the groin and in the chest.

25  Q      At some point they changed your seat, correct?

Lechtman-cross-Bienenfeld                        68

1    A    Yes.

2    Q    At first you are seated, what did you call that seat, the

3    jump seat?

4    A    Yes.  I couldn't stay there long.

5    Q    Right.  Then they brought you up to business class,

6    right?

7    A    Yes.

8    Q    You had a business class seat for the rest of the flight?

9    A    Yes.

10   Q    How long was the rest of the flight?

11   A    From what I've been told, about an hour and a half, maybe

12   two hours.

13   Q    How long were you in the jump seat beforehand?

14   A    I don't know.

15   Q    Now, in the army you've had combat training, correct?

16   A    Yes.

17   Q    You've had hand-to-hand self-defense training, correct?

18   A    Yes.

19   Q    Have you ever auditioned for a realty TV show in Israel?

20   A    Auditioned?  We have Israeli Idol there.  So, yes, if

21   that's what you call reality show.

22   Q    It's our American Idol, correct?

23   A    Yes.

24   Q    In Hebrew, it is called kochav nolad?

25   A    Yes.

GR        OCR        CM        CRR        CSR

Lechtman-cross-Bienenfeld                          69

1  Q    Did you tell the government, the US Attorney, about this?

2  A    No.

3  Q    So you auditioned for an American Idol type of show,

4  correct?

5  A    Yes.

6  Q    You were in the finals, correct?

7  A    No.

8  Q    You were pretty close to getting on to Israeli TV,

9  correct?

10 A    Yes.

11 Q    You would have been on TV had you made the next cut,

12 correct?

13 A    That's right.

14 Q    You would agree with me, that contestants on this show

15 are pretty well known people in Israel, correct?

16 A    Yes.

17 Q    You wanted to be on that show as well, is that correct?

18 A    Yes.

19 Q    You are a very good singer, correct?

20 A    I think I am, yes.

21      MR. SARRATT:  Your Honor, I am just not clear as to

22 the relevance of her singing ability.

23      THE COURT:  Neither am I.

24 Q    You are somebody who was seeking fame in Israel, correct?

25 A    No.

1  Q    You wanted to be on the show, correct?

2        MR. SARRATT:  Your Honor, I --

3  A    Would you like me to explain why?  I can.

4        MR. SARRATT:  Relevance.  I object.

5        THE COURT:  Overruled.

6  Q    You wanted to be on the show, correct?

7  A    When --

8  Q    Yes or no?

9  A    Well, it was about six years ago when I was 17.  So then,

10 yes.

11 Q    You wanted the fame that everyone else has from that

12 show, correct?

13 A    No. I wanted to be a professional singer.  I wanted to be

14 a song writer and a singer.  I don't seek fame.

15       THE COURT:  What's the point of this?

16       MR. BIENENFELD:  Just is she seeking fame, Your

17 Honor.  She is someone who seeks fame.  She tries out for

18 reality TV shows.  She wants to be well-known.

19       MR. SARRATT:  Your Honor, I don't think there is --

20       THE COURT:  Let's move on.

21       MR. SARRATT:  Thank you.

22 Q    How did you come to New York for this trial?

23       What airline did you fly?

24 A    Delta.

25 Q    Who paid for the ticket?

Lechtman-cross-Bienenfeld                    71

1   A    I am not sure.  I think it's the plane company.

2   Q    Delta paid for it?

3   A    I think so.

4   Q    And you are staying in a hotel in New York, correct?

5   A    Yes.

6   Q    Delta paid for the hotel also, correct?

7   A    I am not sure.  No one told me actually who is paying for

8   it.

9   Q    Did you ever think about suing Delta Airlines about this

10  incident?

11  A    No.

12  Q    Did you ever sign a release of Delta Airlines in order to

13  get a seat on the plane?

14  A    A what?

15  Q    Did you ever consider suing Delta Airlines over this

16  incident?

17          THE COURT:  Sustained; asked and answered.

18  Q    Did you have to sign a waiver saying that you won't sue

19  Delta Airlines in order for them to fly you in for this trial?

20  A    No.  I --

21  Q    You have spoken to attorneys in Israel about suing Rabbi

22  Bidany civilly, correct?

23  A    Yes.

24  Q    They told you you needed to have a conviction here in

25  order to make that case in Israel, correct?

Lechtman-cross-Bienenfeld                              72

1   A    Each one of them practically said something else.  But

2   most of them told me that.

3   Q    Did you ever describe to anyone in the government the

4   FBI, the police, the US Attorney, that Rabbi Bidany had curls?

5   A    Probably, yes.

6   Q    By curls, do you mean peyot?

7   A    I thought, yes.

8   Q    And that would be the side curls that some rabbis have?

9   A    Yes.

10  Q    So when you are describing him, you described him as

11  someone who may have these side curls, correct?

12  A    Yes.

13  Q    Clearly he doesn't, correct?

14  A    Yes.

15  Q    When you first got on the plane, you were talking to the

16  lady next to you, correct?

17  A    That's right.

18  Q    She was chatting you up, correct?

19  A    Yes.

20  Q    Then eventually she fell asleep, correct?

21  A    Yes.

22  Q    When he, Rabbi Bidany, sat next to you, you just offered

23  him a napkin, correct?

24  A    Later, yes.

25  Q    Did you have a conversation about when your food arrived?

Lechtman-cross-Bienenfeld                    73

1   A    I don't remember talking to him.

2   Q    You ordered a vegetarian meal, correct?

3   A    Yes.

4   Q    Your meal on this flight came before his meal, correct?

5   A    Yes.

6   Q    And did you offer him some of your food?

7   A    I don't remember.  I think not.

8           MR. BIENENFELD:  If I could just have one moment,

9   Your Honor?

10          THE COURT:  Yes.

11          (Pause.)

12  Q    When you went to complain to the Delta employee right

13  after this incident, did you tell her that you wanted him

14  arrested?

15  A    I am not sure about the term.  But she asked me if I want

16  this to be taken care of.  So probably said yes.

17  Q    It was a Delta employee who offered you to have him

18  arrested, correct?

19  A    Yes.

20  Q    It wasn't your idea, correct?

21  A    Well, I wasn't sure how things are going in cases like

22  this -- like this.

23  Q    You -- I'm sorry.

24  A    When I came talking to her, I assumed it's obvious I want

25  him to get arrested.

Lechtman-redirect-Sarratt                      74

1   Q    Did you ask her how can I arrange for him to be arrested?

2   A    No.

3   Q    When you claim that he touched your groin, was your

4   pillow still between the two seats?

5   A    Yes.

6   Q    Was his hand anywhere near that pillow?

7   A    I don't remember that hand.  Probably not.

8            MR. BIENENFELD:  Nothing further, Your Honor.

9            MR. SARRATT:  Your Honor, if I may just a very brief

10  redirect?

11  REDIRECT EXAMINATION

12  BY MR. SARRATT:

13  Q    Ms. Lechtman, you were asked a couple of questions by

14  Mr. Bienenfeld about whether it was possible on airplanes that

15  people accidentally fall asleep on each other.

16           Do you recall those questions?

17  A    Yes.

18  Q    Is there any doubt in your mind as you sit here today

19  whether when the defendant touched your groin and your breasts

20  he was acting accidentally?

21  A    No.

22  Q    You also -- you got asked a lot of questions about

23  whether you were yelling or speaking firmly.

24           Could you just describe, again, how it was that you

25  spoke?

GR      OCR      CM      CRR      CSR

1   A    I was speaking the way I'm talking to my soldiers when

2   I'm angry, when they do a mistake.  It's a firm attitude,

3   something you learn, something I practice.  I can repeat it

4   just like I said it in Hebrew.  Would you like that?  I don't

5   know.

6   Q    Sure.  Go ahead.

7   A    I said.

8           (Hebrew words spoken.)

9           THE INTERPRETER:  What are you doing, you're

10  touching me.

11          THE WITNESS:  Yes.  Exactly what I said in English.

12  Like this.

13  Q    Now, you were also asked a series of questions about

14  whether you had auditioned for a television show in Israel,

15  right?

16  A    Yes.

17  Q    Now, you were also asked if you told that to the US

18  Attorney.

19          Who did you understand that to mean?

20  A    You.

21  Q    Okay.  Did you tell the FBI about your audition for this

22  television show?

23  A    I don't remember.  I think not.

24  Q    Ms. Lechtman, are you seeking fame in this case?

25  A    This case is making my life really difficulty and this is

1   not the way I want to seek fame.  I'm a military personality.

2   It was very hard for me to get here and especially someone

3   like me, maybe I'll pursue a career in entertaining later, but

4   now I'm in the military.  I can't afford myself to be famous

5   and there are a lot of consequences that if something like

6   that goes to media, this is the last thing I want because of

7   my military position.

8   Q    Mr. Bienenfeld asked you questions about whether you were

9   staying in a hotel.

10            Do you have any friends or family you could have

11   stayed with here in New York?

12   A    No.

13   Q    Do you have anyone here supporting you today?

14   A    Family and friends?  No.

15   Q    Now, you were also asked questions about who paid for

16   your airline ticket and who paid for your hotel.

17            Are you aware of actually who paid for your ticket

18   and your hotel?

19   A    I assumed it was the plane company, but I don't know.

20   Q    Were you aware that it was the government who paid for

21   your ticket and your hotel?

22   A    No.

23            MR. SARRATT:  Just one moment, Your Honor.

24            (Pause.)

25            MR. SARRATT:  Ms. Lechtman, thank you for your

1    testimony.  I don't have any more questions for you.

2              THE WITNESS:  Can I --

3              MR. BIENENFELD:  Nothing.

4              THE COURT:  You are excused.  Thank you.

5              (Witness excused.)

6              THE COURT:  We are going to take a break.  We are

7    going to come back at ten minutes to 12:00.

8              (Recess taken.)

9              (After recess.)

10             MR. SARRATT:  Your Honor, at this point the

11   government would request, given that the victim's testimony is

12   concluded, that she be permitted to watch the remainder of the

13   trial, if she chooses.

14             THE COURT:  Any objection?

15             MR. BIENENFELD:  No, Your Honor.

16             THE COURT:  Okay.  I will allow it.

17             MR. SARRATT:  Thank you, Your Honor.

18             Your Honor, the government calls Christine Ferro.

19             THE COURT:  Please raise your right hand.

20             (The witness is duly sworn/affirmed by the Court.)

21             THE COURT:  Please be seated.

22             Please state and spell your name for the record.

23             (Continued on next page.)

24

25             THE WITNESS:  Christine Ferro, C H R I S T I N E,

1   F E R R O.

2   DIRECT EXAMINATION

3   BY MR. SARRATT:

4   Q    Good morning, Ms. Ferro.

5   A    Good morning.

6   Q    There is still one minute left.

7        Ms. Ferro, where do you live?

8   A    Right outside New Orleans.

9   Q    Are you employed?

10  A    Yes.

11  Q    What's your job?

12  A    A flight attendant with Delta Airlines.

13  Q    How long have you been a flight attendant?

14  A    Almost fourteen years.

15  Q    Has that been a continuous fourteen years?

16  A    No.  In December of 2005, I took a five-year leave and

17  just returned to flying March 1st of this year.

18  Q    But you consider yourself an experienced flight

19  attendant?

20  A    Yes.

21  Q    I want to direct your attention to March 26th and 27th of

22  this year.

23        Do you recall whether you were working on those

24  days?

25  A    Yes, I was.

GR      OCR      CM      CRR      CSR

1  Q    What flight were you working?

2  A    I was on my way back from Tel Aviv to JFK.

3  Q    Tel Aviv, Israel?

4  A    Yes.

5  Q    Do you recall what type of aircraft you were flying that

6  night?

7  A    A 747.

8  Q    What time of day did this flight leave?

9  A    Late at night.

10 Q    So it arrives in JFK the next morning?

11 A    Early in the morning, yes.

12 Q    Ms. Ferro, were you assigned to work in a particular

13 section of the aircraft?

14 A    I was assigned to the coach cabin.

15 Q    I want to show you now what's been admitted as

16 Government's Exhibit 1, if I could on the Elmo.

17        Are you able to see a diagram on the screen in front

18 of you there?

19 A    Yes.

20 Q    If you are able to see it clearly enough, I will just ask

21 you, does this appear to you to accurately reflect the layout

22 of that 747 aircraft that you were working on board from

23 Tel Aviv that evening?

24 A    Yes, it does.

25 Q    Now, Ms. Ferro, I am going to show you the second page of

Ferro-direct-Sarratt                    80

1   this document, which is just a slightly bigger version of the

2   same thing.

3           I will ask you to just indicate by touching the

4   screen in front of you where it was that you were in general

5   assigned to work on that flight?

6   A    The jump seat that I was assigned to was up at this

7   location.  However, I am assigned to work the whole cabin and

8   I served this side of the airplane.

9   Q    Just touch the side of the airplane you are referring to.

10          MR. SARRATT:  Okay. Your Honor, may the record

11  reflect that the witness is touching the -- what is the right

12  side of the aircraft.  I believe as you look -- as you look

13  backward on the plane.

14          THE WITNESS:  As you look forward.

15          MR. SARRATT:  I apologize, Your Honor.  As you look

16  forward.

17          THE COURT:  Let's characterize the side of where

18  seats H, J and K are.  Is that correct?

19          THE WITNESS:  Yes.

20          MR. SARRATT:  Thank you, Your Honor.

21  Q    If you will push the -- I think I can do it, actually.

22          I have now cleared those marks, but I will ask you,

23  which galley were you using in connection with your service on

24  that plane?

25  A    These galleys right here.

1   Q    Okay.  What do you call that galley?

2   A    Galley number three.

3   Q    Okay.  Is that galley the one that is at approximately

4   row 51 on the aircraft?

5   A    Yes, it is.

6            MR. SARRATT:  May the record reflect the witness has

7   made a mark at approximately row 51 on the aircraft on the

8   galley.

9            THE COURT:  So noted.

10  Q    Ms. Ferro, did there came a point during this flight when

11  one of the passengers on board approached you?

12  A    Yes.

13  Q    Where were you in the aircraft when that happened?

14  A    I was in this galley by myself.

15  Q    Is that the same place that you just indicated on the

16  exhibit?

17  A    Yes, it is.

18  Q    I think you called it galley three, is that right?

19  A    Yes.

20  Q    If you could, could you describe the woman, or the

21  person, excuse me, who approached you?

22  A    Yes.

23            It was a young female with long dark blond hair and

24  short in stature, about five-one, five-two.

25  Q    If you saw that person, do you think you'd be able to

1    recognize them?

2    A    Yes.

3    Q    Do you see that person in the courtroom?

4    A    I can't see all the way to the back.

5         Yes, I do.

6    Q    Could you describe her then?

7    A    Yes.

8         She has her hair pulled back, white T-shirt and

9    black sweater.

10   Q    About how far back in the gallery is she sitting?

11   A    Second to last row, last row.

12        THE COURT:  Let the record reflect that Ms. Ferro

13   has pointed out who I believe to be Ms. Lechtman.  Although I

14   think her shirt is blue.

15        THE WITNESS:  Is it?

16        THE COURT:  Not white.  It's gray.

17        MR. SARRATT:  It appears to be to be sort of gray

18   with maybe some markings.

19        THE COURT:  The lighting is not so great back there.

20        MR. SARRATT:  Thank you, Your Honor.

21        THE COURT:  Yes.

22   Q    Were you able to observe Ms. Lechtman's demeanor as she

23   approached you?

24   A    Yes.

25   Q    What was it?

Ferro-direct-Sarratt                              83

1   A    She abruptly ran to the galley.  Her hands were then in

2   her face and I asked her what was wrong and she said the man

3   next to me --

4             MR. BIENENFELD:  Objection.

5             MR. SARRATT:  Your Honor, I think this witness can

6   testify to an excited utterance under Rule 803(2).

7             THE COURT:  I will allow it.

8             MR. SARRATT:  Thank you, Your Honor.

9             THE COURT:  The objection is overruled.

10  Q    Please continue.

11  A    She was clearly distraught and I asked her what was the

12  matter and she said the man next to her had been touching her

13  all over.

14  Q    Did you ask her where exactly?

15  A    Yes.

16            I said, where, what happened?  And she said that he

17  had been touching her and he touched her breast and her -- and

18  had his hand between her legs.

19  Q    Did she appear to you to be upset?

20  A    Clearly.

21  Q    Did she make any gestures to you about where he had

22  touched her?

23  A    She did.

24            When I asked her where, she generally just said all

25  over, using her hands.

Ferro-direct-Sarratt                                84

1    Q    What did you do at that point?

2    A    I asked her where she was sitting.  She told me her seat

3    was 52-B.  I looked out from the galley and saw that the --

4    her seat was empty and then the aisle seat was empty.

5    Q    Which seats exactly are you referring to?

6    A    The 52-B and C.

7              MR. SARRATT:  May the record reflect that the

8    witness has made a mark near seats 52-B and C on the diagram?

9              THE COURT:  So noted.

10             MR. SARRATT:  It is Government Exhibits 1.

11   Q    So I believe you just said a moment ago those seats were

12   then empty?

13   A    Yes.

14   Q    What did you do next?

15   A    I asked her, I said -- I said his seat is empty.  She

16   said he ran to the back of the airplane.

17   Q    What did you do at that point?

18   A    So I had her follow me and I said, as soon as you see

19   him, let me know who he is and then I sent her back to the

20   galley once she pointed him out to me.

21   Q    She was able to point him out to you?

22   A    She was.

23   Q    Could you describe the person that she pointed out?

24   A    Yes.

25             Looked like a man that would be from Israel, from

1    Israel descent.  The beard and -- and the height -- height I

2    guess is about five-ten or so.

3    Q    Would you be able to identify that person if you saw him?

4    A    Yes.

5    Q    Do you see that person in the courtroom today?

6    A    I do.

7    Q    Please indicate by an article of clothing or by

8    description who you are talking about.

9    A    The gentleman at the table over there with the white

10   beard, black jacket.

11   Q    Long beard or short beard?

12   A    Long beard.

13           MR. SARRATT:  Your Honor, may the record reflect

14   that the witness has identified the defendant?

15           THE COURT:  Yes.

16   Q    After Ms. Lechtman identified that person, what did you

17   do next?

18   A    I didn't want her to go by him.  I had her return to the

19   galley.  I went to approach the man, to try and confirm what

20   seat number he was in, but he did not speak English.

21   Q    So you were unable to communicate with him?

22   A    Correct.

23   Q    Did you then attempt to find the young woman a new seat?

24   A    Yes.

25           Well, I -- I informed the two other flight

Ferro-direct-Sarratt                              86

1    attendants that were working the cabin with me at the time and

2    I relocated her for the time being at a jump seat location

3    further up in the airplane behind business elite cabin.  So

4    she didn't have to be near him anymore.

5    Q    I will just ask you on the exhibit, if you will, where

6    the jump seat is that you are referring to, if you see it on

7    there.

8              Let me clear your previous marks.

9              Are you able to see the area where that jump seat

10   was?

11   A    Yes.

12             Close by there, right there, at this door.

13             MR. SARRATT:  I will ask the record reflect that the

14   witness has marked an area near the door at the rear of the

15   business elite cabin on the side of the plane where the J and

16   K seats are.

17             THE COURT:  Behind aisle 12?

18             MR. SARRATT:  Correct, Your Honor.

19             THE COURT:  So noted.

20   Q    Did you have any further conversation with Ms. Lechtman

21   at that point?

22   A    I did not.  After her -- she initially came into the

23   galley and after I reseated her, I did not have any more

24   contact with her.

25   Q    Was there ever a point where you discussed with her

1  whether she wanted law enforcement to meet the flight?

2  A    Yes, there was.

3  Q    How did that conversation go?

4  A    I spoke -- I did speak to the two flight attendants, as I

5  said, that were working the cabin with me and told them I

6  needed to go speak to the captain.  Because when I was in that

7  three galley with her, I did ask her, I said do you want law

8  enforcement to meet the flight.  She said yes, that man needs

9  to be arrested.

10 Q    Did you then take steps to see that law enforcement would

11 meet the flight?

12 A    I did.

13 Q    What did you do?

14 A    I went up to the cockpit and told the captain that -- of

15 the situation and told him that she would like law enforcement

16 to meet the flight.

17 Q    You mentioned, I believe, that you were unable to

18 communicate with the defendant because of a language barrier.

19 Is that right?

20 A    Correct.

21 Q    Did anybody else that you know of then attempt to speak

22 with the defendant -- anyone else from the flight crew then

23 attempt to speak with the defendant?

24 A    Yes.

25           Aviel is the flight attendant that was on the flight

1  that spoke the language.  So I -- he was one of the flight

2  attendants I informed of the situation and I asked him if he

3  needed to go speak with the man.  So I understand he spoke

4  with the man as when I went up to the cockpit.

5  Q    Okay.  Now, after that point, did you have any other

6  further interactions with the defendant?

7  A    I did not.  Other than standing in the hallway after we

8  got off the plane.

9  Q    Okay.  Did you have any further interactions,

10 conversations, with Ms. Lechtman?

11 A    No.

12 Q    When the flight landed at JFK, are you aware whether law

13 enforcement did in fact meet the flight?

14 A    They did.

15 Q    When law enforcement met the flight, were you able to

16 observe who it was that they were questioning?

17 A    Yes.

18       They kept all the passengers seated on the airplane,

19 so that they could make sure he got to the door to meet the

20 law enforcement.  So, yes, I was right there at -- near the

21 area and saw him go up.

22 Q    When you say you saw him go up, who are you referring to?

23 A    The gentleman that I pointed out earlier.

24 Q    I think you have said you have been a flight attendant

25 working for nearly nine years, is that right?

Ferro-direct-Sarratt                                    89

1   A     Yes.

2   Q     How many flights would you say that you have been on over

3   the course of your career?

4   A     Thousand, a thousand, fifteen hundred.  Hard to count.

5   Q     Fair to say, that on all those flights passengers are in

6   close quarters?

7   A     Yes.

8   Q     And the seats in the coach cabin, indeed on Delta, are

9   fairly close to one another, right?

10  A     Yes.

11  Q     On the fifteen hundred some odd flights that you have

12  been on, have you ever heard a complaint where a passenger

13  complained about a sexual assault like this?

14              MR. BIENENFELD:  Objection.

15              THE COURT:  Sustained.

16  Q     Ms. Ferro, have you ever, to your personal knowledge,

17  have you ever been made aware of a situation in which one

18  passenger touched another and then claimed to be asleep?

19  A     No.

20              MR. BIENENFELD:  Objection.

21              MR. SARRATT:  Thank you for your testimony,

22  Ms. Ferro.

23              MR. BIENENFELD:  I have an objection to that last

24  question.  I don't know if you want to make a ruling.

25              THE COURT:  I will overrule it.

1   CROSS-EXAMINATION

2   BY MR. BIENENFELD:

3   Q    Good afternoon, Ms. Ferro.

4   A    Hello.

5   Q    My name is Saul Bienenfeld.  I represent Rabbi Bidany in

6   this matter.

7              I ask you to take a look at the screen in front of

8   you.

9              Galley three, how close is that to seat 52 C?

10  A    Fairly close.  That's diagonal from it.

11  Q    How many steps away would you say it is?

12  A    Four.

13  Q    You were in galley three, correct?

14  A    Yes.

15  Q    You were in galley three when this woman came in yelling,

16  correct?

17  A    Yes.

18  Q    In your experience as a flight attendant, almost 1500

19  flights or maybe more, how many of them were night flights or

20  otherwise known as red-eyes?

21  A    I would say, maybe 35 to 40 percent.

22  Q    How many times have you flown Tel Aviv-New York or

23  Tel Aviv-Atlanta route?

24  A    Tel Aviv-New York, this was actually my second trip to

25  Tel Aviv.  The other one was in 2001.

1  Q    What about Tel Aviv-Atlanta, have you taken that?

2  A    I have not.

3           THE INTERPRETER:  The interpreter missed the last

4  question.

5           MR. BIENENFELD:  How about Tel Aviv-Atlanta.

6  Q    On night flights passengers usually fall asleep?

7  A    Yes.

8  Q    You have observed them falling asleep, correct?

9  A    Yes.

10 Q    When passengers fall asleep sometimes a passenger could

11 lean on the other passenger?

12 A    I suppose.

13 Q    Have you seen that?

14 A    Yes.

15 Q    And on these night flights they give out blankets, is

16 that correct?

17 A    They do.

18 Q    This flight Tel Aviv to New York has a red blanket with a

19 Delta name on it?

20 A    Yes.

21 Q    Have you seen passengers on these night flights that you

22 have taken where they take a blanket and they cover their

23 heads with it?

24 A    I have seen that.

25 Q    These blankets aren't see through, correct?

1    A    Correct.

2    Q    What is the lighting conditions like -- withdrawn.

3         On the Delta 269 flight from Tel Aviv to JFK that we

4    are talking about on this day, what were the lighting

5    conditions like prior to this woman coming in and screaming?

6    A    It was fairly dark in the cabin.

7    Q    This flight takes places throughout darkness, as the

8    plane travels, correct?

9    A    Yes.

10   Q    Although it leaves close to midnight, a little after

11   midnight Israel time, it's constantly flying into darkness

12   until it lands at dawn, correct?

13   A    Right.

14   Q    So even if windows are open, it is still dark in the

15   cabin?

16   A    Yes.

17   Q    Did you notice if the overhead light of 52 A, B or C was

18   on at this time?

19   A    I couldn't tell you.

20   Q    Are the bathrooms towards the back of the cabin, the back

21   of the plane?

22   A    Yes, they are.

23   Q    Now, when this woman came in to you when you were in the

24   galley, she said to you when you asked her where the man was

25   before you walked out, she said to you, he ran to the back of

1  the airplane, correct?

2  A    Yes.

3           MR. BIENENFELD:  I have nothing further, Your Honor.

4           MR. SARRATT:  Very brief redirect, Your Honor.

5  REDIRECT EXAMINATION

6  BY MR. SARRATT:

7  Q    When you are working in the galley and the young woman

8  approached you, what were you doing?

9  A    It was a quite time.  Half the crew was on break.  It is

10  just the time we are there just to monitor the cabin if

11  anybody comes in, wants something to drink or --

12  Q    Were you able to see what you were doing?

13  A    Yes.

14  Q    Were there lights on in the galley?

15  A    In the galley, yes.

16  Q    I believe Mr. Bienenfeld asked you a question about

17  whether it was -- what the lighting was like on the plane at

18  that point.

19           How dark was it?

20  A    The lighting switch would be on a night switch, which --

21  there are faint lights throughout the cabin and actually being

22  that close to the galley, those seats are probably a bit

23  brighter than say seats further away from the galley.

24  Q    Would you say it was pitch black on there?

25  A    Not pitch black, no.

1  Q    Was it so dark you couldn't see the hand in front of your

2  face?

3  A    No.

4  Q    Were you able to -- was the lighting sufficient so that

5  passengers could see well enough to get around?

6  A    Yes.

7  Q    So that they could navigate the plane safely?

8  A    Yes.

9  Q    And when you walked to the back of the plane with

10 Ms. Lechtman, did you have any trouble seeing where you were

11 going?

12 A    No, not at all.

13           MR. SARRATT:  I have no further questions, Your

14 Honor.

15           MR. BIENENFELD:  Brief recross, Your Honor.

16 RECROSS EXAMINATION.

17 BY MR. BIENENFELD:

18 Q    You said that the lights were on in the galley, correct?

19 A    Yes.

20 Q    And the lights on in the galley project some light to the

21 outside, correct?

22 A    Yes.

23 Q    So if someone was in the galley they could see what

24 happens in row 52, correct?

25 A    If I had my head out of the galley.

Ferro                                         95

1   Q    If your head was out of the galley, you could see what's

2   happening in row 52?

3   A    Right.

4          MR. BIENENFELD:  Nothing further.

5          MR. SARRATT:  One more.

6   REDIRECT EXAMINATION

7   MR. SARRATT:

8   Q    Ms. Ferro --

9          THE COURT:  You promise, just one?

10          MR. SARRATT:  It is a promise.

11  Q    Was your head in the galley or out of the galley?

12  A    It was in the galley.

13          MR. SARRATT:  Thank you.

14  RECROSS-EXAMINATION

15  BY MR. BIENENFELD:

16  Q    Was the curtain drawn or open?

17          THE COURT:  What curtain?

18          MR. BIENENFELD:  Okay.  Sorry, Your Honor.

19  Q    Is there a curtain that could be drawn on the galley?

20  A    There is.

21  Q    That would block the light to the outside?

22  A    It would help dim it some.

23  Q    Was the curtain open or closed?

24  A    I believe it was closed.

25          MR. BIENENFELD:  Nothing further.

1           THE COURT:  All right.

2           MR. SARRATT:  We have nothing further for the

3    witness.

4           Thank you, Your Honor.

5           THE COURT:  Thank you.  You are excused.

6           THE WITNESS:  Thank you.

7           (Witness excused.)

8           MR. SARRATT:  Your Honor, at this time the

9    government calls Aviel Silber.

10          THE COURT:  Mr. Silber, please stand and raise your

11   right hand.

12          (The witness is duly sworn/affirmed by the Court.)

13          THE COURT:  Please be seated.

14          Please state and spell your name for the record.

15          THE WITNESS:  First name is Aviel, A V I E L, last

16   name is Silber, S I L B E R.

17   DIRECT EXAMINATION

18   BY MR. SARRATT:

19   Q    Good afternoon, Mr. Silber.

20          I'll ask that you just, so that the court reporter

21   could get it down, you make sure all your answers are verbal.

22          Mr. Silber, where do you live?

23   A    I live in Queens, New York.

24   Q    Are you employed?

25   A    I am.

1   Q     What's your employment?

2   A     I am a flight attendant for Delta Airlines.

3   Q     How long have you been a flight attendant with Delta?

4   A     Just over three years.  January 2008, I started.

5   Q     Mr. Silber, are there particular routes that you

6   typically fly with Delta?

7   A     Yes.

8         I fly mainly routes to Tel Aviv, Israel, Frankfort

9   and Berlin, Germany and Zurich, Switzerland.

10  Q     Why is it that you are assigned to those particular

11  routes?

12  A     I'm -- as a flight attendant with Delta, I am qualified

13  as an LOD flight attendant, what they call a language of this

14  nation, which means I speak several languages and, therefore,

15  Delta chooses to use me for those routes which I speak the

16  language of destination.

17  Q     What language is -- what languages are you talking about?

18  A     I am qualified with both Hebrew, German and French.

19  Q     How did you come to speak Hebrew?

20  A     I grew up in Israel most of my life.

21  Q     Were you born in Israel?

22  A     No.  I was born here in the United States.

23  Q     What would you say is your first language?

24  A     Hebrew.

25  Q     Do you also feel comfortable conversing in English?

Silber - direct - Sarratt                    98

1   A    Yes, definitely.

2   Q    Equally comfortable conversing in both Hebrew and

3   English?

4   A    Yes, definitely.

5   Q    Are you sometimes called upon on these flights to serve

6   as an interpreter between Hebrew and English?

7   A    Of course.

8   Q    I want to direct your attention, Mr. Silber, to

9   March 26th and 27th of this year.

10          Were you working on those days?

11  A    I was.

12  Q    What flight were you working?

13  A    I was working the segment from Tel Aviv back to JFK.

14  Q    What type of aircraft was involved in that flight?

15  A    It was a Boeing 747-400.

16  Q    Were you assigned to work in a particular section of the

17  aircraft?

18  A    Yes.

19          That particular flight my duty was to serve in the

20  business elite cabin.

21  Q    I will direct your attention to the diagram that's on the

22  screen in front of you.

23          Do you recognize that as an accurate diagram of that

24  747-400?

25  A    Yes, it is.

Silber - direct - Sarratt                99

1   Q    If you could just indicate then on the screen the portion

2   of the cabin that you were assigned to work.

3   A    It's the forward portion of the aircraft, where --

4   Q    If you actually touch the screen with your finger, it

5   will show up.

6   A    Okay.  The business elite section goes all the way from

7   up front to here.

8          MR. SARRATT:  Your Honor, may the record reflect I

9   guess that the witness has indicated the forward part of the

10  lower level of the aircraft, approximately rows one to twelve.

11         THE COURT:  So noted.

12  Q    Mr. Silber, did there came a point during this flight

13  when you became aware that there had been an incident between

14  two of the passengers?

15  A    Yes.

16  Q    How did you first learn that?

17  A    When flight attendant Christine approached me and told me

18  she had a situation that happened in the economy cabin.

19  Q    Did you then confer with the other flight attendants

20  about how to handle that situation?

21  A    Yes.

22         I initially told her to check with Rene, which was

23  the economy cabin coordinator responsible for the economy

24  cabin, and after that all three of us, we consulted together

25  and we came to a decision about our actions.

Silber - direct - Sarratt                    100

1    Q     What was that decision?

2    A     We decided to -- first of all, the ladies, Rene and

3    Christine, they were working the economy cabin and they gave

4    me more details about what the lady was complaining about and

5    after that we decided that of course the appropriate step

6    would be to let the lady decide whether she wants police to

7    meet the flight or not.

8    Q     What was your understanding at that time about the nature

9    of the complaint?

10   A     I knew -- I was told that the young lady complained about

11   feeling something throughout the flight while she was asleep

12   until eventually she woke up and found the subject hand

13   between her legs.

14   Q     Did there came a point, Mr. Silber, then when you

15   approached the man who was the subject of the passenger's

16   complaint?

17   A     Yes.

18   Q     Why were you called back from the business elite then to

19   speak with him?

20   A     After the decision was made to have the police meet the

21   flight and the pilots had indeed confirmed that, we, as an act

22   of decency, of course, we wanted to inform the subject that

23   that is indeed what's going to happen and Rene and Christine

24   approached him, wanted to inform him about that.  Apparently,

25   he did not speak a word of English and therefore they needed

GR        OCR        CM        CRR        CSR

Silber - direct - Sarratt                101

1    my assistance as an LOD flight attendant.

2    Q    So did you then make your way to the back of the plane?

3    A    I did.

4    Q    Did you in fact encounter someone there in the back of

5    the plane?

6    A    Yes.

7              I went to the very back of the plane with Rene,

8    where the subject was standing there, and I had informed him

9    that is -- what is going to happen, that the police are about

10   to meet the flight upon arrival.

11   Q    So you did speak with this person?

12   A    I did.

13   Q    Do you see this person you spoke with in the courtroom

14   today?

15   A    I do.

16   Q    If you could just describe him by an article of clothing

17   or by a physical description?

18   A    It's the man sitting over there with the beard in front

19   of the monitor.

20   Q    Short beard or long beard?

21   A    Long beard.

22             MR. SARRATT:  Your Honor, may the record reflect

23   that the witness has identified the defendant?

24             THE COURT:  Yes.

25   Q    As you approached the defendant then, were you able to

Silber - direct - Sarratt                    102

1    observe his demeanor?

2    A    Yes.

3    Q    How did he seem to you?

4    A    He seemed very confused.  He was standing in the very,

5    very back of the plane with his head down as if it seemed --

6              MR. BIENENFELD:  Objection.

7              MR. SARRATT:  Your Honor, this is an observation

8    that this witness made with his own eyes.

9              MR. BIENENFELD:  As if it seemed?  That's not an

10   observation.  I don't know what's going to come out of his

11   mouth next.

12             MR. SARRATT:  Your Honor, if you could hear the

13   testimony and give it whatever weight it is worth.

14             THE COURT:  I will overrule the objection.

15             You can continue.

16   A    It seemed to me that he is in deep thought and he seemed

17   confused.

18   Q    Were you able to speak with the defendant in Hebrew?

19   A    Yes.

20   Q    Did you speak with him in Hebrew the whole time?

21   A    Yes.

22   Q    I believe you mentioned this a moment ago but what was

23   your purpose in speaking with him?

24   A    The purpose was to inform him that the lady -- that we

25   know that there is a lady that complained about several

GR      OCR      CM      CRR      CSR

Silber - direct - Sarratt                    103

1   actions and the lady had decided to ask police to meet the

2   flight and it is our duty to do so, and I am only there to

3   inform him that's indeed what's going to happen, and as soon

4   as we have more details, we shall inform him as well.

5   Q    Did you in fact say those things to the defendant?

6   A    I did.

7   Q    What if anything did he say in response?

8   A    The --

9          MR. BIENENFELD:  Objection.

10          MR. SARRATT:  Your Honor, these were statements of

11   the defendant.

12          THE COURT:  Overruled.

13   A    He looked at me, responding very short answers, I don't

14   know.  It can't be.  I was asleep.  If it -- if it was, it was

15   an accident.  It can't be.  I'm 48 years old.  I have eleven

16   kids.  I don't think I did it.  I was asleep.  It must be a

17   mistake.

18   Q    Do you remember anything else he said?

19   A    Not at that point.

20   Q    Did the defendant express any outrage at having been

21   accused of this?

22   A    No.

23   Q    About how long did the discussion with the defendant last

24   there in the rear of the aircraft?

25   A    Not more than two minutes.

Silber - direct - Sarratt                    104

Q    What did you do after that?

A    Right after he made his response to me, I told him that I
am sorry, I am not a police officer.  I am not a doctor,
and -- well, I said it in Hebrew but in English, literal
translation would be that it doesn't really interest me.  I'm
just here to inform him that the police is going to meet the
flight and it is our duty to make sure it happens, and as I
said, as we have -- as soon as we have more information I'll
let him know.

Q    At that point did you remain in the rear of the aircraft
or did you move forward?

A    I remained in the economy cabin but I moved forward
towards the economy cabin galley.

Q    Was that galley three?

A    I -- I don't know the -- the exact numbers, but it was
this galley here.

        MR. SARRATT:  Your Honor, may the record reflect
that the witness has made a mark on the exhibit indicating the
galley near row 51?

        THE COURT:  So noted.

Q    When you were there at the galley we just discussed, did
there came a point when the defendant approached you?

A    Yes.

Q    What did he say?

A    He came to me and asked to speak to the young lady,

1   repeating that it must be a mistake and he wishes to apologize

2   if he did anything inappropriate, he wishes to apologize and

3   he didn't do anything on purpose and, God forbid, he didn't

4   want to hurt anybody and he truly wishes to talk to her and

5   apologize and clear things out.  He repeated then that he

6   has -- he's 48 years old, he has eleven kids.  He doesn't have

7   time for such things.  And once again, he wants to talk to the

8   young lady and apologize and make her understand that he meant

9   no harm.

10  Q    Did you believe it was a good idea for him to talk to

11  her?

12  A    I did not.

13  Q    So what did you say to him?

14  A    I responded that I don't think it is a good idea and the

15  lady is upset and that I truly think that he should go back to

16  his seat.  I offered him a glass of water, and he indeed did

17  so.

18  Q    He went back to his seat?

19  A    Correct.

20  Q    After that discussion with the defendant, what did you do

21  next?

22  A    I stayed in the economy cabin at that time.  That's more

23  or less the time when most of the economy passengers wake up.

24  It gets busy.  I helped around, drinks, snacks, et cetera,

25  until at some point probably more -- more or less an hour and

Silber - direct - Sarratt                    106

1  a half, two hours prior to landing, I returned to the business

2  elite cabin.

3  Q    Now, when the flight -- excuse me.

4         Did you have any further actions with the defendant

5  during the flight?

6  A    During the flight, no.

7  Q    When the flight landed at JFK, did law enforcement in

8  fact meet the flight?

9  A    Yes, they did.

10 Q    Did you come in contact with the defendant again at that

11 point?

12 A    Yes.

13 Q    What happened?

14 A    Upon opening the aircraft's door, two police officers

15 came on board.  One of them escorted the young lady downstairs

16 and I escorted the second one to the subject and he followed

17 us to the business elite galley.

18 Q    Just to be clear, when you say the subject, who are you

19 referring to?

20 A    To the defendant, the gentleman with the long beard.

21 Q    Once he was escorted there, what happened?

22 A    A police officer, the defendant and myself, we were in

23 the most forward business elite galley for initial

24 questioning.  The police officer was using me as a translator

25 since the defendant doesn't speak a word of English.  He asked

1  me questions.  I translated to the defendant.  The defendant

2  answered and I translated back to the police officer.

3  Q    Did you try to do that as faithfully as you could?

4  A    Of course.

5  Q    What did the defendant say?

6            MR. BIENENFELD:  Objection, Your Honor.

7            THE COURT:  Overruled.

8  A    He repeated the same things he told me.  I don't remember

9  that much from that conversation.  But basically it was that

10 he was asleep.  And if he did it, it was an accident and it

11 can't be.  Those were the things that I definitely remember

12 from that conversation.

13 Q    Did the defendant express any outrage to the police that

14 he was being accused of this?

15 A    No.

16           MR. SARRATT:  Mr. Silber, thank you for your

17 testimony.

18 CROSS-EXAMINATION

19 BY MR. BIENENFELD:

20           MR. BIENENFELD:  One moment, Your Honor?

21           THE COURT:  Yes.

22           (Pause.)

23           MR. BIENENFELD:  Thank you, Your Honor.

24 Q    Good afternoon, Mr. Silber.

25 A    Good afternoon.

Silber-cross-Bienenfeld                    108

1   Q    My name is Saul Bienenfeld.  I have the privilege and the

2   honor of representing Rabbi Bidany in this matter.

3        You knew that I wanted to talk to you about this

4   case, correct?

5   A    Correct.

6   Q    And you knew that I showed up at your apartment in Forest

7   Hills to talk to you about this case, correct?

8   A    I know.

9   Q    I left my card there?

10  A    Yes.

11  Q    Your roommates told you that, right?

12  A    Yes.

13  Q    But you never called me back?

14  A    I never called you back.  Up until yesterday.

15  Q    Okay.  Yesterday you called me back at the instruction of

16  the FBI?

17  A    No.

18  Q    Yesterday you called me back when you were -- right

19  before you were going to talk to the FBI?

20  A    Yes.

21  Q    Now, when you approached Rabbi Bidany in the back of the

22  plane the first time, he never said to you, I touched her in

23  my sleep, correct?

24  A    Never said those words.

25  Q    He never said to you, it happened but accident, correct?

Silber-cross-Bienenfeld                    109

1   A    Those words he never said.

2   Q    He never said to you, I made a mistake, correct?

3   A    He didn't say those words.

4   Q    He never said to you, I touched her in my sleep, correct?

5   A    He never said those words.

6   Q    Now, the second time when he came to talk to you about

7   talking to the lady, did he ever say I touched her in my

8   sleep?

9   A    He did not.

10  Q    Did he ever say, I touched her by accident?

11  A    He did not.

12  Q    Did he ever say, I made a mistake?

13  A    He did not.

14  Q    And then the third time while you were talking with the

15  police officers, did he ever say, I touched her by mistake?

16  A    He did not.

17  Q    Did he ever say, I touched her by accident?

18  A    He did not.

19  Q    Did he ever say, I made mistake?

20  A    He did not.

21  Q    What he did say to you is, if it was, it was an accident,

22  correct?

23  A    Correct.

24  Q    But he never admitted to doing it?

25  A    Correct.

Silber-cross-Bienenfeld                                110

1   Q     He had a very calm demeanor, correct?

2   A     Yes.

3   Q     He wasn't excited, correct?

4   A     He was not.

5   Q     He wasn't afraid, correct?

6   A     He was calm.

7   Q     He was calm.

8           He wasn't nervous?

9   A     I don't know the definition of nervous, but as soon as we

10  were having a conversation with the police officer, he was

11  calm but yet he was -- I am assuming worried would be the

12  word.

13  Q     Police officer came in a uniform, correct?

14  A     Correct.

15  Q     But before the police officer, he never seemed worried,

16  correct?

17  A     I guess he did.  When -- I think when I informed him that

18  police indeed is going to meet the flight, I would define it

19  as he seemed worried.

20  Q     The woman who made the complaint, how long beforehand did

21  she make the complaint?

22  A     My guess is it was --

23          THE COURT:  Sustained.

24          Don't guess.

25          Do you know for certain?

1        THE WITNESS:  For certain?

2        THE COURT:  Do you know?  She didn't make the

3   complaint to you, correct?

4        THE WITNESS:  She didn't make the complaint to me.

5   Q    When you found out about it, how long before landing was

6   it?

7   A    It was between four and five hours prior to landing.

8   Q    Where was she seated at that time?

9        After the complaint, where was she seated?

10  A    After the complaint she -- and after we informed the

11  subject that the police is going to meet the flight, she sat

12  in one of our flight attendant jump seats right between the

13  business elite section and the economy cabin.

14  Q    How long did she remain seated there?

15  A    Two hours.

16  Q    Then was she moved?

17  A    Yes.

18  Q    Where was she moved to?

19  A    To the upper deck business elite seats.

20  Q    Those are much more comfortable seats than the coach

21  seats, right?

22  A    Correct.

23  Q    How long did she spend in this business elite seat

24  upstairs?

25  A    Not more than an hour-and-a-half.

Silber-cross-Bienenfeld                    112

1   Q    Then the plane landed?

2   A    Yes.

3   Q    You mentioned that he wanted to speak to the lady,

4   correct?

5   A    Yes.

6   Q    Did he tell you that he wanted to straighten things out?

7   A    Yes.

8   Q    Did he tell you he wanted to understand what happened?

9   A    I don't recall.

10  Q    Did he tell you when he told you that he wanted to meet

11  the lady and talk to the lady that he didn't touch her?

12  A    He didn't say that.

13  Q    Did he say that he didn't want to hurt anybody?

14  A    He didn't mean to hurt anybody, that's what he said to

15  me.

16  Q    But you wouldn't let him talk to her, right?

17  A    Correct.

18  Q    Is there a certain protocol on Delta if somebody -- if

19  one passenger accuses another of something --

20  A    I'm sorry?

21  Q    Is there a certain protocol on Delta, any rules or

22  regulations for Delta employees, if two passengers get into an

23  argument, if after the argument they are allowed to talk to

24  each other?

25  A    Not that I am aware of.

Silber-redirect-Sarratt                    113

1  Q    Basically on your own you decided it wouldn't be a good

2  idea for them to talk?

3  A    That's my exact definition.  I said I don't think it's a

4  good idea for him to talk to her.

5  Q    But there are no rules and regulations about them talking

6  to each other?

7  A    Not that I am aware of.

8  Q    You prevented them from talking to each other, correct?

9  A    If you want to put it this way.

10          MR. BIENENFELD:  Nothing further.

11 REDIRECT EXAMINATION

12 BY MR. SARRATT:

13          MR. SARRATT:  Your Honor, just very briefly, if I

14 may.

15 Q    Mr. Silber, on cross-examination Mr. Bienenfeld asked you

16 a series of questions about what Mr. Bidany did not say.

17          Do you recall those questions?

18 A    Yes.

19 Q    He asked you, he didn't say this, he didn't say this, he

20 didn't say this.

21          Do you remember those?

22 A    Yes.

23 Q    When you met with him the first time in the back of the

24 plane, what exactly did he say?

25 A    He did say I was asleep.  It can't be.  If I did it, it

Silber-recross-Bienenfeld                                114

1    was by mistake.  If I did it, I did it while I was asleep.

2    And that's it.

3    Q    And then when he approached you the second time as you

4    were in the galley, what exactly did he say?

5    A    He said that he would like to talk to the lady and to

6    apologize for anything that he may have done.  He didn't mean

7    no harm.  If he hurt her, he'd like to apologize.  If he did

8    something, it was just by accident while he was asleep.

9    Q    Did he mention anything about his children or his family?

10   A    Yes.

11   Q    What did he say about that?

12   A    He repeated the same thing, that he -- he said --

13   during -- when he approached me the second time in the main

14   galley, he said that, once again, he's 48 years old.  He has

15   eleven kids and he doesn't have time for such things.

16            MR. SARRATT:  Nothing further, Mr. Silber.

17            Thank you for your testimony.

18   RECROSS-EXAMINATION

19   BY  MR. BIENENFELD:

20   Q    He kept using the word "it," correct?

21   A    Correct.

22   Q    He never told you I did it, correct?

23   A    He never told me I did it.

24            MR. BIENENFELD:  Nothing further.

25            THE COURT:  Thank you, Mr. Silber.  You are excused.

GR      OCR      CM      CRR      CSR

115

1              (Witness excused.)

2              MR. SARRATT:  Your Honor, at this time the

3    government rests.

4              THE COURT:  You said you had a couple of witnesses?

5              MR. BIENENFELD:  I have three witnesses.

6              I, of course, have a motion after the government's

7    case.

8              THE COURT:  Sure.

9              Why don't we -- you want to do the motion now?

10             MR. BIENENFELD:  Yes.

11             THE COURT:  I need to have lunch.

12             MR. BIENENFELD:  So do I.

13             THE COURT:  I'm sure everyone else does too.

14             Why don't you make your motion?

15             MR. BIENENFELD:  Your Honor, after the government's

16   case, I move to dismiss for failure to prove certain elements

17   of the crime.

18             If you take a look at the misdemeanor information,

19   they charged my client with engaging in sexual contact with

20   Jane Doe One without her permission.

21             Sexual contact is a defined term in the U.S. Code.

22   It is 18 U.S. Code 2246.

23             THE COURT:  Just one second.

24             Okay.

25             MR. BIENENFELD:  In order to prove sexual contact,

1   you'd have to prove an intentional touching, either directly

2   or through the clothing, of the genitalia, anus, groin,

3   breast, inner thigh or buttocks of any person, with an intent

4   to abuse, humiliate, harass, degrade or arouse or gratify the

5   sexual desire of any person.

6          My argument to you, Judge, is they didn't prove any

7   intent to abuse, any intent to humiliate, any intent to

8   harass, any intent to degrade.  There is absolutely no

9   evidence of anyone getting aroused by their sexual desire.

10         I believe they didn't meet their burden and I move

11  to dismiss.

12         MR. SARRATT:  I'd be happy to respond, if Your Honor

13  would like to hear.

14         THE COURT:  I think you should.

15         MR. SARRATT:  Your Honor, the indictment -- excuse

16  me.  The misdemeanor information in this case charges a

17  violation of 18 USC 113(a)(5).  I submitted a letter on

18  Monday, I believe of this week, setting forth the Second

19  Circuit case law laying out the elements of that offense.

20         They do not include a requirement to prove sexual

21  contact as that term is defined in 18 USC 2246 and, indeed,

22  the definition that Mr. Bienenfeld just referenced in Section

23  2246 is expressly limited to as that term is used in this

24  chapter.

25         So I will quote from 18 USC Section 2246.

GR        OCR        CM        CRR        CSR

117

1   Definitions for chapter is the heading.  Then it expressly

2   says, as used in this chapter.

3           Your Honor, there is a definition for the term

4   sexual contact.  It includes touching either through the

5   clothing or directly, of the groin and the breast, and it

6   includes an intent to humiliate, harass, degrade or arouse or

7   gratify the sexual desire of any person.

8           Your Honor, the government's argument here is

9   twofold.

10          First, we have met abundantly the requirements --

11  the contours of that definition.  We have put on competent

12  testimony of direct touching, to the breast and groin, and we

13  have proved it under circumstances in which the defendant was

14  moving his hands around.  That directly and powerfully

15  suggests that he was doing this to abuse the victim, he was

16  doing this to gratify himself on an aircraft and he was doing

17  it at a point where he had a captive audience, where she had

18  nowhere she could go.  She was trapped in a seat next to him.

19          Your Honor, there couldn't be anything more clear

20  than the fact that when a man reaches his hand over and

21  touches a woman and grabs her and massages her private parts,

22  that he is doing that for an improper purpose, unless that

23  woman consents.  I think there is absolutely no suggestion in

24  this case that there was any consent at all.

25          So my first point, Your Honor, is that the

118

1  government has amply met any requirement that is found within

2  the definition of sexual contact.

3          But, Your Honor, as a second argument, that

4  definition does not apply here.  It is expressly limited to

5  the chapter in which that section is found.  Your Honor will

6  understand that there is a felony charge that is quite similar

7  to the charge against the defendant in this case, but the

8  information in this case does not charge a felony.

9          I can say that those were largely for reasons of the

10 government's need to make sure that this case could be brought

11 to a speedy trial so that the witness could attend.  I don't

12 want to suggest in any way that that reflected an assessment

13 by the government that the defendant was not in fact guilty of

14 the more serious crime as set forth in the chapter in which

15 that definition is found.

16         But, Your Honor, the fact is, we have charged a

17 violation of Section 113(a)(5).  The Second Circuit case law

18 we have cited in our letter of Monday lays out clearly what

19 the elements of that offense are.  They do not include that we

20 meet the definition of sexual contact there.  As the case law

21 we have cited in our letter makes clear, what satisfies the

22 requirement of simple assault under 113(a)(5) is an offensive

23 touching.  There is no doubt, Your Honor, that that

24 requirement has been met here.

25         I submit the motion should be denied.

1          MR. BIENENFELD:  Your Honor, they wrote the

2    complaint.  They put the words in.  They used the words by

3    engaging in sexual contact.  They never changed the complaint

4    to say by engaging in offensive touching.  They didn't change

5    it.

6          I have to only assume that by sexual contact they

7    are looking to be held to the standard of the definition of

8    sexual contact.  There is no evidence of abuse.  You have to

9    have -- there is no evidence of intent to abuse.

10         THE COURT:  Ms. Lechtman testified that Rabbi Bidany

11   did this while he was awake, touched her in her groin and on

12   her breast, moved his hand.  If that testimony is believed,

13   that's sufficient to infer a general intent or specific intent

14   for him to arouse himself, gratify himself, or to humiliate or

15   abuse her, which fits within the definition of 2246 sexual

16   contact.

17         MR. BIENENFELD:  I submit to Your Honor, that there

18   is only circumstantial evidence in this case.  If it's only

19   circumstantial evidence, you have to find in favor towards the

20   defendant.

21         THE COURT:  Circumstantial evidence can be enough

22   for a conviction.  Correct?

23         MR. BIENENFELD:  I agree.  But you have to look at

24   the most light favorable to the defendant if it's only

25   circumstantial evidence.

120

1          MR. SARRATT:  Your Honor, that's for, one thing,

2     simply not the law.  Not here, anywhere in this country.

3          Second, there is no circumstantial evidence in this

4     case.  There is direct evidence from a competent witness of

5     what happened to her.  She has personal knowledge of those

6     things.  There is direct evidence and, Your Honor, we submit,

7     it is compelling.

8          Motion should be denied.

9          THE COURT:  Last chance.

10          MR. BIENENFELD:  I believe the motion should be

11     granted.

12          THE COURT:  Okay.  I am denying the motion.

13          There is enough evidence to hear the defendant's

14     case and then move on from there.

15          We will come back at 2:00 o'clock.

16          MR. SARRATT:  Thank you, Your Honor.

17          (Luncheon recess taken.)

18          (Continued on next page.)

19

20

21

22

23

24

25

GR       OCR       CM       CRR       CSR

Bidany-direct-Bienenfeld                    121

1              A F T E R N O O N        S E S S I O N
2              THE COURT:  Okay.  Let's continue.
3              MR. BIENENFELD:  Thank you, Your Honor.
4              Your Honor, it is my pleasure to call Gavriel Bidany
5      to the stand.
6              THE COURT:  Okay.
7              MR. BIENENFELD:  Your Honor, the witness for
8      religious reasons affirms and doesn't swear.  I don't know if
9      Your Honor is aware of the difference.
10             THE COURT:  That's why I say, do you swear or
11     affirm --
12             MR. BIENENFELD:  Sorry.
13             THE COURT:  -- when I swear in witnesses.
14             Please raise your right hand.
15             (The witness is duly sworn/affirmed by the Court.)
16             THE COURT:  Okay.  Please be seated.
17             State and spell your name for the record.
18             THE WITNESS:  I don't know how to spell it in
19     English.
20             THE COURT:  Okay.  That's all right.
21             Continue, counsel.
22             THE WITNESS:  Gavriel Bidany.
23             (Continued on next page.)
24
25

GR      OCR      CM      CRR      CSR

Bidany-direct-Bienenfeld                                    122

1    DIRECT EXAMINATION

2    BY MR. BIENENFELD:

3    Q    Rabbi Bienenfeld, where do you live?

4    A    In Israel, at the agricultural community of Achiezer,

5    Q    How long have you lived there?

6    A    I arrived there five years ago from another town, the

7    name of which is Netivot.

8    Q    Prior to living in Netivot, where did you live?

9    A    Before then I had lived in the Achiezer community.

10   Q    The same place -- the same community that you are living

11   today?

12   A    In the same place where I live now, I had lived

13   previously as well.

14   Q    How old are you?

15   A    Forty-seven years old.

16   Q    Are you married?

17   A    Married, with eleven children.

18   Q    How long have you been married?

19   A    Twenty-four years.

20   Q    What are the names --

21   A    Approximately.

22   Q    What are the names and the ages of your children?

23   A    The eldest daughter is 22 years old, twins who are

24   21 years old, then an 18-year old girl -- you want names as

25   well?

GR        OCR        CM        CRR        CSR

Bidany-direct-Bienenfeld                                   123

1   Q     If you can.

2   A     Eden is the eldest E D E N, 22 years old.

3         The 21-year old twins are Avisar, A V I S A R, and

4   Ariel, A R I E L.

5         Avishag, A V I S H A G is -- she is 18 years old.

6         Merav, M E R A V, she is 16 years old.

7         Moshe, M O S H E, is 15 years old.

8         Simcha, S I M C H A is -- she is 15 years old.

9         I'm sorry.  Interpreter's error.  She is ten years

10  old.

11        Ruth is eight years old.

12        Yehuda, Y E H U D A, is six years old.

13        Efrat, E F R A T is -- she is five years old.

14  Q     Thank you.

15  A     Ortal, O R T A L, she is four years old.

16  Q     I forgot about the twins.

17        Where did you go to school?

18  A     Since childhood?

19  Q     Since high school.

20  A     I -- since high school, I studied in a yeshiva for three

21  years and then I studied in a vocational school, a military

22  one, Nahal, N A H A L, Nachalim, N A C H A L I M.  This is

23  premilitary service, actually.

24  Q     Were you a member of the Israeli military?

25  A     Yes.

Bidany-direct-Bienenfeld                              124

1   Q      At what age did you -- were you drafted into the

2   military?

3   A      You are referring to the premilitary now?

4   Q      After -- after premilitary school, what did you do?

5   A      I enlisted in the military afterward, at the age of 17

6   and a half.

7   Q      How long were you in the Army for?

8   A      Three years.

9   Q      What's the highest rank that you achieved?

10  A      Staff sergeant.

11  Q      What branch of the military were you in?

12  A      Antiaircraft Vulcan, V U L C A N, branch.  I was a master

13  sergeant in charge of a brigade.

14  Q      How many soldiers are in a brigade?

15  A      One hundred thirty soldiers.

16  Q      So you were in charge of one hundred thirty soldiers?

17  A      I was in charge, I was the commander of one hundred

18  thirty soldiers.  And I received this position as a

19  consequence of my -- of having received a Medal of Honor from

20  the President of the State of Israel.

21  Q      Why did he give you a medal of honor?

22  A      During a war, I saved the lives of a large group of

23  soldiers.

24  Q      Which war was this?

25  A      The Peace of the Galilee campaign.

Bidany-direct-Bienenfeld                    125

1  Q    What division of the Army?

2          In other words, in the United States we have Air

3  Force, Navy and Marines.

4          What division of the Army were you in?

5  A    Air Force.

6  Q    How long were you in the Army for?

7  A    Three years.

8  Q    When you left the Army, how were you discharged?

9  A    I received the normal release or honorable degree --

10  honorable discharge.

11  Q    After you left the Army, what did you do then?

12  A    I worked several jobs.  One of them was called Cargal,

13  C A R G A L, which is a plant that produces cartons.  I worked

14  for the Jewish Agency, and thereafter I was self-employed.

15  Q    Currently, what do you do?

16  A    At present I work dealing with and contending with

17  emotional problems that the youth have, consultation --

18  providing consultation when it comes to education and

19  counseling and counseling -- as well as counseling marital

20  counseling.  And counseling, providing counseling, when it

21  comes to matters -- marital issues.

22          I also provide consultation to people in various

23  business matters.

24  Q    Do you do any volunteer work in Israel?

25  A    Everything I do is on a voluntary basis and we have a --

GR      OCR      CM      CRR      CSR

Bidany-direct-Bienenfeld                    126

1   we have a plant.  We have a -- we have a plant that is

2   involved in free distribution of produce and products to

3   people in need.

4   Q     So you feed hungry people?

5   A     Yes.  It's called a soup kitchen.

6   Q     Where is the soup kitchen located?

7   A     It's between Ramle and Lod, R A M L E and L O D.

8   Q     How often do you go to the soup kitchen?

9   A     Twice a week.

10  Q     What do you do when you are there?

11  A     I see to it that in catering halls where food remains at

12  the end of the evening festivities, that that food I see to it

13  that it is brought to those who are in need of food.

14          In addition to that, we have people who support the

15  soup kitchen by providing produce, products, dry products,

16  which are distributed.

17  Q     How often do you come to the United States?

18  A     I come four, five times a year, as needed.

19  Q     Why do you come to the United States?

20  A     I'm invited here in order to provide counseling to people

21  on the subject of education and pedagogy as well as in issues

22  of marital issues.  We have dealt a great deal with people

23  with emotional problems.

24          Our work, bless the Lord, has proved to be effective

25  and can be seen, palpable.  And we have great success because

GR      OCR      CM      CRR      CSR

Bidany-direct-Bienenfeld                    127

1    I deal with these subjects personally.

2    Q    Are any of the people that you help in New York in the

3    courtroom today?

4    A    Whoever is there.

5    Q    Are you referring to, when I am facing the back, the

6    right side of the courtroom?

7    A    Only from the right, on the right side.

8    Q    All the people on the right side you have helped?

9    A    Yes, as well as those others who were here earlier.

10   There is Rabbi Morganstern here, who is the rabbi of the

11   community, of a congregation rather, in New Rochelle.

12   Q    Do you have any personal rules when interacting with

13   women?

14   A    First of all, when I'm in New York my English is not

15   hundred percent.  It's not clear.  And, naturally, when I have

16   to deal with things on a personal level, I need an

17   interpreter.  So that in almost all instances, I receive an

18   interpreter, so that we are in fact at least three people in

19   the room in such cases.  And the door is always to be left

20   open, ajar.  And the people who can testify to that here --

21   people here who can testify to that.

22   Q    When in you're in Israel where you don't need an

23   interpreter and you are in one-on-one with another woman, what

24   rules do you have?

25   A    The door is always ajar and there are people with me.

Bidany-direct-Bienenfeld                    128

1   Being alone with a woman, with a door closed, doesn't happen.

2   Q    In terms of women touching you, are women allowed to

3   touch you?

4   A    Of course not.

5   Q    From what age --

6   A    Except for my children.

7   Q    From what age are women not supposed to touch you?

8   A    Up to -- with my own children, a daughter up to the age

9   of eight I can touch her in order to provide love and warmth.

10  Beyond -- above that age, it's -- the most it is providing --

11  giving a blessing, blessing them with a hand on the head or

12  touching the hand, the back of the hand.

13          I bless them over -- over their head and I provide

14  rather than hand, I provide my hand when they would be kissing

15  the hand.

16          That is the extent of it after age eight.

17  Q    Do you touch other women other than your wife?

18  A    No.

19  Q    Directing --

20  A    All the children -- when I deal with women, if even -- I

21  don't even touch their two or three-year old daughters at all.

22  There is no physical contact.

23          And also, at the home in which I am a guest, I never

24  have physical contact or touch the females.

25  Q    Drawing your attention to March 27th, to that flight an

GR      OCR      CM      CRR      CSR

Bidany-direct-Bienenfeld                129

1    Delta, when you came to the airport, did you have a request

2    for the ticket agent at the airport?

3    A    Yes.

4         I asked him, as in each and every flight of mine, I

5    asked that I would like to be seated next to a man.

6    Q    Why did you ask that?

7    A    Because I don't want to sit next to a woman or have

8    physical contact with her because the seats are very tight,

9    very close to each other.

10   Q    You made this request in Tel Aviv from the Delta agent?

11   A    Yes.

12   Q    What did she say to you?

13   A    The flight is totally full.  If there is such a request

14   it cannot be honored.  Everything is filled up.

15   Q    So what did you decide to do?

16   A    I had no choice.  I sat, as I did in El Al, on several

17   instances, where there was no room, it was filled up, I sat

18   where I had no choice but to sit.  And I covered myself

19   completely and I also make sure that I don't sleep the night

20   before so that I would be sleeping during the flight.

21   Q    When you came on to the airplane, when you went down to

22   your row, was anyone sitting in your row?

23   A    As I got on the plane?

24   Q    When you got on the plane.

25   A    There were two women seated and I sat at the aisle seat

GR       OCR       CM       CRR       CSR

Bidany-direct-Bienenfeld                    130

1   next to them.

2   Q    They were seated there before you sat down, correct?

3   A    Yes.

4   Q    What -- this flight was on Saturday night?

5   A    Yes.

6   Q    Did you sleep at all that Saturday?

7   A    No.

8   Q    Any particular reason why you didn't sleep?

9   A    In order to be asleep on the plane.

10  Q    That week before hand, before this flight, how much sleep

11  did you get -- did you get your normal amount of sleep that

12  week?

13  A    I generally don't sleep a lot.  I sleep three, four hours

14  max a night.  There are people here who can testify to my

15  getting called at three, four in the morning and I answer the

16  calls.

17  Q    When you came on to the plane and you saw the two women

18  there, did you say anything to them before you sat down?

19  A    No.

20  Q    When you sat down, what did you do?

21  A    I sat down.  I put on -- I closed the seat belt and I

22  waited for the flight to take off.

23  Q    Did there come a time when they served a meal on the

24  plane?

25  A    For the plane to take off.

Bidany-direct-Bienenfeld                    131

1   Q      Sorry.

2          Did there come a time that they served a meal on the

3   plane?

4   A    At the moment they started serving the food and at my --

5   when it came to me, it arrived a bit late.  I asked what is --

6   what about my -- the request I had made for kosher food.  She

7   told me, she will check that.

8          The woman sitting next to me asked me, she told me,

9   I have kosher food as well.  Do you want a portion of mine --

10  of my meal?  I told her no, thank you.  I'll wait what I had

11  ordered.

12  Q    The person who sat next to you who said that, is that the

13  same person who testified this morning?

14  A      Yes.

15  Q    Did your meal finally come?

16  A      Yes.

17  Q    Did you eat it?

18  A      Sure, yes.

19  Q    After eating the meal, what did you do on the flight?

20  A    I went to sleep.  I opened -- I unwrapped -- unraveled

21  the -- unfolded the blanket and covered my entire body,

22  including the head.

23  Q    Why did you cover your entire body, including the head,

24  with a blanket?

25  A    First of all, it's more -- it makes it easier for me to

Bidany-direct-Bienenfeld                                        132

1   be in a position where I'm unable to have contact with anyone

2   else and I also like to sleep that way.

3   Q    Before putting the blanket over your head, what were the

4   lights like on the plane?

5   A    There was still light.

6   Q    The blanket assisted in blocking out that light?

7   A    Yes.

8          MR. BIENENFELD:  Your Honor, if I could approach the

9   witness, I would like to hand him the blanket which is marked

10  as Exhibit B in evidence.

11         Thank you.

12  Q    Do you recognize what's been marked as Exhibit B in

13  evidence?

14  A    Yes.

15  Q    What do you recognize that to be?

16  A    The blanket I covered myself with.

17  Q    It's a similar blanket, correct?

18  A    It seems to me a bit -- I don't remember exactly.  I did

19  not really focus on that, but it looks to me very similar.

20  Q    Can you please show the Court how you covered yourself

21  with the blanket when you were on the plane?

22         MR. BIENENFELD:  Your Honor, if I may?

23         Indicating the blanket covering his head and going

24  down past his knees, if Your Honor wants to see.  If the US

25  Attorney wants to see.

Bidany-direct-Bienenfeld                              133

1          THE COURT:  Just below the knee.

2   Q    Okay.  You could uncover yourself.

3          Where were your hands when you covered yourself with

4   the blanket?

5   A    I hold my hands and arms in this position, thus.

6          MR. BIENENFELD:  Indicating hands --

7          THE COURT:  On the belt.

8          MR. BIENENFELD:  On the belt line.

9          Thank you, Judge.

10  Q    When you slept on the plane, did you sleep lying straight

11  up, did you lean to the side?

12         How did you start to fall asleep?

13  A    Mostly I slept with my head leaning backwards.

14  Q    How do you consider your sleep on this flight?

15         Do you consider yourself a heavy sleeper, a light

16  sleeper?

17  A    Deep sleep.

18  Q    You hadn't slept the whole day, correct?

19  A    Correct.

20  Q    Did there come a time that you were awoken?

21  A    At one point I woke up and needed going to the bathroom

22  and, naturally, we walk around a little bit in order to loosen

23  up the muscles.

24  Q    When you woke up to go to the bathroom, was the passenger

25  sitting next to you in her seat?

GR       OCR       CM       CRR       CSR

Bidany-direct-Bienenfeld                              134

1    A    Yes, she was.

2    Q    What was she doing?

3    A    She sat.

4    Q    Was she awake?

5    A    I think she read a book.

6    Q    After going to the bathroom and walking around a little

7    bit, did you go back to your seat?

8    A    Yes.

9    Q    What did you do then?

10   A    I saw her reading a book.  I think the book may -- the

11   title of the book may have been The War Against the Angel of

12   Death or The War Against the Devil or some such thing.  And I

13   covered myself again and I went to sleep because there was

14   nothing else to do.

15   Q    When you covered yourself, did you cover yourself in the

16   same way that you showed the judge before?

17   A    The same way.

18   Q    When you went to sleep this time, how was your body

19   positioned?

20   A    At some point I was once to the left, once to the right.

21   To the left not my entire body, only half.  One cannot remain

22   in one fixed position.  It is difficult to stay in one

23   position the entire time.

24   Q    For the entire time was your head fully covered?

25   A    Yes, always.  That's what I like to do, to cover myself.

GR        OCR        CM        CRR        CSR

Bidany-direct-Bienenfeld                    135

1  Q    At this time what were the lighting conditions like on

2  the plane?

3  A    I was asleep.

4  Q    Before you went to sleep, were the lights on or off?

5  A    I don't recall.

6  Q    But you had the blanket over your head, correct?

7  A    The whole time.

8  Q    Are you able to see through that blanket when it's over

9  your head?

10  A    I didn't try to.

11  Q    Did anything wake you up after the second time that you

12  went to sleep?

13  A    I heard the voice, the yelling, are you trying to tell me

14  that this is a mistake?  And she repeated, this is a mistake?

15        I asked her, what mistake are you talking about?

16  What was the mistake?  What happened that you saying is a

17  mistake?

18        You touched me, she said.  Why are you touching me.

19        And she immediately told me, I want to go to see --

20  I want to see the -- the flight attendant.  I was in shock.

21  What does she want from me?

22        And then she told me let me go.  So I got up from my

23  seat.  So she went to the flight attendant, female flight

24  attendant in the kitchen.  I was in shock over this.

25        So I went towards the back to the bathroom and I

1  waited until a place would -- the place at the bathroom would

2  be vacant, not occupied, that there would be no one in the

3  bathroom and then I returned to the -- to the flight

4  attendants, in that kitchen over there and I asked what

5  happened, where is the girl, what happened, what happened?

6              They said no, you cannot speak with her.  I said

7  why?  What has happened?  One cannot talk?  What is this?  Why

8  are you preventing me from speaking with her, to see what had

9  happened.

10             No, she's in hysterics.  She cannot talk.

11  Q    Okay.  Let's take it one step at a time.

12             When you heard someone talking to you, that woke you

13  up, where was the blanket?

14  A    Over my head.

15  Q    What were your eyes like?

16  A    I was asleep and I woke up.

17  Q    When you were sleeping, your eyes were closed?

18  A    Of course.

19  Q    So when you heard the noise, what did you do in terms of

20  the blanket?

21  A    I removed it in order -- I raised it in order to see what

22  had happened.

23  Q    What position were you in in the seat when you raised the

24  blanket?

25  A    In the same manner I'm sitting in right now.

1   Q    Indicating straight up?

2   A    Yes.

3   Q    You went to your right or to your left?

4   A    Correct.  In the same situation as now.

5   Q    When you took the blanket off your head, what did you

6   see?

7   A    I saw her leaning herself towards the -- the divider, the

8   hand rest and she says to me, is this a mistake?  Are you

9   trying to tell me that this is a mistake?

10           And I asked -- I told her, what mistake are you

11  talking about?  What are you talking about?

12  Q    Now, was her tray table up or down, do you remember?

13  A    Hers or mine?

14  Q    Hers.

15  A    It was open.  It was lowered.  It was open.

16  Q    And your table, was it open or closed?

17  A    Closed.

18  Q    Did she climb over you to get out of the row?

19  A    No.  She asked me to get up, saying she wants to pass.

20  And I did.

21  Q    Did you see where she went when you got up?

22  A    Yes, certainly.

23           She went in the direction of the kitchen.  The

24  kitchen is close to us, a mere two meters.

25  Q    When you use the word kitchen, is it the same thing as

Bidany-direct-Bienenfeld                    138

1   when people gave testimony, the same area when people

2   testified about galley three?

3   A    Yes.  The one closest to the first row, to -- to the

4   first row there.

5   Q    When you saw her go to the galley, did you notice if the

6   curtain for the galley was open or closed?

7   A    Certainly.  It was open.  Certainly.  Because there is

8   always traffic there back and forth.

9             And I could say this also.  Based on the many

10  flights I take, there is always traffic there and the blind

11  was open.  The curtain, rather.

12  Q    Did there come a time that Aviel Silber, the flight

13  attendant who testified, came and spoke to you on the plane?

14  A    The translator, the interpreter?

15  Q    The Hebrew speaking Delta employee.

16  A    He didn't -- I came to them.  After having gone to the

17  bathroom, I came to the galley or kitchen and I spoke to him,

18  saying what happened, what occurred.

19            And he said one cannot speak with her.

20  Q    When you spoke to him in the galley, what was your

21  demeanor like?

22  A    I came to him with astonishment and wonder what happened.

23  I would like to approach the lady and speak with her.

24  Q    Why did you want to approach the lady and speak with her?

25  A    It's in -- it's natural, when you get a yell, you get

GR      OCR      CM      CRR      CSR

Bidany-direct-Bienenfeld                    139

1  yelled at, it's a woman you -- one cannot be simply sit there,

2  not acknowledge it and, you know, and sit there without any

3  action, without asking what has happened.  Can one just remain

4  there sitting without inquiring?

5  Q    Did you ever use the word mistake when you spoke with.

6  Mr. Silber?

7  A    When I turned to him and I told him and she -- and told

8  him that she said mistake, what -- what mistake, what is a

9  mistake, and when he turned to me and said to me that -- and

10 said that she claims that you touched her.  I said to him, she

11 said -- I told him, she had said mistake.  Do you mean to tell

12 me that this is a mistake?

13          I told him, I did not touch her.  But -- and he

14 said, but she claims you did.  So I said, so what.  May I

15 speak to her, to understand what exactly happened?

16 Q    Did you ever say to Mr. Silber, if it was, it was an

17 accident?

18 A    I explained to him, I forgot his name --

19 Q    Are you talking about the Delta flight attendant?

20 A    Yes, the interpreter flight attendant.

21          Can you repeat the question?

22          MR. BIENENFELD:  Can I have the question read back,

23 please?

24          THE COURT:  Please.

25          (Record read.)

GR      OCR      CM      CRR      CSR

Bidany-direct-Bienenfeld                               140

1    Q    Actually, let me change it.  I understand the issue of

2    the translation.

3              Did you ever say to Silber, if it was, it was a

4    mistake?

5    A    No.

6    Q    So when you -- did you ever say the word mistake to him?

7    A    I told him that she had claimed -- she claimed that it's

8    a mistake.  So I did not understand why she is saying it is a

9    mistake.  And I don't understand.  If somebody jumps because

10   he's being touched, he doesn't say what is this, a mistake.

11   She would yell, what are you touching me.  And her initial

12   reaction was, is this a mistake?  One who would be sitting

13   next to us -- next to us what would he think?

14             The moment someone is being touched and results in

15   his jumping, he doesn't come up, doesn't jump up and say it's

16   a mistake.  A question, is this a mistake.  One does not --

17   the interpreter would like to repeat -- to rephrase or correct

18   the response -- the translation, the interpretation.

19             When a person is --

20             THE COURT:  Is there a question even pending?

21             MR. BIENENFELD:  The question as to whether he used

22   the word mistake.

23             THE COURT:  We are going beyond that.

24             MR. BIENENFELD:  I agree.

25             THE COURT:  So let's get back to the topic.

Bidany-direct-Bienenfeld                          141

1          MR. BIENENFELD:  Okay.

2    Q    How many times did you speak to the flight attendant

3    interpreter?

4    A    Twice.

5    Q    Where were you when you spoke to him?

6    A    On the plane -- in the plane.

7    Q    The first time was when you went to the galley to find

8    him?

9    A    He was in the kitchen.

10   Q    At that time did he explain to you that the police were

11   going to come and meet the flight?

12   A    Yes.

13   Q    When was the second time you spoke to him?

14   A    Downstairs.

15   Q    When you were off the plane?

16   A    When we had left the -- got out of the plane.

17   Q    At that time was there a uniformed police officer

18   present?

19   A    Yes.

20   Q    Did he ever speak to you in the back by the bathrooms?

21   A    Who?

22   Q    The Hebrew interpreter.

23          Did he ever speak to you on the plane in the back by

24   the bathrooms?

25   A    No.

Bidany-cross-Sarratt                                142

1   Q    The interpreter testified -- withdrawn.

2         The Delta employee who spoke Hebrew testified that

3   you remained calm.

4         Were you calm?

5   A    Of course, the entire time.

6   Q    Why were you calm all the time?

7   A    Why should I feel pressured if I -- why should I feel

8   stressed if I did nothing?  I was -- I had concern over what

9   had happened but I was very stable.

10  Q    Did you ever touch the passenger sitting next to you?

11  A    No.

12  Q    Did you ever touch the groin of the passenger sitting

13  next to you?

14  A    No, certainly not.

15  Q    Did you ever touch the breasts of the passenger sitting

16  next to you?

17  A    Heavens forbid, no.

18         MR. BIENENFELD:  Thank you.

19         Nothing further.

20  CROSS-EXAMINATION

21  BY MR. SARRATT:

22  Q    Good afternoon, sir.

23  A    Good afternoon.

24  Q    Have we ever spoken before?

25  A    No.

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                    143

1   Q    In fact, we've never had any conversation with each other

2   at all, right?

3   A    Correct.

4   Q    You testified on direct about your work as a volunteer,

5   correct?

6   A    Yes.

7   Q    You said you do volunteer work as a counselor?

8   A    Yes.

9   Q    You give counseling on marital problems?

10  A    Yes.

11  Q    Do you give counseling on emotional problems?

12  A    Yes.

13  Q    You testified that you work in a soup kitchen, is that

14  right?

15  A    Yes.

16  Q    Two days a week, is that right?

17  A    Two days a week.  It varies.  It's not regular.  It's --

18  it's a volunteer.  It's volunteer work.

19  Q    In fact, you testified on direct that all of your work is

20  as a volunteer, is that right?

21  A    Yes.

22  Q    Do you recall when you were arrested in this case and you

23  were applying for bond to be released, that you told Pretrial

24  Services here that you in fact make money in the United States

25  and that's why they should be satisfied that you would come

1    back to this country for trial?

2    A    I don't understand the question.

3    Q    When you applied for bond in this case, to be released

4    pending trial, didn't you tell Pretrial Services that you make

5    money in the United States?

6    A    I didn't say that I was working at it.

7    Q    I am not sure you answered my question.

8         My question is, didn't you tell Pretrial Services

9    when you were applying for bond in this case that you make

10   money in the United States?

11   A    I am not a person who does it as a job, to make money.

12   My work is to rescue, to save people, to help people.  And if

13   they want -- and if they want to give me money, if they want

14   to pay me, they do it.  There is no prescribed amount that

15   they have to pay.

16        Had I been working at it as a profession, I'd be

17   well off today.  The way I am, I don't have my own home.  I

18   have eleven children and I don't own a house.  I pay rent.  I

19   live in a rented apartment.

20   Q    Mr. Bidany, with all respect, I don't believe you

21   answered my question.

22        Didn't you tell --

23        MR. BIENENFELD:  Your Honor, I --

24        THE COURT:  The point has been made.

25        THE INTERPRETER:  I didn't hear Your Honor.

Bidany-cross-Sarratt                    145

1          THE COURT:  The point has been made.

2          MR. BIENENFELD:  Your Honor, the pretrial report

3    does not say that.

4          THE COURT:  Go ahead then.  Continue.

5    Q    Mr. Bidany, so people do in fact pay you for the services

6    you provide in this country, isn't that right?

7    A    I don't dictate it to them.

8    Q    My question is, do they pay you for the services you

9    provide?

10   A    If they want to give me a gift, they give me a gift, as a

11   gift.

12   Q    So that's why you believe the work you do is as a

13   volunteer because you provide services, people pay you, and

14   you consider that a gift, is that right?

15   A    I promise you, that nobody would work today for the

16   amount that I receive.

17   Q    Mr. Bidany, how is it that you support yourself?

18   A    I have elderly parents.  My mother is ill and she is in a

19   nursing home and my father is sick with cancer.  And I keep --

20   and I keep running and take care of him -- them constantly.

21   So they reward me for it.

22   Q    You get money from your parents?

23   A    Yes.

24   Q    Is that the only source of income that you have?

25   A    I also study at the Kolel, K O L E L.

GR     OCR     CM     CRR     CSR

Bidany-cross-Sarratt                    146

1          THE INTERPRETER:  By interpreter, it's a yeshiva for

2    married men.

3    A    And I receive money from the government.  I also teach.

4    Q    What kind of money from the government?

5    A    Every person who studies at the Kolel or is registered in

6    a Kolel receives a symbolic amount of money.

7    Q    Other than your teaching and your money from the Kolel

8    and the money from your parents, do you have any other sources

9    of income?

10   A    No.

11   Q    Mr. Bidany, you mentioned that you fly to the United

12   States frequently, isn't that right?

13   A    Yes.

14   Q    Four to five times a year, you said?

15   A    Yes.

16   Q    Who pays for your flights?

17   A    There is a woman by the name of Malkie, M A L K I E

18   Fuchs, F U C H S.

19   Q    She pays for your flight every time?

20   A    She pays for the flight every time because she wants to

21   help people.  This is the part -- her part in helping people.

22   She knows that I help people.

23          I didn't understand what the interpreter said, but I

24   suppose it's right.

25   Q    Did she pay for your flight from Tel Aviv to New York on

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                    147

1   March 26th or 27th?

2   A    Yes.

3   Q    What was the purpose of your travel to the United States

4   in March of 2011?

5   A    To help people.

6   Q    Who were you supposed to help in particular?

7   A    Everybody, anybody who contacted me.

8   Q    Mr. Bidany, given the nature of the work that you have

9   described, is it fair to say that your reputation in the

10  community is important to you?

11  A    Certainly.

12  Q    It is fair to say, isn't it, that a conviction in this

13  case would be devastating to your reputation?

14  A    Not only to my reputation but to the public at large.

15  Q    Mr. Bidany, are you also concerned that a conviction in

16  this case might mean that you wouldn't be allowed to come to

17  the United States anymore?

18  A    I don't understand the question precisely.

19  Q    Are you concerned that if you are convicted in this case,

20  you would no longer be permitted to enter the United States?

21  A    I haven't seen a -- a decision in the case yet.

22  Q    I am asking, is that a concern of yours, that you might

23  be not permitted to enter the United States if you are

24  convicted in this case?

25  A    I'm concerned about the fact that the community relies

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                                    148

1  upon me, that I did a lot of good things by helping in

2  relationships, in the society, peace between neighbors.

3          There are a lot of people who await me when I come.

4  Usually, rabbis that come to New York.  Rabbis that come to

5  New York, two or three times, people think oh, he's coming to

6  raise money.  But it's not me.

7          But when I come here I come to work, not to work, to

8  help.

9  Q    Mr. Bidany, I am not trying to be difficult.  But my

10 question was, are you concerned that you won't be able to --

11 you won't be permitted to enter the United States?  That's my

12 question.

13 A    Again, I repeat -- I'm sorry you did not understand -- a

14 person who helps people and is prevented from helping people

15 when there are good results, of course he'll be concerned if

16 he won't be able to come and continue to help.

17 Q    Mr. Bidany, you were seated in seat 52 C on the flight

18 from Tel Aviv, is that right?

19 A    Yes.

20 Q    There was a young woman seated in the middle seat in row

21 52, is that right?

22 A    Yes.

23 Q    Did you notice her immediately when you sat down, found

24 your seat?

25 A    The question is unclear to me.

GR       OCR       CM       CRR       CSR

Bidany-cross-Sarratt                    149

1   Q    When you found your seat, did you notice the young woman

2   seated in the middle seat immediately?

3   A    Indeed, yes.

4   Q    You testified on direct that you had asked a Delta

5   representative if in fact you could be reassigned, is that

6   right?

7   A    I'm sorry.  I don't understand the question.  The first

8   question.

9          Did I -- did I notice somebody sitting to -- in a

10  seat next to mine?  When I boarded the plane and before I sat

11  down?

12  Q    That was my previous question, which I believe you

13  already answered.

14  A    Okay.  So what's the next question?

15  Q    My question is, you testified on direct examination that

16  when you arrived at the airport, you asked a Delta

17  representative if you could be assigned to a different seat,

18  isn't that right?

19  A    I asked for a seat where -- where a man would sit next to

20  me or I would sit next to a male.

21  Q    When you got on the plane then and realized you were

22  seated next to a woman, did you then ask to be reassigned once

23  you realized there was a woman sitting there?

24  A    I examined the situation and I -- as I was boarding the

25  plane and progressing on it, that the plane was completely

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                        150

1  full.  There was no room to sit and I said to myself, I cannot

2  ask anymore.  I am going to sit where I was assigned.  I have

3  no other choice.

4  Q    So you concluded for yourself, without asking, that you

5  had no choice but to sit in that seat?

6  A    Yes.  Because always whenever I board the plane, I don't

7  sit down right away.  I stand next to the door and I watch as

8  the plane fills up.

9  Q    Mr. Bidany, you testified that you are a frequent

10 traveler, is that right?

11 A    Yes.

12 Q    You come to the United States four to five times a year?

13 A    Yes.

14 Q    So that means eight to ten international flights a year,

15 is that right?

16 A    I did not do the math.

17 Q    For how many years have you been doing this?

18 A    Maybe four years, maybe four years.

19 Q    Is it your testimony that on all those flights, after all

20 that experience, you didn't think it was possible to trade

21 seats with somebody?

22 A    Very often when I flew El Al, where there are many

23 orthodox people flying, there are more men than women flying

24 and the plane was full.  There was no situation where I could

25 trade places and not sit next to a woman.

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                    151

1   Q      But you don't know because you didn't ask?

2   A      In El Al, it's much easier.

3   Q      But on the Delta flight, sir --

4   A      They come to you themselves.

5   Q      On the Delta flight, sir, you didn't ask?

6   A      This is the first time I am flying Delta.  I am not

7   familiar with it.  It is an American company.

8   Q      Mr. Bidany, I believe you testified on direct that you

9   are not much of a sleeper, is that right?

10   A      I sleep three to four hours a night.

11   Q      So oftentimes you are awake in the middle of the night?

12   A      Yes.

13   Q      And you answer calls when people call you at three and

14   4:00 o'clock in the morning?

15   A      Yes.

16   Q      You testified on direct that you hadn't slept at all that

17   day, the day of your flight that left Tel Aviv.

18   A      Yes, yes.

19   Q      Do you normally sleep during the day?

20   A      What was the question again?

21   Q      Do you normally sleep during the day?

22   A      Usually I don't sleep during the day.  If I do, I nod off

23   in the chair a little bit.

24   Q      When you nod off though, fair to say, that's a light

25   sleep, right?

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                    152

1   A    Light sleep?  Of course.  If I sleep during the night and

2   then I sleep a little, or nod off a little during the day,

3   it's not --

4   Q    But, sir, it is no problem for you to function on three

5   to four hours of sleep?

6   A    If I sleep at night.

7   Q    Correct.

8        It is no problem for you to function on three to

9   four hours of sleep a night.

10  A    Right.

11  Q    In that circumstance, you would consider yourself at

12  normal functional level?

13  A    Normal, everybody has different measures.  Everybody's

14  body has a different measure.  Everybody can function

15  differently.

16  Q    But that would be normal for you?

17  A    Yes.

18  Q    Mr. Bidany, when you got on the plane, you testified that

19  your meal was late in coming, is that right?

20  A    Yes.

21  Q    And how long was it before your meal came, would you say?

22  A    I didn't pay attention to the time.

23  Q    So you didn't calculate the exact time between when you

24  got on the plane and until your meal came?

25  A    Meaning?

GR        OCR        CM        CRR        CSR

Bidany-cross-Sarratt                                153

1  Q    I'm asking, did you?

2  A    There are norms.  From the time you get on the plane, the

3  food is delivered about an hour, hour and a half later.  Every

4  person has an indication.

5  Q    Fair to say, with all the events that happened on the

6  plane, you weren't keeping a precise check on what time things

7  happened?

8  A    I don't know.  What do you mean by --

9  Q    In fact, sir, it is normal not to keep a precise check of

10  what time things are happening on an airline flight?

11  A    It depends what's the reference point.  If there is

12  something exceptional, you pay attention to it.  If it's

13  normal, you don't.  It depends what's the framework.

14  Q    Mr. Bidany, you testified that at some point after you

15  finished your meal, that you tried to go to sleep, is that

16  right?

17  A    I fell asleep.

18  Q    Did you take any sleeping pills?

19  A    No.

20  Q    Did you drink any alcohol?

21  A    No.

22  Q    Do you ever drink alcohol?

23  A    Only on Purim.

24  Q    You weren't under the influence then of any drug of any

25  kind?

Bidany-cross-Sarratt                                      154

1  A     No.

2  Q     You testified, I believe, on direct, that you then went

3  into what you characterized as a deep sleep, is that right?

4  A     Yes.

5  Q     But what woke you up was, you needed to go to the

6  bathroom?

7  A     That's right.

8  Q     When you went to the bathroom, how long were you up?

9  A     I didn't estimate it because after using the bathroom, I

10 walked around a little bit for exercise.

11 Q     When you had this exercise, is it fair to say, that you

12 were well awoken?

13 A     No.

14 Q     You weren't fully awake when you walked around the back

15 of the plane?

16 A     I was awake.

17 Q     For how long did you walk around?

18 A     I don't know.

19 Q     Did you have trouble walking around because it was so

20 dark?

21 A     No.

22 Q     You could see perfectly well?

23 A     Certainly.

24 Q     Now, you testified that on direct, I believe, that you

25 went back to your seat and tried to go back to sleep a second

Bidany-cross-Sarratt                              155

1   time, is that right?

2   A    That's right.

3   Q    Were you able to go back to sleep?

4   A    Yes.

5   Q    So you went from a deep sleep to walking around in the

6   back and then back to sleep, is that right?

7   A    Yes.

8   Q    Now this sleep, was this a light sleep or a deep sleep?

9   A    Deep sleep.

10  Q    What makes you think it was a deep sleep?

11  A    The fact that I jumped up when she said, when she

12  screamed and woke me up, screaming, is this a mistake.

13  Q    Do you normally sleep better when you sleep at your house

14  or do you sleep better on airplanes?

15  A    At home.

16  Q    Fair to say, that it is difficult to get good sleep on an

17  airplane, right?

18  A    Except on business class, yes.

19  Q    And you weren't seated in business class, were you?

20  A    I wasn't.

21  Q    Now, you testified that the second time you went to

22  sleep, you did in fact turn toward the victim, isn't that

23  right?

24  A    A half turn.

25  Q    You testified that you moved around in all different

Bidany-cross-Sarratt                                    156

1   positions, right?

2   A     Yes.

3   Q     One can't be confined to the same position when you are

4   trying to sleep on an aircraft, right?

5   A     Yes.

6   Q     But are you certain that it was only a precise quarter

7   turn that you made when you were shifting around in your seat?

8   A     By nature of the fact that I am trying too refrain from

9   touching women, I am afraid of making a mistake.

10  Q     But you did decide that you were going to turn towards

11  the victim, isn't that right?

12  A     Half a turn.

13  Q     And you turned toward the victim with a blanket covering

14  you, is that right?

15  A     Yes.

16  Q     You put this blanket on yourself?

17  A     Yes.

18  Q     And the blanket that you put on yourself, you testified

19  on direct, was not a transparent blanket, correct?

20  A     I didn't try to look through it.

21  Q     But the fact of the matter is, you can't?  It is not a

22  transparent blanket, is it?

23  A     If I didn't try to look through it, I have no indication.

24  Q     I am --

25              MR. BIENENFELD:  Your Honor, I think there is a

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                    157

1  problem with -- sorry.

2          MR. SARRATT:  No.  I am not sure we are

3  understanding each other.

4          MR. BIENENFELD:  I think there is a problem with the

5  translation with the word translucent.  I think that's what

6  the issue is.

7          MR. SARRATT:  Perhaps I could rephrase?

8          THE INTERPRETER:  In Hebrew translucent and

9  transparent and see through, it's all the same word.

10         MR. BIENENFELD:  Right.  The word see through means

11  you are seeing through it.  That's why I am saying there is a

12  problem with the translation.

13         THE COURT:  Can you clarify?

14         MR. SARRATT:  I can.

15         THE COURT:  All right.  Let him try to clarify it.

16  Q    Mr. Bidany, the blanket is made out of fabric, is that

17  correct?

18  A    I didn't examine it.

19  Q    Let's take your jacket, for example.

20  A    Okay.

21  Q    Is I stand here, do you think that I can see your

22  shoulders?

23  A    No.

24  Q    Because they are covered up with your jacket, right?

25  A    Yes.

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                                158

1   Q    Just the same way on the airplane, you covered yourself

2   up with a blanket, correct?

3   A    Yes.

4   Q    So the people couldn't see your shoulders?

5   A    I believe so.

6   Q    Couldn't see your arms?

7   A    Right.

8   Q    Couldn't see what your hands were doing?

9   A    Yes.

10  Q    Mr. Bidany, do you recall placing your hand on the seat

11  of a young lady who was seated next to you?

12           THE INTERPRETER:  The interpreter will repeat that.

13  A    No.  No, I didn't place my hand there.

14  Q    You testified earlier that you in fact have religious

15  beliefs that prevent you from making contact with women, is

16  that right?

17  A    Certainly, yes.

18  Q    So did it make you anxious when you were sitting next to

19  this woman?

20           THE INTERPRETER:  Would ask for another word for

21  anxious.  There is a problem with --

22  Q    Did it make you nervous?

23  A    Yes.

24  Q    Despite your being nervous, you were able to two times

25  fall into a deep sleep, even in close proximity to this woman?

Bidany-cross-Sarratt                          159

1   A    That's right.

2   Q    Do you recall her placing a pillow on her seat to serve

3   as a buffer between her leg and your hand?

4   A    I didn't see what she was doing.  I was covered.

5   Q    Mr. Bidany, I believe you testified a moment ago that

6   after you fell asleep the second time, you awoke only when the

7   victim began speaking to you, is that right?

8   A    Yes.

9   Q    Did she seem upset?

10  A    Yes.

11  Q    Your testimony was, the first thing you heard her saying

12  is, is this a mistake?  Are you trying to tell me this is a

13  mistake?

14          Is that your testimony?

15  A    Yes, yes, that's what she said.

16  Q    But your testimony is that you hadn't even said anything

17  to her at that point because you were asleep?

18  A    Yes.

19          But she was screaming and the screams that I heard

20  were, what is this, a mistake?  You want to tell me that this

21  is a mistake?

22  Q    Are you saying that it was only because her voice was so

23  loud that you woke up?

24  A    Yes.

25  Q    Do you normally have to hear very loud noises in order to

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                          160

1   wake from asleep?

2   A   At what level are they very loud?  What's your

3   definition?

4        In that situation, yes.

5   Q   What about when you are asleep at home and the phone

6   rings, is that a very loud noise?

7   A   It rings, I answer.

8   Q   Is that something that would be equivalent in terms of

9   volume to somebody yelling right next to you?

10  A   I did not check it.

11  Q   My question is, when the phone rings and wakes you up at

12  night, is it so loud that it's the equivalent of somebody

13  yelling right next to you?

14  A   I did not check.

15       THE COURT:  We need to take a mid-afternoon break.

16  You tell me when a good time is.

17       MR. SARRATT:  Right now is a good time.

18       THE COURT:  All right.  Let's do it.

19       Come back at ten minutes to four -- five minutes to

20  four.

21       (Recess taken.)

22       MR. BIENENFELD:  I just want a clarification if I am

23  allowed to talk to my client.

24       MR. SARRATT:  Your Honor, the government's position

25  is that he is on cross-examination.  He should not be

1  consulting with his attorney.

2          THE COURT:  All right.

3          MR. BIENENFELD:  That's why I asked.

4          (Recess taken.)

5          (After recess.)

6          THE COURT:  Mr. Sarratt, how much longer do you have

7  with Rabbi Bidany?

8          MR. SARRATT:  I think about 15 minutes, Your Honor.

9          THE COURT:  You are going to want redirect?

10         MR. BIENENFELD:  There will be redirect, yes.

11 Probably about 15, 20 minutes redirect.

12         THE COURT:  All right.  Figure half hour, 45

13 minutes.  How long for the other two witnesses?

14         MR. BIENENFELD:  I may have a third witness.

15         THE COURT:  So three more or just --

16         MR. BIENENFELD:  Three more.

17         THE COURT:  Okay.

18         MR. BIENENFELD:  The two character witnesses will

19 probably be ten minutes each.  And the third witness, the

20 other witness my questioning will take about ten minutes.  I

21 don't know what the prosecutor wants to do with that.  The

22 third witness will be Agent Martinez, if I decide to call him.

23         THE COURT:  We are talking about a quarter of six,

24 if we are lucky.  If we do all of those witnesses.

25         Do your witnesses have time constraints?  As far

Bidany-cross-Sarratt                    162

1    as --

2            MR. BIENENFELD:  One witness has a flight Saturday

3    night back to Israel.

4            THE COURT:  Saturday night?

5            MR. BIENENFELD:  Saturday night.

6            THE COURT:  Okay.

7            MR. BIENENFELD:  I don't know what you meant by time

8    constraints.  How much in the future?

9            THE COURT:  I don't see this going beyond tomorrow

10   morning.

11           MR. BIENENFELD:  That's why --

12           THE COURT:  All right.  Let's see how much we can

13   get done tonight.  It may make sense to try to conclude the

14   testimony tonight and then have summations tomorrow morning,

15   or carry one witness over into the morning.

16           We will see.

17           MR. BIENENFELD:  Thank you.

18           THE COURT:  All right.

19           MR. SARRATT:  May I proceed, Your Honor?

20           THE COURT:  Yes.

21   EXAMINATION CONTINUES

22   BY MR. SARRATT:

23   Q    Mr. Bidany, isn't it true that when Ms. Lechtman

24   confronted you, you responded, it's a mistake, I'm asleep?

25   A    That's not correct.

Bidany-cross-Sarratt                         163

1  Q    Sir, what did you do then after Ms. Lechtman confronted
2  you?
3  A    I was asleep.
4  Q    After she confronted you, what did you do?
5  A    I said, what do you mean, mistake.  What are you talking
6  about?  And she said, you touched me.  I told her, you are
7  mistaken.  She told me, let me go out, I want to go to the
8  flight attendant.  I vacated the place for her and she walked
9  towards the kitchen.
10 Q    And you went to the bathroom, is that right?
11 A    Indeed.
12 Q    Your first reaction to this was that you needed to go to
13 the bathroom again?
14 A    Again?  What do you mean again?
15 Q    You testified earlier that after your first deep sleep,
16 you went to the bathroom.
17 A    Indeed so.
18 Q    So your reaction, after she confronted you, was to make
19 another trip to the bathroom, is that right?
20 A    Not only to the bathroom, or not only to relieve myself,
21 but also to wash my face.
22 Q    That was in the rear of the aircraft, is that right?
23 A    Yes.
24 Q    So you -- you were standing then in the back of the
25 aircraft at that point, right?

Bidany-cross-Sarratt                    164

1   A    Yes.

2   Q    Isn't it true, sir, that you spoke to the flight

3   attendant Aviel Silber while you were there in the back of the

4   aircraft?

5   A    Yes.  I did not speak with him in the rear of the plane.

6   I only spoke with him in the kitchen.

7   Q    Sir, isn't it true that while you were in the rear of the

8   aircraft, you spoke to Mr. Silber and said, if I touched her,

9   it was a mistake?

10  A    First of all, he did not come and approach me.  It was I

11  who came to him and he was in the kitchen.  I ask him where is

12  the lady.  He said, she's somewhere.  She's seated at some

13  place and you cannot speak with her because she is stressed.

14  So I suggest to you, don't speak with her.

15          So I asked again, and he did not permit me to do so.

16  I ask him what is she claiming?  And he said to me, that you

17  touched her.  I said, I never touched her.  She herself stated

18  that it was a mistake.  It is not true.  It is she who made

19  the mistake.  How could it reach a situation in which I

20  touched her?  How could she come to the decision to slander me

21  with such slander?  I'm a married man.  I have eleven

22  children.  I want to get them married.  I have a very good

23  name.  I would not undertake a risk to do such nonsense and

24  risk my entire life.

25  Q    Mr. --

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                     165

1   A    My whole life, would I take such a risk to do such a

2   thing and risk my entire life over this?

3             MR. BIENENFELD:  If I could have a clarification?  I

4   just want -- that statement is what he said to the flight

5   attendant or he is making an argument?

6             THE COURT:  I think he is making an argument.  I

7   think that's his argument.  If I understand correctly.

8             Let's move on.  We have been over this a number of

9   times.

10  Q    Mr. Bidany, you were in the courtroom for Mr. Silber's

11  testimony, is that correct?

12  A    Yes.

13  Q    You heard his testimony that he spoke to you actually in

14  the rear of the aircraft and not in the kitchen?

15  A    Yes.  Yes, I did hear it.

16  Q    Your testimony is that he is simply mistaken?

17  A    He is mistaken.

18  Q    Did you tell Mr. Silber, as you just told the Court, how

19  old you are?

20  A    Can you repeat the question, please?

21  Q    Did you tell Mr. Silber, as you just told the Court, how

22  old you are?

23  A    What I told Silber, if Silber is his name, I told him

24  approximately 48.

25  Q    Did you tell him how many kids you have?

Bidany-cross-Sarratt                                    166

1    A    Yes.

2    Q    And that's eleven, right?

3    A    Yes.

4    Q    Now, Mr. Bidany, when the flight landed, law enforcement

5    met the flight, isn't that right?

6    A    Yes.

7    Q    When the law enforcement agents showed up, they spoke

8    with you, right?

9    A    Yes.

10   Q    You agreed to speak with them?

11   A    Yes.

12   Why not speak with them?

13   Q    When you spoke to them, you did your best to tell them

14   the truth, isn't that right?

15   A    Of course.

16   Q    In fact, you spoke to a Special Agent from the FBI, isn't

17   that right?

18   A    Yes.

19   Q    Was that through the assistance of a translator?

20   A    Yes.

21   Q    Were you able to understand what the translator was

22   saying?

23   A    I don't know whether the interpreter understood me, but I

24   understood the questions.

25   Q    So you understood what he was saying in Hebrew?

Bidany-cross-Sarratt                      167

1  A    I understood in Hebrew what the FBI is asking.

2  Q    So as far as you are concerned, you didn't have a problem

3  in speaking to the FBI agent through the translator?

4  A    Yes, because I understood some of the Hebrew as well as

5  some of the English and taking some of the English I

6  understood and some of the Hebrew that I understood, putting

7  it all together, I was able to make sense of it.

8  Q    In fact, sir, you understand quite a bit of English,

9  right?

10  A    If one -- if one speaks to me very slowly.

11  Q    Sir, in fact, sometimes you have been nodding in response

12  to my questions before the question has been translated for

13  you, right?

14  A    Yes, because you speak very slowly.

15  Q    When you spoke to the FBI agent, isn't it true that you

16  told him that it was possible you may have touched the woman

17  while you were sleeping?

18  A    No.

19        MR. BIENENFELD:  Did you just make the circles and

20  the arrow?

21        THE CLERK:  Clear the monitor next to you.

22        MR. SARRATT:  Sorry.

23        THE CLERK:  It is not showing up.  You want to

24  present it.  If you object?

25        MR. BIENENFELD:  Yes, I object.

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                          168

1          THE COURT:  What are you going to show him?

2          MR. SARRATT:  An attempt to refresh his recollection

3    with a memorandum of the interview.

4          THE COURT:  Tell me which one that is.

5          MR. SARRATT:  Your Honor, it's not in the 3500

6    material because this is not a government witness.  But I'd be

7    happy to hand up a copy of the memo, which has previously

8    been --

9          THE COURT:  Wait.  I can see it.  I can see it here.

10   Never mind.

11         MR. SARRATT:  You can see it?

12         THE COURT:  Yes.

13         (Pause.)

14         THE COURT:  Okay.  You can attempt to refresh his

15   recollection.

16   Q    Mr. Bidany, I am showing you a document that's been

17   marked for identification purposes as Government Exhibit 2.

18         Are you able to see this document on the screen in

19   front of you?

20   A    I can see it, but do not understand it.

21   Q    If I may ask that the interpreter then read silently the

22   first -- the first sentence of the document so that Mr. Bidany

23   can verify whether the first sentence of the document is

24   accurate and --

25         THE INTERPRETER:  The interpreter is to read it

GR      OCR      CM      CRR      CSR

Bidany-cross-Sarratt                              169

1   silently and thereby he will understand it?

2          MR. SARRATT:  No.  You read it to him.

3          THE COURT:  Please read it.

4          THE INTERPRETER:  The first sentence into Hebrew

5   quietly?

6          MR. SARRATT:  That's what I'm asking.

7          THE COURT:  Yes.

8          Thank you.

9          (Interpreter complies.)

10          THE INTERPRETER:  Finished, completed interpreting

11  into Hebrew, the first -- everything up to the end of the

12  first sentence in English.  That was in English.  That is in

13  English.

14  Q    Mr. Bidany, does what was just read to you accurately

15  reflect your recollection of the interview you had with the

16  FBI?  So far it's accurate?

17  A    Between -- amongst us, me, the FBI and the interpreter,

18  yes.

19  Q    Okay.  Mr. Bidany, I want to direct your attention now to

20  the first sentence of the last paragraph on Government

21  Exhibit 2.

22          THE INTERPRETER:  The interpreter asks, if Bidany

23  advised if it is possible, and the interpreter is to interpret

24  the first sentence, correct?

25          MR. SARRATT:  Yes.

Bidany-cross-Sarratt                                170

1          (Interpreter complies.)

2   A    What is the question?

3   Q    Mr. Bidany, my question is, does that refresh your

4   recollection that you told the FBI that it was possible you

5   may have touched the woman while you were sleeping?

6   A    No.

7   Q    Mr. Bidany, did you tell the FBI agents that you run a

8   soup kitchen in Israel?

9   A    That I deal in charitable work.

10  Q    Do you in fact run a soup kitchen in Israel?

11  A    Yes.

12  Q    So if the report says you run a soup kitchen in Israel,

13  that's correct?

14  A    Yes.

15  Q    Did you tell the FBI agents that your plane tickets are

16  usually purchased by individuals here in the United States

17  that sponsor your travel?

18  A    Yes.

19  Q    Did you tell the flight -- did you tell the FBI that you

20  were assigned to seat 52 C on board that flight?

21  A    Yes.

22  Q    Did you tell the FBI that during the flight, you ate,

23  went to sleep, used the bathroom, and took a walk around the

24  aircraft?

25  A    Yes.

GR       OCR       CM       CRR       CSR

Bidany-cross-Sarratt                    171

1   Q    Did you tell the FBI that approximately three hours prior

2   to landing, the woman next to you stood up and began yelling

3   at you, asking you what you were doing?

4   A    I said three hours after -- after three hours, yes.

5   That's what you meant to ask?

6   Q    My question is, did you tell the FBI agents that after

7   approximately -- excuse me -- three hours prior to landing,

8   the woman sitting next to you stood up and began yelling at

9   you asking you what you were doing?

10  A    Yes.

11  Q    Did you tell the FBI that you were not aware of what she

12  was talking about?

13  A    Certainly.

14  Q    Did you tell the FBI you had your head covered with a

15  blanket?

16  A    Yes.

17  Q    Did you tell the FBI that the woman advised you that she

18  was going to notify the flight attendant?

19  A    Can you repeat that?

20  Q    Did you tell the FBI that the woman had told you that she

21  was going to notify the flight attendant?

22  A    That same complainant, yes?

23  Q    Yes.

24  A    Yes.

25  Q    Did you tell the FBI that this situation was

GR        OCR        CM        CRR        CSR

Bidany-cross-Sarratt                         172

1   disrespectful and embarrassing?

2   A    Yes.

3   Q    Did you tell --

4   A    I told him that it's really disrespectful for someone to

5   do that.

6   Q    Did you tell the FBI that the only verbal contact that

7   you had with this woman during the flight was that the woman

8   offered you food?

9   A    Indeed.

10  Q    And you declined and said you were waiting for a special

11  meal?

12  A    Yes.

13  Q    But your testimony is, sir, that you didn't tell the FBI

14  that it was possible you may have touched the woman while you

15  were sleeping?

16  A    Can you repeat that?

17  Q    Sir, is it your testimony that you did not tell the FBI

18  that it was possible you may have touched the woman while you

19  were sleeping?

20  A    I told the interpreter that I did not touch her and that

21  what she claimed that it was a mistake is something she

22  invented.  It is her error and I told her how can you conceive

23  of such a thing that I touched her?  I didn't touch you.  It

24  is her mistake.  Apparently, the interpreter misinterpreted

25  my -- I said I'm asleep.  It is her mistake.  It is her

Bidany-redirect-Benenfeld                    173

1    mistake in saying that I touched her.  Apparently --

2    apparently the interpreter misunderstood it and --

3    misunderstood or misconstrued it, that it was I who said it.

4    Q    Mr. Bidany, I was asking you a yes or no question.  But I

5    think it's simple.

6             Did you tell the FBI that it was possible that you

7    may have touched the woman while you were sleeping?  Yes or

8    no?

9    A    No.

10            MR. SARRATT:  No further questions, Your Honor.

11   REDIRECT EXAMINATION

12   BY MR. BIENENFELD:

13   Q    Rabbi Bidany, do you remember the testimony about the

14   work that you do, about meeting people and receiving money

15   here in this country?

16   A    Yes.

17   Q    Do you have a set price that you charge to meet people?

18   A    Absolutely not.  I do not measure the -- in money the

19   amount for a person who needs help.

20   Q    Are there some people who meet with you for counselling

21   and don't give you any money?

22   A    Many.  The economic situation is a difficult one.  And,

23   in fact, there are cases where I actually help them.

24   Q    Do you remember the questions on cross-examination about

25   asking somebody on the plane whether you could switch seats?

Bidany-redirect-Benenfeld                    174

1   A    Yes.

2   Q    You didn't ask anyone on the plane to switch seats,

3   correct?

4   A    No, I didn't.  I stood on the side to see whether the

5   place is filling up and seeing that it's full, I made peace

6   with the situation.

7   Q    But prior to getting on to the plane, did you ask anyone

8   to be seated next to a man?

9   A    Yes.  Because I know that at check-in, they know exactly

10  who is sitting next to who.  No one else knows.  That's why I

11  ask there, at the check-in.

12  Q    You assume they know because they can see the names?

13  A    Yes.

14  Q    Have you ever flown Delta before this time?

15  A    Never, that was the first time.

16  Q    When you fly El Al --

17  A    And also the last time.

18  Q    When you fly El Al, is there ever a time that you are

19  seated next to a woman?  Where your assigned -- withdrawn.

20       Is there ever a time when you are assigned a seat

21  next to a woman?

22  A    It does happen sometimes.

23  Q    On those occasions, what do you do?

24  A    The same thing I did here.  It's a general rule.

25  Q    What do you do?

GR      OCR      CM      CRR      CSR

Bidany-redirect-Benenfeld                          175

1    A    I cover myself and sleep.  And if there are situations

2    which -- in situations where I have no choice, I am unable to

3    sleep, then I spend my time talking with men and just to pass

4    the time on the plane.

5    Q    There was testimony on cross-examination about how much

6    you turned during your sleep the second time.

7    A    How can one remember -- you know, how can one or how

8    could I follow and remember to the T, to the -- whether it was

9    45 degrees, 180 degrees, during sleep to the exact degree?

10   Q    Is it something that you could show the court how much

11   you would turn on the chair?

12   A    Sure.

13   Q    Could you cover yourself with a blanket and do the same

14   as if you were on the plane?

15           MR. BIENENFELD:  May I approach?

16           (Witness complies.)

17   Q    Were you ever fully on your side?

18           You can take the blanket off him.

19           Were you ever fully lying on your side, that your

20   shoulder would be into the chair?

21           THE INTERPRETER:  Only your shoulder?

22   Q    Your whole side, including the shoulder?

23   A    You mean entirely like this?

24   Q    Yes.  Like that.  Were you ever in that position?

25   A    No.  No way.  That's for -- that's not possible because

Bidany-redirect-Benenfeld                    176

1   that way as soon as I fall asleep, I would fall asleep on her.

2        MR. BIENENFELD:  Can I make a record of what it

3   looked like, Judge, or would you like to?

4        THE COURT:  Why don't you do it?

5        MR. BIENENFELD:  Okay.  The defendant was almost 180

6   degrees in the chair with his shoulder and arm against the

7   chair fully, as well as his hip against the chair fully.

8        THE COURT:  That's actually 90 degrees.

9        MR. BIENENFELD:  I'm sorry, you're right.

10       Thank you.

11       THE COURT:  180 --

12       MR. BIENENFELD:  That's why I am a lawyer and not

13  geometrist.

14       THE COURT:  So noted.

15       MR. BIENENFELD:  Facing the left side entirely.

16  Q    You never were in that position that you just showed us

17  now?

18  A    Absolutely not.

19       From the start I would protect myself by not being

20  like that.  It's clear as soon as I would fall asleep, it

21  would be on her.

22  Q    The US Attorney asked you questions whether you were

23  nervous that you might fall into a deep sleep on this flight

24  for fear of maybe touching a woman.

25       Do you remember those questions?

Bidany-redirect-Benenfeld                    177

1   A    Every person has his norms and knows himself and his own

2   norms.  My wife has never complained that I have given -- I

3   had hit her or gave her a blow while asleep.

4   Q    But you did fall in a deep sleep, correct?

5   A    I slept deeply and I hopefully and wholly believe that I

6   did not touch her.

7   Q    Why were you so tired that you slept so fully at this

8   time?

9   A    I did not sleep -- I did not sleep the day before and now

10  that I recall I did not sleep half the previous night.

11  Q    The day of this flight was Saturday night, correct?

12  A    Yes.  And on Friday night, we had a festive occasion

13  which kept us up half the night.

14  Q    On Saturday, it is a religious holiday for you, correct?

15  A    Yes.

16  Q    Do you normally take a nap on that day?

17  A    It is not -- it is not possible not to sleep after the

18  meal on Saturday afternoon.

19  Q    But on this Saturday afternoon --

20  A    But on this Saturday, nevertheless, I did not sleep.

21  Q    So normally you are used to going to sleep Saturday

22  afternoon after lunch, correct?

23  A    Certainly.

24  Q    Why didn't you sleep after lunch on this Saturday?

25  A    So that I would be able to sleep on the plane.

1   Q    When a religious -- when a Jewish religious person wakes

2   up from asleep, is there a certain requirement immediately

3   afterwards to do something?

4   A    Yes.

5   Q    What is it?

6   A    To lave the hands, to wash the hands.  And as is normal

7   of all human beings, one has to go to the bathroom too because

8   when one does -- says a blessing one cannot be impure.  One

9   has to be cleansed, as it were.

10  Q    So when you were woken up by the woman next to you

11  screaming, why did you go to the bathroom right away?

12  A    Because I needed to go to the bathroom and also needed to

13  wash my face.

14  Q    Did you also need to wash your hands?

15  A    Yes.

16  Q    Is it your manner that as soon as you wake up from asleep

17  that you go to the bathroom to wash your hands?

18  A    Indeed, that is so.

19  Q    The US Attorney asked you questions about a statement

20  that you made to the FBI.

21       He asked you if you said if it was possible that you

22  may have touched her while you were sleeping.

23       Do you remember those questions?

24  A    Yes.

25  Q    What did you say at that time about sleeping?

Bidany-recross-Sarratt                              179

1    A    That I slept and that she -- and that she woke me up with

2    her yell, that it is a mistake and, you want to tell me that

3    this is a mistake.  I was in shock.  What I told the FBI was

4    that this was her claim.  She is mistaken.  It's not true.

5    Q    What did you tell the FBI about touching the woman next

6    to you?

7    A    I did not touch her.

8           MR. BIENENFELD:  Thank you.

9    RECROSS EXAMINATION

10   BY MR. SARRATT:

11          MR. SARRATT:  Very briefly.

12   Q    Mr. Bidany, you testified on redirect that you have taken

13   other flights from Israel to the United States in which you

14   have been seated next to a woman, is that right?

15   A    Yes.

16   Q    In fact, sir, your testimony was that you didn't sleep on

17   those flights but that you spent your time talking to the

18   other men?

19   A    Perhaps I did not explain myself well or correctly.  So

20   that your honorable self will understand, let me explain

21   again, just so this will be focused and very clear.  Heavens

22   forbid, I am not casting aspersions or finding fault in you.

23          There are situations -- occasions in which I fly El

24   Al and I am seated next to a woman, when there is no choice.

25   So if I am unable to fall asleep, I try to fall asleep, but if

Bidany-recross-Sarratt                    180

1    I am unable to sleep, so if that is the case, I am -- and I am

2    unable to sleep, I look for someone who dresses as I do, a

3    person who like me is a religious Jew, and we pass the time

4    standing and talking, just like every other person would do

5    who is on that flight.

6    Q    Mr. Bidany, though, it is fair to say that often when you

7    are seated next to a woman, your testimony is you are unable

8    to fall asleep?

9    A    I didn't understand that.

10   Q    Is it your testimony that when you are -- when you have

11   been seated next to a woman previously, you were often unable

12   to fall asleep?

13   A    I didn't say that.

14   Q    Let me ask you.  Are you often unable to fall asleep when

15   you are seated next to a woman?

16   A    I did not say often.  On rare occasions, it does happen

17   that I am seated next to a woman.  And I repeat again what I

18   had said, because on most -- in most cases I do sleep next --

19   I sit, sit, next to a man because El Al respects the religious

20   convictions of its passengers and makes the effort to arrange

21   that they -- that men sit next to men when they need to.

22   Q    Sir, my question is, have there been previous occasions

23   when you have been seated next to a woman and been unable to

24   sleep?

25   A    There were cases in which -- there were cases in which I

Bidany-recross-Sarratt                                    181

1   was unable to sleep, not -- if -- there were occasions which I

2   sat next to a woman and could not fall asleep because I wasn't

3   tired.  Such situations do occur.

4              MR. BIENENFELD:  I believe he also said not because

5   I wasn't nervous.  I'm asking the interpreter.

6              THE INTERPRETER:  As part of the previous answer

7   that was reiterated, was not out of nervousness.

8   A    Not because of nervousness.

9   Q    But you in fact on this flight, the Delta flight, you

10  fell into a deep sleep two times?

11  A    Yes.

12  Q    And your wife, you said, has never complained that you

13  have made some kind of involuntary action in your sleep, is

14  that right?

15  A    Correct.

16             MR. SARRATT:  No further questions.

17             MR. BIENENFELD:  No questions.

18             THE COURT:  Thank you, Rabbi Bidany.  You are

19  excused.

20             (Witness steps down.)

21             MR. BIENENFELD:  Another witness, Judge?

22             THE COURT:  Let's try to do it.  We have put this on

23  for 9:00 o'clock tomorrow because we are not going to be

24  finished this evening.

25             MR. BIENENFELD:  Do you want the character witness?

GR      OCR      CM      CRR      CSR

1          THE COURT:  Yes.  I said we will put this on for

2     9:00 o'clock tomorrow morning because we are not going to be

3     finished tonight.  I would like to get one more witness done

4     and then let the reporter go because he is no doubt quite

5     tired.

6          MR. BIENENFELD:  Could somebody please ask Erez.

7     Yechiel to come in?

8          Mr. Yechiel is also fluent in Hebrew.  He needs an

9     interpreter.

10         THE COURT:  What is his name?

11         MR. BIENENFELD:  Erez, E R E Z, Yechiel,

12    Y E C H I E L.

13         THE COURT:  Pronounce the last name once more.

14         MR. BIENENFELD:  Yechiel.

15         THE COURT:  Mr. Yechiel, please stand.

16         Raise your right hand.

17         (The witness is affirmed by the Court.)

18         THE COURT:  Please be seated.

19         MR. BIENENFELD:  I just want to make sure that my

20    client could hear the Hebrew interpreter as well if she is

21    just going to be translating this direct.  Ask her to please

22    speak loud enough when she repeats my question in Hebrew so my

23    client sitting over there could hear it.

24         THE COURT:  Okay.

25         MR. BIENENFELD:  Thank you.

1   DIRECT EXAMINATION

2   BY MR. BIENENFELD:

3   Q    Mr. Yechiel, good afternoon.

4   A    Good afternoon.

5   Q    How do you know Gavriel Bidany?

6   A    We are -- we came from the same community, the same

7   moshav, M O S H A V, the same village.

8   Q    Where do you live in reference to where he lives?

9   A    A distance of about a kilometer and a half, about a mile.

10  Something like that.

11  Q    If you were to walk from your house to his house, how

12  long would it take?

13  A    A walk of about 15 to 20 minutes.

14  Q    If you were to drive there, how long would it take?

15  A    Three, four minutes.

16  Q    What do you do for a living?

17  A    I'm a singer.

18  Q    What do you mean by a singer?  What does that mean?

19  A    I sing at festive affairs and events.

20  Q    You get paid to do that, correct?

21  A    Yes.

22  Q    Your songs and your singing can be seen on the computer

23  and YouTube, is that correct?

24  A    There are portions of my performances.

25  Q    Do you sell CDs?

Yechiel-direct-Bienenfeld                184

1   A    I have disks that were published, yes.

2   Q    How many CDs have you published?

3   A    There is one disk that is estimated to have been

4   published in the millions.

5   Q    I just want a clarification of the word "published."

6   It's copies, correct?

7   A    It has been distributed.

8   Q    You have distributed over a million CDs?

9   A    Not me personally; somebody who handled it.

10  Q    You sold, somebody sold over a million copies of your

11  music, correct?

12  A    Yes.

13             THE COURT:  Sustained.

14             What does this have to do with the price of tea in

15  China?  Come on.

16  Q    Have you met Rabbi Bidany either -- withdrawn.

17             Have you met Rabbi Bidany either socially or

18  professionally?

19  A    We know each other from the same village.  But once I was

20  invited to sing at one of his parties and since then our

21  relationship has been strengthened.

22  Q    Have you spoken to him or heard others speak about him in

23  your communities.

24             Have you spoken to him or heard others speak about

25  him in your community?

Yechiel-direct-Bienenfeld                 185

1   A    It's both.  I spoke to him and I also heard other people

2   speak about him.

3   Q    Do you know if he has a reputation in the community in

4   which he lives for truthfulness?

5   A    Yes, absolutely.

6   Q    Are you acquainted with that reputation in the community

7   that he has for truth and veracity?

8   A    Yes, absolutely.

9   Q    Do you have an opinion as to that reputation?

10  A    I can say that he's a man who is very admired and

11  beloved.  I can say that credibility and truthfulness is one

12  of his most salient points or salient characteristics.

13  Q    Would you believe him under oath?

14          MR. SARRATT:  Objection, Your Honor.

15          THE COURT:  Sustained.

16  Q    Have you --

17          THE COURT:  It is sustained.

18          MR. BIENENFELD:  You don't have to translate.

19  Q    Have you had an occasion to be with Rabbi Bidany when

20  women are present?

21          MR. SARRATT:  Objection, Your Honor.

22          This doesn't go to his reputation or his opinion

23  about Mr. Bidany's character.  That's all it is admissible

24  under 405(a).

25          MR. BIENENFELD:  It goes to a particular instance of

1  reputation and character being in the presence of another

2  woman.

3          MR. SARRATT:  Your Honor, Rule 405 makes clear, that

4  testimony as to specific instances of conduct is not

5  admissible on direct examination.  Testimony under 405 --

6  under Federal Rules of Evidence 405, Methods of Proving

7  Character:  Proof may be made by testimony as to reputation or

8  by testimony in the form of opinion.  The rule further

9  provides, that on cross-examination inquiry is allowable into

10 specific instances of conduct.

11         THE COURT:  Sustained.

12 Q    Do you have an opinion as to whether or not Rabbi Bidany

13 is an honest and truthful person?

14 A    I have already said that he's truthful and honest and, in

15 addition, he's a charitable person and he does a lot for the

16 public.

17 Q    So what is your opinion about Rabbi Bidany's being

18 truthful and honest?

19         MR. SARRATT:  Your Honor, I think this is three or

20 four times.

21         THE COURT:  I got the point.

22         MR. BIENENFELD:  Thank you, Judge.

23         Your witness.

24

25 CROSS-EXAMINATION

Yechiel-cross-Sarratt                    187

1   BY MR. SARRATT:

2   Q    Good afternoon, sir.

3   A    Good afternoon.

4   Q    Mr. Bidany is a friend of yours, right?

5   A    Yes.

6   Q    Fair to say, he's a close friend of yours?

7   A    Yes.

8   Q    Last question.  On March 27, 2011, were you on board a

9   Delta flight from Tel Aviv to John F. Kennedy Airport in

10  New York?

11  A    No.

12        MR. SARRATT:  Thank you, sir.

13  A    March 23rd?  No.

14  Q    The question was March 27th.

15  A    No, no.

16        MR. SARRATT:  Thank you.

17  REDIRECT EXAMINATION

18  BY MR. BIENENFELD:

19  A    This past Sunday were you on a flight with him from

20  Tel Aviv to New York?

21        MR. SARRATT:  Objection, Your Honor.

22        THE COURT:  Sustained.

23        It is beyond the scope of cross.

24        MR. BIENENFELD:  On cross he asked about a flight on

25  March 27th.  I was asking about a flight this past Sunday.

GR      OCR      CM      CRR      CSR

1          MR. SARRATT:  It wouldn't have any relevance anyway,

2    Your Honor.  It wasn't in the scope of his initial direct and,

3    if anything, it would go to a specific instance of conduct.

4    It would be inadmissible.

5          THE COURT:  Sustained.

6          Anything else?

7          You are excused.

8          Thank you.

9          (Witness excused.)

10          Similar length?

11          MR. BIENENFELD:  Yes.

12          THE COURT:  Let's do it then.

13          MR. BIENENFELD:  Call Sigalit Dar to the stand.

14          THE COURT:  Spell that, please.

15          MR. BIENENFELD:  S I G A L I T, last name D A R,

16    Dar.

17          THE COURT:  Thank you.

18          THE COURT:  Ms. Dar, please raise your right hand.

19          MR. BIENENFELD:  She speaks English.  The

20    interpreter can sit next to my client.

21          THE COURT:  Please raise your right hand.

22          (The witness is duly sworn/affirmed by court.)

23          THE COURT:  Please be seated.

24          Please state and spell your name for the record.

25          THE WITNESS:  My name is Sigalit Dar.

Dar-direct-Bienenfeld                         189

```
1   S I G A L I T, last name is D A R.

2   DIRECT EXAMINATION

3   BY MR. BIENENFELD:

4   Q    Good afternoon, Ms. Dar.

5            How do you know Gavriel Bidany?

6   A    He's my first cousin.

7   Q    Where do you live in reference to Gavriel Bidany?

8   A    We live in the same community, like about ten minutes

9   walking distance.

10  Q    Are you presently employed?

11  A    No.

12  Q    When was the last time you held a job?

13  A    About six months.

14  Q    What was that job?

15  A    Secretary, office work.

16  Q    Have you met Rabbi Bidany either socially or

17  professionally?

18  A    Sure.

19  Q    By the way, are you an American citizen?

20  A    Yes, I am.

21  Q    Okay.  You also live in Israel though full-time?

22  A    Yes, now, yes, I do.

23  Q    How long have you lived in Israel?

24  A    I lived there since -- I went back to Israel in '97.

25  Q    You have lived in the same moshav since '97 with
```

Dar-direct-Bienenfeld                                    190

1    Rabbi Bidany?

2    A    No.

3    Q    When did you move to be ten minutes walk away from

4    Rabbi Bidany?

5    A    Since December 2009, a year and a half.

6    Q    But you mention that he is your cousin, correct?

7    A    Yes.

8    Q    Have you spoken to him or heard others speak about him in

9    your community?

10   A    Sure, a lot.

11   Q    Do you know if has a reputation in the community in which

12   he lives for truthfulness?

13   A    Yes.

14   Q    Are you acquainted with that reputation in the community

15   for truth and veracity?

16   A    Yes.

17   Q    Do you have an opinion as to that reputation?

18   A    Definitely.

19   Q    What is your opinion concerning his reputation?

20   A    He's a very honest guy, reliable, respectful, very

21   gentle, caring person.  Always cared about other people and

22   help other people, no matter what time is it.  Lot of people

23   coming and taking advantage from him and very gentle mannered.

24   Q    Have you had occasions to see him help people?

25   A    All the time.

GR        OCR        CM        CRR        CSR

Dar-direct-Bienenfeld                                   191

1           MR. SARRATT:  Objection, Your Honor.

2    A    Personally.

3           MR. SARRATT:  Again, counsel is inquiring into

4    specific instances of conduct.

5           THE COURT:  Sustained.

6    Q    Anything else that you wanted to add to your answer

7    before I interrupted?

8           MR. SARRATT:  Your Honor, I think he cut the witness

9    off.  He can ask another question.

10          THE COURT:  I will overrule it.

11   Q    Is there --

12          THE COURT:  Don't point to any specific instances of

13   him being helpful to people in the community.  But continue

14   with the answer, if you can, to the question that was posed.

15   A    All right.  What is it exactly that you -- I'm sorry.

16          THE COURT:  That's okay.  Ask another question.

17   Q    What is your opinion as to his reputation for

18   truthfulness and honesty?

19   A    The way I know Rabbi Bidany, my cousin, is like no matter

20   what, he would say the truth, even if it's like something that

21   he is not going to gain make good from it.  Like he's going to

22   tell the truth.  That's the way I know him since I remember

23   myself.

24          MR. BIENENFELD:  Thank you.

25          Nothing further.

Dar-cross-Sarratt                                    192

1           THE WITNESS:  Sure.

2    CROSS-EXAMINATION

3    BY MR. SARRATT:

4    Q    Good afternoon.

5    A    Good afternoon.

6    Q    I believe I understood you correctly a moment ago to say

7    that Mr. Bidany is your cousin?

8    A    Right.

9    Q    Would you also consider him a friend?

10   A    A friend?  I can't call a rabbi friend.

11   Q    Do you have a close relationship with him?

12   A    Close as far as cousins.

13   Q    Are you fond of him?

14   A    I'm sorry?

15   Q    Are you fond of him?

16   A    Am I?  Sure, I respect him, yes.

17   Q    Did you fly from Tel Aviv, Israel to New York on a Delta

18   flight on March 27, 2011?

19   A    No.

20           MR. SARRATT:  Thank you.

21           MR. BIENENFELD:  Nothing further, Your Honor.

22           THE COURT:  Thank you, Ms. Dar.  You are excused.

23           THE WITNESS:  Thank you.

24           (Witness excused.)

25           THE COURT:  Any further witnesses?

193

1          MR. BIENENFELD:  Your Honor, I may call Agent

2     Martinez.  If we are going to start tomorrow morning, it would

3     be a very quick direct.  I wanted to just have the night to

4     think about it and consult with my client about it.

5          THE COURT:  Sure.

6          We will resume tomorrow morning at 9:00 o'clock with

7     any further witnesses for the defendant.  We will then go

8     right into summations and that's it.

9          MR. BIENENFELD:  I just want -- if the government

10    can make Martinez available.  I did not subpoena him.

11         MR. SARRATT:  I was starting to say the government

12    may call Agent Martinez as a very brief rebuttal witnesses.

13    We won't do that if the defense calls him.  We will ask our

14    questions when he is up there.  We are more than happy to make

15    him available.

16         THE COURT:  Great.  I will see you all 9:00 o'clock

17    tomorrow morning.

18         MR. BIENENFELD:  Have a good night.

19         MR. SARRATT:  Thank you, Your Honor.

20         (Recess taken until May 5, 2011.)

21

22

23

24

25

GR      OCR      CM      CRR      CSR

194

1                          I N D E X

2   W I T N E S S E S:

3    Bat-El Lechtman                              9

4    DIRECT EXAMINATION                           9

5    CROSS-EXAMINATION                            31

6    REDIRECT EXAMINATION                         74

7                                                 77

8    Christine Ferro

9    DIRECT EXAMINATION                           78

10   CROSS-EXAMINATION                            90

11   REDIRECT EXAMINATION                         93

12   RECROSS EXAMINATION.                         94

13   REDIRECT EXAMINATION                         95

14   rECROSS-EXAMINATION                          95

15                                                96

16   Aviel Silber

17   DIRECT EXAMINATION                           96

18   CROSS-EXAMINATION                            107

19   REDIRECT EXAMINATION                         113

20   RECROSS-EXAMINATION                          114

21   DIRECT EXAMINATION                           122

22   CROSS-EXAMINATION                            142

23   REDIRECT EXAMINATION                         173

24   RECROSS EXAMINATION                          179

25                                                183

195

1   Erez Yechiel

2   DIRECT EXAMINATION                    183

3   CROSS-EXAMINATION                              186

4   REDIRECT EXAMINATION                           187

5                                                  188

6   Sigalit Dar

7   DIRECT EXAMINATION                             189

8   CROSS-EXAMINATION                              192

9

10

11  E X H I B I T S:

12    1                                            15

13

14

15    A                                            41

16    B                                            42

17    B                                            43

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

**'**

**'97** [2] - 189:24, 189:25

# 1

**1** [7] - 14:5, 14:9, 15:2, 26:22, 79:16, 84:10, 195:12
**10004** [1] - 1:20
**107** [1] - 194:18
**11** [1] - 1:4
**113** [1] - 194:19
**113(a)(5** [1] - 118:22
**113(a)(5)** [2] - 116:17, 118:17
**114** [1] - 194:20
**12** [1] - 86:17
**122** [1] - 194:21
**12:00** [1] - 77:7
**142** [1] - 194:22
**15** [9] - 4:6, 11:18, 13:16, 123:7, 123:8, 161:8, 161:11, 183:13, 195:12
**1500** [1] - 90:18
**16** [1] - 123:6
**17** [2] - 70:9, 124:5
**173** [1] - 194:23
**179** [1] - 194:24
**18** [5] - 115:22, 116:17, 116:21, 116:25, 123:5
**18-year** [1] - 122:24
**180** [3] - 175:9, 176:5, 176:11
**183** [2] - 194:25, 195:2
**186** [1] - 195:3
**187** [1] - 195:4
**188** [1] - 195:5
**189** [1] - 195:7
**192** [1] - 195:8
**1st** [1] - 78:17

# 2

**2** [2] - 168:17, 169:21
**20** [2] - 161:11, 183:13
**2001** [1] - 90:25
**2005** [2] - 12:2, 78:16
**2008** [1] - 97:4
**2009** [1] - 190:5
**2011** [11] - 1:9, 2:2, 3:25, 12:3, 13:3, 32:18, 60:23, 147:4, 187:8, 192:18, 193:20
**21** [1] - 122:24
**21-year** [1] - 123:3
**22** [2] - 122:23, 123:2
**2246** [5] - 115:22, 116:21, 116:23, 116:25, 119:15
**225** [1] - 1:22
**23** [1] - 10:9
**23rd** [1] - 187:13

**259** [2] - 1:4, 2:2
**26** [2] - 1:20, 2:12
**269** [3] - 4:2, 32:18, 92:3
**26th** [3] - 78:21, 98:9, 147:1
**27** [5] - 3:25, 32:18, 60:22, 187:8, 192:18
**271** [1] - 1:17
**27th** [8] - 11:24, 13:5, 78:21, 98:9, 128:25, 147:1, 187:14, 187:25
**2:00** [1] - 120:15

# 3

**31** [1] - 194:5
**35** [1] - 90:21
**3500** [1] - 168:5

# 4

**4** [1] - 1:9
**40** [1] - 90:21
**405** [3] - 186:3, 186:5, 186:6
**405(a)** [1] - 185:24
**41** [1] - 195:15
**42** [1] - 195:16
**43** [1] - 195:17
**45** [2] - 161:12, 175:9
**48** [4] - 103:15, 105:6, 114:14, 165:24
**4:00** [1] - 151:14
**4:30** [2] - 13:18, 33:14

# 5

**5** [1] - 193:20
**51** [4] - 26:24, 81:4, 81:7, 104:19
**52** [8] - 15:18, 90:9, 92:17, 94:24, 95:2, 148:17, 148:21, 170:20
**52-B** [6] - 4:16, 14:1, 15:19, 84:3, 84:6, 84:8
**5:30** [4] - 34:16, 34:18, 34:22, 60:23

# 6

**613-2538** [1] - 1:23
**6:00** [1] - 33:14

# 7

**718** [1] - 1:23
**74** [1] - 194:6
**747** [4] - 4:16, 13:24, 79:7, 79:22
**747-400** [2] - 98:15, 98:24
**77** [1] - 194:7
**78** [1] - 194:9

# 8

**803(2)** [1] - 83:6

# 9

**9** [2] - 194:3, 194:4
**90** [2] - 176:8, 194:10
**93** [1] - 194:11
**94** [1] - 194:12
**95** [2] - 194:13, 194:14
**96** [2] - 194:15, 194:17
**9:00** [4] - 181:23, 182:2, 193:6, 193:16
**9:30** [1] - 1:9

# A

**a.m** [1] - 1:9
**ability** [1] - 69:22
**able** [33] - 7:14, 14:5, 14:10, 14:14, 14:18, 15:10, 20:12, 27:23, 28:5, 30:5, 60:7, 60:12, 79:17, 79:20, 81:25, 82:22, 84:21, 85:3, 86:9, 88:15, 93:12, 94:4, 101:25, 102:18, 135:8, 148:10, 148:16, 155:3, 158:24, 166:21, 167:7, 168:18, 177:25
**aboard** [1] - 3:24
**abruptly** [2] - 52:6, 83:1
**absence** [1] - 8:24
**absolute** [1] - 29:4
**absolutely** [6] - 116:8, 117:23, 173:18, 176:18, 185:5, 185:8
**abundantly** [1] - 117:10
**abuse** [1] - 116:4, 116:7, 117:15, 119:8, 119:9, 119:15
**accident** [9] - 64:8, 103:15, 107:10, 108:25, 109:10, 109:17, 109:21, 114:8, 139:17
**accidentally** [3] - 39:24, 74:15, 74:20
**accountable** [1] - 6:18
**accurate** [5] - 14:23, 98:23, 168:24, 169:16
**accurately** [2] - 79:21, 169:14
**accused** [2] - 103:21, 107:14
**accuses** [1] - 112:19
**accusing** [1] - 46:16
**achieved** [1] - 124:9
**Achiezer** [2] - 122:4, 122:9
**acknowledge** [1] - 139:2
**acquainted** [2] - 185:6, 190:14
**act** [1] - 100:21
**acted** [2] - 22:13
**acting** [2] - 25:7, 74:20
**action** [2] - 139:3, 181:13
**actions** [4] - 6:18, 99:25, 103:1, 106:4
**actual** [3] - 19:10, 19:11, 41:10
**add** [2] - 9:22, 191:6

2

**addition** [2] - 126:14, 186:15
**additional** [1] - 11:11
**address** [1] - 33:11
**adjudicate** [1] - 6:24
**admired** [1] - 185:10
**admissible** [2] - 185:23, 186:5
**admit** [2] - 15:2, 43:16
**admitted** [2] - 79:15, 109:24
**advantage** [1] - 190:23
**advice** [2] - 8:14, 8:15
**advised** [2] - 169:23, 171:17
**affairs** [1] - 183:19
**affirm** [1] - 121:11
**affirmed** [2] - 9:9, 182:17
**affirms** [1] - 121:8
**afford** [1] - 76:4
**afraid** [2] - 110:5, 156:9
**afternoon** [17] - 90:3, 96:19, 107:24, 107:25, 142:22, 142:23, 160:15, 177:18, 177:19, 177:22, 183:3, 183:4, 187:2, 187:3, 189:4, 192:4, 192:5
**afterwards** [5] - 16:6, 24:5, 62:16, 65:24, 178:3
**age** [7] - 124:1, 124:5, 128:5, 128:7, 128:8, 128:10, 128:16
**Agency** [1] - 125:14
**Agent** [7] - 2:7, 36:14, 56:8, 161:22, 166:16, 193:1, 193:12
**agent** [11] - 36:8, 36:13, 38:11, 38:13, 38:19, 38:20, 49:12, 129:2, 129:10, 167:3, 167:15
**agents** [5] - 32:4, 166:7, 170:7, 170:15, 171:6
**ages** [1] - 122:22
**aggression** [1] - 20:17
**ago** [7] - 11:19, 70:9, 84:11, 102:22, 122:6, 159:5, 192:6
**agree** [5] - 3:1, 17:22, 69:14, 119:23, 140:24
**agreed** [1] - 166:10
**agricultural** [1] - 122:4
**ahead** [2] - 75:6, 145:4
**aided** [1] - 1:25
**Air** [4] - 39:9, 39:10, 125:2, 125:5
**aircraft** [28] - 3:25, 4:17, 6:4, 6:6, 26:24, 39:16, 79:5, 79:13, 79:22, 80:12, 81:4, 81:7, 81:13, 98:14, 98:17, 99:3, 99:10, 103:24, 104:10, 117:16, 156:4, 163:22, 163:25, 164:4, 164:8, 165:14, 170:24
**aircraft's** [1] - 106:14
**airline** [4] - 13:13, 70:23, 76:16, 153:10
**Airlines** [7] - 4:1, 71:9, 71:12, 71:15, 71:19, 78:12, 97:2
**airplane** [11] - 39:21, 43:24, 80:8, 80:9, 84:16, 86:3, 88:18, 93:1, 129:21, 155:17, 158:1
**airplanes** [3] - 39:18, 74:14, 155:14
**Airport** [4] - 4:2, 13:8, 13:10, 187:9

**airport** [3] - 129:1, 129:2, 149:16
**aisle** [9] - 4:18, 4:21, 14:2, 16:9, 19:18, 26:20, 84:4, 86:17, 129:25
**ajar** [2] - 127:20, 127:25
**AI** [8] - 39:9, 129:16, 150:22, 151:2, 174:16, 174:18, 179:24, 180:19
**alcohol** [2] - 153:20, 153:22
**allow** [3] - 43:15, 77:16, 83:7
**allowable** [1] - 186:9
**allowed** [6] - 58:21, 58:23, 112:23, 128:2, 147:16, 160:23
**almost** [4] - 78:14, 90:18, 127:17, 176:5
**alone** [2] - 12:21, 128:1
**Ambrisco** [3] - 2:7, 36:14, 56:8
**AMERICA** [1] - 1:4
**American** [4] - 68:22, 69:3, 151:7, 189:19
**amount** [5] - 130:11, 144:14, 145:16, 146:6, 173:19
**amply** [1] - 118:1
**Angel** [1] - 134:11
**angry** [1] - 75:2
**answer** [9] - 37:15, 65:19, 65:21, 130:15, 151:13, 160:7, 181:6, 191:6, 191:14
**answered** [8] - 59:23, 63:12, 66:12, 71:17, 107:2, 144:7, 144:21, 149:13
**answers** [2] - 96:21, 103:13
**antiaircraft** [1] - 124:12
**anus** [1] - 116:2
**anxious** [2] - 158:18, 158:21
**anyway** [1] - 188:1
**apart** [1] - 39:4
**apartment** [2] - 108:6, 144:19
**apologize** [12] - 6:13, 16:25, 17:1, 33:5, 65:20, 80:15, 105:1, 105:2, 105:5, 105:8, 114:6, 114:7
**apologizes** [1] - 34:17
**appear** [5] - 14:22, 22:14, 22:17, 36:10, 37:11, 43:11, 79:21, 83:19
**appearance** [1] - 46:9
**APPEARANCES** [1] - 1:14
**appeared** [3] - 19:25, 22:19, 23:3
**Apple** [1] - 7:16
**applied** [1] - 144:3
**apply** [1] - 118:4
**applying** [2] - 143:23, 144:9
**approach** [7] - 33:22, 85:19, 132:8, 138:23, 138:24, 164:10, 175:15
**approached** [12] - 81:11, 81:21, 82:23, 93:8, 99:17, 100:15, 100:24, 101:25, 104:22, 108:21, 114:3, 114:13
**approaching** [1] - 57:22
**appropriate** [2] - 35:4, 100:5
**approximate** [1] - 43:11
**area** [6] - 4:25, 8:6, 86:9, 86:14, 88:21, 138:1
**areas** [1] - 11:21

**argument** [8] - 112:23, 116:6, 117:8, 118:3, 165:5, 165:6, 165:7
**Ariel** [1] - 123:4
**arm** [1] - 176:6
**armrest** [4] - 19:10, 46:25, 47:2, 47:4
**arms** [2] - 133:5, 158:6
**army** [1] - 68:15
**Army** [6] - 124:7, 125:1, 125:4, 125:6, 125:8, 125:11
**arouse** [3] - 116:4, 117:6, 119:14
**aroused** [2] - 116:9
**arrange** [2] - 74:1, 180:20
**arrested** [6] - 73:14, 73:18, 73:25, 74:1, 87:9, 143:22
**arrival** [1] - 101:10
**arrive** [1] - 13:17
**arrived** [4] - 72:25, 122:6, 131:5, 149:16
**arrives** [1] - 79:10
**arrow** [1] - 167:20
**article** [4] - 16:12, 62:25, 85:7, 101:16
**asleep** [88] - 5:20, 7:7, 7:20, 18:9, 18:12, 18:15, 18:17, 19:2, 19:15, 19:16, 20:11, 20:12, 20:14, 20:23, 20:25, 22:13, 22:18, 22:20, 23:11, 23:21, 24:3, 25:7, 25:12, 25:13, 25:19, 26:3, 39:18, 39:20, 39:23, 40:10, 45:1, 45:2, 45:13, 46:7, 46:10, 47:16, 47:18, 47:21, 49:18, 49:19, 49:21, 49:24, 50:1, 50:3, 50:5, 52:9, 56:4, 64:14, 72:20, 74:15, 89:18, 91:6, 91:8, 91:10, 100:11, 103:14, 103:16, 107:10, 113:25, 114:1, 114:8, 130:9, 133:12, 135:3, 136:16, 153:17, 159:6, 159:17, 160:1, 160:5, 162:24, 163:3, 172:25, 176:1, 176:20, 177:3, 178:2, 178:16, 179:25, 180:8, 180:12, 180:14, 181:2
**aspersions** [1] - 179:22
**assault** [3] - 3:24, 89:13, 118:22
**assaulted** [1] - 6:17
**assessment** [1] - 118:12
**assigned** [14] - 4:16, 79:12, 79:14, 80:5, 80:6, 80:7, 97:10, 98:16, 99:2, 149:17, 150:2, 170:20, 174:19, 174:20
**assistance** [3] - 10:19, 101:1, 166:19
**Assistant** [2] - 1:17, 32:12
**assisted** [1] - 132:6
**assume** [4] - 53:14, 65:14, 119:6, 174:12
**assumed** [4] - 48:3, 63:6, 73:24, 76:19
**assumes** [1] - 52:14
**assuming** [1] - 110:11
**astonishment** [1] - 138:22
**ate** [1] - 170:22
**Atlanta** [3] - 90:23, 91:1, 91:5
**attempt** [5] - 85:23, 87:21, 87:23, 168:2, 168:14
**attend** [1] - 118:11
**attendant** [38] - 5:23, 6:2, 6:3, 7:9, 26:8, 26:14, 26:16, 27:16, 27:18, 28:6,

64:16, 65:2, 65:24, 78:12, 78:13, 78:19, 87:25, 88:24, 90:18, 97:2, 97:3, 97:12, 97:13, 99:17, 101:1, 111:12, 135:20, 135:23, 135:24, 138:13, 139:19, 139:20, 141:2, 163:8, 164:3, 165:5, 171:18, 171:21

**attendants** [5] - 86:1, 87:4, 88:2, 99:19, 136:4

**attention** [9] - 3:7, 13:1, 78:21, 99:8, 98:21, 128:25, 152:22, 153:12, 169:19

**attitude** [3] - 61:13, 75:2

**Attorney** [9] - 1:15, 3:3, 32:12, 69:1, 72:4, 75:18, 132:25, 176:22, 178:19

**attorney** [1] - 161:1

**Attorneys** [1] - 1:17

**attorneys** [1] - 71:21

**audience** [2] - 3:18, 117:17

**audition** [1] - 75:21

**auditioned** [4] - 68:19, 68:20, 69:3, 75:14

**available** [2] - 193:10, 193:15

**Aviel** [7] - 6:3, 87:25, 96:9, 96:15, 138:12, 164:3, 194:16

**Avisar** [1] - 123:3

**Avishag** [1] - 123:5

**Aviv** [27] - 4:2, 6:17, 7:11, 13:8, 14:24, 41:11, 41:22, 79:2, 79:3, 79:23, 90:22, 90:23, 90:24, 90:25, 91:1, 91:5, 91:18, 92:3, 97:8, 98:13, 129:10, 146:25, 148:18, 151:17, 187:9, 187:20, 192:17

**Aviv-Atlanta** [3] - 90:23, 91:1, 91:5

**Aviv-New** [1] - 90:22, 90:24

**avoid** [1] - 20:9

**avoided** [1] - 17:19

**await** [1] - 148:3

**awake** [17] - 22:18, 22:19, 23:9, 23:22, 44:14, 49:21, 49:24, 53:6, 54:10, 57:3, 57:7, 59:5, 119:11, 134:4, 151:11, 154:14, 154:16

**awaken** [1] - 7:15

**aware** [10] - 59:5, 76:17, 76:20, 88:12, 89:17, 99:13, 112:25, 113:7, 121:9, 171:11

**awoke** [3] - 4:24, 5:1, 159:6

**awoken** [2] - 133:20, 154:12

## B

**backward** [1] - 80:13

**backwards** [1] - 133:13

**bad** [2] - 27:10, 27:12

**bar** [2] - 35:19

**barrier** [1] - 87:18

**based** [2] - 36:23, 138:9

**basic** [1] - 62:8

**basis** [1] - 125:25

**Bat** [8] - 4:1, 7:4, 7:8, 7:23, 8:20, 9:6, 9:12, 194:3

**Bat-El** [8] - 4:1, 7:4, 7:8, 7:23, 8:20,

9:6, 9:12, 194:3

**bathroom** [21] - 49:2, 133:21, 133:24, 134:6, 135:25, 136:1, 136:3, 138:17, 154:6, 154:8, 154:9, 163:10, 163:13, 163:16, 163:19, 163:20, 170:23, 178:7, 178:11, 178:12, 178:17

**bathrooms** [3] - 92:20, 141:20, 141:24

**beard** [15] - 16:18, 16:22, 16:23, 17:1, 46:12, 85:1, 85:10, 85:11, 85:12, 101:18, 101:20, 101:21, 106:20

**beards** [1] - 16:21

**became** [1] - 99:13

**bed** [1] - 23:6

**BEFORE** [1] - 1:12

**beforehand** [2] - 68:13, 110:20

**began** [7] - 5:13, 7:8, 7:23, 55:25, 159:7, 171:2, 171:8

**behalf** [3] - 2:6, 4:12, 6:22

**behind** [2] - 86:3, 86:17

**beings** [1] - 178:7

**beliefs** [2] - 17:20, 158:15

**beloved** [1] - 185:11

**below** [4] - 40:23, 133:1

**belt** [6] - 43:25, 44:2, 52:23, 130:21, 133:7, 133:8

**Ben** [1] - 13:8

**Berlin** [1] - 97:9

**best** [2] - 23:5, 166:13

**better** [2] - 155:13, 155:14

**between** [19] - 4:25, 20:4, 24:25, 33:14, 47:2, 48:3, 48:11, 74:4, 83:18, 98:6, 99:13, 100:13, 111:7, 111:12, 126:7, 148:2, 152:23, 159:3, 169:17

**beyond** [4] - 128:10, 140:23, 162:9, 187:23

**BIDANY** [1] - 1:8

**Bidany** [67] - 2:2, 2:13, 4:22, 6:23, 7:1, 7:5, 7:19, 7:25, 8:4, 8:19, 30:14, 31:12, 40:1, 71:22, 72:4, 72:22, 90:5, 108:2, 108:21, 113:16, 119:10, 121:4, 121:22, 144:20, 145:5, 145:17, 146:11, 147:8, 147:15, 148:9, 148:17, 150:9, 151:8, 152:18, 153:14, 157:16, 158:10, 159:5, 161:7, 162:23, 165:10, 166:4, 168:16, 168:22, 169:14, 169:19, 169:22, 170:3, 170:7, 173:4, 173:13, 179:12, 180:6, 181:18, 183:5, 184:16, 184:17, 185:19, 186:12, 187:4, 189:5, 189:7, 189:16, 190:1, 190:4, 191:19, 192:7

**Bidany's** [2] - 185:23, 186:17

**Bienenfeld** [12] - 2:12, 3:1, 6:25, 31:11, 74:14, 76:8, 90:5, 93:16, 108:1, 113:15, 116:22, 122:3

**BIENENFELD** [130] - 1:19, 2:12, 3:2, 3:12, 3:17, 6:20, 6:22, 15:4, 17:24, 22:22, 30:25, 31:9, 33:22, 33:25, 34:15, 35:18, 38:2, 38:10, 40:25, 41:6, 41:13, 42:15, 42:24, 43:8, 43:20, 49:7, 53:16, 65:20, 70:16, 73:8, 74:8, 77:3, 77:15, 83:4, 89:14, 89:20, 89:23, 90:2, 91:5,

93:3, 94:15, 94:17, 95:4, 95:15, 95:18, 95:25, 102:6, 102:9, 103:9, 107:6, 107:19, 107:20, 107:23, 113:10, 114:19, 114:24, 115:5, 115:10, 115:12, 115:15, 115:25, 119:1, 119:17, 119:23, 120:10, 121:3, 121:7, 121:12, 122:2, 132:8, 132:22, 133:6, 133:8, 139:22, 140:21, 140:24, 141:1, 142:18, 144:23, 145:2, 156:25, 157:4, 157:10, 160:22, 161:3, 161:10, 161:14, 161:16, 161:18, 162:2, 162:5, 162:7, 162:11, 162:17, 165:3, 167:19, 167:25, 173:12, 175:15, 176:2, 176:5, 176:9, 176:12, 176:15, 179:8, 181:4, 181:17, 181:21, 181:25, 182:6, 182:11, 182:14, 182:19, 182:25, 183:2, 185:18, 185:25, 186:22, 187:18, 187:24, 188:11, 188:13, 188:15, 188:19, 189:3, 191:24, 192:21, 193:1, 193:9, 193:18

**big** [1] - 40:20

**Big** [1] - 7:16

**bigger** [1] - 80:1

**bit** [9] - 12:6, 93:22, 131:5, 132:18, 133:22, 134:7, 151:23, 154:10, 167:8

**black** [5] - 46:11, 82:9, 85:10, 93:24, 93:25

**blanket** [117] - 5:1, 5:8, 5:12, 5:15, 5:16, 7:22, 7:23, 18:16, 21:7, 22:12, 23:18, 24:2, 24:16, 24:24, 24:25, 25:4, 25:6, 25:17, 25:21, 25:22, 36:10, 37:5, 37:10, 38:14, 40:1, 40:4, 40:6, 40:12, 40:14, 40:18, 40:19, 40:20, 40:21, 40:22, 42:5, 42:6, 42:7, 42:13, 42:23, 42:25, 43:4, 43:6, 43:12, 43:21, 43:22, 46:18, 50:9, 50:11, 50:15, 50:18, 51:2, 51:4, 51:7, 51:13, 51:22, 52:12, 52:14, 52:20, 52:21, 54:18, 54:20, 54:25, 55:1, 55:4, 55:9, 55:12, 55:15, 55:18, 55:19, 55:25, 56:23, 57:3, 57:5, 57:15, 57:18, 58:4, 60:1, 60:2, 60:4, 60:6, 60:9, 61:12, 64:1, 64:13, 64:18, 64:22, 91:18, 91:22, 131:21, 131:24, 132:3, 132:6, 132:9, 132:16, 132:17, 132:21, 132:23, 133:4, 135:6, 135:8, 136:13, 136:20, 136:24, 137:5, 156:13, 156:16, 156:18, 156:19, 156:22, 157:16, 158:2, 171:15, 175:13, 175:18

**blankets** [5] - 41:10, 41:11, 41:21, 91:15, 91:25

**bless** [2] - 126:24, 128:13

**blessing** [3] - 128:11, 178:8

**blind** [1] - 138:10

**block** [1] - 95:21

**blocking** [1] - 132:6

**blond** [1] - 81:23

**blow** [1] - 177:3

**blue** [1] - 82:14

**board** [7] - 6:4, 79:22, 81:11, 106:15, 150:6, 170:20, 187:8

**boarded** [2] - 4:1, 149:10

**boarding** [1] - 149:24
**body** [14] - 7:22, 40:6, 40:14, 50:9, 50:19, 51:2, 51:4, 52:15, 54:20, 131:21, 131:23, 134:18, 134:21, 152:14
**Boeing** [1] - 98:15
**bond** [3] - 143:23, 144:3, 144:9
**Bonds** [1] - 4:12
**bonds** [3] - 4:12, 12:5, 12:11
**book** [4] - 134:5, 134:10, 134:11
**born** [4] - 9:20, 9:21, 97:21, 97:22
**bothering** [3] - 48:24, 49:1, 49:4
**bound** [1] - 4:2
**branch** [2] - 124:11, 124:12
**brazen** [1] - 3:24
**break** [3] - 77:6, 93:9, 160:15
**breast** [15] - 24:5, 25:21, 55:25, 56:16, 57:1, 57:25, 58:6, 58:8, 58:11, 59:12, 83:17, 116:3, 117:5, 117:12, 119:12
**breasts** [7] - 5:14, 24:12, 56:5, 59:2, 59:6, 74:19, 142:15
**brief** [5] - 2:25, 74:9, 93:4, 94:15, 193:12
**briefly** [3] - 62:10, 113:13, 179:11
**brigade** [2] - 124:13, 124:14
**brighter** [1] - 93:23
**bring** [2] - 3:6, 30:14
**Broadway** [2] - 1:20, 2:12
**Brooklyn** [3] - 1:7, 1:18, 1:23
**brother** [1] - 23:6
**brought** [4] - 4:11, 68:5, 118:10, 126:13
**brushing** [2] - 49:11, 49:15
**buffer** [2] - 20:5, 159:3
**burden** [3] - 8:12, 8:19, 116:10
**business** [17] - 8:15, 68:5, 68:8, 86:3, 86:15, 98:20, 99:6, 100:18, 106:1, 106:17, 106:23, 111:13, 111:19, 111:23, 125:23, 155:18, 155:19
**busy** [2] - 3:16, 105:24
**buttocks** [1] - 116:3
**BY** [25] - 1:16, 9:15, 31:9, 38:10, 43:20, 74:12, 78:3, 90:2, 93:6, 94:17, 95:15, 96:18, 107:19, 113:12, 114:19, 122:2, 142:21, 162:22, 173:17, 179:10, 183:2, 187:1, 187:18, 189:3, 192:3

**C**

**cabin** [24] - 7:18, 79:14, 80:7, 86:1, 86:3, 86:15, 87:5, 89:8, 92:6, 92:15, 92:20, 93:10, 93:21, 98:20, 99:2, 99:18, 99:23, 99:24, 100:3, 104:12, 104:13, 105:22, 106:2, 111:13
**Cadman** [2] - 1:17, 1:22
**calculate** [1] - 152:23
**calm** [7] - 110:1, 110:6, 110:7, 110:11, 142:3, 142:4, 142:6
**campaign** [1] - 124:25
**Canada** [5] - 12:2, 39:9, 39:10, 39:15

**cancer** [1] - 145:19
**cannot** [10] - 129:14, 134:21, 136:6, 136:7, 136:10, 138:19, 139:1, 150:1, 164:13, 178:8
**captain** [2] - 87:6, 87:14
**captive** [1] - 117:17
**card** [1] - 108:9
**care** [2] - 73:16, 145:20
**cared** [1] - 190:21
**career** [2] - 76:3, 89:3
**careful** [1] - 32:23
**Cargal** [1] - 125:12
**caring** [1] - 190:21
**carry** [1] - 162:15
**cartons** [1] - 125:13
**case** [39] - 3:8, 3:24, 6:15, 29:20, 30:23, 31:18, 31:20, 32:5, 32:6, 32:9, 32:13, 36:6, 71:25, 75:24, 75:25, 108:4, 108:7, 115:7, 115:16, 116:16, 116:19, 117:24, 118:7, 118:8, 118:10, 118:17, 118:20, 119:18, 120:4, 120:14, 143:22, 144:3, 144:9, 147:13, 147:16, 147:19, 147:21, 147:24, 180:1
**cases** [6] - 73:21, 127:19, 173:23, 180:18, 180:25
**casting** [1] - 179:22
**catch** [3] - 5:10, 23:7, 23:22
**categorically** [1] - 6:8
**catering** [1] - 126:11
**CDs** [3] - 183:25, 184:2, 184:8
**center** [1] - 26:23
**certain** [10] - 7:3, 32:17, 47:16, 110:25, 111:1, 112:18, 112:21, 115:16, 156:6, 178:2
**certainly** [11] - 59:2, 59:5, 137:22, 138:7, 142:14, 147:11, 154:23, 158:17, 171:13, 177:23
**cetera** [1] - 105:24
**chair** [16] - 19:21, 19:24, 45:21, 45:24, 45:25, 47:9, 47:11, 47:18, 47:22, 47:25, 151:23, 175:11, 175:20, 176:6, 176:7
**chance** [1] - 120:9
**change** [2] - 119:4, 140:1
**changed** [2] - 67:25, 119:3
**chapter** [5] - 116:24, 117:1, 117:2, 118:5, 118:14
**Character** [1] - 186:7
**character** [6] - 3:4, 3:8, 161:18, 181:25, 185:23, 186:1
**characteristics** [1] - 185:12
**characterize** [1] - 80:17
**characterized** [1] - 154:3
**charge** [7] - 118:6, 118:7, 118:8, 124:13, 124:16, 124:17, 173:17
**charged** [2] - 115:19, 118:16
**charges** [2] - 30:6, 116:16
**charitable** [2] - 170:9, 186:15
**chatting** [1] - 72:18
**check** [8] - 99:22, 131:7, 153:6, 153:9, 160:10, 160:14, 174:9, 174:11

**check-in** [2] - 174:9, 174:11
**chest** [3] - 46:21, 55:19, 67:24
**childhood** [1] - 123:18
**children** [9] - 8:7, 114:9, 122:17, 122:22, 128:6, 128:8, 128:20, 144:18, 164:22
**China** [1] - 184:15
**choice** [7] - 8:18, 129:16, 129:18, 150:3, 150:5, 175:2, 179:24
**chooses** [2] - 77:13, 97:15
**Christine** [7] - 5:24, 77:18, 77:25, 99:17, 100:3, 100:23, 194:8
**Chronicles** [1] - 18:5
**circles** [1] - 167:19
**Circuit** [2] - 116:19, 118:17
**circular** [1] - 21:20
**circumstance** [1] - 152:11
**circumstances** [1] - 117:13
**circumstantial** [5] - 119:18, 119:19, 119:21, 119:25, 120:3
**cited** [2] - 118:18, 118:21
**cities** [1] - 12:21
**citizen** [4] - 12:12, 27:4, 30:10, 189:19
**City** [1] - 2:13
**civil** [1] - 30:14
**civilly** [1] - 71:22
**claim** [2] - 74:3, 179:4
**claimed** [4] - 89:18, 140:7, 172:21
**claiming** [1] - 164:16
**claims** [2] - 139:10, 139:14
**clarification** [3] - 160:22, 165:3, 184:5
**clarify** [2] - 157:13, 157:15
**Class** [1] - 62:14
**class** [4] - 68:5, 68:8, 155:18, 155:19
**clean** [1] - 3:9
**cleansed** [1] - 178:9
**clear** [17] - 7:3, 23:10, 25:14, 41:9, 43:4, 43:6, 69:21, 86:8, 105:5, 106:18, 117:19, 118:21, 127:15, 167:21, 176:20, 179:21, 186:3
**clear-cut** [1] - 7:3
**cleared** [1] - 80:22
**clearly** [7] - 24:20, 60:12, 72:13, 79:20, 83:11, 83:20, 118:18
**CLERK** [4] - 2:1, 2:11, 167:21, 167:23
**client** [7] - 6:22, 115:19, 160:23, 182:20, 182:23, 188:20, 193:4
**climb** [1] - 137:18
**climbed** [1] - 65:8
**close** [18] - 20:2, 39:2, 39:3, 39:5, 69:8, 86:12, 89:6, 89:9, 90:9, 90:10, 92:10, 93:22, 129:9, 137:24, 158:25, 187:6, 192:11, 192:12
**closed** [12] - 22:12, 24:18, 44:9, 46:23, 47:13, 47:15, 64:19, 64:22, 95:23, 95:24, 128:1, 130:21, 136:17, 137:16, 137:17, 138:6
**closer** [2] - 8:24, 19:17
**closes** [1] - 23:8

**closest** [1] - 138:3
**closing** [2] - 63:25, 64:20
**clothing** [5] - 16:13, 85:7, 101:16, 116:2, 117:5
**coach** [3] - 79:14, 89:8, 111:20
**coaching** [1] - 35:20
**cockpit** [2] - 87:14, 88:4
**Code** [2] - 115:21, 115:22
**colleagues** [1] - 4:10
**color** [1] - 42:13
**combat** [5] - 4:10, 11:15, 11:20, 11:21, 68:15
**comfortable** [6] - 3:16, 10:22, 20:10, 97:25, 98:2, 111:20
**coming** [8] - 4:10, 12:3, 12:23, 56:23, 92:5, 148:5, 152:19, 190:23
**commander** [4] - 11:14, 11:15, 12:12, 124:17
**commanding** [1] - 30:17
**commands** [1] - 4:6
**communicate** [3] - 8:7, 85:21, 87:18
**communities** [1] - 184:23
**community** [17] - 8:5, 12:15, 122:4, 122:9, 122:10, 127:11, 147:10, 147:25, 183:6, 184:25, 185:3, 185:6, 189:8, 190:9, 190:11, 190:14, 191:13
**company** [3] - 71:1, 76:19, 151:7
**compelling** [1] - 120:7
**competent** [2] - 117:11, 120:4
**complain** [1] - 73:12
**complainant** [1] - 171:22
**complained** [5] - 89:13, 100:10, 102:25, 177:2, 181:12
**complaining** [1] - 100:4
**complaint** [15] - 29:8, 30:8, 36:6, 36:22, 89:12, 100:9, 100:16, 110:20, 110:21, 111:3, 111:4, 111:9, 111:10, 119:2, 119:3
**completed** [1] - 169:10
**completely** [2] - 129:19, 149:25
**complicated** [1] - 30:11
**complies** [3] - 169:9, 170:1, 175:16
**computer** [2] - 1:25, 183:22
**computer-aided** [1] - 1:25
**conceive** [1] - 172:22
**concern** [2] - 142:8, 147:22
**concerned** [6] - 147:15, 147:19, 147:25, 148:10, 148:15, 167:2
**concerning** [1] - 190:19
**conclude** [1] - 162:13
**concluded** [2] - 77:12, 150:4
**conclusion** [1] - 8:16
**conditions** [4] - 60:10, 92:2, 92:5, 135:1
**conduct** [4] - 186:4, 186:10, 188:3, 191:4
**confer** [1] - 99:19
**configuration** [1] - 14:24
**confined** [1] - 156:3

**confirm** [1] - 85:19
**confirmed** [1] - 100:21
**confronted** [4] - 162:24, 163:1, 163:4, 163:18
**confuse** [1] - 43:9
**confused** [2] - 102:4, 102:17
**congregation** [1] - 127:11
**connected** [1] - 12:11
**connection** [1] - 80:23
**consent** [1] - 117:24
**consents** [1] - 117:23
**consequence** [1] - 124:19
**consequences** [1] - 76:5
**conservative** [3] - 17:12, 17:13, 46:12
**consider** [8] - 30:5, 71:15, 78:18, 133:14, 133:15, 145:14, 152:11, 192:9
**constantly** [3] - 67:13, 92:11, 145:20
**constraints** [2] - 161:25, 162:8
**consult** [1] - 193:4
**consultation** [3] - 125:17, 125:18, 125:22
**consulted** [1] - 99:24
**consulting** [2] - 30:10, 161:1
**contact** [22] - 7:21, 20:9, 46:14, 86:24, 106:10, 115:19, 115:21, 115:25, 116:21, 117:4, 118:2, 118:20, 119:3, 119:6, 119:8, 119:16, 128:22, 128:24, 129:8, 132:1, 158:15, 172:6
**contacted** [1] - 147:7
**contending** [1] - 125:16
**contestants** [1] - 69:14
**continue** [14] - 31:2, 31:3, 35:14, 35:21, 38:1, 61:17, 65:21, 83:10, 102:15, 121:2, 121:21, 145:4, 148:16, 191:13
**Continued** [3] - 77:23, 120:18, 121:23
**continued** [1] - 29:14
**CONTINUES** [1] - 38:9, 43:19, 162:21
**continuous** [1] - 78:15
**contours** [1] - 117:11
**conversation** [12] - 6:11, 17:9, 17:15, 17:19, 67:11, 72:25, 86:20, 87:3, 107:9, 107:12, 110:10, 143:1
**conversations** [2] - 6:7, 88:10
**conversing** [2] - 97:25, 98:2
**convicted** [2] - 147:19, 147:24
**conviction** [5] - 30:13, 71:24, 119:22, 147:12, 147:15
**convictions** [1] - 180:20
**coordinator** [1] - 99:23
**copies** [2] - 184:6, 184:10
**copy** [5] - 33:15, 33:18, 34:1, 36:6, 168:7
**correct** [172] - 31:18, 31:19, 32:18, 32:21, 32:24, 34:22, 35:23, 36:15, 36:18, 36:20, 36:23, 37:1, 39:5, 39:7, 39:11, 39:24, 40:2, 40:4, 40:9, 41:13, 44:5, 44:14, 45:16, 45:22, 48:5, 48:7, 48:12, 49:19, 49:22, 50:7, 50:9, 51:5, 52:1, 53:13, 53:19, 53:22, 53:24, 54:2,

54:6, 54:10, 54:22, 54:24, 55:2, 55:3, 55:5, 55:7, 56:23, 56:25, 57:3, 57:8, 57:16, 57:18, 58:6, 58:8, 58:12, 59:3, 59:6, 59:19, 59:21, 60:1, 60:16, 60:19, 62:11, 62:24, 63:10, 63:22, 64:23, 65:1, 65:6, 66:8, 66:22, 67:13, 67:21, 67:25, 68:15, 68:17, 68:22, 69:4, 69:6, 69:9, 69:12, 69:15, 69:17, 69:19, 69:24, 70:1, 70:6, 70:12, 71:4, 71:6, 71:22, 71:25, 72:11, 72:13, 72:16, 72:18, 72:20, 72:23, 73:2, 73:4, 73:18, 73:20, 80:18, 85:22, 86:18, 87:20, 90:13, 90:16, 91:8, 91:16, 91:25, 92:1, 92:8, 92:12, 93:1, 94:18, 94:21, 94:24, 105:19, 108:4, 108:5, 108:7, 108:23, 108:25, 109:2, 109:4, 109:22, 109:23, 109:25, 110:1, 110:3, 110:5, 110:13, 110:14, 110:16, 111:3, 111:22, 112:4, 112:17, 113:8, 114:20, 114:21, 114:22, 119:22, 130:2, 132:17, 133:18, 133:19, 135:6, 137:4, 140:17, 143:3, 143:5, 152:7, 156:19, 157:17, 158:2, 162:25, 165:11, 169:24, 170:13, 174:3, 177:4, 177:11, 177:14, 177:22, 181:15, 183:20, 183:23, 184:6, 184:11, 190:6
**correctly** [3] - 165:7, 179:19, 192:6
**counsel** [6] - 2:3, 2:11, 35:2, 41:11, 121:21, 191:3
**counseling** [10] - 8:14, 125:19, 125:20, 126:20, 143:9, 143:11
**counselling** [2] - 8:13, 173:20
**counselor** [1] - 143:7
**count** [1] - 89:4
**country** [4] - 120:2, 144:1, 145:6, 173:15
**couple** [2] - 74:13, 115:4
**course** [15] - 30:19, 33:12, 44:15, 89:3, 98:7, 100:5, 100:22, 107:4, 115:6, 128:4, 136:18, 142:5, 148:15, 152:1, 166:15
**court** [8] - 9:22, 16:16, 23:1, 27:7, 38:5, 96:20, 175:10, 188:22
**COURT** [195] - 1:1, 2:9, 2:15, 2:20, 3:1, 3:9, 3:14, 3:20, 3:22, 6:21, 9:1, 9:4, 9:7, 9:10, 15:3, 15:5, 15:20, 16:21, 16:24, 17:25, 18:22, 18:24, 22:24, 23:1, 25:20, 25:25, 26:12, 26:25, 31:1, 31:3, 32:1, 33:6, 33:24, 34:18, 35:6, 35:14, 35:21, 37:7, 37:19, 37:22, 38:7, 38:22, 41:4, 41:7, 41:14, 41:18, 41:24, 42:10, 42:12, 42:18, 43:2, 43:6, 43:10, 43:15, 45:9, 49:10, 50:22, 51:3, 52:16, 57:12, 59:24, 61:4, 61:7, 61:9, 61:17, 61:25, 63:13, 65:21, 66:14, 66:17, 69:23, 70:5, 70:15, 70:20, 71:17, 73:10, 77:4, 77:6, 77:14, 77:16, 77:19, 77:21, 80:17, 81:9, 82:12, 82:16, 82:19, 82:21, 83:7, 83:9, 84:9, 85:15, 86:17, 86:19, 89:15, 89:25, 95:9, 95:17, 96:1, 96:5, 96:10, 96:13, 99:11, 101:24, 102:14, 103:12, 104:20, 107:7,

107:21, 110:23, 111:2, 114:25, 115:4, 115:8, 115:11, 115:13, 115:23, 116:14, 119:10, 119:21, 120:9, 120:12, 121:2, 121:6, 121:10, 121:13, 121:16, 121:20, 133:1, 133:7, 139:24, 140:20, 140:23, 140:25, 144:24, 145:1, 145:4, 157:13, 157:15, 160:15, 160:18, 161:2, 161:6, 161:9, 161:12, 161:15, 161:17, 161:23, 162:4, 162:6, 162:9, 162:12, 162:18, 162:20, 165:6, 168:1, 168:4, 168:9, 168:12, 168:14, 169:3, 169:7, 176:4, 176:8, 176:11, 176:14, 181:18, 181:22, 182:1, 182:10, 182:13, 182:15, 182:18, 182:24, 184:13, 185:15, 185:17, 186:11, 186:21, 187:22, 188:5, 188:12, 188:14, 188:17, 188:18, 188:21, 188:23, 191:5, 191:10, 191:12, 191:16, 192:22, 192:25, 193:5, 193:16
   **Court** [14] - 1:22, 2:17, 3:23, 9:9, 12:6, 21:22, 50:15, 77:20, 96:12, 121:15, 132:20, 165:18, 165:21, 182:17
   **Court's** [2] - 2:24, 3:7
   **Courthouse** [1] - 1:7
   **courtroom** [11] - 3:5, 10:2, 15:13, 16:10, 67:3, 82:3, 85:5, 101:13, 127:3, 127:6, 165:10
   **cousin** [4] - 189:6, 190:6, 191:19, 192:7
   **cousins** [1] - 192:12
   **cover** [11] - 5:2, 25:17, 40:22, 40:24, 51:7, 91:22, 131:23, 134:15, 134:25, 175:1, 175:13
   **covered** [34] - 5:8, 18:16, 22:12, 24:2, 40:6, 40:14, 40:16, 43:22, 46:18, 46:21, 50:9, 50:11, 51:8, 52:21, 52:22, 54:18, 54:20, 54:22, 55:12, 55:15, 60:4, 60:6, 129:18, 131:21, 132:16, 132:20, 133:3, 134:13, 134:15, 134:24, 157:24, 158:1, 159:4, 171:14
   **covering** [16] - 40:12, 50:18, 51:2, 51:4, 51:10, 51:12, 51:20, 51:25, 52:12, 52:15, 52:19, 64:1, 64:13, 132:23, 156:13
   **CR** [2] - 1:4, 2:2
   **creating** [1] - 20:5
   **credibility** [1] - 185:11
   **crew** [3] - 5:22, 87:22, 93:9
   **crime** [2] - 115:17, 118:14
   **criminal** [1] - 2:1
   **CROSS** [12] - 31:8, 90:1, 107:18, 142:20, 186:25, 192:2, 194:5, 194:10, 194:18, 194:22, 195:3, 195:8
   **cross** [7] - 113:15, 160:25, 173:24, 175:5, 186:9, 187:23, 187:24
   **CROSS-EXAMINATION** [12] - 31:8, 90:1, 107:18, 142:20, 186:25, 192:2, 194:5, 194:10, 194:18, 194:22, 195:3, 195:8
   **cross-examination** [5] - 113:15, 160:25, 173:24, 175:5, 186:9

   **crowded** [1] - 7:5
   **curls** [4] - 72:4, 72:6, 72:8, 72:11
   **current** [1] - 35:3
   **curtain** [6] - 95:16, 95:17, 95:19, 95:23, 138:6, 138:11
   **cut** [3] - 7:3, 69:11, 191:8

# D

   **Dar** [7] - 188:13, 188:16, 188:18, 188:25, 189:4, 192:22, 195:6
   **dark** [10] - 7:18, 55:7, 60:13, 60:16, 81:23, 92:6, 92:14, 93:19, 94:1, 154:20
   **darker** [1] - 42:14
   **darkness** [2] - 92:7, 92:11
   **date** [2] - 13:4, 34:3
   **daughter** [2] - 122:23, 128:8
   **daughters** [1] - 128:21
   **DAVID** [1] - 1:16
   **David** [1] - 2:5
   **dawn** [1] - 92:12
   **days** [5] - 29:22, 78:24, 98:10, 143:16, 143:17
   **deal** [5] - 126:22, 127:1, 127:16, 128:20, 170:9
   **dealing** [1] - 125:16
   **dealt** [1] - 126:22
   **Death** [1] - 134:12
   **deceived** [1] - 27:14
   **December** [2] - 78:16, 190:5
   **decency** [1] - 100:22
   **decide** [7] - 8:18, 23:20, 24:14, 100:6, 129:15, 156:10, 161:22
   **decided** [5] - 11:11, 100:2, 100:5, 103:1, 113:1
   **decision** [5] - 99:25, 100:1, 100:20, 147:21, 164:20
   **deck** [1] - 111:19
   **declined** [1] - 172:10
   **deep** [17] - 44:23, 44:24, 44:25, 50:7, 50:8, 102:16, 133:17, 154:3, 155:5, 155:8, 155:9, 155:10, 158:25, 163:15, 176:23, 177:4, 181:10
   **deeper** [5] - 20:23, 44:24, 50:3, 50:6, 50:8
   **deeply** [2] - 48:1, 177:5
   **defendant** [70] - 2:11, 4:22, 5:4, 5:6, 5:9, 5:12, 5:15, 5:17, 5:19, 6:5, 6:8, 6:11, 6:16, 16:15, 16:20, 17:9, 19:7, 19:18, 21:13, 22:14, 23:10, 23:13, 24:14, 25:9, 25:16, 26:1, 27:23, 28:5, 28:19, 36:9, 37:4, 37:10, 38:14, 39:3, 43:21, 44:25, 45:6, 52:17, 74:19, 85:14, 87:18, 87:22, 87:23, 88:6, 101:23, 101:25, 102:18, 103:5, 103:11, 103:20, 103:23, 104:22, 105:20, 106:4, 106:10, 106:20, 106:22, 106:25, 107:1, 107:5, 107:13, 117:13, 118:7, 118:13, 119:20, 119:24, 176:5, 193:7

   **Defendant** [2] - 1:9, 1:19
   **defendant's** [2] - 4:24, 120:13
   **Defendant's** [2] - 41:3, 43:17
   **defense** [2] - 68:17, 193:13
   **Defense** [4] - 42:2, 42:16, 42:20, 43:21
   **define** [1] - 110:18
   **defined** [2] - 115:21, 116:21
   **definitely** [5] - 46:23, 98:1, 98:4, 107:11, 190:18
   **definition** [12] - 110:9, 113:3, 116:22, 117:3, 117:11, 118:2, 118:4, 118:15, 118:20, 119:7, 119:15, 160:3
   **definitions** [1] - 117:1
   **degrade** [3] - 116:4, 116:8, 117:6
   **degree** [2] - 125:9, 175:9
   **degrees** [4] - 175:9, 176:6, 176:8
   **delivered** [1] - 153:3
   **Delta** [45] - 4:1, 7:5, 13:14, 32:17, 39:7, 39:11, 40:19, 41:16, 42:6, 48:5, 70:24, 71:2, 71:6, 71:9, 71:12, 71:15, 71:19, 73:12, 73:17, 78:12, 89:8, 91:19, 92:3, 97:2, 97:3, 97:6, 97:12, 97:15, 112:18, 112:21, 112:22, 129:1, 129:10, 138:15, 139:19, 142:2, 149:4, 149:16, 151:3, 151:5, 151:6, 174:14, 181:9, 187:9, 192:17
   **demeanor** [4] - 82:22, 102:1, 110:1, 138:21
   **demonstrate** [3] - 21:21, 21:22, 50:15
   **denied** [2] - 118:25, 120:8
   **deny** [1] - 6:8
   **denying** [1] - 120:12
   **departments** [1] - 11:15
   **descent** [1] - 85:1
   **describe** [11] - 21:18, 23:3, 27:19, 39:2, 40:18, 72:3, 74:24, 81:20, 82:6, 84:23, 101:16
   **described** [2] - 72:10, 147:9
   **describing** [1] - 72:10
   **description** [2] - 85:8, 101:17
   **desire** [3] - 116:5, 116:9, 117:7
   **despite** [1] - 158:24
   **destination** [2] - 13:9, 97:16
   **details** [2] - 100:4, 103:4
   **devastating** [1] - 147:13
   **Devil** [1] - 134:12
   **devoting** [1] - 8:11
   **diagonal** [1] - 90:10
   **diagram** [7] - 4:19, 15:7, 15:19, 79:17, 84:8, 98:21, 98:23
   **diagrams** [1] - 14:4
   **dictate** [1] - 145:7
   **dictated** [3] - 33:8, 61:20, 62:2
   **dictating** [1] - 62:5
   **difference** [1] - 121:9
   **different** [6] - 12:20, 42:6, 149:17, 152:13, 152:14, 155:25
   **differently** [1] - 152:15
   **difficult** [4] - 134:22, 148:9, 155:16,

173:22
**difficulty** [1] - 75:25
**dim** [1] - 95:22
**dimensions** [1] - 43:12
**dinner** [3] - 17:3, 17:17, 35:12
**dinners** [1] - 12:16
**DIRECT** [12] - 9:14, 78:2, 96:17, 122:1, 183:1, 189:2, 194:4, 194:9, 194:17, 194:21, 195:2, 195:7
**direct** [21] - 13:1, 78:21, 98:8, 98:21, 117:12, 120:4, 120:6, 143:4, 143:19, 149:4, 149:15, 151:8, 151:16, 154:2, 154:24, 156:19, 169:19, 182:21, 186:5, 188:2, 193:3
**directing** [1] - 128:19
**direction** [1] - 137:23
**directly** [5] - 29:7, 35:5, 116:1, 117:5, 117:14
**dirty** [1] - 17:17
**discharge** [1] - 125:10
**discharged** [1] - 125:8
**discussed** [2] - 86:25, 104:21
**discussion** [2] - 103:23, 105:20
**disk** [1] - 184:3
**disks** [1] - 184:1
**dismiss** [2] - 115:16, 116:11
**dispute** [1] - 7:4
**disrespectful** [2] - 172:1, 172:4
**distance** [2] - 183:9, 189:9
**distraught** [1] - 83:11
**distributed** [3] - 126:16, 184:7, 184:8
**distribution** [1] - 126:2
**DISTRICT** [2] - 1:1, 1:1
**disturbed** [2] - 6:1, 48:18
**divider** [1] - 137:7
**division** [2] - 125:1, 125:4
**docket** [1] - 2:1
**doctor** [1] - 104:3
**document** [13] - 14:8, 14:11, 14:14, 14:20, 14:21, 63:2, 63:4, 63:5, 80:1, 168:16, 168:18, 168:22, 168:23
**Doe** [1] - 115:20
**done** [4] - 59:12, 114:6, 162:13, 182:3
**dong** [1] - 3:15
**door** [8] - 86:12, 86:14, 88:19, 106:14, 127:19, 127:25, 128:1, 150:7
**doubt** [4] - 6:15, 74:18, 118:23, 182:4
**doubts** [2] - 54:1, 54:4
**down** [25] - 21:4, 33:9, 40:22, 40:23, 45:20, 46:25, 47:4, 50:19, 52:10, 55:20, 55:22, 62:4, 96:21, 102:5, 129:21, 130:2, 130:18, 130:20, 130:21, 132:24, 137:12, 148:23, 149:11, 150:7, 181:20
**downstairs** [2] - 106:15, 141:14
**drafted** [1] - 124:1
**drawing** [1] - 128:25
**drawn** [2] - 95:16, 95:19
**dresses** [2] - 17:12, 180:2
**drink** [3] - 93:11, 153:20, 153:22

**drinks** [1] - 105:24
**drive** [1] - 183:14
**drug** [1] - 153:24
**dry** [1] - 126:15
**duly** [5] - 9:9, 77:20, 96:12, 121:15, 188:22
**during** [27] - 3:5, 4:22, 6:7, 6:10, 6:11, 7:7, 7:8, 7:18, 23:24, 23:25, 44:5, 81:10, 99:12, 106:5, 106:6, 114:13, 124:22, 129:20, 151:19, 151:21, 151:22, 152:1, 152:2, 170:22, 172:7, 175:6, 175:9
**duty** [5] - 11:16, 27:5, 98:19, 103:2, 104:7

# E

**early** [3] - 7:13, 13:21, 79:11
**ease** [1] - 8:12
**easier** [3] - 21:21, 131:25, 151:2
**East** [2] - 1:17, 1:22
**EASTERN** [1] - 1:1
**easy** [2] - 58:23, 63:2
**eat** [2] - 35:12, 131:17
**eating** [1] - 131:19
**ebay** [1] - 41:12
**economic** [1] - 173:22
**economy** [9] - 99:18, 99:23, 100:3, 104:12, 104:13, 105:22, 105:23, 111:13
**Eden** [1] - 123:2
**education** [1] - 125:18, 126:21
**effective** [1] - 126:24
**effort** [3] - 7:19, 7:20, 180:20
**Efrat** [1] - 123:13
**eight** [4] - 123:11, 128:9, 128:16, 150:14
**either** [5] - 116:1, 117:4, 184:16, 184:17, 189:16
**El** [16] - 4:1, 7:4, 7:8, 7:23, 8:20, 9:6, 9:12, 39:9, 129:16, 150:22, 151:2, 174:16, 174:18, 179:23, 180:19, 194:3
**elapsed** [1] - 56:3
**elderly** [1] - 145:18
**eldest** [2] - 122:23, 123:2
**elements** [3] - 115:16, 116:19, 118:19
**eleven** [8] - 8:7, 103:15, 105:6, 114:15, 122:17, 144:18, 164:21, 166:2
**elite** [11] - 86:3, 86:15, 98:20, 99:6, 100:18, 106:2, 106:17, 106:23, 111:13, 111:19, 111:23
**Elmo** [4] - 9:2, 33:23, 33:24, 79:16
**email** [2] - 32:9, 32:11
**embarrassing** [1] - 172:1
**emotional** [3] - 125:17, 126:23, 143:11
**employed** [4] - 78:9, 96:24, 125:14, 189:10
**employee** [4] - 73:12, 73:17, 138:15, 142:2
**employees** [1] - 112:22

**employment** [1] - 97:1
**empty** [4] - 84:4, 84:12, 84:15
**encounter** [1] - 101:4
**encountered** [1] - 26:16
**encourages** [1] - 12:8
**end** [2] - 126:12, 169:11
**energies** [1] - 8:12
**enforcement** [10] - 87:1, 87:8, 87:10, 87:15, 88:13, 88:15, 88:20, 106:7, 166:4, 166:7
**engaging** [3] - 115:19, 119:3, 119:4
**English** [23] - 10:10, 10:12, 10:23, 33:4, 33:7, 62:25, 75:11, 85:20, 97:25, 98:3, 98:6, 100:25, 104:4, 106:25, 121:19, 127:14, 167:5, 167:8, 169:12, 169:13, 188:19
**enlisted** [1] - 124:5
**enter** [3] - 147:20, 147:23, 148:11
**entertaining** [1] - 76:3
**entire** [8] - 131:21, 131:23, 134:21, 134:23, 134:24, 142:5, 164:24, 165:2
**entirely** [2] - 175:23, 176:15
**equally** [1] - 98:2
**equivalent** [2] - 160:8, 160:12
**ER** [1] - 2:18
**Erez** [3] - 182:6, 182:11, 195:1
**error** [2] - 123:9, 172:22
**errors** [1] - 66:10
**erupted** [6] - 60:18, 61:9, 62:18, 62:23, 63:9, 63:20
**escort** [1] - 3:10
**escorted** [3] - 106:15, 106:16, 106:21
**especially** [1] - 76:2
**ESQ** [1] - 1:19
**established** [1] - 63:22
**establishment** [1] - 61:1
**esteem** [1] - 8:8
**estimate** [1] - 154:9
**estimated** [1] - 184:3
**et** [1] - 105:24
**evening** [3] - 79:23, 126:12, 181:24
**event** [2] - 12:13, 12:14
**events** [5] - 12:15, 12:16, 32:17, 153:5, 183:19
**eventually** [5] - 20:12, 20:22, 40:8, 72:20, 100:12
**evidence** [26] - 3:25, 4:8, 6:15, 7:2, 7:10, 7:17, 7:19, 7:22, 7:25, 8:4, 8:17, 119:4, 43:16, 116:9, 119:8, 119:9, 119:18, 119:19, 119:21, 119:25, 120:3, 120:4, 120:6, 120:13, 132:10, 132:13
**Evidence** [1] - 186:6
**exact** [5] - 23:8, 104:15, 113:3, 152:23, 175:9
**exactly** [15] - 4:20, 35:13, 58:23, 66:13, 67:16, 67:19, 75:11, 83:14, 84:5, 113:24, 114:4, 132:18, 139:15, 174:9, 191:15
**examination** [7] - 113:15, 149:15,

8

160:25, 173:24, 175:5, 186:5, 186:9
**EXAMINATION** [47] - 9:14, 31:8, 38:9, 43:19, 74:11, 78:2, 90:1, 93:5, 94:16, 95:6, 95:14, 96:17, 107:18, 113:11, 114:18, 122:1, 142:20, 162:21, 173:11, 179:9, 183:1, 186:25, 187:17, 189:2, 192:2, 194:4, 194:5, 194:6, 194:9, 194:10, 194:11, 194:12, 194:13, 194:14, 194:17, 194:18, 194:19, 194:20, 194:21, 194:22, 194:23, 194:24, 195:2, 195:3, 195:4, 195:7, 195:8
**examine** [1] - 157:18
**examined** [1] - 149:24
**example** [2] - 23:5, 157:19
**except** [3] - 17:16, 128:6, 155:18
**exceptional** [1] - 153:12
**excited** [2] - 83:6, 110:3
**excuse** [7] - 45:7, 47:17, 50:23, 81:21, 106:3, 116:15, 171:7
**excused** [11] - 77:4, 77:5, 96:5, 96:7, 114:25, 115:1, 181:19, 188:7, 188:9, 192:22, 192:24
**exercise** [2] - 154:10, 154:11
**Exhibit** [17] - 14:5, 14:9, 15:2, 26:22, 41:3, 42:2, 42:16, 42:20, 43:1, 43:9, 43:17, 43:22, 79:16, 132:10, 132:12, 168:17, 169:21
**exhibit** [3] - 81:16, 86:5, 104:18
**Exhibits** [1] - 84:10
**exited** [1] - 7:8
**exiting** [1] - 7:24
**expecting** [1] - 57:7
**experience** [2] - 90:18, 150:20
**experienced** [1] - 78:18
**experiencing** [1] - 27:2
**explain** [7] - 22:21, 27:15, 62:13, 70:3, 141:10, 179:19, 179:20
**explained** [2] - 66:13, 139:18
**express** [2] - 103:20, 107:13
**expressly** [3] - 116:23, 117:1, 118:4
**extent** [2] - 52:14, 128:16
**extra** [2] - 29:20, 29:22
**extremely** [1] - 8:5
**Eye** [1] - 7:11
**eyes** [16] - 5:15, 22:12, 23:9, 24:18, 24:19, 24:20, 44:9, 45:14, 46:23, 63:25, 64:18, 64:22, 90:20, 102:8, 136:15, 136:17

**F**

**fabric** [2] - 42:8, 157:16
**face** [6] - 54:22, 60:8, 83:2, 94:2, 163:21, 178:13
**facing** [2] - 127:5, 176:15
**fact** [31] - 7:4, 7:6, 7:7, 41:21, 88:13, 101:4, 103:5, 106:8, 117:20, 118:13, 118:16, 127:18, 143:1, 143:19, 143:24,

145:1, 147:25, 149:5, 153:9, 155:11, 155:22, 156:8, 156:21, 158:14, 166:16, 167:8, 167:11, 170:10, 173:23, 179:16, 181:9
**facts** [3] - 3:8, 36:25, 63:7
**failure** [1] - 115:16
**faint** [1] - 93:21
**fair** [9] - 89:5, 147:9, 147:12, 151:24, 153:5, 154:11, 155:16, 180:6, 187:6
**fairly** [3] - 89:9, 90:10, 92:6
**faithfully** [1] - 107:3
**fall** [31] - 7:19, 18:15, 18:17, 19:16, 20:11, 20:12, 20:13, 20:25, 39:18, 39:20, 39:23, 47:18, 47:21, 49:21, 50:1, 74:15, 91:6, 91:10, 133:12, 158:25, 176:1, 176:20, 176:23, 177:4, 179:25, 180:8, 180:12, 180:14, 181:2
**falling** [4] - 18:12, 19:2, 20:23, 91:8
**fame** [7] - 69:24, 70:11, 70:14, 70:16, 70:17, 75:24, 76:1
**familiar** [1] - 151:7
**family** [3] - 76:10, 76:14, 114:9
**famous** [1] - 76:4
**far** [5] - 82:10, 161:25, 167:2, 169:16, 192:12
**fast** [2] - 23:8, 57:4
**father** [1] - 145:19
**fault** [1] - 179:22
**favor** [1] - 119:19
**favorable** [1] - 119:24
**FBI** [43] - 2:7, 31:17, 31:20, 32:4, 32:17, 33:3, 35:25, 36:8, 36:13, 38:11, 38:13, 38:19, 38:20, 44:16, 72:4, 75:21, 108:16, 108:19, 166:16, 167:1, 167:3, 167:15, 169:16, 169:17, 170:4, 170:7, 170:15, 170:19, 170:22, 171:1, 171:6, 171:11, 171:14, 171:17, 171:20, 171:25, 172:6, 172:13, 172:17, 173:6, 178:20, 179:3, 179:5
**fear** [1] - 176:24
**Federal** [1] - 186:6
**feed** [1] - 126:4
**feeding** [1] - 8:10
**fell** [13] - 7:6, 19:16, 40:10, 47:16, 49:18, 49:19, 49:24, 50:3, 50:5, 72:20, 153:17, 159:6, 181:10
**felony** [2] - 118:6, 118:8
**felt** [8] - 19:1, 19:3, 20:20, 21:10, 27:10, 52:8, 55:18, 56:4
**female** [2] - 81:23, 135:23
**females** [1] - 128:24
**Ferro** [14] - 5:24, 77:18, 77:25, 78:4, 78:7, 79:12, 79:25, 81:10, 82:12, 89:16, 89:22, 90:3, 95:8, 194:8
**festive** [2] - 177:12, 183:19
**festivities** [1] - 126:12
**few** [3] - 4:9, 5:11, 29:22
**fifteen** [2] - 89:4, 89:11
**figure** [1] - 161:12
**figured** [1] - 3:6

**filled** [2] - 129:14, 129:17
**filling** [1] - 174:5
**fills** [1] - 150:8
**finally** [1] - 131:15
**finals** [1] - 69:6
**fine** [4] - 3:14, 3:19, 9:1, 9:4
**finger** [1] - 99:4
**fingers** [1] - 21:20
**finished** [5] - 65:19, 153:15, 169:10, 181:24, 182:3
**firm** [2] - 61:13, 75:2
**firmly** [1] - 74:23
**first** [51] - 5:23, 6:23, 10:10, 10:14, 10:15, 11:22, 11:25, 14:10, 16:1, 17:3, 17:23, 24:1, 30:23, 31:4, 40:8, 41:19, 49:8, 49:11, 52:22, 55:13, 68:22, 72:15, 96:15, 97:23, 99:16, 100:2, 108:22, 113:23, 117:10, 117:25, 127:14, 131:25, 138:3, 138:4, 141:7, 149:7, 151:6, 159:11, 163:12, 163:15, 164:10, 168:22, 168:23, 169:4, 169:11, 169:12, 169:20, 169:24, 174:15, 189:6
**fits** [1] - 119:15
**five** [13] - 4:6, 11:5, 78:16, 81:24, 85:2, 111:7, 122:6, 123:13, 126:18, 146:14, 150:12, 160:19
**five-one** [1] - 81:24
**five-ten** [1] - 85:2
**five-two** [1] - 81:24
**five-year** [1] - 78:16
**fix** [1] - 20:15
**fixed** [1] - 134:22
**flat** [1] - 19:12
**flew** [3] - 28:15, 39:15, 150:22
**flies** [1] - 7:12
**flight** [156] - 4:1, 4:22, 5:22, 5:23, 6:2, 6:3, 6:17, 7:5, 7:7, 7:8, 7:9, 7:11, 7:14, 7:18, 12:1, 13:1, 13:2, 13:4, 13:7, 13:9, 13:15, 13:17, 13:25, 17:2, 23:24, 23:25, 26:7, 26:8, 26:14, 26:16, 27:15, 27:18, 28:6, 28:23, 32:18, 36:9, 37:4, 37:9, 37:15, 37:16, 38:14, 39:11, 41:10, 41:22, 42:7, 43:12, 44:5, 44:17, 64:16, 65:2, 65:24, 67:1, 67:7, 68:8, 68:10, 73:4, 78:12, 78:13, 78:18, 79:1, 79:8, 80:5, 81:10, 85:25, 87:1, 87:4, 87:8, 87:11, 87:16, 87:22, 87:25, 88:1, 88:12, 88:13, 88:15, 88:24, 90:18, 91:18, 92:3, 92:7, 97:2, 97:3, 97:12, 97:13, 98:12, 98:14, 98:19, 99:12, 99:17, 99:19, 100:7, 100:11, 100:21, 101:1, 101:10, 103:2, 104:7, 106:3, 106:5, 106:6, 106:7, 106:8, 110:18, 111:11, 111:12, 128:25, 129:4, 129:13, 129:20, 130:4, 130:10, 130:22, 131:19, 133:14, 135:20, 135:23, 136:3, 138:12, 139:19, 139:20, 141:2, 141:11, 146:19, 146:20, 146:25, 148:17, 151:3, 151:5, 151:17, 153:10, 162:2, 163:8, 164:2, 165:4, 166:4, 166:5, 170:19, 170:20, 170:22,

171:18, 171:21, 172:7, 176:23, 177:11, 180:5, 181:9, 187:9, 187:19, 187:24, 187:25, 192:18

**flights** [15] - 89:2, 89:5, 89:11, 90:19, 91:6, 91:15, 91:21, 98:5, 138:10, 146:16, 150:14, 150:19, 179:13, 179:17

**flown** [3] - 39:7, 90:22, 174:14

**fluent** [1] - 182:8

**fly** [11] - 39:9, 41:16, 70:23, 71:19, 97:6, 97:8, 146:11, 174:16, 174:18, 179:23, 192:17

**flying** [6] - 78:17, 79:5, 92:11, 150:23, 151:6

**focus** [1] - 132:19

**focused** [1] - 179:21

**folded** [1] - 51:14

**folds** [1] - 21:4

**follow** [2] - 84:18, 175:8

**followed** [1] - 106:16

**following** [1] - 13:21

**fond** [2] - 192:13, 192:15

**food** [11] - 17:3, 72:25, 73:6, 126:11, 126:12, 126:13, 131:4, 131:6, 131:9, 153:3, 172:8

**forbid** [3] - 105:3, 142:17, 179:22

**Force** [2] - 125:3, 125:5

**forces** [1] - 29:14

**Forest** [1] - 108:6

**forgot** [3] - 40:25, 123:16, 139:18

**form** [1] - 186:8

**forth** [3] - 116:18, 118:14, 138:8

**forty** [1] - 122:15

**forty-seven** [1] - 122:15

**forward** [8] - 10:22, 80:14, 80:16, 99:3, 99:9, 104:11, 104:12, 106:23

**foundation** [1] - 41:21

**four** [20] - 12:20, 90:12, 111:7, 122:19, 123:15, 126:18, 130:13, 130:15, 146:14, 150:12, 150:18, 151:10, 152:5, 152:9, 160:19, 160:20, 183:15, 186:20

**fourteen** [2] - 78:14, 78:15

**framework** [1] - 153:13

**Frankfort** [1] - 97:8

**free** [1] - 126:2

**French** [1] - 97:18

**frequent** [1] - 150:9

**frequently** [1] - 146:12

**Friday** [1] - 177:12

**friend** [5] - 187:4, 187:6, 192:9, 192:10

**friends** [2] - 76:10, 76:14

**front** [13] - 5:3, 21:4, 26:23, 55:1, 60:8, 79:17, 80:4, 90:7, 94:1, 98:22, 99:7, 101:18, 168:19

**Fuchs** [1] - 146:18

**full** [7] - 7:15, 39:11, 129:13, 150:1, 150:24, 174:5, 189:21

**full-time** [1] - 189:21

**fully** [12] - 21:10, 53:6, 54:10, 57:3, 57:7, 134:24, 154:14, 175:17, 175:19,
176:7, 177:7

**function** [3] - 152:4, 152:8, 152:14

**functional** [1] - 152:12

**future** [1] - 162:8

**G**

**gain** [1] - 191:21

**Galilee** [1] - 124:25

**gallery** [1] - 82:10

**galley** [49] - 26:23, 65:2, 65:10, 80:23, 81:1, 81:2, 81:3, 81:8, 81:14, 81:18, 83:1, 84:3, 84:20, 85:19, 86:23, 87:7, 90:9, 90:13, 90:15, 92:24, 93:7, 93:14, 93:15, 93:22, 93:23, 94:18, 94:20, 94:23, 94:25, 95:1, 95:11, 95:12, 95:19, 104:13, 104:14, 104:16, 104:19, 104:21, 106:17, 106:23, 114:4, 114:14, 138:2, 138:5, 138:6, 138:17, 138:20, 141:7

**galleys** [1] - 80:25

**Gavriel** [8] - 2:13, 4:22, 6:22, 121:4, 121:22, 183:5, 189:5, 189:7

**GAVRIEL** [1] - 1:8

**Gene** [1] - 1:22

**general** [3] - 80:4, 119:13, 174:24

**generally** [2] - 83:24, 130:13

**genitalia** [1] - 116:2

**gentle** [2] - 190:21, 190:23

**gentleman** [3] - 85:9, 88:23, 106:20

**geometrist** [1] - 176:13

**German** [1] - 97:18

**Germany** [1] - 97:9

**gestures** [1] - 83:21

**gift** [4] - 145:10, 145:11, 145:14

**girl** [2] - 122:24, 136:5

**girls** [1] - 11:10

**given** [4] - 8:23, 77:11, 147:8, 177:2

**glass** [1] - 105:16

**God** [1] - 105:3

**Government** [7] - 1:15, 14:5, 14:9, 15:2, 84:10, 168:17, 169:20

**government** [18] - 2:3, 7:3, 8:18, 9:6, 69:1, 72:3, 76:20, 77:11, 77:18, 96:9, 115:3, 118:1, 118:13, 146:3, 146:4, 168:6, 193:9, 193:11

**Government's** [2] - 26:22, 79:16

**government's** [6] - 2:6, 115:6, 115:15, 117:8, 118:10, 160:24

**grabbing** [3] - 5:13, 52:7, 58:10

**grabs** [1] - 117:21

**granted** [1] - 120:11

**grasp** [1] - 58:24

**grateful** [1] - 38:6

**gratify** [4] - 116:4, 117:7, 117:16, 119:14

**gray** [2] - 82:16, 82:17

**great** [5] - 10:4, 82:19, 126:22, 126:25, 193:16

**grew** [1] - 97:20

**groin** [22] - 4:25, 21:10, 21:11, 21:15, 37:5, 50:2, 52:7, 53:4, 53:10, 53:11, 53:12, 53:17, 53:19, 67:21, 67:24, 74:3, 74:19, 116:2, 117:5, 117:12, 119:11, 142:12

**group** [4] - 4:15, 4:17, 12:19, 124:22

**guess** [5] - 52:14, 85:2, 99:9, 110:17, 110:22, 110:24

**guest** [1] - 128:23

**guidance** [2] - 8:13, 8:15

**guilty** [2] - 8:21, 118:13

**Gurion** [1] - 13:8

**guy** [2] - 67:12, 190:20

**H**

**hair** [2] - 81:23, 82:8

**half** [16] - 37:3, 37:17, 68:11, 93:9, 106:1, 111:25, 124:6, 134:21, 153:3, 155:24, 156:12, 161:12, 177:10, 177:13, 183:9, 190:5

**halls** [1] - 126:11

**hallway** [2] - 3:13, 88:7

**Hana** [1] - 9:19

**hand** [94] - 4:24, 5:7, 9:8, 10:18, 19:3, 19:5, 19:9, 19:12, 19:17, 19:21, 19:24, 20:4, 20:9, 20:15, 21:15, 21:19, 21:23, 22:1, 22:7, 22:9, 22:11, 24:5, 24:7, 24:8, 24:9, 24:11, 24:12, 25:4, 25:21, 37:4, 45:21, 45:24, 46:3, 46:4, 46:5, 46:20, 47:9, 47:11, 47:18, 47:21, 47:24, 48:2, 48:3, 48:19, 49:5, 50:2, 53:4, 53:10, 53:12, 53:15, 53:17, 53:18, 53:19, 55:19, 56:16, 56:18, 56:19, 56:22, 57:5, 57:15, 57:22, 57:25, 58:15, 68:17, 74:6, 74:7, 77:19, 83:18, 94:1, 96:11, 100:12, 117:20, 119:12, 121:14, 128:11, 128:12, 128:14, 128:15, 130:10, 132:9, 137:8, 158:10, 158:13, 159:3, 168:7, 182:16, 188:18, 188:21

**hand-to-hand** [1] - 68:17

**handed** [2] - 5:10, 23:22

**handle** [2] - 58:24, 99:20

**handled** [1] - 184:9

**handles** [1] - 39:4

**hands** [5] - 5:12, 21:6, 83:1, 83:25, 117:14, 133:3, 133:5, 133:6, 158:8, 178:6, 178:14, 178:17

**handwriting** [5] - 33:10, 33:11, 34:5, 34:7, 34:10

**handwritten** [1] - 33:1

**happy** [3] - 116:12, 168:7, 193:14

**harass** [3] - 116:4, 116:8, 117:6

**hard** [5] - 33:4, 33:6, 64:20, 76:2, 89:4

**harm** [2] - 105:9, 114:7

**head** [66] - 4:18, 5:2, 7:22, 18:16, 21:7, 22:12, 23:14, 24:2, 24:17, 24:24, 24:25, 25:6, 25:17, 25:23, 36:10, 37:10, 38:15,

40:16, 40:23, 46:18, 46:22, 50:11, 50:19, 51:4, 51:20, 51:22, 51:25, 52:10, 52:19, 52:21, 54:16, 54:21, 55:12, 55:14, 55:19, 58:4, 58:15, 60:2, 60:4, 60:5, 60:6, 61:12, 64:1, 64:13, 64:14, 64:18, 64:23, 94:25, 95:1, 95:11, 102:5, 128:11, 128:13, 131:22, 131:23, 132:3, 132:23, 133:13, 134:24, 135:6, 135:9, 136:14, 137:5, 171:14

**heading** [4] - 20:16, 23:15, 60:8, 117:1
**heads** [1] - 91:23
**hear** [4] - 5:6, 5:23, 6:2, 10:2, 22:23, 26:11, 102:12, 116:13, 120:13, 144:25, 159:25, 165:15, 182:20, 182:23
**heard** [13] - 6:14, 41:20, 89:12, 135:13, 136:12, 136:19, 159:11, 159:19, 165:13, 184:22, 184:24, 185:1, 190:8
**heavens** [2] - 142:17, 179:21
**heavy** [1] - 133:15
**hebrew** [1] - 29:3
**Hebrew** [28] - 2:17, 6:3, 10:15, 10:18, 68:24, 75:4, 75:8, 97:18, 97:19, 97:24, 98:2, 98:6, 102:18, 102:20, 104:4, 138:15, 141:22, 142:2, 157:8, 166:25, 167:1, 167:4, 167:6, 169:4, 169:11, 182:8, 182:20, 182:22
**height** [2] - 85:1
**held** [4] - 6:18, 8:7, 119:7, 189:12
**hello** [1] - 90:4
**help** [14] - 8:13, 95:22, 127:2, 144:12, 146:21, 146:22, 147:5, 147:6, 148:8, 148:16, 173:19, 173:23, 190:22, 190:24
**helped** [2] - 105:24, 127:8
**helpful** [1] - 191:13
**helping** [3] - 146:21, 148:1, 148:14
**helps** [1] - 148:14
**herself** [3] - 5:8, 137:7, 164:17
**hi** [1] - 67:10
**high** [3] - 8:8, 123:19, 123:20
**highest** [1] - 124:9
**Hills** [1] - 108:7
**himself** [8] - 22:8, 25:18, 40:2, 43:22, 117:16, 119:14, 177:1
**hip** [1] - 176:7
**hit** [1] - 177:3
**hold** [3] - 43:6, 51:23, 133:5
**holiday** [1] - 177:14
**home** [5] - 128:23, 144:17, 145:19, 155:15, 160:5
**honest** [5] - 32:21, 186:13, 186:14, 186:18, 190:20
**honesty** [1] - 191:18
**Honor** [128] - 2:8, 2:14, 2:22, 2:23, 3:21, 3:23, 4:4, 4:20, 5:6, 5:11, 6:14, 6:19, 6:23, 8:22, 9:5, 15:1, 15:15, 16:19, 16:25, 18:19, 22:2, 26:21, 30:25, 33:22, 35:1, 35:15, 35:18, 41:2, 41:6, 41:13, 41:20, 42:17, 43:1, 43:3, 43:8, 49:7, 50:25, 51:1, 52:13, 57:10, 59:22, 61:23, 62:3, 65:16, 65:20, 66:11, 69:21,

70:2, 70:17, 70:19, 73:9, 74:8, 74:9, 76:23, 77:10, 77:15, 77:17, 77:18, 80:10, 80:15, 80:20, 82:20, 83:5, 83:8, 85:13, 86:18, 93:3, 93:4, 94:14, 94:15, 95:18, 96:4, 96:8, 99:8, 101:22, 102:7, 102:12, 103:10, 104:17, 107:6, 107:20, 107:23, 113:13, 115:2, 115:15, 116:12, 116:15, 117:3, 117:8, 117:19, 117:25, 118:3, 118:5, 118:16, 118:23, 119:1, 119:17, 120:1, 120:6, 120:16, 121:3, 121:4, 121:7, 121:9, 124:19, 132:8, 132:22, 132:24, 144:23, 144:25, 145:2, 156:25, 160:24, 161:8, 162:19, 168:5, 173:10, 185:14, 185:21, 186:3, 186:19, 187:21, 188:2, 191:1, 191:8, 192:21, 193:1, 193:19
**honor** [4] - 6:25, 31:11, 108:2, 124:21
**Honor's** [1] - 8:23
**honorable** [3] - 125:9, 125:10, 179:20
**HONORABLE** [1] - 1:12
**honored** [1] - 129:14
**hopefully** [2] - 7:15, 177:5
**hoping** [2] - 57:8, 57:11
**hotel** [6] - 71:4, 71:6, 76:9, 76:16, 76:18, 76:21
**hour** [13] - 36:8, 37:9, 37:14, 37:16, 38:14, 58:14, 59:13, 68:11, 105:25, 111:25, 153:3, 161:12
**hour-and-a-half** [1] - 111:25
**hours** [16] - 35:11, 35:22, 35:25, 37:3, 68:12, 106:1, 111:7, 111:15, 130:13, 151:10, 152:5, 152:9, 171:1, 171:4, 171:7
**house** [4] - 144:18, 155:13, 183:11
**human** [1] - 178:7
**humiliate** [4] - 116:4, 116:7, 117:6, 119:14
**hundred** [6] - 89:4, 89:11, 124:15, 124:16, 124:17, 127:15
**hungry** [1] - 126:4
**hurt** [4] - 105:4, 112:13, 112:14, 114:7
**hysterics** [1] - 136:10

**I**

**idea** [5] - 73:20, 105:10, 105:14, 113:2, 113:4
**identification** [2] - 41:3, 168:17
**identified** [4] - 16:20, 85:14, 85:16, 101:23
**identify** [3] - 16:12, 28:5, 85:3
**Idol** [3] - 68:20, 68:22, 69:3
**ill** [1] - 145:18
**immediately** [6] - 5:19, 5:21, 25:11, 58:24, 135:19, 148:23, 149:2, 178:2
**important** [2] - 63:7, 147:10
**improper** [1] - 117:22
**impure** [1] - 178:8
**inadmissible** [1] - 188:4

**inappropriate** [1] - 105:2
**incident** [11] - 29:24, 34:24, 35:7, 35:22, 38:12, 38:24, 44:21, 71:10, 71:16, 73:13, 99:13
**include** [2] - 116:20, 118:19
**includes** [2] - 117:4, 117:6
**including** [3] - 131:22, 131:23, 175:22
**income** [2] - 145:24, 146:9
**incorrect** [1] - 38:15
**indeed** [12] - 89:8, 100:21, 100:23, 103:3, 105:16, 110:18, 116:21, 149:3, 163:11, 163:17, 172:9, 178:18
**indicate** [5] - 34:24, 51:2, 80:3, 85:7, 99:1
**indicated** [5] - 26:23, 35:5, 40:1, 81:15, 99:9
**indicating** [6] - 21:13, 50:18, 104:18, 132:23, 133:6, 137:1
**indicating)** [3] - 22:3, 50:17, 53:9
**indication** [2] - 153:4, 156:23
**indictment** [1] - 116:15
**individuals** [2] - 8:13, 170:16
**infer** [1] - 119:13
**inference** [1] - 153:24
**inform** [7] - 6:5, 100:22, 100:24, 102:24, 103:3, 103:4, 104:6
**information** [4] - 104:8, 115:18, 116:16, 118:8
**informed** [5] - 85:25, 88:2, 101:8, 110:17, 111:10
**initial** [3] - 106:23, 140:11, 188:2
**inner** [1] - 116:3
**innocence** [1] - 8:1
**inquiring** [2] - 139:4, 191:3
**inquiry** [1] - 186:9
**insist** [1] - 7:24
**instance** [2] - 185:25, 188:3
**instances** [6] - 127:17, 129:17, 186:4, 186:10, 191:4, 191:12
**instruction** [1] - 108:15
**insult** [1] - 46:17
**intend** [1] - 30:14
**intent** [9] - 116:3, 116:7, 116:8, 117:6, 119:9, 119:13
**intentional** [1] - 116:1
**intentionally** [2] - 6:17, 8:20
**interacting** [1] - 127:12
**interactions** [2] - 88:6, 88:9
**interest** [1] - 104:5
**international** [2] - 11:25, 150:14
**interpret** [1] - 169:23
**interpretation** [1] - 140:18
**interpreted** [1] - 62:17
**INTERPRETER** [25] - 18:19, 18:23, 26:10, 29:4, 31:24, 32:10, 33:5, 34:14, 34:17, 37:17, 38:4, 47:6, 75:9, 91:3, 144:25, 146:1, 157:8, 158:12, 158:20, 168:25, 169:4, 169:10, 169:22, 175:21, 181:6

**interpreter** [40] - 18:19, 26:10, 31:24, 33:5, 34:17, 37:17, 38:2, 38:4, 38:6, 44:19, 52:3, 91:3, 98:6, 127:17, 127:18, 127:23, 138:14, 139:20, 140:17, 141:3, 141:22, 142:1, 146:1, 146:23, 158:12, 166:23, 168:21, 168:25, 169:9, 169:17, 169:22, 169:23, 170:1, 172:20, 172:24, 173:2, 181:5, 182:9, 182:20, 188:20
**interpreter's** [1] - 123:9
**interpreters** [2] - 2:17, 10:18
**interpreting** [1] - 169:10
**interprets** [2] - 44:19, 52:3
**interrupted** [1] - 191:7
**interview** [2] - 168:3, 169:15
**invades** [1] - 20:21
**invented** [1] - 172:22
**invest** [1] - 12:8
**investing** [1] - 12:9
**investors** [1] - 4:13
**invited** [2] - 126:20, 184:20
**involuntary** [1] - 181:13
**involved** [2] - 98:14, 126:2
**Israel** [45] - 4:2, 4:9, 4:12, 4:13, 7:6, 8:6, 8:9, 9:19, 9:21, 10:5, 11:6, 12:9, 12:20, 13:2, 29:18, 30:3, 30:6, 30:10, 31:5, 68:19, 69:15, 69:24, 71:21, 71:25, 75:14, 79:3, 84:25, 85:1, 92:11, 97:8, 97:20, 97:21, 122:4, 124:20, 125:24, 127:22, 162:3, 170:8, 170:10, 170:12, 179:13, 189:21, 189:23, 189:24, 192:17
**Israeli** [12] - 4:5, 4:14, 11:3, 12:5, 12:12, 16:3, 27:4, 30:8, 34:20, 68:20, 69:8, 123:24
**issue** [2] - 140:1, 157:6
**issues** [4] - 4:12, 125:21, 126:21, 126:22
**item** [1] - 43:5
**items** [1] - 7:4

## J

**jacket** [3] - 85:10, 157:19, 157:24
**Jane** [1] - 115:20
**Janet** [3] - 2:7, 36:14
**January** [1] - 97:4
**jerked** [1] - 5:7
**Jew** [1] - 180:3
**Jewish** [4] - 17:13, 125:14, 178:1
**JFK** [8] - 4:2, 13:10, 79:2, 79:10, 88:12, 92:3, 98:13, 106:7
**job** [6] - 10:25, 11:2, 78:11, 144:11, 189:12, 189:14
**jobs** [1] - 125:12
**John** [1] - 187:9
**JR** [1] - 1:12
**Judge** [5] - 116:6, 133:9, 176:3, 181:21, 186:22
**judge** [1] - 134:16
**JUDGE** [1] - 1:13

**jump** [12] - 22:14, 28:10, 28:11, 28:17, 68:3, 68:13, 80:6, 86:2, 86:6, 86:9, 111:12, 140:15
**jumped** [8] - 22:6, 22:7, 22:11, 25:7, 44:8, 52:18, 52:22, 155:11
**jumping** [2] - 5:1, 140:15
**jumps** [2] - 23:8, 140:9
**jurisdiction** [1] - 30:9
**jury** [3] - 3:11, 8:24
**justice** [1] - 31:6

## K

**keep** [5] - 10:1, 32:1, 145:19, 145:20, 153:9
**keeping** [1] - 153:6
**Kennedy** [1] - 187:9
**kept** [8] - 20:8, 20:9, 48:11, 48:14, 48:16, 88:18, 114:20, 177:13
**kids** [4] - 103:16, 105:6, 114:15, 165:25
**kilometer** [1] - 183:9
**kind** [10] - 13:23, 19:15, 22:8, 23:15, 33:8, 46:15, 51:11, 146:4, 153:25, 181:13
**kissing** [1] - 128:14
**kitchen** [20] - 8:10, 126:5, 126:6, 126:8, 126:15, 135:24, 136:4, 137:23, 137:24, 137:25, 138:17, 141:9, 143:13, 163:9, 164:6, 164:11, 165:14, 170:8, 170:10, 170:12
**knee** [1] - 133:1
**knees** [2] - 40:23, 132:24
**knowingly** [4] - 6:16, 8:3, 8:20
**knowledge** [3] - 46:12, 89:16, 120:5
**known** [3] - 69:15, 70:18, 90:20
**knows** [3] - 146:22, 174:10, 177:1
**kochav** [1] - 68:24
**KOHN** [1] - 2:19
**Kohn** [1] - 2:19
**Kolel** [4] - 145:25, 146:5, 146:6, 146:7
**kosher** [2] - 131:6, 131:9
**Kramer** [1] - 2:5
**KRAMER** [2] - 1:16, 2:10

## L

**lack** [1] - 61:2
**ladies** [1] - 100:2
**lady** [20] - 72:16, 100:4, 100:6, 100:10, 102:24, 102:25, 103:1, 104:25, 105:8, 105:15, 106:15, 109:7, 112:3, 112:11, 114:5, 138:23, 138:24, 158:11, 164:12
**land** [2] - 7:12, 38:25
**landed** [6] - 6:6, 28:23, 88:12, 106:7, 112:1, 164:4
**landing** [6] - 106:1, 111:5, 111:7, 171:2, 171:7

**lands** [1] - 92:12
**language** [9] - 10:10, 10:14, 10:15, 87:18, 88:1, 97:13, 97:16, 97:17, 97:23
**languages** [2] - 97:14, 97:17
**lap** [3] - 51:7, 52:1, 52:2
**large** [2] - 124:22, 147:14
**largely** [1] - 118:9
**larger** [1] - 14:17
**last** [18] - 32:10, 38:4, 40:3, 76:6, 82:11, 89:23, 91:3, 96:15, 103:23, 120:9, 169:20, 174:17, 182:13, 187:8, 188:15, 189:1, 189:12
**late** [5] - 3:17, 7:12, 79:9, 131:5, 152:19
**lave** [1] - 178:6
**law** [14] - 87:1, 87:7, 87:10, 87:15, 88:12, 88:15, 88:20, 106:7, 116:19, 118:17, 118:20, 120:2, 166:4, 166:7
**lawsuit** [1] - 30:10
**lawyer** [1] - 176:12
**lawyers** [1] - 30:10
**laying** [1] - 116:19
**layout** [1] - 79:21
**lays** [1] - 118:18
**lean** [2] - 91:11, 133:11
**leaning** [6] - 19:18, 19:19, 23:16, 24:23, 133:13, 137:7
**learn** [6] - 4:4, 4:22, 10:12, 10:13, 75:3, 99:16
**learning** [1] - 8:9
**least** [2] - 22:20, 127:18
**leave** [3] - 13:15, 78:16, 79:8
**leaves** [2] - 7:11, 92:10
**leaving** [1] - 13:7
**Lechtman** [51] - 4:1, 4:4, 4:8, 4:15, 4:23, 5:8, 5:14, 5:17, 5:21, 5:25, 6:9, 6:16, 7:4, 7:8, 7:23, 8:20, 9:6, 9:7, 9:12, 9:16, 9:20, 10:5, 10:25, 11:22, 15:7, 15:21, 17:2, 21:8, 24:4, 25:20, 27:1, 28:19, 28:25, 30:22, 31:7, 31:10, 32:1, 43:6, 74:13, 75:24, 76:25, 82:13, 85:16, 86:20, 88:10, 94:10, 119:10, 162:23, 163:1, 194:3
**Lechtman's** [3] - 5:13, 62:2, 82:22
**led** [1] - 46:9
**leering** [1] - 5:15
**left** [26] - 5:21, 6:15, 16:2, 18:9, 19:16, 19:17, 23:14, 23:16, 24:23, 46:3, 46:4, 52:19, 56:18, 66:16, 78:6, 108:9, 125:8, 125:11, 127:19, 134:20, 134:21, 137:3, 141:16, 151:17, 176:15
**leg** [4] - 20:22, 45:21, 47:10, 159:3
**legs** [3] - 4:25, 83:18, 100:13
**length** [1] - 188:10
**lengthwise** [1] - 51:17
**less** [4] - 46:14, 105:23, 105:25
**letter** [3] - 116:17, 118:18, 118:21
**level** [4] - 99:10, 127:16, 152:12, 160:2
**lies** [1] - 51:10
**life** [6] - 10:6, 75:25, 97:20, 164:24,

165:1, 165:2
**light** [11] - 60:14, 92:17, 94:20, 95:21, 119:24, 132:5, 132:6, 133:15, 151:24, 152:1, 155:8
**lighting** [9] - 7:17, 60:10, 82:19, 92:2, 92:4, 93:17, 93:20, 94:4, 135:1
**lights** [6] - 93:14, 93:21, 94:18, 94:20, 132:4, 135:4
**limited** [2] - 116:23, 118:4
**line** [1] - 133:8
**linger** [1] - 59:2
**Lisa** [1] - 2:5
**LISA** [1] - 1:16
**literal** [1] - 104:4
**literally** [1] - 63:3
**live** [13] - 9:18, 9:19, 78:7, 96:22, 96:23, 122:3, 122:8, 122:12, 144:19, 183:8, 189:7, 189:8, 189:21
**lived** [7] - 10:5, 122:5, 122:9, 122:12, 189:23, 189:24, 189:25
**lives** [5] - 8:6, 124:22, 183:8, 185:4, 190:12
**living** [3] - 122:8, 122:10, 183:16
**located** [2] - 66:19, 126:6
**location** [2] - 80:7, 86:2
**Lod** [1] - 126:7
**LOD** [2] - 97:13, 101:1
**long-wise** [3] - 51:18, 51:19, 51:20
**look** [15] - 22:19, 24:14, 24:25, 43:7, 60:21, 80:12, 80:14, 80:15, 90:7, 115:18, 119:23, 156:20, 156:23, 180:2
**looked** [11] - 5:4, 5:14, 19:25, 24:17, 44:8, 46:24, 59:25, 84:3, 84:25, 103:13, 176:3
**looking** [6] - 23:15, 24:22, 25:2, 60:1, 60:7, 119:7
**looks** [4] - 27:20, 40:18, 44:10, 132:19
**loosen** [1] - 133:22
**Lord** [1] - 126:24
**LORETTA** [1] - 1:15
**loud** [7] - 16:15, 159:23, 159:25, 160:2, 160:6, 160:12, 182:22
**louder** [1] - 31:25
**love** [1] - 128:9
**lower** [2] - 47:6, 99:10
**lowered** [1] - 137:15
**luck** [1] - 18:13
**lucky** [1] - 161:24
**lunch** [3] - 115:11, 177:22, 177:24
**luncheon** [1] - 120:17
**lying** [4] - 23:14, 52:18, 133:10, 175:19
**LYNCH** [1] - 1:15

## M

**MAGISTRATE** [1] - 1:13
**main** [1] - 114:13
**maintained** [1] - 8:1
**male** [1] - 149:20

**Malkie** [1] - 146:17
**man** [28] - 16:5, 16:9, 16:18, 16:22, 17:1, 17:6, 18:8, 21:12, 44:10, 65:5, 66:6, 83:2, 83:12, 84:25, 85:19, 87:8, 88:3, 88:4, 92:24, 100:15, 101:18, 117:20, 129:5, 149:19, 164:21, 174:8, 180:19, 185:10
**manner** [3] - 29:4, 136:25, 178:16
**mannered** [1] - 190:23
**March** [18] - 3:25, 11:24, 12:3, 13:3, 13:5, 32:18, 60:22, 78:17, 78:21, 98:9, 128:25, 147:1, 147:4, 187:8, 187:13, 187:14, 187:25, 192:18
**Marines** [1] - 125:3
**marital** [4] - 125:19, 125:21, 126:22, 143:9
**mark** [4] - 26:22, 81:7, 84:8, 104:18
**marked** [15] - 14:5, 14:8, 15:6, 15:16, 15:19, 41:2, 41:5, 42:1, 42:15, 42:19, 43:18, 86:14, 132:9, 132:12, 168:17
**markings** [1] - 82:18
**marks** [2] - 80:22, 86:8
**marriage** [1] - 8:14
**married** [6] - 122:16, 122:17, 122:18, 146:2, 164:21, 164:22
**Martinez** [4] - 161:22, 193:2, 193:10, 193:12
**massage** [9] - 55:25, 58:9, 59:6, 59:10, 59:11, 59:15, 59:19, 59:21
**massaged** [1] - 58:11
**massages** [1] - 117:21
**massaging** [6] - 4:25, 5:13, 56:4, 58:8, 58:13, 59:7
**master** [1] - 124:12
**material** [1] - 168:6
**math** [1] - 150:16
**matter** [10] - 6:24, 7:1, 7:2, 20:14, 83:12, 90:6, 108:2, 156:21, 190:22, 191:19
**matters** [4] - 2:24, 8:14, 125:21, 125:23
**max** [1] - 130:14
**meal** [16] - 18:1, 18:2, 73:2, 73:4, 130:23, 131:2, 131:10, 131:15, 131:19, 152:19, 152:21, 152:24, 153:15, 172:11, 177:18
**mean** [24] - 12:22, 24:17, 27:12, 33:20, 34:16, 56:13, 57:4, 59:7, 59:9, 59:10, 61:13, 63:19, 72:6, 75:19, 112:14, 114:6, 139:11, 147:16, 153:8, 163:5, 163:14, 175:23, 183:18
**meaning** [1] - 152:25
**meanings** [1] - 62:17
**means** [4] - 66:13, 97:14, 150:14, 157:10
**meant** [5] - 59:9, 59:11, 105:8, 162:7, 171:5
**measure** [2] - 152:14, 173:18
**measures** [1] - 152:13
**mechanical** [1] - 1:24

**Medal** [1] - 124:19
**medal** [1] - 124:21
**media** [1] - 76:6
**meet** [24] - 31:20, 31:21, 31:22, 36:13, 87:1, 87:8, 87:11, 87:16, 88:13, 88:19, 100:7, 100:20, 101:10, 103:1, 104:6, 106:8, 110:18, 111:11, 112:10, 116:10, 118:20, 141:11, 173:17, 173:20
**meeting** [2] - 6:5, 173:14
**Meir** [1] - 2:18
**member** [1] - 123:24
**memo** [1] - 168:7
**memorandum** [1] - 168:3
**men** [8] - 16:21, 29:6, 146:2, 150:23, 175:3, 179:18, 180:21
**mention** [3] - 61:24, 114:9, 190:6
**mentioned** [6] - 11:19, 13:2, 87:17, 102:22, 112:3, 146:11
**Merav** [1] - 123:6
**mere** [1] - 137:24
**met** [8] - 8:19, 31:13, 32:7, 32:12, 88:15, 113:23, 117:10, 118:1, 118:24, 166:5, 184:16, 184:17, 189:16
**meters** [1] - 137:24
**Methods** [1] - 186:6
**microphone** [4] - 9:23, 9:24, 18:20, 37:20
**mid** [1] - 160:15
**mid-afternoon** [1] - 160:15
**middle** [13] - 4:17, 14:2, 14:3, 15:17, 15:18, 15:21, 28:12, 36:11, 47:3, 47:6, 148:20, 149:2, 151:11
**midnight** [4] - 13:16, 92:10, 92:11
**might** [8] - 29:25, 30:5, 36:3, 39:23, 63:15, 147:16, 147:22, 176:23
**mike** [1] - 37:24
**mikes** [2] - 37:22, 37:23
**mile** [1] - 183:9
**military** [15] - 4:5, 4:14, 11:3, 11:4, 11:6, 11:14, 76:1, 76:4, 76:7, 123:21, 123:24, 124:2, 124:5, 124:11
**million** [2] - 184:8, 184:10
**millions** [1] - 184:4
**mind** [3] - 10:8, 74:18, 168:10
**mine** [6] - 17:3, 20:22, 129:4, 131:9, 137:13, 149:10
**minute** [4] - 11:19, 56:6, 56:10, 78:6
**minutes** [16] - 56:8, 56:14, 65:24, 77:7, 103:25, 160:19, 161:8, 161:11, 161:13, 161:19, 161:20, 183:13, 183:15, 189:8, 190:3
**Miriam** [1] - 3:10
**misconstrued** [1] - 173:3
**misdemeanor** [2] - 62:15, 115:18, 116:16
**misinterpreted** [1] - 172:24
**missed** [4] - 33:5, 37:17, 38:4, 91:3
**misspoke** [1] - 45:7
**mistake** [60] - 5:20, 25:12, 25:13, 25:19, 26:3, 26:5, 48:23, 64:3, 64:5,

64:12, 64:15, 66:4, 75:2, 103:17, 105:1, 109:2, 109:12, 109:15, 109:19, 114:1, 135:14, 135:15, 135:16, 135:17, 137:8, 137:9, 137:10, 139:5, 139:8, 139:9, 139:11, 139:12, 140:4, 140:6, 140:8, 140:9, 140:10, 140:12, 140:16, 140:22, 155:12, 156:9, 159:12, 159:13, 159:20, 159:21, 162:24, 163:5, 164:9, 164:18, 164:19, 172:21, 172:24, 172:25, 173:1, 179:2, 179:3

**mistaken** [4] - 163:7, 165:16, 165:17, 179:4

**misunderstood** [4] - 35:16, 63:15, 173:2, 173:3

**moment** [14] - 22:5, 23:20, 25:7, 57:1, 57:2, 73:8, 76:23, 84:11, 102:22, 107:20, 131:4, 140:14, 159:5, 192:6

**Monday** [2] - 116:18, 118:18

**money** [16] - 12:9, 143:24, 144:5, 144:10, 144:11, 144:13, 145:22, 146:3, 146:4, 146:6, 146:7, 146:8, 148:6, 173:14, 173:18, 173:21

**monitor** [3] - 93:10, 101:19, 167:21

**month** [1] - 11:5

**months** [1] - 189:13

**Morganstern** [1] - 127:10

**morning** [30] - 2:8, 2:9, 2:10, 2:14, 2:15, 2:20, 6:20, 6:21, 7:13, 7:16, 9:16, 9:17, 13:19, 13:21, 31:10, 60:23, 78:4, 78:5, 79:10, 79:11, 130:15, 131:13, 151:14, 162:10, 162:14, 162:15, 182:2, 193:2, 193:6, 193:17

**moshav** [2] - 183:7, 189:25

**Moshe** [1] - 123:7

**most** [11] - 7:13, 8:24, 72:2, 97:20, 105:23, 106:23, 119:24, 128:10, 180:18, 185:12

**mostly** [4] - 10:13, 27:13, 32:9, 133:13

**mother** [1] - 145:18

**motion** [7] - 115:6, 115:9, 115:14, 118:25, 120:8, 120:10, 120:12

**mouth** [2] - 18:21, 102:11

**move** [18] - 5:9, 15:1, 18:20, 26:7, 42:24, 46:5, 49:5, 57:15, 57:18, 58:15, 64:16, 70:20, 104:11, 115:16, 116:10, 120:14, 165:8, 190:3

**moved** [11] - 20:9, 21:20, 28:17, 57:3, 65:13, 66:5, 104:12, 111:16, 111:18, 119:12, 155:25

**movement** [2] - 21:20, 59:11

**movie** [5] - 18:2, 18:3, 18:7, 18:8, 35:12

**movies** [1] - 10:13

**moving** [8] - 21:16, 21:17, 21:18, 21:22, 24:6, 24:9, 24:11, 117:14

**MR** [250] - 2:5, 2:12, 2:17, 2:22, 3:2, 3:12, 3:17, 3:21, 3:23, 6:20, 6:22, 8:23, 9:2, 9:5, 9:15, 15:1, 15:4, 15:15, 15:18, 16:19, 16:25, 17:24, 22:22, 26:21, 30:25, 31:7, 31:9, 33:22, 33:25, 34:15,

35:1, 35:15, 35:18, 38:2, 38:10, 38:21, 40:25, 41:6, 41:9, 41:13, 41:19, 42:15, 42:17, 42:24, 43:3, 43:8, 45:5, 49:7, 49:9, 50:25, 52:13, 53:16, 57:10, 59:22, 60:25, 61:23, 62:3, 63:12, 65:16, 65:18, 65:20, 66:11, 69:21, 70:2, 70:4, 70:16, 70:19, 70:21, 73:8, 74:8, 74:9, 74:12, 76:23, 76:25, 77:3, 77:10, 77:15, 77:17, 78:3, 80:10, 80:15, 80:20, 81:6, 82:17, 82:20, 83:4, 83:5, 83:8, 84:7, 84:10, 85:13, 86:13, 86:18, 89:14, 89:20, 89:21, 89:23, 90:2, 91:5, 93:3, 93:4, 93:6, 94:13, 94:15, 94:17, 95:4, 95:5, 95:7, 95:10, 95:13, 95:15, 95:18, 95:25, 96:2, 96:8, 96:18, 99:8, 101:22, 102:6, 102:7, 102:9, 102:12, 103:9, 103:10, 104:17, 107:6, 107:16, 107:19, 107:20, 107:23, 113:10, 113:12, 113:13, 114:16, 114:19, 114:24, 115:2, 115:5, 115:10, 115:12, 115:15, 115:25, 116:12, 116:15, 119:1, 119:17, 119:23, 120:1, 120:10, 120:16, 121:3, 121:7, 121:12, 122:2, 132:8, 132:22, 133:6, 133:8, 139:22, 140:21, 140:24, 141:1, 142:18, 142:21, 144:23, 145:2, 156:25, 157:2, 157:4, 157:7, 157:10, 157:14, 160:17, 160:22, 160:24, 161:3, 161:8, 161:10, 161:14, 161:16, 161:18, 162:2, 162:5, 162:7, 162:11, 162:17, 162:19, 162:22, 165:3, 167:19, 167:22, 167:25, 168:2, 168:5, 168:11, 169:2, 169:6, 169:25, 173:10, 173:12, 175:15, 176:2, 176:5, 176:9, 176:12, 176:15, 179:8, 179:10, 179:11, 181:16, 181:17, 181:21, 181:25, 182:6, 182:11, 182:14, 182:19, 182:25, 183:2, 185:14, 185:18, 185:21, 185:25, 186:3, 186:19, 186:22, 187:1, 187:12, 187:16, 187:18, 187:21, 187:24, 188:1, 188:11, 188:13, 188:15, 188:19, 189:3, 191:1, 191:3, 191:8, 191:24, 192:3, 192:20, 192:21, 193:1, 193:9, 193:11, 193:18, 193:19

**MS** [2] - 2:10, 2:19

**muscles** [1] - 133:23

**music** [1] - 184:11

**must** [2] - 103:16, 105:1

# N

**Nachalim** [1] - 123:22

**Nahal** [1] - 123:22

**naive** [1] - 27:13

**name** [28] - 2:3, 6:24, 9:11, 9:12, 19:6, 31:11, 33:11, 36:14, 66:24, 77:22, 90:5, 91:19, 96:14, 96:15, 96:16, 108:1, 121:17, 122:7, 139:18, 146:17, 164:23, 165:23, 182:10, 182:13, 188:15, 188:24, 188:25, 189:1

**names** [4] - 122:20, 122:22, 122:24, 174:12

**nap** [1] - 177:16

**napkin** [1] - 72:23

**Narnia** [1] - 18:4

**nation** [1] - 97:14

**natural** [1] - 138:25

**Naturalization** [1] - 3:15

**naturally** [2] - 127:15, 133:22

**nature** [4] - 29:8, 100:8, 147:8, 156:8

**navigate** [1] - 94:7

**Navy** [1] - 125:3

**near** [8] - 4:16, 26:24, 74:6, 84:8, 86:4, 86:14, 88:20, 104:19

**nearly** [1] - 88:25

**neck** [1] - 55:17

**need** [14] - 9:2, 9:23, 10:19, 21:25, 61:2, 115:11, 118:10, 126:3, 126:13, 127:16, 127:22, 160:15, 178:14, 180:21

**needed** [11] - 38:2, 71:24, 87:6, 88:3, 100:25, 126:18, 133:21, 154:5, 163:12, 178:12

**needs** [3] - 87:8, 173:19, 182:8

**needy** [1] - 8:10

**neighbors** [1] - 148:2

**nervous** [6] - 110:8, 110:9, 158:22, 158:24, 176:23, 181:5

**nervousness** [2] - 181:7, 181:8

**Netivot** [2] - 122:7, 122:8

**never** [30] - 8:2, 29:7, 31:13, 31:15, 36:4, 39:7, 53:19, 59:5, 108:13, 108:14, 108:22, 108:24, 108:25, 109:1, 109:2, 109:4, 109:5, 109:24, 110:15, 114:22, 114:23, 119:3, 128:23, 143:1, 164:17, 168:10, 174:15, 176:16, 177:2, 181:12

**nevertheless** [1] - 177:20

**new** [1] - 85:23

**NEW** [1] - 1:1

**New** [31] - 1:7, 1:18, 1:20, 1:23, 2:12, 4:3, 7:6, 7:13, 8:6, 8:11, 13:11, 13:17, 34:20, 34:21, 70:22, 71:4, 76:11, 78:8, 90:22, 90:24, 91:18, 96:23, 127:2, 127:11, 127:14, 146:25, 148:4, 148:5, 187:10, 187:20, 192:17

**next** [83] - 4:21, 5:4, 7:5, 7:21, 8:2, 12:22, 12:25, 13:19, 14:6, 16:5, 16:6, 16:9, 17:23, 18:9, 24:4, 28:16, 39:24, 44:4, 45:3, 45:11, 45:16, 45:21, 47:9, 65:5, 67:13, 69:11, 72:16, 72:22, 77:23, 79:10, 83:3, 83:12, 84:14, 85:17, 102:11, 105:21, 117:18, 120:18, 121:23, 129:5, 129:7, 130:1, 131:8, 131:12, 133:25, 140:13, 142:10, 142:13, 142:16, 149:10, 149:14, 149:19, 149:20, 149:22, 150:7, 150:25, 158:11, 158:18, 160:9, 160:13, 167:21, 171:2, 171:8, 174:8, 174:10, 174:19, 174:21, 178:10, 179:5, 179:14, 179:24, 180:7, 180:11, 180:15, 180:17, 180:18, 180:19, 180:21, 180:23, 181:2, 188:20

**nice** [1] - 20:21

**night** [31] - 7:10, 7:12, 14:24, 41:23,

79:6, 79:9, 90:19, 91:6, 91:15, 91:21, 93:20, 129:19, 130:4, 130:14, 151:10, 151:11, 152:1, 152:6, 152:9, 160:12, 162:3, 162:4, 162:5, 177:10, 177:11, 177:12, 177:13, 193:3, 193:18

**night's** [1] - 7:15
**nine** [1] - 88:25
**nobody** [1] - 145:15
**noise** [2] - 136:19, 160:6
**noises** [1] - 159:25
**nolad** [1] - 68:24
**nonsense** [1] - 164:23
**normal** [8] - 125:9, 130:11, 152:12, 152:13, 152:16, 153:9, 153:13, 178:6
**normally** [6] - 151:19, 151:21, 155:13, 159:25, 177:16, 177:21
**norms** [3] - 153:2, 177:1, 177:2
**note** [1] - 9:22
**noted** [8] - 26:25, 51:3, 81:9, 84:9, 86:19, 99:11, 104:20, 176:14
**nothing** [16] - 29:7, 56:25, 74:8, 77:3, 93:3, 95:4, 95:25, 96:2, 113:10, 114:16, 114:24, 134:14, 142:8, 142:19, 191:25, 192:21
**notice** [8] - 17:1, 20:18, 39:18, 92:17, 138:5, 148:23, 149:1, 149:9
**noticed** [5] - 17:11, 18:8, 22:6, 22:7, 31:4
**notify** [2] - 171:18, 171:21
**nowhere** [1] - 117:18
**number** [5] - 2:1, 4:2, 81:2, 85:20, 165:8
**numbers** [1] - 104:15
**nursing** [1] - 145:19
**NY** [1] - 1:20

## O

**o'clock** [7] - 1:9, 120:15, 151:14, 181:23, 182:2, 193:6, 193:16
**oath** [1] - 185:13
**object** [6] - 30:25, 38:21, 43:3, 70:4, 167:24, 167:25
**objection** [33] - 15:3, 15:4, 17:24, 35:1, 35:18, 41:8, 42:17, 43:2, 45:5, 45:9, 49:7, 51:1, 52:13, 52:16, 53:16, 57:10, 60:25, 61:25, 66:11, 77:14, 83:4, 83:9, 89:14, 89:20, 89:23, 102:6, 102:14, 103:9, 107:6, 185:14, 185:21, 187:21, 191:1
**Objection** [1] - 63:12
**observation** [2] - 102:7, 102:10
**observe** [4] - 27:3, 82:22, 88:16, 102:1
**observed** [5] - 22:17, 36:9, 37:10, 38:14, 91:8
**obvious** [2] - 23:21, 73:24
**obviously** [1] - 49:21
**occasion** [5] - 33:1, 36:13, 39:15,

177:12, 185:19
**occasions** [6] - 174:23, 179:23, 180:16, 180:22, 181:1, 190:24
**occupied** [1] - 136:2
**occur** [1] - 181:3
**occurred** [5] - 33:2, 34:25, 35:7, 44:21, 138:18
**odd** [1] - 89:11
**OF** [3] - 1:1, 1:4, 1:12
**offend** [1] - 17:15
**offended** [1] - 20:19
**offense** [2] - 116:19, 118:19
**offensive** [2] - 118:22, 119:4
**offer** [1] - 73:6
**offered** [5] - 17:17, 72:22, 73:17, 105:16, 172:8
**office** [1] - 189:15
**officer** [25] - 4:5, 33:9, 45:15, 45:20, 48:10, 48:12, 49:14, 49:18, 52:6, 53:21, 55:24, 58:11, 59:25, 60:22, 61:5, 61:19, 62:4, 104:3, 106:22, 106:24, 107:2, 110:10, 110:13, 110:15, 141:17
**officers** [7] - 12:20, 12:23, 12:24, 28:15, 30:17, 106:14, 109:15
**often** [7] - 126:8, 126:17, 150:22, 180:6, 180:11, 180:14, 180:16
**oftentimes** [1] - 151:11
**old** [24] - 10:8, 23:6, 103:15, 105:6, 114:14, 122:14, 122:15, 122:23, 122:24, 123:2, 123:3, 123:5, 123:6, 123:7, 123:8, 123:10, 123:11, 123:12, 123:13, 123:15, 128:21, 165:19, 165:22
**once** [12] - 17:16, 22:4, 54:8, 84:20, 105:7, 106:21, 114:14, 134:20, 149:22, 182:13, 184:19
**One** [1] - 115:20
**one** [77] - 3:2, 9:22, 11:5, 12:25, 15:17, 19:16, 20:3, 23:23, 28:15, 36:8, 37:3, 37:9, 37:16, 40:20, 42:10, 48:7, 52:25, 71:7, 72:1, 73:8, 76:23, 78:6, 81:3, 81:11, 81:24, 88:1, 89:9, 89:17, 90:25, 95:5, 95:9, 99:10, 106:15, 106:16, 107:20, 111:12, 112:19, 115:23, 120:1, 123:22, 124:15, 124:16, 124:17, 125:12, 127:23, 133:21, 134:21, 134:22, 136:2, 136:7, 136:11, 138:3, 138:19, 139:1, 139:3, 140:12, 140:16, 156:3, 162:2, 162:15, 167:10, 168:4, 173:22, 174:10, 175:7, 178:7, 178:8, 182:3, 184:3, 184:20, 185:11
**one-on-one** [1] - 127:23
**one-time** [1] - 23:23
**ones** [1] - 41:22
**open** [22] - 5:16, 24:18, 24:19, 24:20, 24:25, 25:23, 45:14, 51:13, 51:14, 51:15, 64:19, 64:21, 92:14, 95:16, 95:23, 127:20, 137:15, 137:16, 138:6, 138:7, 138:11
**opened** [3] - 21:1, 47:13, 131:20
**opening** [3] - 2:25, 25:23, 106:14

**opinion** [9] - 22:20, 185:9, 185:22, 186:8, 186:12, 186:17, 190:17, 190:19, 191:17
**opportunities** [1] - 31:17
**opportunity** [3] - 36:17, 66:7, 66:21
**order** [14] - 20:17, 30:16, 65:23, 71:12, 71:19, 71:25, 115:25, 126:20, 128:9, 130:9, 133:22, 136:21, 159:25
**ordered** [3] - 41:11, 73:2, 131:11
**organization** [4] - 4:11, 12:5, 12:7, 12:8
**organizes** [1] - 23:8
**Orleans** [1] - 78:8
**Ortal** [1] - 123:15
**orthodox** [1] - 150:23
**otherwise** [2] - 39:5, 90:20
**outrage** [2] - 103:20, 107:13
**outside** [5] - 67:2, 67:3, 78:8, 94:21, 95:21
**overhead** [2] - 60:14, 92:17
**overrule** [5] - 45:9, 52:16, 89:25, 102:14, 191:10
**overruled** [8] - 31:1, 49:10, 57:12, 63:13, 70:5, 83:9, 103:12, 107:7
**own** [8] - 48:9, 62:7, 102:8, 113:1, 128:8, 144:17, 144:18, 177:1

## P

**page** [8] - 14:8, 14:13, 14:16, 14:20, 77:23, 79:25, 120:18, 121:23
**paid** [8] - 70:25, 71:2, 71:6, 76:15, 76:16, 76:17, 76:20, 183:20
**pain** [1] - 8:12
**palpable** [1] - 126:25
**paper** [2] - 17:17, 61:19
**paragraph** [1] - 169:20
**Pardes** [1] - 9:19
**pardon** [1] - 51:9
**parenting** [1] - 8:14
**parents** [3] - 145:18, 145:22, 146:8
**part** [12] - 12:19, 14:18, 18:4, 19:12, 47:19, 51:25, 54:20, 60:5, 99:9, 146:21, 181:6
**particular** [8] - 79:12, 97:5, 97:10, 98:16, 98:19, 130:8, 147:6, 185:25
**parties** [1] - 184:20
**parts** [4] - 29:7, 40:6, 40:14, 117:21
**pass** [4] - 27:3, 137:19, 175:3, 180:3
**passed** [1] - 67:6
**passenger** [12] - 7:21, 39:23, 39:24, 89:12, 89:18, 91:10, 91:11, 112:19, 133:24, 142:10, 142:12, 142:15
**passenger's** [1] - 100:15
**passengers** [4] - 4:24, 7:13, 81:11, 88:18, 89:5, 91:6, 91:10, 91:21, 94:5, 99:14, 105:23, 112:22, 180:20
**past** [4] - 51:22, 132:24, 187:19, 187:25

15

**pause** [4] - 73:11, 76:24, 107:22, 168:13
**pay** [9] - 144:14, 144:15, 144:18, 145:5, 145:8, 145:13, 146:25, 152:22, 153:12
**paying** [1] - 71:7
**pays** [3] - 146:16, 146:19, 146:20
**Peace** [1] - 124:25
**peace** [2] - 148:2, 174:5
**pedagogy** [1] - 126:21
**pending** [2] - 140:20, 144:4
**people** [49] - 3:18, 7:18, 12:8, 15:13, 15:22, 27:5, 39:18, 59:11, 69:15, 74:15, 125:22, 126:3, 126:4, 126:14, 126:20, 126:22, 127:2, 127:8, 127:18, 127:20, 127:21, 127:25, 130:14, 138:1, 144:12, 145:5, 145:13, 146:21, 146:22, 147:5, 148:3, 148:5, 148:14, 150:23, 151:13, 158:4, 173:14, 173:17, 173:20, 185:1, 190:21, 190:22, 190:24, 191:13
**percent** [2] - 90:21, 127:15
**perfect** [1] - 58:21
**perfectly** [1] - 154:22
**performances** [1] - 183:24
**perhaps** [3] - 35:16, 157:7, 179:19
**permission** [4] - 2:25, 8:23, 30:17, 115:20
**permit** [1] - 164:15
**permitted** [4] - 77:12, 147:20, 147:23, 148:11
**person** [31] - 8:5, 16:10, 26:17, 40:22, 81:21, 81:25, 82:3, 84:23, 85:3, 85:5, 85:16, 101:11, 101:13, 116:3, 116:5, 117:7, 131:12, 131:13, 140:19, 144:11, 146:5, 148:14, 153:4, 173:19, 177:1, 178:1, 180:3, 180:4, 186:13, 186:15, 190:21
**personal** [4] - 89:16, 120:5, 127:12, 127:16
**personality** [1] - 76:1
**personally** [3] - 127:1, 184:9, 191:2
**peyot** [1] - 72:6
**phone** [2] - 160:5, 160:11
**physical** [6] - 7:20, 8:17, 101:17, 128:22, 128:24, 129:8
**piece** [1] - 61:19
**pillow** [10] - 20:3, 20:8, 48:2, 48:5, 48:7, 48:9, 48:11, 74:4, 74:6, 159:2
**pills** [1] - 153:18
**pilots** [1] - 100:21
**pitch** [2] - 93:24, 93:25
**place** [16] - 7:23, 17:23, 32:17, 36:9, 37:10, 38:12, 38:24, 81:15, 122:10, 122:12, 136:1, 158:13, 163:8, 164:13, 174:5
**placed** [4] - 7:21, 37:4, 48:10
**places** [4] - 29:5, 29:6, 92:7, 150:25
**placing** [2] - 158:10, 159:2
**plane** [79] - 4:19, 12:24, 13:23, 14:24, 18:2, 20:4, 28:2, 28:12, 28:20, 28:22,

38:25, 40:8, 42:23, 42:25, 55:7, 60:11, 64:25, 65:13, 66:1, 66:5, 66:19, 67:12, 71:1, 71:13, 72:15, 76:19, 80:13, 80:24, 86:15, 88:8, 92:8, 92:21, 93:17, 94:7, 94:9, 101:2, 101:5, 101:7, 102:5, 108:22, 112:1, 113:24, 129:23, 129:24, 130:9, 130:17, 130:24, 130:25, 131:3, 132:4, 132:21, 133:10, 135:2, 138:13, 141:6, 141:15, 141:16, 141:23, 149:10, 149:21, 149:25, 150:6, 150:8, 150:24, 152:18, 152:24, 153:2, 153:6, 154:15, 164:5, 170:15, 173:25, 174:2, 174:7, 175:4, 175:14, 177:25
**planes** [1] - 60:16
**planned** [1] - 59:1
**plant** [2] - 125:13, 126:1
**playacting** [1] - 53:24
**playing** [1] - 23:6
**Plaza** [2] - 1:17, 1:22
**pleasure** [1] - 121:4
**podium** [4] - 8:24, 9:3, 50:16, 50:19
**point** [59] - 7:7, 14:4, 20:7, 22:17, 23:13, 23:18, 24:15, 25:5, 25:6, 26:1, 27:1, 27:18, 27:24, 41:20, 45:10, 46:19, 47:7, 47:8, 52:17, 53:21, 54:1, 54:16, 56:20, 56:22, 56:25, 57:20, 57:23, 60:4, 66:15, 67:25, 70:15, 77:10, 81:10, 84:1, 84:17, 84:21, 86:21, 86:25, 88:5, 93:18, 99:12, 100:14, 103:19, 104:10, 104:22, 105:25, 106:11, 117:17, 117:25, 133:21, 134:20, 144:24, 145:1, 153:11, 153:14, 159:17, 163:25, 186:21, 191:12
**pointed** [6] - 28:7, 28:8, 82:13, 84:20, 84:23, 88:23
**points** [1] - 185:12
**police** [34] - 6:5, 30:8, 33:3, 33:8, 45:15, 45:20, 48:12, 49:14, 49:18, 52:6, 53:21, 58:11, 59:25, 61:19, 72:4, 100:6, 100:20, 101:9, 103:1, 104:3, 104:6, 106:14, 106:22, 106:24, 107:2, 107:13, 109:15, 110:10, 110:13, 110:15, 110:18, 111:11, 141:10, 141:17
**portion** [5] - 44:17, 44:18, 99:1, 99:3, 131:9
**portions** [1] - 183:24
**posed** [1] - 191:14
**position** [21] - 18:15, 20:10, 22:8, 24:1, 47:2, 47:7, 52:8, 52:17, 54:12, 76:7, 124:18, 132:1, 133:5, 134:22, 134:23, 136:23, 156:3, 160:24, 175:24, 176:16
**positioned** [4] - 20:25, 23:13, 50:16, 134:19
**positions** [3] - 18:16, 47:12, 156:1
**possible** [7] - 3:9, 29:25, 46:14, 74:14, 150:20, 167:16, 169:23, 170:4, 172:14, 172:18, 173:6, 175:25, 177:17, 178:21
**potential** [1] - 4:13
**powerfully** [1] - 117:14

**practically** [1] - 72:1
**practice** [1] - 75:3
**precise** [3] - 153:6, 153:9, 156:6
**precisely** [1] - 147:18
**preliminary** [1] - 2:24
**premilitary** [3] - 123:23, 124:3, 124:4
**prepare** [1] - 32:15
**prescribed** [1] - 144:14
**presence** [2] - 20:20, 186:1
**present** [4] - 125:16, 141:18, 167:24, 185:20
**presented** [1] - 32:23
**presently** [1] - 189:10
**President** [1] - 124:20
**press** [1] - 30:5
**pressured** [1] - 142:7
**pretend** [1] - 56:4
**pretended** [2] - 5:7, 53:21
**pretending** [7] - 23:10, 23:21, 24:2, 63:17, 63:21, 63:24, 63:25
**Pretrial** [3] - 143:23, 144:4, 144:8
**pretrial** [1] - 145:2
**pretty** [6] - 3:16, 39:5, 55:7, 60:16, 69:8, 69:15
**prevent** [1] - 158:15
**prevented** [2] - 113:8, 148:14
**preventing** [1] - 136:8
**previous** [5] - 86:8, 149:12, 177:10, 180:22, 181:6
**previously** [3] - 122:13, 168:7, 180:11
**previously's** [1] - 42:1
**price** [2] - 173:17, 184:14
**private** [1] - 117:21
**privilege** [6] - 6:25, 31:12, 108:1
**problem** [7] - 152:4, 152:8, 157:1, 157:4, 157:12, 158:21, 167:2
**problems** [4] - 125:17, 126:23, 143:9, 143:11
**proceed** [3] - 2:25, 3:21, 162:19
**proceedings** [1] - 8:1
**Proceedings** [1] - 1:24
**produce** [2] - 126:2, 126:15
**produced** [1] - 1:25
**produces** [1] - 125:13
**products** [3] - 126:2, 126:15
**profession** [1] - 144:16
**professional** [1] - 70:13
**professionally** [2] - 184:18, 189:17
**progressing** [1] - 149:25
**project** [1] - 94:20
**promise** [3] - 95:9, 95:10, 145:15
**pronounce** [1] - 182:13
**proof** [1] - 186:7
**prosecute** [1] - 63:5
**prosecutor** [1] - 161:21
**protect** [1] - 176:19
**protocol** [2] - 112:18, 112:21
**prove** [6] - 30:12, 115:16, 115:25, 116:1, 116:6, 116:20

**proved** [2] - 117:13, 126:24
**provide** [8] - 125:22, 126:20, 128:9, 128:13, 128:14, 145:6, 145:9, 145:13
**provides** [1] - 186:9
**providing** [4] - 125:18, 125:20, 126:15, 128:10
**Proving** [1] - 186:6
**proximity** [1] - 158:25
**public** [3] - 29:5, 147:14, 186:16
**published** [4] - 184:1, 184:2, 184:4, 184:5
**pull** [1] - 22:9
**pulled** [1] - 82:8
**punishable** [1] - 62:14
**purchased** [1] - 170:16
**Purim** [1] - 153:23
**purpose** [7] - 49:12, 54:4, 102:23, 102:24, 105:3, 117:22, 147:3
**purposes** [1] - 168:17
**pursue** [1] - 76:3
**push** [1] - 80:21
**pushing** [1] - 20:17
**put** [18] - 14:6, 20:4, 25:17, 28:9, 33:23, 33:24, 38:14, 40:1, 57:5, 64:1, 113:9, 117:11, 119:2, 130:21, 156:16, 156:18, 181:22, 182:1
**putting** [5] - 21:6, 22:8, 30:8, 132:3, 167:6

## Q

**qualified** [2] - 97:12, 97:18
**quarter** [2] - 156:6, 161:23
**quarters** [1] - 89:6
**Queens** [1] - 96:23
**questioning** [4] - 8:25, 88:16, 106:24, 161:20
**questions** [24] - 26:1, 41:24, 74:13, 74:16, 74:22, 75:13, 76:8, 76:15, 77:1, 94:13, 107:1, 113:16, 113:17, 166:24, 167:12, 173:10, 173:24, 176:22, 176:25, 178:19, 178:23, 181:16, 181:17, 193:14
**quick** [1] - 193:3
**quickly** [4] - 5:7, 22:9, 22:10, 30:1
**quietly** [1] - 169:5
**quite** [4] - 93:9, 118:6, 167:8, 182:4
**quote** [1] - 116:25

## R

**Rabbi** [29] - 7:1, 7:5, 7:19, 7:25, 8:4, 8:19, 31:12, 40:1, 71:21, 72:4, 72:22, 90:5, 108:2, 108:21, 119:10, 122:3, 127:10, 161:7, 173:13, 181:18, 184:16, 184:17, 185:19, 186:12, 186:17, 189:16, 190:1, 190:4, 191:19
**rabbi** [3] - 7:6, 127:10, 192:10

**rabbis** [3] - 72:8, 148:4
**raise** [8] - 9:7, 77:19, 96:10, 121:14, 148:6, 182:16, 188:18, 188:21
**raised** [2] - 136:21, 136:23
**Ramle** [1] - 126:7
**RAMON** [1] - 1:12
**ran** [3] - 83:1, 84:16, 92:25
**rank** [1] - 124:9
**rare** [1] - 180:16
**rather** [6] - 6:9, 19:18, 42:1, 127:11, 128:14, 138:11
**reach** [1] - 164:19
**reached** [3] - 5:12, 51:8, 55:24
**reaches** [1] - 117:20
**reaction** [3] - 140:12, 163:12, 163:18
**Read** [1] - 26:13
**read** [26] - 18:24, 18:25, 22:22, 23:1, 23:2, 26:12, 38:7, 38:8, 62:9, 62:10, 62:18, 62:21, 62:25, 63:2, 63:9, 63:15, 66:3, 66:7, 134:5, 139:22, 139:25, 168:21, 168:25, 169:2, 169:3, 169:14
**reading** [2] - 62:7, 134:10
**reads** [2] - 63:20, 66:4
**real** [1] - 57:4
**reality** [2] - 68:21, 70:18
**realized** [3] - 22:4, 149:21, 149:23
**really** [9] - 23:8, 27:8, 38:18, 56:11, 64:20, 75:25, 104:5, 132:19, 172:4
**realty** [1] - 68:19
**rear** [12] - 4:16, 9:3, 64:25, 65:13, 66:5, 86:14, 103:24, 104:10, 163:22, 164:5, 164:7, 165:14
**reason** [3] - 18:18, 19:1, 130:8
**reasons** [2] - 118:9, 121:8
**reassigned** [2] - 149:5, 149:22
**rebuttal** [1] - 181:7
**receive** [3] - 127:17, 145:16, 146:3
**received** [4] - 15:5, 124:18, 124:19, 125:9
**receives** [1] - 146:6
**receiving** [1] - 173:14
**recess** [5] - 77:8, 77:9, 120:17, 160:21, 161:4, 161:5, 193:20
**recklessly** [1] - 8:20
**recognize** [9] - 14:22, 42:2, 42:20, 42:22, 65:25, 82:1, 98:23, 132:12, 132:15
**recollection** [9] - 33:16, 33:19, 35:3, 60:21, 61:2, 168:2, 168:15, 169:15, 170:4
**record** [22] - 2:4, 15:15, 15:20, 16:19, 16:24, 26:21, 41:10, 50:25, 77:22, 80:10, 81:6, 82:12, 84:7, 85:13, 86:13, 96:14, 99:8, 101:22, 104:17, 121:17, 176:2, 188:24
**Record** [2] - 23:2, 139:25
**recorded** [1] - 1:24
**recross** [3] - 94:15, 95:14, 194:14
**RECROSS** [6] - 94:16, 114:18, 179:9, 194:12, 194:20, 194:24

**RECROSS-EXAMINATION** [2] - 114:18, 194:20
**rECROSS-EXAMINATION** [2] - 95:14, 194:14
**Red** [1] - 7:11
**red** [5] - 5:10, 23:22, 40:19, 90:20, 91:18
**red-eyes** [1] - 90:20
**red-handed** [2] - 5:10, 23:22
**redirect** [6] - 74:10, 93:4, 161:9, 161:10, 161:11, 179:12
**REDIRECT** [12] - 74:11, 93:5, 95:6, 113:11, 173:11, 187:17, 194:6, 194:11, 194:13, 194:19, 194:23, 195:4
**refer** [1] - 40:7
**reference** [3] - 153:11, 183:8, 189:7
**referenced** [1] - 116:22
**referred** [1] - 7:11
**referring** [10] - 17:5, 17:6, 19:9, 80:9, 84:5, 86:6, 88:22, 106:19, 124:3, 127:5
**reflect** [16] - 15:15, 15:20, 16:19, 16:24, 26:21, 79:21, 80:11, 81:6, 82:12, 84:7, 85:13, 86:13, 99:8, 101:22, 104:17, 169:15
**reflected** [1] - 118:12
**reflection** [1] - 14:23
**refrain** [1] - 156:8
**refresh** [7] - 33:15, 33:18, 60:21, 61:3, 168:2, 168:14, 170:3
**refreshed** [1] - 7:15
**refreshes** [1] - 35:3
**registered** [1] - 146:5
**regret** [1] - 49:6
**regular** [1] - 143:17
**regulations** [2] - 112:22, 113:5
**reiterated** [1] - 181:7
**relationship** [2] - 184:21, 192:11
**relationships** [1] - 148:2
**relative** [1] - 44:20
**release** [2] - 71:12, 125:9
**released** [2] - 143:23, 144:3
**relevance** [4] - 43:5, 69:22, 70:4, 188:1
**relevant** [1] - 8:16
**reliable** [1] - 190:20
**relies** [1] - 147:25
**relieve** [1] - 163:20
**religious** [8] - 17:20, 121:8, 158:14, 177:14, 178:1, 180:3, 180:19
**relocated** [1] - 86:2
**remain** [5] - 3:5, 104:10, 111:14, 134:21, 139:3
**remainder** [1] - 77:12
**remained** [2] - 104:12, 142:3
**remains** [1] - 126:11
**remember** [37] - 13:23, 35:6, 36:21, 37:6, 37:12, 37:14, 38:16, 40:15, 52:24, 55:23, 56:10, 61:4, 62:20, 63:14, 67:16, 67:17, 67:18, 67:19, 67:20, 73:1, 73:7,

74:7, 75:23, 103:18, 107:8, 107:11, 113:21, 132:18, 137:12, 173:13, 173:24, 175:7, 175:8, 176:25, 178:23, 191:22
**removed** [1] - 136:21
**Rene** [4] - 99:22, 100:2, 100:23, 101:7
**rent** [1] - 144:18
**rented** [1] - 144:19
**repeat** [10] - 38:5, 75:3, 139:21, 140:17, 148:13, 158:12, 165:20, 171:19, 172:16, 180:17
**repeated** [4] - 105:5, 107:8, 114:12, 135:14
**repeating** [1] - 105:1
**repeats** [1] - 182:22
**rephrase** [2] - 140:17, 157:7
**report** [2] - 145:2, 170:12
**Reporter** [1] - 1:22
**reporter** [5] - 16:17, 23:1, 38:5, 96:20, 182:4
**reporter's** [1] - 9:22
**represent** [2] - 6:25, 90:5
**representative** [2] - 149:5, 149:17
**representing** [2] - 31:12, 108:2
**reputation** [14] - 147:9, 147:13, 147:14, 185:3, 185:6, 185:9, 185:22, 186:1, 186:7, 190:11, 190:14, 190:17, 190:19, 191:17
**request** [8] - 3:2, 9:23, 31:24, 77:11, 129:1, 129:10, 129:13, 131:6
**required** [1] - 11:6
**requirement** [5] - 116:20, 118:1, 118:22, 118:24, 178:2
**requirements** [1] - 117:10
**rescue** [1] - 144:12
**reseated** [2] - 38:24, 86:23
**respect** [4] - 17:19, 20:1, 144:20, 192:16
**respected** [1] - 8:5
**respectful** [1] - 190:20
**respects** [1] - 180:19
**respond** [1] - 116:12
**responded** [3] - 5:19, 105:14, 162:24
**responding** [1] - 103:13
**response** [5] - 19:23, 103:7, 104:2, 140:18, 167:11
**responsible** [2] - 27:6, 99:23
**rest** [3] - 68:8, 68:10, 137:8
**restrooms** [1] - 66:19
**rests** [1] - 115:3
**results** [2] - 140:14, 148:15
**resume** [1] - 193:6
**return** [2] - 29:18, 85:18
**returned** [3] - 78:17, 106:1, 136:3
**review** [1] - 8:17
**reward** [1] - 145:21
**REYES** [1] - 1:12
**rings** [3] - 160:6, 160:7, 160:11
**risk** [4] - 164:23, 164:24, 165:1, 165:2

**Rochelle** [1] - 127:11
**role** [1] - 12:10
**room** [4] - 3:11, 127:19, 129:17, 150:1
**roommates** [1] - 108:11
**route** [1] - 90:23
**routes** [4] - 97:5, 97:8, 97:11, 97:15
**row** [17] - 7:9, 7:24, 15:18, 26:24, 81:4, 81:7, 82:11, 94:24, 95:2, 104:19, 129:22, 137:18, 138:3, 138:4, 148:20
**rows** [1] - 99:10
**rub** [1] - 29:6
**rubbing** [1] - 20:22
**Rudolph** [1] - 1:22
**Rule** [2] - 83:6, 186:3
**rule** [2] - 174:24, 186:8
**rules** [4] - 112:21, 113:5, 127:12, 127:24
**Rules** [1] - 186:6
**ruling** [2] - 42:18, 89:24
**run** [3] - 170:7, 170:10, 170:12
**running** [1] - 145:20
**Ruth** [2] - 2:19, 123:11

## S

**safely** [1] - 94:7
**salient** [1] - 185:12
**SARRATT** [123] - 1:16, 2:5, 2:22, 3:21, 3:23, 8:23, 9:2, 9:5, 9:15, 15:1, 15:15, 15:18, 16:19, 16:25, 26:21, 31:7, 35:1, 35:15, 38:21, 41:9, 41:19, 42:17, 43:3, 45:5, 49:9, 50:25, 52:13, 57:10, 59:22, 60:25, 61:23, 62:3, 63:12, 65:16, 65:18, 66:11, 69:21, 70:2, 70:4, 70:19, 70:21, 74:9, 74:12, 76:23, 76:25, 77:10, 77:17, 78:3, 80:10, 80:15, 80:20, 81:6, 82:17, 82:20, 83:5, 83:8, 84:7, 84:10, 85:13, 86:13, 86:18, 89:21, 93:4, 93:6, 94:13, 95:5, 95:7, 95:10, 95:13, 96:2, 96:8, 96:18, 99:8, 101:22, 102:7, 102:12, 103:10, 104:17, 107:16, 113:12, 113:13, 114:16, 115:2, 116:12, 116:15, 120:1, 120:16, 142:21, 157:2, 157:7, 157:14, 160:17, 160:24, 161:8, 162:19, 162:22, 167:22, 168:2, 168:5, 168:11, 169:2, 169:6, 169:25, 173:10, 179:10, 179:11, 181:16, 185:14, 185:21, 186:3, 186:19, 187:1, 187:12, 187:16, 187:21, 188:1, 191:1, 191:3, 191:8, 192:3, 192:20, 193:11, 193:19
**Sarratt** [4] - 2:5, 2:21, 3:6, 161:6
**sat** [19] - 7:4, 16:3, 16:5, 16:6, 28:16, 72:22, 111:11, 129:16, 129:17, 129:25, 130:2, 130:18, 130:20, 130:21, 131:12, 134:3, 148:23, 149:10, 181:2
**satisfied** [1] - 143:25
**satisfies** [1] - 118:21
**Saturday** [12] - 130:4, 130:6, 162:2, 162:4, 162:5, 177:11, 177:14, 177:18,

177:19, 177:20, 177:21, 177:24
**Saul** [5] - 2:12, 6:24, 31:11, 90:5, 108:1
**SAUL** [1] - 1:19
**save** [1] - 144:12
**saved** [1] - 124:22
**saw** [18] - 5:15, 19:23, 28:22, 33:15, 33:18, 45:14, 53:19, 55:19, 64:25, 81:25, 84:3, 85:3, 88:21, 88:22, 130:17, 134:10, 137:7, 138:5
**scene** [1] - 36:11
**schedule** [1] - 27:5
**school** [6] - 10:13, 123:17, 123:19, 123:20, 123:21, 124:4
**schools** [1] - 12:15
**scope** [2] - 187:23, 188:2
**scream** [2] - 7:8, 7:24
**screamed** [1] - 155:12
**screaming** [4] - 92:5, 155:12, 159:19, 178:11
**screams** [1] - 159:19
**screen** [9] - 14:6, 15:10, 79:17, 80:4, 90:7, 98:22, 99:1, 99:4, 168:18
**seat** [89] - 4:16, 4:17, 4:21, 5:21, 14:2, 14:3, 15:8, 15:14, 15:18, 15:19, 15:21, 15:25, 16:2, 16:5, 16:10, 19:4, 19:9, 19:10, 19:11, 19:12, 19:17, 21:4, 22:6, 22:11, 23:16, 27:21, 27:22, 28:9, 28:10, 28:11, 28:17, 28:18, 39:13, 43:25, 44:2, 46:2, 46:20, 52:23, 60:18, 61:10, 62:18, 62:23, 63:9, 63:20, 66:1, 67:25, 68:2, 68:3, 68:8, 68:13, 71:13, 80:6, 84:2, 84:4, 84:15, 85:20, 85:23, 86:2, 86:6, 86:9, 90:9, 105:16, 105:18, 111:23, 117:18, 129:25, 130:21, 133:25, 134:7, 135:23, 136:23, 148:17, 148:20, 148:24, 149:1, 149:2, 149:10, 149:17, 149:19, 150:5, 154:25, 156:7, 158:10, 159:2, 170:20, 174:20
**seated** [40] - 2:16, 4:15, 4:21, 5:4, 7:21, 9:10, 12:22, 13:25, 15:21, 15:22, 16:9, 68:2, 77:21, 88:18, 96:13, 111:8, 111:9, 111:14, 121:16, 129:5, 129:25, 130:2, 148:17, 148:20, 149:2, 149:22, 155:19, 158:11, 164:12, 174:8, 174:19, 179:14, 179:24, 180:7, 180:11, 180:15, 180:17, 180:23, 182:18, 188:23
**seating** [1] - 14:23
**seats** [21] - 4:17, 39:2, 39:4, 47:2, 74:4, 80:18, 84:5, 84:8, 84:11, 86:16, 89:8, 93:22, 93:23, 111:12, 111:19, 111:20, 111:21, 129:8, 150:21, 173:25, 174:2
**second** [26] - 3:17, 6:11, 14:13, 40:25, 55:14, 58:14, 58:17, 58:18, 58:25, 59:13, 79:25, 82:11, 90:24, 106:16, 109:6, 114:3, 114:13, 115:23, 118:3, 120:3, 135:11, 141:13, 154:25, 155:21, 159:6, 175:6
**Second** [2] - 116:18, 118:17

**seconds** [5] - 5:11, 53:8, 56:14, 58:20, 58:22

**secretary** [1] - 189:15

**section** [6] - 14:17, 79:13, 98:16, 99:6, 111:13, 118:5

**Section** [3] - 116:22, 116:25, 118:17

**security** [1] - 29:14

**see** [85] - 5:9, 14:6, 14:10, 14:14, 14:18, 15:7, 15:13, 16:10, 22:2, 23:9, 23:23, 24:3, 24:18, 24:19, 24:20, 25:4, 28:1, 28:19, 34:3, 35:4, 36:6, 41:25, 53:17, 53:18, 54:8, 54:24, 54:25, 55:1, 55:4, 55:5, 56:16, 59:25, 60:2, 60:7, 60:9, 60:12, 66:10, 67:5, 79:17, 79:20, 82:3, 82:4, 84:18, 85:5, 86:6, 86:9, 87:10, 91:25, 93:12, 94:1, 94:5, 94:23, 95:1, 101:13, 126:11, 126:12, 132:24, 132:25, 135:8, 135:19, 135:20, 136:8, 136:21, 137:6, 137:21, 154:22, 157:9, 157:10, 157:21, 158:4, 158:6, 158:8, 159:4, 162:9, 162:12, 162:16, 168:9, 168:11, 168:18, 168:20, 174:4, 174:12, 190:24, 193:16

**see-through** [1] - 55:5

**seeing** [3] - 94:10, 157:11, 174:5

**seek** [4] - 8:13, 30:17, 70:14, 76:1

**seeking** [3] - 69:24, 70:16, 75:24

**seeks** [1] - 70:17

**seem** [2] - 102:3, 159:9

**segment** [1] - 98:13

**self** [3] - 68:17, 125:14, 179:20

**self-defense** [1] - 68:17

**self-employed** [1] - 125:14

**selflessly** [1] - 8:11

**sell** [1] - 183:25

**sense** [2] - 162:13, 167:7

**sent** [2] - 12:20, 84:19

**sentence** [7] - 38:18, 162:22, 168:23, 169:4, 169:12, 169:20, 169:24

**separated** [1] - 48:2

**sergeant** [2] - 124:10, 124:13

**series** [2] - 75:13, 113:16

**serious** [1] - 118:24

**serve** [6] - 11:6, 11:10, 11:17, 98:5, 98:19, 159:2

**served** [5] - 11:19, 17:3, 80:8, 130:23, 131:2

**service** [2] - 80:23, 123:23

**Services** [3] - 143:24, 144:4, 144:8

**services** [3] - 145:5, 145:8, 145:13

**serving** [1] - 131:4

**set** [3] - 14:4, 118:14, 173:17

**sets** [1] - 39:4

**setting** [1] - 116:18

**seven** [2] - 23:5, 122:15

**seven-year** [1] - 23:5

**several** [11] - 20:16, 53:8, 56:8, 56:14, 58:15, 97:14, 102:25, 125:12, 129:16

**sexual** [15] - 89:13, 115:19, 115:21, 115:25, 116:5, 116:9, 116:20, 117:4,

117:7, 118:2, 118:20, 119:3, 119:6, 119:8, 119:15

**shaken** [1] - 5:25

**shall** [1] - 103:4

**shifting** [1] - 156:7

**shirt** [2] - 82:8, 82:14

**shock** [5] - 6:1, 58:25, 135:20, 135:24, 179:3

**shocked** [1] - 5:5

**short** [6] - 24:5, 56:6, 81:24, 85:11, 101:20, 103:13

**shot** [1] - 5:17

**shoulder** [4] - 175:20, 175:21, 175:22, 176:6

**shoulders** [2] - 157:22, 158:4

**shouting** [1] - 61:15

**show** [32] - 3:25, 4:8, 4:19, 7:2, 7:10, 7:17, 7:19, 7:22, 7:25, 8:4, 14:4, 15:11, 22:1, 26:18, 41:6, 42:1, 68:19, 68:21, 69:3, 69:14, 69:17, 70:1, 70:6, 70:12, 75:14, 75:22, 79:15, 79:25, 99:5, 132:20, 168:1, 175:10

**showed** [6] - 14:17, 18:2, 108:6, 134:16, 166:7, 176:16

**showing** [2] - 167:23, 168:16

**shows** [1] - 70:18

**sick** [1] - 145:19

**side** [35] - 15:23, 19:16, 20:4, 20:19, 23:14, 24:23, 24:24, 25:23, 35:19, 44:9, 50:21, 50:24, 52:19, 60:5, 60:6, 60:9, 72:8, 72:11, 80:8, 80:9, 80:12, 80:17, 86:15, 127:6, 127:7, 127:8, 133:11, 174:4, 175:17, 175:19, 175:22, 176:15

**sides** [2] - 19:15, 44:9

**Sigalit** [3] - 188:13, 188:25, 195:6

**sign** [5] - 44:2, 62:11, 63:11, 71:12, 71:18

**signature** [1] - 33:12

**signed** [5] - 62:9, 62:15, 62:19, 62:21, 63:10

**signing** [1] - 66:7

**Silber** [26] - 6:3, 96:9, 96:10, 96:16, 96:19, 96:22, 97:5, 98:8, 99:12, 100:14, 107:16, 107:24, 113:15, 114:16, 114:25, 138:12, 139:6, 139:16, 140:3, 164:3, 164:8, 165:18, 165:21, 165:23, 194:16

**Silber's** [1] - 165:10

**silently** [2] - 168:21, 169:1

**Simcha** [1] - 123:8

**similar** [9] - 41:15, 42:23, 42:25, 43:21, 63:5, 118:6, 132:17, 132:19, 188:10

**simple** [2] - 118:22, 173:5

**simply** [4] - 14:16, 120:2, 139:1, 165:16

**sing** [2] - 183:19, 184:20

**singer** [5] - 69:19, 70:13, 70:14, 183:17, 183:18

**singing** [2] - 69:22, 183:22

**sit** [16] - 74:18, 129:7, 129:18, 139:1, 139:2, 149:19, 149:20, 150:1, 150:2, 150:5, 150:7, 150:25, 180:19, 180:21, 188:20

**sitting** [34] - 7:9, 8:2, 12:25, 14:1, 17:22, 24:1, 27:20, 28:13, 40:22, 45:11, 46:20, 54:13, 54:14, 56:20, 56:22, 65:5, 82:10, 84:2, 101:18, 129:22, 131:8, 133:25, 136:25, 139:4, 140:12, 142:10, 142:12, 142:15, 149:9, 149:23, 158:18, 171:8, 174:10, 182:23

**situation** [13] - 87:15, 88:2, 89:17, 99:18, 99:20, 137:4, 149:24, 150:24, 160:4, 164:19, 171:25, 173:22, 174:6

**situations** [4] - 175:1, 175:2, 179:23, 181:3

**six** [4] - 70:9, 123:12, 161:23, 189:13

**size** [1] - 43:11

**slander** [2] - 164:20, 164:21

**sleep** [85] - 4:23, 5:8, 6:10, 7:15, 7:18, 23:24, 36:10, 37:11, 44:23, 44:25, 47:12, 48:9, 50:7, 108:23, 109:4, 109:8, 129:19, 130:6, 130:8, 130:10, 130:11, 130:13, 131:20, 132:2, 133:10, 133:14, 133:17, 134:13, 134:18, 135:4, 135:12, 151:10, 151:19, 151:21, 151:22, 151:25, 152:1, 152:2, 152:5, 152:6, 152:9, 153:15, 154:3, 154:25, 155:3, 155:5, 155:6, 155:8, 155:9, 155:10, 155:13, 155:14, 155:16, 155:22, 156:4, 158:25, 163:15, 170:23, 175:1, 175:3, 175:6, 175:9, 176:23, 177:4, 177:9, 177:10, 177:17, 177:20, 177:21, 177:24, 177:25, 179:16, 180:1, 180:2, 180:18, 180:24, 181:1, 181:10, 181:13

**sleeper** [3] - 133:15, 133:16, 151:9

**sleeping** [35] - 19:25, 20:1, 22:8, 26:6, 40:9, 43:24, 44:4, 44:7, 44:10, 44:13, 44:14, 44:16, 44:21, 45:3, 45:12, 45:16, 47:24, 48:1, 50:2, 53:22, 54:6, 63:18, 63:21, 63:24, 64:12, 129:20, 136:17, 153:18, 167:17, 170:5, 172:15, 172:19, 173:7, 178:22, 178:25

**slept** [8] - 5:2, 133:10, 133:13, 133:18, 151:16, 177:5, 177:7, 179:1

**slightly** [1] - 80:1

**slowly** [4] - 21:9, 22:9, 167:10, 167:14

**small** [3] - 8:6, 40:20, 40:21

**snacks** [1] - 105:24

**snoring** [1] - 44:11

**socially** [2] - 184:17, 189:16

**society** [1] - 148:2

**softly** [1] - 61:14

**sold** [2] - 184:10

**soldier** [1] - 12:12

**soldiers** [9] - 4:7, 11:17, 11:18, 75:1, 124:14, 124:15, 124:16, 124:18, 124:23

**someone** [5] - 17:12, 20:21, 21:10, 28:16, 46:15, 56:4, 70:17, 72:11, 76:2, 94:23, 101:4, 136:12, 140:14, 172:4,

180:2
**sometimes** [9] - 7:11, 20:22, 39:20, 47:13, 91:10, 98:5, 167:11, 174:22
**somewhere** [3] - 28:12, 33:14, 164:12
**song** [1] - 70:14
**songs** [1] - 183:22
**soon** [2] - 22:11, 58:6, 84:18, 103:3, 104:8, 110:9, 176:1, 176:20, 178:16
**sorry** [20] - 9:25, 16:14, 26:10, 33:17, 45:18, 67:16, 73:23, 95:18, 104:3, 112:20, 121:12, 123:9, 131:1, 148:13, 149:7, 157:1, 167:22, 176:9, 191:15, 192:14
**sort** [4] - 6:12, 20:5, 58:25, 82:17
**sounds** [1] - 46:15
**soup** [8] - 8:9, 126:5, 126:6, 126:8, 126:15, 143:13, 170:8, 170:10, 170:12
**source** [1] - 145:24
**sources** [1] - 146:8
**space** [1] - 20:21
**speaker** [2] - 12:5, 12:13
**speaking** [11] - 6:3, 61:12, 61:14, 74:23, 75:1, 102:23, 136:8, 138:15, 159:7, 167:3
**speaks** [3] - 31:25, 167:10, 188:19
**Special** [3] - 2:7, 36:14, 166:16
**special** [1] - 172:10
**specific** [6] - 119:13, 186:4, 186:10, 188:3, 191:4, 191:12
**speech** [1] - 12:17
**speeches** [2] - 12:14, 29:15
**speechless** [1] - 5:4
**speedy** [1] - 11:18
**spell** [6] - 77:22, 96:14, 121:17, 121:18, 188:14, 188:24
**spend** [2] - 111:23, 175:3
**spends** [2] - 8:8, 8:11
**spent** [1] - 179:17
**spiritual** [1] - 8:15
**split** [2] - 58:17, 58:18
**spoken** [9] - 29:3, 32:4, 67:7, 71:21, 75:8, 142:24, 184:22, 184:24, 190:8
**sponsor** [1] - 170:17
**squeeze** [3] - 59:15, 59:16, 59:17
**stable** [1] - 142:9
**staff** [1] - 124:10
**stand** [8] - 21:25, 37:21, 96:10, 121:5, 150:7, 157:21, 182:15, 188:13
**standard** [1] - 119:7
**standing** [6] - 28:1, 88:7, 101:8, 102:4, 163:24, 180:4
**start** [10] - 5:1, 17:14, 22:14, 31:22, 34:12, 34:14, 34:15, 133:12, 176:19, 193:2
**started** [4] - 34:9, 56:3, 97:4, 131:4
**starting** [1] - 193:11
**startled** [2] - 22:5, 52:18
**starts** [1] - 37:15
**state** [7] - 2:3, 6:23, 9:11, 77:22, 96:14,

121:17, 188:24
**State** [2] - 4:12, 124:20
**statement** [32] - 2:25, 29:13, 33:2, 33:13, 33:15, 33:18, 33:19, 34:1, 34:3, 34:9, 34:12, 34:24, 35:3, 35:5, 44:4, 45:3, 45:8, 45:15, 45:21, 60:22, 61:7, 62:1, 62:21, 62:24, 63:17, 63:20, 65:12, 66:3, 66:4, 66:13, 165:4, 178:19
**statements** [1] - 103:10
**STATES** [3] - 1:1, 1:4, 1:13
**States** [26] - 1:7, 1:15, 1:17, 2:6, 4:9, 4:10, 11:23, 12:4, 13:3, 29:17, 97:22, 125:2, 126:17, 126:19, 143:24, 144:5, 144:10, 146:12, 147:3, 147:17, 147:20, 147:23, 148:11, 150:12, 170:16, 179:13
**stature** [1] - 81:24
**stay** [4] - 11:11, 29:22, 68:4, 134:22
**stayed** [3] - 29:19, 76:11, 105:22
**staying** [2] - 71:4, 76:9
**stenography** [1] - 1:24
**step** [2] - 100:5, 136:11
**steps** [3] - 87:10, 90:11, 181:20
**stewardess** [2] - 48:22, 66:21
**still** [14] - 7:23, 21:15, 23:16, 24:10, 48:2, 60:7, 63:17, 63:21, 63:24, 74:4, 78:6, 92:14, 132:5
**stood** [4] - 66:1, 171:2, 171:8, 174:4
**stop** [2] - 34:14, 49:15
**story** [3] - 12:12, 32:24, 62:8
**straight** [3] - 63:7, 133:10, 137:1
**straighten** [1] - 112:6
**stranger** [1] - 58:21
**strengthened** [1] - 184:21
**stress** [1] - 27:2
**stressed** [5] - 27:2, 27:8, 56:11, 142:8, 164:13
**studied** [2] - 123:20, 123:21
**studies** [1] - 146:5
**study** [1] - 145:25
**stuff** [1] - 29:6
**stupid** [2] - 27:13
**subject** [8] - 100:12, 100:15, 100:22, 101:8, 106:16, 106:18, 111:11, 126:21
**subjects** [1] - 127:1
**submit** [5] - 6:14, 8:17, 118:25, 119:17, 120:6
**submitted** [1] - 116:17
**subpoena** [1] - 193:10
**succeeded** [1] - 20:23
**success** [1] - 126:25
**sue** [1] - 71:18
**sufficient** [2] - 94:4, 119:13
**suggest** [2] - 118:12, 164:14
**suggestion** [1] - 117:23
**suggests** [1] - 117:15
**suing** [3] - 71:9, 71:15, 71:21
**suit** [2] - 30:14, 46:11
**summations** [2] - 162:14, 193:8
**Sunday** [2] - 187:19, 187:25

**support** [2] - 126:14, 145:17
**supporting** [1] - 76:13
**suppose** [2] - 91:12, 146:24
**supposed** [8] - 17:13, 27:6, 46:12, 46:13, 47:3, 50:20, 128:7, 147:6
**surprised** [1] - 17:22
**sustained** [18] - 17:25, 37:7, 38:22, 50:22, 51:1, 59:24, 61:25, 66:14, 71:17, 89:15, 110:23, 184:13, 185:15, 185:17, 186:11, 187:22, 188:5, 191:5
**swear** [2] - 121:8, 121:10, 121:13
**sweater** [1] - 82:9
**switch** [4] - 93:20, 173:25, 174:2
**Switzerland** [1] - 97:9
**sworn** [1] - 9:9
**sworn-affirmed** [1] - 9:9
**sworn/affirmed** [4] - 77:20, 96:12, 121:15, 188:22
**symbolic** [1] - 146:6
**system** [1] - 27:7

**T**

**T-shirt** [1] - 82:8
**table** [15] - 2:7, 5:3, 16:18, 47:7, 47:14, 50:13, 50:16, 50:20, 52:10, 54:16, 55:20, 55:22, 85:9, 137:12, 137:16
**tea** [1] - 184:14
**teach** [1] - 146:3
**teaching** [1] - 146:7
**Tel** [27] - 4:2, 6:17, 7:11, 13:8, 14:24, 41:11, 41:22, 79:2, 79:3, 79:23, 90:22, 90:23, 90:24, 90:25, 91:1, 91:5, 91:18, 92:3, 97:8, 98:13, 129:10, 146:25, 148:18, 151:17, 187:9, 187:20, 192:17
**television** [2] - 75:14, 75:22
**ten** [7] - 77:7, 85:2, 123:9, 150:14, 160:19, 161:19, 161:20, 189:8, 190:3
**tent** [1] - 51:11
**term** [5] - 73:15, 115:21, 116:21, 116:23, 117:3
**terms** [3] - 128:2, 136:19, 160:8
**test** [2] - 55:9, 58:22
**testified** [25] - 119:10, 131:13, 138:2, 138:13, 142:1, 142:2, 143:4, 143:13, 143:19, 149:4, 149:15, 150:9, 151:8, 151:16, 152:18, 153:14, 154:2, 154:24, 155:21, 155:25, 156:18, 158:14, 159:5, 163:15, 179:12
**testify** [5] - 3:7, 83:6, 127:20, 127:21, 130:14
**testimony** [32] - 3:5, 8:16, 10:22, 62:1, 77:1, 77:11, 89:21, 102:13, 107:17, 114:17, 117:12, 119:12, 138:1, 150:19, 159:11, 159:14, 159:16, 162:14, 165:11, 165:13, 165:16, 172:13, 172:17, 173:13, 175:5, 179:16, 180:7, 180:10, 186:4, 186:5, 186:7, 186:8
**testing** [2] - 55:14, 57:13

**THE** [257] - 1:12, 2:1, 2:9, 2:11, 2:15, 2:20, 3:1, 3:9, 3:14, 3:20, 3:22, 6:21, 9:1, 9:4, 9:7, 9:10, 9:12, 15:3, 15:5, 15:20, 16:21, 16:23, 16:24, 17:25, 18:19, 18:22, 18:23, 18:24, 22:24, 22:25, 23:1, 25:20, 25:22, 25:25, 26:10, 26:12, 26:25, 29:4, 31:1, 31:3, 31:24, 32:1, 32:2, 32:11, 33:5, 33:6, 33:8, 33:24, 34:14, 34:17, 34:18, 35:6, 35:8, 35:14, 35:21, 37:7, 37:17, 37:19, 37:21, 37:22, 38:4, 38:7, 38:22, 41:4, 41:7, 41:14, 41:16, 41:18, 41:24, 42:10, 42:11, 42:12, 42:13, 42:18, 43:2, 43:6, 43:10, 43:14, 43:15, 45:9, 47:6, 49:10, 50:21, 50:22, 50:23, 51:3, 52:16, 57:12, 59:24, 61:4, 61:6, 61:7, 61:8, 61:9, 61:11, 61:17, 61:25, 63:13, 65:21, 66:14, 66:17, 66:18, 69:23, 70:5, 70:15, 70:20, 71:17, 73:10, 75:9, 75:11, 77:2, 77:4, 77:6, 77:14, 77:16, 77:19, 77:21, 77:25, 80:14, 80:17, 80:19, 81:9, 82:12, 82:15, 82:16, 82:19, 82:21, 83:7, 83:9, 84:9, 85:15, 86:17, 86:19, 89:15, 89:25, 91:3, 95:9, 95:17, 96:1, 96:5, 96:6, 96:10, 96:13, 96:15, 99:11, 101:24, 102:14, 103:12, 104:20, 107:7, 107:21, 110:23, 111:1, 111:2, 111:4, 114:25, 115:4, 115:8, 115:11, 115:13, 115:23, 116:14, 119:10, 119:21, 120:9, 120:12, 121:2, 121:6, 121:10, 121:13, 121:16, 121:18, 121:20, 121:22, 133:1, 133:7, 139:24, 140:20, 140:23, 140:25, 144:24, 144:25, 145:1, 145:4, 146:1, 157:8, 157:13, 157:15, 158:12, 158:20, 160:15, 160:18, 161:2, 161:6, 161:9, 161:12, 161:15, 161:17, 161:23, 162:4, 162:6, 162:9, 162:12, 162:18, 162:20, 165:6, 167:21, 167:23, 168:1, 168:4, 168:9, 168:12, 168:14, 168:25, 169:3, 169:4, 169:7, 169:10, 169:22, 175:21, 176:4, 176:8, 176:11, 176:14, 181:6, 181:18, 181:22, 182:1, 182:10, 182:13, 182:15, 182:18, 182:24, 184:13, 185:15, 185:17, 186:11, 186:21, 187:22, 188:5, 188:12, 188:14, 188:17, 188:18, 188:21, 188:23, 188:25, 191:5, 191:10, 191:12, 191:16, 192:1, 192:22, 192:23, 192:25, 193:5, 193:16

**themselves** [1] - 151:4
**thereafter** [1] - 125:14
**thereby** [1] - 169:1
**therefore** [2] - 97:14, 100:25
**thicker** [2] - 42:9, 42:10
**thigh** [2] - 48:3, 116:3
**third** [7] - 14:16, 14:20, 18:4, 109:14, 161:14, 161:19, 161:22
**thirty** [3] - 124:15, 124:16, 124:18
**thousand** [1] - 89:4
**three** [35] - 4:17, 14:8, 32:3, 32:6, 81:2, 81:18, 87:7, 90:9, 90:13, 90:15, 97:4,

99:24, 104:14, 115:5, 123:20, 124:8, 125:7, 127:18, 128:21, 130:13, 130:15, 138:2, 148:5, 151:10, 151:13, 152:4, 152:8, 161:15, 161:16, 171:1, 171:4, 171:7, 183:15, 186:19
**three-page** [1] - 14:8
**three-year** [1] - 128:21
**throughout** [5] - 7:12, 8:1, 92:7, 93:21, 100:11
**ticket** [5] - 70:25, 76:16, 76:17, 76:21, 129:2
**tickets** [1] - 170:15
**tight** [1] - 129:8
**tired** [3] - 177:7, 181:3, 182:5
**title** [1] - 134:11
**today** [13] - 10:19, 16:10, 30:18, 67:2, 67:3, 74:18, 76:13, 85:5, 101:14, 122:11, 127:3, 144:17, 145:15
**together** [5] - 4:15, 39:3, 39:5, 99:24, 167:7
**tomorrow** [7] - 162:9, 162:14, 181:23, 182:2, 193:2, 193:6, 193:17
**tonight** [3] - 162:13, 162:14, 182:3
**took** [31] - 4:16, 13:2, 17:18, 20:3, 22:7, 22:11, 24:16, 25:6, 28:1, 28:9, 32:17, 35:12, 35:22, 35:25, 36:1, 38:12, 38:24, 55:18, 57:5, 58:4, 60:2, 61:7, 61:11, 64:13, 64:18, 64:22, 66:1, 67:10, 78:16, 137:5, 170:23
**top** [1] - 25:21
**topic** [1] - 140:25
**totally** [2] - 50:18, 129:13
**touch** [27] - 8:20, 15:10, 15:14, 17:14, 46:13, 48:19, 53:8, 58:19, 58:21, 59:15, 80:9, 99:4, 112:11, 128:3, 128:7, 128:9, 128:17, 128:21, 128:24, 139:13, 142:10, 142:12, 142:15, 172:20, 172:23, 177:6, 179:7
**touched** [43] - 6:9, 6:10, 8:2, 25:20, 26:6, 54:1, 54:4, 57:1, 58:14, 58:17, 64:15, 67:14, 67:17, 67:20, 74:3, 74:19, 83:17, 83:22, 89:18, 108:22, 109:4, 109:7, 109:10, 109:15, 109:17, 119:11, 135:18, 139:10, 140:10, 140:14, 163:6, 164:8, 164:17, 164:20, 167:16, 170:5, 172:14, 172:18, 172:23, 173:1, 173:7, 178:22
**touches** [3] - 57:8, 58:6, 117:21
**touching** [26] - 5:18, 20:2, 21:10, 21:11, 24:9, 25:12, 25:15, 58:5, 64:11, 75:10, 80:3, 80:11, 83:12, 83:17, 116:1, 117:4, 117:12, 118:23, 119:4, 128:2, 128:12, 135:18, 140:11, 156:9, 176:24, 179:5
**toward** [4] - 4:18, 19:18, 23:16, 155:22, 156:13
**towards** [12] - 19:19, 20:16, 23:15, 25:1, 60:8, 92:20, 104:13, 119:19, 135:25, 137:7, 156:10, 163:9
**towel** [1] - 17:18

**town** [2] - 9:19, 122:6
**toys** [1] - 23:7
**trade** [2] - 150:20, 150:25
**traffic** [2] - 138:8, 138:10
**training** [2] - 68:15, 68:17
**transcribed** [1] - 61:19
**transcript** [1] - 1:24
**TRANSCRIPT** [1] - 1:12
**transcription** [2] - 1:25, 61:24
**translate** [2] - 38:3, 185:18
**translated** [3] - 107:1, 107:2, 167:12
**translating** [1] - 182:21
**translation** [5] - 104:5, 140:2, 140:18, 157:5, 157:12
**translator** [5] - 106:24, 138:14, 166:19, 166:21, 167:3
**translucent** [2] - 157:5, 157:8
**transparent** [3] - 156:19, 156:22, 157:9
**trapped** [1] - 117:18
**travel** [3] - 11:25, 147:3, 170:17
**traveler** [1] - 150:10
**traveling** [3] - 4:9, 12:19, 12:21
**travels** [1] - 92:8
**tray** [16] - 5:3, 21:1, 21:2, 21:3, 47:7, 47:13, 47:14, 50:13, 50:16, 50:20, 52:4, 52:10, 54:16, 55:20, 55:22, 137:12
**TRIAL** [1] - 1:12
**trial** [12] - 2:1, 29:23, 29:25, 30:16, 31:12, 32:8, 70:22, 71:19, 77:13, 118:11, 144:1, 144:4
**tried** [16] - 5:9, 18:12, 18:16, 20:10, 20:17, 25:7, 25:17, 30:8, 47:12, 55:9, 63:25, 64:1, 64:20, 153:15, 154:25
**tries** [2] - 64:12, 70:17
**trip** [7] - 12:3, 13:3, 29:11, 29:14, 29:20, 90:24, 163:19
**trouble** [3] - 19:2, 94:10, 154:19
**true** [8] - 6:16, 63:18, 162:23, 164:2, 164:7, 164:18, 167:15, 179:4
**truly** [2] - 105:4, 105:15
**truth** [5] - 166:14, 185:7, 190:15, 191:20, 191:22
**truthful** [6] - 32:20, 36:25, 37:2, 186:13, 186:14, 186:18
**truthfulness** [4] - 185:4, 185:11, 190:12, 191:18
**try** [11] - 6:12, 17:16, 85:19, 107:3, 135:10, 156:20, 156:23, 157:15, 162:13, 179:25, 181:22
**trying** [6] - 22:19, 32:2, 135:13, 137:9, 148:9, 156:4, 156:8, 159:12
**turn** [14] - 14:13, 14:16, 20:18, 27:9, 37:19, 37:22, 37:24, 155:22, 155:24, 156:7, 156:10, 156:12, 175:11
**turned** [5] - 37:23, 139:7, 139:9, 156:13, 175:6
**TURNER** [1] - 2:17
**Turner** [1] - 2:18
**TV** [5] - 10:13, 68:19, 69:8, 69:11,

70:18
**twelve** [1] - 99:10
**twenty** [1] - 122:19
**twenty-four** [1] - 122:19
**twice** [2] - 126:9, 141:4
**twins** [3] - 122:23, 123:3, 123:16
**two** [39] - 3:4, 6:7, 10:18, 11:10, 11:15, 12:24, 16:21, 19:15, 35:11, 35:22, 35:25, 47:2, 56:10, 58:20, 58:21, 59:13, 65:24, 68:12, 74:4, 81:24, 85:25, 87:4, 99:14, 103:25, 106:1, 106:14, 111:15, 112:22, 128:21, 129:25, 130:17, 137:24, 143:16, 143:17, 148:5, 158:24, 161:13, 161:18, 181:10
**twofold** [1] - 117:9
**type** [3] - 69:3, 79:5, 98:14
**typically** [1] - 97:6

# U

**U.S** [3] - 32:12, 115:21, 115:22
**unable** [12] - 85:21, 87:17, 132:1, 175:2, 179:25, 180:1, 180:2, 180:7, 180:11, 180:14, 180:23, 181:1
**unclear** [1] - 148:25
**uncomfortable** [2] - 19:3, 20:20
**uncover** [1] - 133:2
**under** [21] - 5:1, 5:12, 5:14, 5:16, 11:17, 17:2, 25:4, 30:9, 37:4, 54:25, 56:23, 57:5, 60:1, 83:6, 117:13, 118:22, 153:24, 185:13, 185:24, 186:5, 186:6
**underneath** [3] - 25:21, 25:22, 55:25
**understood** [8] - 166:23, 166:24, 166:25, 167:1, 167:4, 167:6, 192:6
**undertake** [1] - 164:23
**unfolded** [1] - 131:21
**uniform** [1] - 110:13
**uniformed** [1] - 141:17
**UNITED** [3] - 1:1, 1:4, 1:13
**United** [26] - 1:7, 1:15, 1:17, 2:6, 4:9, 4:10, 11:23, 12:4, 13:3, 29:17, 97:22, 125:2, 126:17, 126:19, 143:24, 144:5, 144:10, 146:11, 147:3, 147:17, 147:20, 147:23, 148:11, 150:12, 170:16, 179:13
**unless** [2] - 45:13, 117:22
**unraveled** [1] - 131:20
**unwrapped** [1] - 131:20
**up** [109] - 2:24, 5:1, 5:17, 10:1, 14:6, 15:11, 17:12, 18:20, 20:2, 20:14, 20:15, 20:18, 21:8, 21:9, 21:25, 22:6, 23:7, 27:9, 28:13, 32:1, 40:24, 43:7, 44:8, 46:15, 46:21, 47:2, 47:20, 48:2, 48:11, 48:14, 48:16, 48:18, 49:1, 49:2, 49:4, 49:11, 49:15, 51:13, 52:6, 53:5, 53:6, 55:17, 55:20, 55:22, 58:4, 59:25, 63:19, 64:25, 65:5, 65:12, 65:23, 66:5, 67:13, 68:5, 72:18, 80:6, 86:3, 87:14, 88:4, 88:21, 88:22, 97:20, 99:5, 99:7, 100:12, 105:23, 108:6, 108:14, 128:8, 129:14,

129:17, 133:11, 133:21, 133:23, 133:24, 135:11, 135:22, 136:13, 136:16, 137:1, 137:12, 137:19, 137:21, 140:15, 150:8, 154:5, 154:8, 155:11, 155:12, 157:24, 158:2, 159:23, 160:11, 166:7, 167:23, 168:7, 169:11, 171:2, 171:8, 174:5, 177:13, 178:2, 178:10, 178:16, 179:1, 193:14
**upper** [1] - 51:4, 111:19
**upset** [4] - 6:1, 83:19, 105:15, 159:9
**upstairs** [1] - 111:24
**US** [7] - 3:3, 69:1, 72:4, 75:17, 132:24, 176:22, 178:19
**USA** [1] - 2:2
**USC** [3] - 116:17, 116:21, 116:25
**utterance** [1] - 83:6

# V

**vacant** [1] - 136:2
**vacated** [1] - 163:8
**vacation** [1] - 30:20
**varies** [1] - 143:17
**various** [1] - 125:22
**vegetarian** [1] - 73:2
**veracity** [2] - 185:7, 190:15
**verbal** [2] - 96:21, 172:6
**verify** [1] - 168:23
**version** [2] - 14:17, 80:1
**versus** [1] - 2:2
**veterans** [1] - 4:11
**victim** [7] - 4:1, 6:12, 117:15, 155:22, 156:11, 156:13, 159:7
**victim's** [1] - 77:11
**village** [2] - 183:7, 184:19
**violation** [2] - 116:17, 118:17
**visibly** [1] - 5:25
**vocational** [1] - 123:21
**voice** [4] - 10:1, 32:1, 135:13, 159:22
**volume** [1] - 160:9
**voluntary** [1] - 125:25
**volunteer** [7] - 125:24, 143:4, 143:7, 143:18, 143:20, 145:13
**volunteering** [1] - 8:9
**Vulcan** [1] - 124:12

# W

**wait** [4] - 3:12, 56:13, 131:10, 168:9
**waited** [2] - 130:22, 136:1
**waiting** [3] - 24:3, 27:5, 172:10
**waiver** [1] - 71:18
**wake** [11] - 20:2, 20:14, 20:18, 22:5, 46:15, 49:2, 49:4, 105:23, 135:11, 160:1, 178:16
**wakes** [2] - 160:11, 178:1
**waking** [4] - 48:11, 48:14, 48:16, 67:13
**walk** [9] - 3:19, 39:16, 133:22, 154:17,

170:23, 183:11, 183:13, 190:3
**walked** [5] - 92:25, 94:9, 154:10, 154:14, 163:8
**walking** [5] - 65:23, 134:6, 154:19, 155:5, 189:9
**walks** [1] - 3:18
**wants** [9] - 70:18, 93:11, 100:6, 105:7, 132:24, 132:25, 137:19, 146:20, 161:21
**war** [2] - 124:22, 124:24
**War** [2] - 134:11, 134:12
**warmth** [1] - 128:9
**wash** [5] - 163:21, 178:6, 178:13, 178:14, 178:17
**watch** [4] - 35:9, 35:12, 77:12, 150:7
**watching** [1] - 5:16
**water** [1] - 105:16
**wearing** [6] - 16:13, 16:16, 43:24, 46:11, 52:23, 52:25
**wears** [1] - 17:11
**week** [7] - 29:23, 116:18, 126:9, 130:10, 130:12, 143:16, 143:17
**weight** [1] - 102:13
**well-known** [1] - 70:18
**whispering** [1] - 61:14
**white** [3] - 82:8, 82:16, 85:9
**whole** [17] - 10:5, 14:21, 23:24, 23:25, 26:6, 30:23, 36:11, 51:2, 52:15, 52:21, 64:15, 80:7, 102:20, 133:18, 135:7, 165:1, 175:22
**wholly** [1] - 177:5
**wide** [1] - 5:16
**wife** [4] - 8:7, 128:17, 177:2, 181:12
**willing** [1] - 21:22
**window** [2] - 14:2, 16:2
**windows** [1] - 92:14
**wise** [3] - 51:18, 51:19, 51:20
**wishes** [3] - 105:1, 105:2, 105:4
**withdrawn** [7] - 38:12, 45:19, 53:3, 92:2, 142:1, 174:19, 184:16
**witness** [52] - 9:9, 15:16, 16:20, 18:20, 26:22, 31:25, 33:23, 35:4, 35:16, 35:20, 41:6, 45:7, 65:18, 77:5, 77:20, 80:11, 81:6, 83:5, 84:8, 85:14, 86:14, 96:3, 96:7, 96:12, 99:9, 101:23, 102:8, 104:18, 115:1, 118:11, 120:4, 121:7, 121:15, 132:9, 161:14, 161:19, 161:20, 161:22, 162:2, 162:15, 168:6, 175:16, 181:20, 181:21, 181:25, 182:3, 182:17, 186:23, 188:9, 188:22, 191:8, 192:24
**WITNESS** [34] - 9:12, 16:23, 22:25, 25:22, 32:2, 32:11, 33:8, 35:8, 37:21, 41:16, 42:11, 42:13, 43:14, 50:21, 50:23, 61:6, 61:8, 61:11, 66:18, 75:11, 77:2, 77:25, 80:14, 80:19, 82:15, 96:6, 96:15, 111:1, 111:4, 121:18, 121:22, 188:25, 192:1, 192:23
**witnesses** [12] - 3:4, 3:10, 115:4, 115:5, 121:13, 161:13, 161:18, 161:24, 161:25, 192:25, 193:7, 193:12
**woke** [20] - 20:15, 21:8, 21:9, 22:6,

44:8, 47:19, 48:1, 48:18, 52:6, 53:5, 100:12, 133:21, 133:24, 136:12, 136:16, 154:5, 155:12, 159:23, 179:1

**woken** [1] - 178:10

**woman** [52] - 3:24, 8:2, 16:2, 16:3, 18:9, 81:20, 85:23, 90:15, 92:5, 92:23, 93:7, 110:20, 117:21, 117:23, 127:23, 128:1, 129:7, 131:8, 139:1, 146:17, 148:20, 149:1, 149:22, 149:23, 150:25, 158:19, 158:25, 167:16, 170:5, 171:2, 171:8, 171:17, 171:20, 172:7, 172:14, 172:18, 173:7, 174:19, 174:21, 176:24, 178:10, 179:5, 179:14, 179:24, 180:7, 180:11, 180:15, 180:17, 180:23, 181:2, 186:2

**women** [18] - 3:17, 17:14, 29:6, 46:13, 46:14, 127:13, 128:2, 128:7, 128:17, 128:20, 129:25, 130:17, 150:23, 156:9, 158:15, 185:20

**wonder** [1] - 138:22

**wondered** [1] - 23:25

**wondering** [1] - 3:4

**word** [20] - 10:17, 32:10, 59:8, 61:24, 62:6, 63:14, 100:25, 106:25, 110:12, 114:20, 137:25, 139:5, 140:6, 140:22, 157:5, 157:9, 157:10, 158:20, 184:5

**word-by-word** [1] - 62:6

**words** [14] - 61:18, 62:2, 62:7, 62:16, 62:18, 62:23, 75:8, 108:24, 109:1, 109:3, 109:5, 119:2, 125:2

**worried** [3] - 110:11, 110:15, 110:19

**worth** [1] - 102:13

**write** [8] - 33:1, 33:4, 33:6, 36:22, 45:3, 45:7, 66:6

**writer** [1] - 70:14

**writing** [2] - 45:20, 62:4

**written** [3] - 33:20, 34:16, 34:19

**wrote** [11] - 33:9, 33:13, 33:19, 34:1, 38:11, 38:13, 45:15, 45:17, 45:18, 60:22, 119:1

## Y

**yarmulka** [1] - 46:11

**year** [12] - 11:24, 23:5, 78:16, 78:17, 78:22, 98:9, 126:18, 128:21, 146:14, 150:12, 150:14, 190:5

**years** [32] - 4:6, 11:5, 11:10, 70:9, 78:14, 78:15, 88:25, 97:4, 103:15, 105:6, 114:14, 122:6, 122:15, 122:19, 122:23, 122:24, 123:2, 123:5, 123:6, 123:7, 123:8, 123:9, 123:11, 123:12, 123:13, 123:15, 123:21, 124:8, 125:7, 150:17, 150:18

**Yechiel** [7] - 182:7, 182:8, 182:11, 182:14, 182:15, 183:3, 195:1

**Yehuda** [1] - 123:12

**yell** [4] - 63:22, 138:25, 140:11, 179:2

**yelled** [1] - 139:1

**yelling** [17] - 60:18, 60:20, 61:10, 61:12, 61:16, 62:18, 62:23, 63:9, 63:14, 63:20, 74:23, 90:15, 135:13, 160:9, 160:13, 171:2, 171:8

**yeshiva** [3] - 8:9, 123:20, 146:1

**yesterday** [6] - 36:7, 41:17, 67:5, 108:14, 108:15, 108:18

**YORK** [1] - 1:1

**York** [29] - 1:7, 1:18, 1:20, 1:23, 2:13, 4:3, 7:6, 7:13, 8:6, 8:11, 13:11, 13:17, 34:20, 34:21, 70:22, 71:4, 76:11, 90:22, 90:24, 91:18, 96:23, 127:2, 127:14, 146:25, 148:4, 148:5, 187:10, 187:20, 192:17

**young** [11] - 3:24, 81:23, 85:23, 93:7, 100:10, 104:25, 105:8, 106:15, 148:20, 149:1, 158:11

**yourself** [15] - 12:19, 78:18, 132:20, 133:2, 133:3, 133:15, 134:15, 145:17, 150:4, 152:11, 156:16, 156:18, 158:1, 175:13

**youth** [1] - 125:17

**YouTube** [1] - 183:23

## Z

**Zurich** [1] - 97:9