MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of January, two thousand twelve.

Before:      Susan L. Carney,
               *Circuit Judge*
_____

United States of America,

     *Appellee,*                                **ORDER**

     v.                                   Docket No. 11-2035

Gavriel Bidany,

     *Defendant - Appellant.*

_____

IT IS HEREBY ORDERED that the motion by Saul Bienenfeld, counsel for appellant Bavriel Bidany, to withdraw as counsel and to withdraw the appeal is GRANTED and the appeal is  withdrawn with prejudice.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/03/2012